SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 14 2025
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| MARERLLIS NIX (01) | 4-25CR-116-O |

INDICTMENT

The Grand Jury Charges:

Count One
Sexual Abuse of a Ward
(Violation of 18 U.S.C. § 2243(b))

From between on or about May 1, 2021 and June 16, 2021, in the Fort Worth Division of the Northern District of Texas, within the boundaries of a federal prison, Carswell Federal Medical Center, located in Fort Worth, Texas, defendant, **Marerllis Nix**, did knowingly engage in a sexual act with Jane Doe, who was at that time in official detention and under the custodial, supervisory, or disciplinary authority of the defendant, a Federal Correctional Officer.

In violation of 18 U.S.C. § 2243(b).

Indictment - Page 2

<u>Count Two</u>
Sexual Abuse of a Ward
(Violation of 18 U.S.C. § 2243(b))

On or about July 4, 2021, in the Fort Worth Division of the Northern District of Texas, within the boundaries of a federal prison, Carswell Federal Medical Center, located in Fort Worth, Texas, defendant, **Marerllis Nix**, did knowingly engage in a sexual act with Jane Doe, who was at that time in official detention and under the custodial, supervisory, or disciplinary authority of the defendant, a Federal Correctional Officer.

In violation of 18 U.S.C. § 2243(b).

A TRUE BILL

_____
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

_____
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail:   Aisha.Saleem@usdoj.gov

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

MARERLLIS NIX (01)

INDICTMENT

18 U.S.C. § 2243(b)
Sexual Abuse of a Ward
Counts 1 and 2

A true bill rendered

FORT WORTH                                              _____ / FOREPERSON

Filed in open court this 14th day of May, 2025.

-------------------------------------------------------------

**Warrant to Issue**

_____
UNITED STATES MAGISTRATE JUDGE
No Pending Criminal Matter