[FILED stamp: NORTHERN DISTRICT OF TEXAS, AUG 1 5 2025, 4:36 pm, CLERK, US DISTRICT COURT]

4:25-cr-116
Jury Note #1

① Did Jane Doe say who brought her to the Recreation Building on July 4th, 2021?

② Exhibit 11, page 4
Recreation Department Bi-Monthly Staff Schedule
June 20 - June 26, 2021
J. Potts Sports + Leagues 2
What does "AL" mean for this persons shifts?
Where were J. Potts and C. Walker ~~question~~ between 6:30a to 10:30am?

Foreperson - Juror 6 - Paige Patterson

[Signature: Paige Pan]
8/15/25
4:33 pm