1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF TEXAS

3                   FORT WORTH DIVISION

4

5    UNITED STATES OF AMERICA, )
                               ) CASE NO. 4:25-CR-00116-O
6         Government,          )
                               ) FORT WORTH, TEXAS
7    VS.                       )
                               ) AUGUST 14, 2025
8    MARERLLIS NIX,            )
                               ) 2:02 P.M.
9         Defendant.           )

10

11                   VOLUME 2 OF 3
        TRANSCRIPT OF JURY TRIAL TESTIMONY OF DIANA MEKAEIL
12           BEFORE THE HONORABLE REED C. O'CONNOR
              UNITED STATES DISTRICT COURT JUDGE

13

14   A P P E A R A N C E S:

15   FOR THE GOVERNMENT: MS. AISHA SALEEM
                         ASSISTANT U.S. ATTORNEY
16                       NORTHERN DISTRICT OF TEXAS
                         801 Cherry Street, Suite 1700
17                       Fort Worth, Texas  76102
                         Telephone:  817.252.5200

18

19   FOR THE DEFENDANT:  MR. SHANE LEWIS
                         SHANE LEWIS LAW
20                       800 Fielder, Suite 500
                         Arlington, Texas  76012
21                       Telephone:  817.877.1500

22                       MR. CADE PALMER
                         NORTON ROSE FULBRIGHT US, LLP
23                       2200 Ross Avenue, Suite 3600
                         Dallas, Texas  75201
24                       Telephone:  214.855.8000

25



```
1

2     COURT REPORTER:        ZOIE M. WILLIAMS, RMR, RDR, FCRR
                             United States Federal Court Reporter
3                            501 W. 10th Street
                             Fort Worth, Texas  76102
4                            zwilliams.rmr@gmail.com
                             817.850.6630
5

6

7

8          The above styled and numbered cause was reported by

9     computerized stenography and produced by computer.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    DIANA MEKAEIL –

2    Direct Examination by Ms. Saleem.................05

3    Cross-Examination by Mr. Lewis...................34

4    Redirect Examination by Ms. Saleem..............70

5    Recross-Examination by Mr. Lewis................82

6    Reporter's Certificate..........................86

7    Word Index......................................87

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        AUGUST 14, 2025

 2                              oOo

 3        (Following is the complete trial testimony of Diana

 4        Mekaeil.)

 5             MS. SALEEM:  Government calls Diana Mekaeil.

 6             THE COURT:  Ma'am, raise your right hand to be

 7   sworn.

 8        (The witness was sworn.)

 9             THE WITNESS:  I do.

10             THE COURT:  Speak good and loud into that

11   microphone.

12                      DIRECT EXAMINATION

13   BY MS. SALEEM:

14        Q.   Would you please tell us your name.

15        A.   Diana Mekaeil.

16        Q.   How old are you?

17        A.   Thirty-three years old.

18        Q.   Generally, where do you live?

19        A.   Wichita, Kansas.

20        Q.   Are you married?

21        A.   I am not married, and I have a one-year-old son.

22        Q.   Now, have you ever been to federal prison?

23        A.   Yes.

24        Q.   What brought you to federal prison?

25        A.   My lifestyle of addiction and just a hard
```

1    lifestyle.

2         Q.    You mentioned addiction, is that drugs?

3         A.    Yes.

4         Q.    Now, you have a federal conviction; is that right?

5         A.    Yes.

6         Q.    And is that related to using a phone in connection

7    with drug distribution?

8         A.    Yes, the charge was a cell phone charge.

9         Q.    Around the same time that you were convicted for

10   the federal conviction, did you also have other state

11   felonies from the same charges essentially?

12        A.    Yeah.  Just pertaining to the same lifestyle,

13   yeah.

14        Q.    Okay.  Now, when did you come to -- into federal

15   prison?

16        A.    Well, I was 23.  I want to say 2015-ish is when I

17   got arrested, sent to prison.

18        Q.    Do you recall when you got to Carswell Federal

19   Medical Center?

20        A.    2018 or '19, 2019.

21        Q.    Do you remember what it was like to come into

22   federal prison?

23        A.    Yes.

24        Q.    Can you describe it?

25        A.    Well, I was coming from state prison, so it was

1   very different, scary, serious, and just it's like a

2   nightmare.  It's like I can't describe it.

3       Q.   When you got to Carswell --

4            And that is where you were housed; is that right?

5       A.   Yes.

6       Q.   In Fort Worth?

7       A.   Uh-huh.

8       Q.   I'm sorry, you have to answer --

9       A.   Yes.

10      Q.   When you came to Carswell, was there any kind of

11   preparation or did anybody prepare the way for you?

12      A.   No.

13      Q.   What about any friends who were going to help you

14   with a family in prison or anything along those lines?

15      A.   Yeah.  Yeah.  I had a friend there and she had

16   already been there before me.  So, yeah, in terms of like a

17   prison family, I had what we would call a prison family

18   waiting for me, yeah.

19      Q.   What's the significance of that?

20      A.   Just like a group of women, like a mom, or a

21   sister, an aunt, just like women like that are sharing lives

22   together, like -- and we just, like, survive together.

23           You know, you grow bonds with people and they

24   become your family.  So I got there and a close friend of

25   mine had already established that.  So they just accepted me

1    into their family.

2         Q.    Did the environment at Carswell FMC, did it change

3    during COVID?

4         A.    Yes.

5         Q.    Can you describe that?

6         A.    The entire compound got locked down and we all got

7    kind of separated and shifted around, meaning my family.

8    You know, like some of us got separated or just sent to

9    different units.

10          At first, they weren't really sure what to do with

11   us.  It was really just like something you would see off of

12   a movie.  Like, it was horrible.  It was horrible.

13        Q.    What about freedom of movement?

14        A.    There was no freedom of movement.  Everything was

15   locked down.  We were getting sack lunches in our cells

16   even.  It got real bad to where sometimes we would even have

17   like tomatoes or onions in our bags like for lunch.

18        Q.    Did that change during that time frame during

19   COVID?

20        A.    So it started letting up, like they started

21   letting the kitchen workers go to work.  And then they

22   started letting different crews start going to work, because

23   I think they realized, like, we ran the prison.

24        Q.    You are talking about inmates essentially provide

25   most of the workforce within the prison?

1        A.    Absolutely.

2        Q.    Now, did you work anywhere within the prison?

3        A.    Yes.  I worked in the inside recreation.

4        Q.    What's inside recreation?

5        A.    Inside recreation has the workout equipment and

6   the recreation games and pool tables and stuff.

7        Q.    Did you work there before COVID started?

8        A.    I worked there before COVID happened.

9        Q.    What were your duties at that point?

10       A.    Passing out pool equipment and games for inmates.

11       Q.    And then, once COVID hit, did you still work in

12   inside recreation?

13       A.    I did work in inside rec still during COVID, yes.

14       Q.    What were your duties at that point?

15       A.    Just anything that they could find to do for us,

16   like cleaning or just really anything they would ask us to

17   do.

18       Q.    Was there any point during the COVID period where

19   inmates were setting up cots or housing within inside rec?

20       A.    Yeah.  So during COVID, when the people started

21   getting really sick, they decided they were going to use the

22   inside recreation for, like, a quarantine.

23             So the recreation workers set up, myself included,

24   set up cots inside the inside recreation for ones that were

25   really sick.

```
1          Q.   Once the inside rec wasn't being used 24/7 for

2    housing quarantine and COVID inmates, did things again

3    change as far as duties of what you did?

4          A.   Yeah.  So after they had us remove all the cots,

5    it kind of went back to being -- well, it did go back to

6    being the inside rec again.  And my duties were just, like

7    cleaning and whatever they could find us to do, because the

8    inside rec was still technically closed.

9          Q.   Now, how many other prisoners worked in inside rec

10   in 2021, you know, post-quarantine --

11         A.   Uh-huh.

12         Q.   -- and housing?

13         A.   I want to say about maybe eight or nine.

14         Q.   And how about employees, like the BOP workers; do

15   you know?

16         A.   Maybe like five or six.

17         Q.   Was there a difference between employees who

18   worked in inside rec and then outside of recreation?

19         A.   For the staff?

20         Q.   Let's start with staff.

21         A.   Yeah.  Well, yes.  There was inside rec bosses and

22   outside rec bosses.

23         Q.   And then, what about for the inmates?

24         A.   Yeah, there was a difference.  There was inside

25   rec and outside rec.
```

1      Q.   And what did outside rec crews do?

2      A.   I'm not really -- I don't really know their duties

3  for sure, but I know like they just did things for the

4  outside, like they ran activities, or I'm not really too

5  sure because I was inside rec.

6      Q.   Okay.  So did all the other inmates that worked

7  with you in inside rec, did they all have the same duties as

8  you or was it divided up?

9      A.   They all had the same duties except for there was

10  two clerks and then one fitness instructor.  But aside from

11  that, we all did the same thing.

12     Q.   Okay.  Now, I'm going to --

13          Well, let me ask you about fresh air.

14     A.   Okay.

15     Q.   What is "fresh air"?

16     A.   So fresh air started at COVID lockdown.  It was

17  the reason I believe like rec was able to be open as one of

18  the first places because we were all cooped up.  So we would

19  get a fresh air hour.  Like every unit would get an hour of

20  fresh air.

21     Q.   When you say an hour of fresh air, is that an

22  opportunity for inmates to go to the outside rec area or is

23  it just anywhere outside on the property?

24     A.   No.  It's an opportunity for it to be controlled,

25  escorting that unit to the yard or the track to where they

1    can have an hour to walk the track for fresh air.

2        Q.    And generally speaking, I guess around this time,

3    what's it like as far as prisoner movement?

4             I mean, are you free to move around within

5    Carswell, or how is that set up?

6        A.    Everything is still controlled movement.

7        Q.    Can you describe that?

8        A.    So the controlled movement means, like a guard

9    would escort you to your unit, or call for your unit to come

10   or go.

11       Q.    As a rec employee, what would it take for you to

12   be able to go work your hours at the rec department?

13       A.    I would have to be called in or escorted.

14       Q.    Okay.  So someone could notify someone in the

15   housing unit and tell you to go report?

16       A.    Yes.

17       Q.    Would you know week to week what your schedule

18   would be?

19       A.    After COVID, we didn't really have set schedules.

20   So unless, like, a boss told us, like, hey, be here on this

21   day or that day, there was no telling really what we would

22   even be needed for.

23       Q.    Now, you know a Marerllis Nix?

24       A.    Yes.

25       Q.    Who is Mr. Nix?

```
 1          A.   He was my boss in recreation.

 2          Q.   Was he a recreational specialist?

 3          A.   Yeah.  Yes.

 4          Q.   So when you say "your boss," not another inmate;

 5   is that right?

 6          A.   No, he was an employee.

 7          Q.   Okay.  Do you remember the first time that you met

 8   Mr. Nix?

 9          A.   Yeah.  Yes.

10          Q.   Can you describe that?

11          A.   Mr. Taylor brought him in to -- we were locked

12   down, he brought him in and introduced him to the entire

13   unit as the new recreational specialist.

14          Q.   And who's Mr. Taylor?

15          A.   Mr. Taylor was another one of my bosses in rec.

16          Q.   After Mr. Nix was introduced to the unit, did you

17   have another encounter with Mr. Nix?

18          A.   Not until I started, like, working like with him.

19          Q.   Okay.  So tell us under, like, what circumstances

20   you would be working with Mr. Nix?

21          A.   I'm sorry.  Can you like reword that?

22          Q.   Sure.

23               How did you start working for Mr. Nix?

24          A.   Just inside rec.  Like, just recreation.  He would

25   call us out or, just like any other boss, like in rec.
```

```
 1          Q.   And at that point, I guess you had been at -- had

 2    been working at inside rec before Mr. Nix actually came into

 3    FMC Carswell; is that right?

 4          A.   Correct.

 5          Q.   So, once Mr. Nix is there, is he just another one

 6    of your bosses?

 7          A.   Yes.

 8          Q.   And as far as your initial impressions of Mr. Nix,

 9    what did you think?

10          A.   I thought he was really -- I thought he was really

11    cool.  I enjoyed his conversation.  I thought he was godly.

12    He was always talking about bettering ourselves when we left

13    prison.

14          Q.   Now, was there a point where your interactions

15    with Mr. Nix changed?

16          A.   Yes.

17          Q.   Can you tell us about, just the first encounter

18    with Mr. Nix that was different?

19          A.   Yes.  I was out for fresh air with my unit.  He

20    had asked me, or he had told me that he needed his office

21    cleaned.  His office was inside rec, and we were walking

22    outside at the outside rec.  I asked him -- I told him if he

23    took me to commissary in the morning then I could clean it

24    afterwards.  He said, I need my office cleaned right now.

25          Q.   Let me stop you there.  So you mentioned that
```

```
1    you're walking outside during fresh air?

2         A.    Yes.

3         Q.    Was that a point in time when you were scheduled

4    to be working?

5         A.    No.  I was just walking fresh air with my unit.

6         Q.    And Mr. Nix tells you, hey, go clean my office?

7         A.    Yeah.  He said he needs his office cleaned.

8    Uh-huh.

9         Q.    And you don't immediately respond with a yes, sir?

10        A.    No.

11        Q.    What are you asking -- or telling Mr. Nix that you

12   want in exchange?

13        A.    Well, basically, if he could take me to the

14   commissary line in the morning, and then I will clean it

15   afterwards.

16        Q.    The next day that you were offering to do the

17   cleaning, was that your workday?

18        A.    Yes.

19        Q.    So did Mr. Nix agree to that?

20        A.    No.  He said, I need my office cleaned right now.

21        Q.    So what did you do?

22        A.    I went inside with Mr. Nix.

23        Q.    And where did you go?

24              You went to the inside rec; is that right?

25        A.    Uh-huh.  Yes.
```

```
1        Q.   Where did you go in inside rec?

2        A.   To his office.

3        Q.   Can you tell us about that?

4        A.   Yeah.  I went to his office, and I, like, cleaned

5   it.  Nothing unusual.  But it was just a little different.

6   He was just watching me clean his office.  When I got

7   finished, the first encounter that I had was him -- was when

8   I got finished cleaning his office, he leaned in and kissed

9   me.

10       Q.   Do you recall what you both had been talking about

11  before Mr. Nix kissed you?

12       A.   Kind of.  I know it was about temptation.  And it

13  was about him following temptation.  I don't really remember

14  word for word.

15       Q.   Now, the initial conversation about temptation,

16  did that have something to do with, you're going to face

17  temptation out in the world, and you don't want to -- you

18  want to stay outside and not come back to prison?

19       A.   Yeah.  A lot of the conversations with him was

20  always really positive and, like, even like God -- like God

21  talk.  And he was, like, one of my favorite bosses for a

22  while because of that.  You know, because I felt, like safe,

23  like my walls got let down because of that, you know?

24       Q.   And then, you said that Mr. Nix kissed you?

25       A.   Uh-huh.
```

```
1          Q.   I'm sorry, you have to answer --

2          A.   Yes.  Sorry.  Yes.

3          Q.   Did he tell you that this was his temptation?

4          A.   Before he kissed me, he said, this is my

5   temptation.

6          Q.   So what was your response to that?  To the kiss?

7          A.   Well, I was kind of hesitant, but I let him kiss

8   me.  And then, I pulled back, and I responded by saying,

9   like, that I was really hot and sweaty, and I didn't want to

10  do anything with him right there, like I just wanted to go

11  back to my unit and take a shower because I had been walking

12  fresh air.

13         Q.   What happened after that?

14         A.   He told me -- sorry.  He told me that you can't

15  tell nobody.

16         Q.   And then what happened?

17         A.   He walked me back to my unit.

18         Q.   Did there come another incident where you

19  encountered Mr. Nix?

20         A.   A lot of them.

21         Q.   Tell us about what happened in the next encounter.

22         A.   The next encounter, Mr. Nix came to my unit and

23  called for me by myself to come to work.  This is still when

24  we had controlled movement.  So he came and got me from my

25  unit, took me to work.
```

```
 1              And I was -- he told me to make some copies out of

 2    his real estate book that he was studying for.  So I started

 3    making copies.  And, like, mixed in the conversation, he was

 4    just checking to make sure if I was okay.  More like if I

 5    had told anybody, or if I had like freaked out or anything

 6    like that.

 7         Q.   And how did you respond to those kind of

 8    questions?

 9         A.   I told him we were good.

10         Q.   Did that lead to anything?

11         A.   Yeah, it led to more encounters.

12         Q.   Okay.  That day that you made the copies, and he

13    asked you if you guys are good, did a sexual act or incident

14    occur?

15         A.   I can't remember that day.

16         Q.   Okay.  Okay.

17         A.   Everything is like a blur.

18         Q.   I'm sorry?

19         A.   It's like a bluer.

20         Q.   As far as your sexual encounters with Mr. Nix, did

21    any occur?

22         A.   Yes.

23         Q.   Can you tell us about where any of those

24    encounters occurred?

25         A.   Yes.  A lot of them occurred in the supply closet
```

1    in the inside rec.  In the closet that's in the closet in

2    inside rec.  In the clerk's office in inside rec.  And in

3    his office and the workout room, both in inside rec, and in

4    the shack outside rec.

5        Q.   Okay.  So let's talk a little bit about, there's

6    the incident where he kisses you?

7        A.   Yeah.

8        Q.   And then, the next time you see Mr. Nix, he asks

9    you if you guys are good?

10       A.   Yes.

11       Q.   And then, at some point, sexual activity starts to

12   occur?

13       A.   Yes.

14       Q.   Can you tell us whether it was just one time or

15   was it fairly regularly?

16       A.   It was fairly regular.  It was every Sunday

17   morning became like a regular and some here and there during

18   the week.  Just whenever he would call me out.

19       Q.   The incidents, was there any kind of a pattern, as

20   far as how the sexual activity would go?

21       A.   Yes.  So it always started with like oral -- well,

22   first it would be -- like it would start with him kissing me

23   and then giving him oral and then having sex.

24           And then, it started to just be less kissing.  And

25   then, at the end, it was just oral, kind of, you know?

```
 1          Q.   You mentioned that there were incidents that

 2   occurred in the supply closet, right?

 3          A.   Yes.

 4          Q.   I'm going to ask you to take a look at

 5   Government's Exhibit 4.  Let's start with page 15.  It

 6   should be on the screen.

 7               Do you recognize that picture?

 8          A.   Yes.  That's the door to the supply closet.

 9          Q.   Okay.  Let's look at page 16.  Do you recognize

10   that?

11          A.   That's inside of the closet.

12          Q.   And page 17?

13          A.   That's the closet door that's in the closet.

14          Q.   All right.  Page 18?

15          A.   Yeah.  That's the inside of that closet.

16          Q.   And page 19?

17          A.   Yeah.

18          Q.   Is that the same thing inside the closet?

19          A.   Yeah.

20          Q.   Are any of those pictures locations where sexual

21   acts occurred?

22          A.   Both of those places, yes.

23          Q.   So in that supply closet, and then within the

24   closet that's in the supply closet?

25          A.   Yes.
```

1      Q.    Can you tell us a little bit about, what was that

2  supply closet for?

3      A.    Just for staff.  It was for just, like, a storage

4  kind of is what they used it for, or like office supplies

5  and like games that we weren't using at the time.  Just

6  overflow and like it was just for employees.

7      Q.    And then, the interior closet, what was that for?

8      A.    Office supplies and pencils and papers and stuff.

9      Q.    Do you have any distinct recollections about what

10  type of activity occurred within that supply closet?

11      A.    I just remember pencils being in my face.

12      Q.    Okay.  So sexual intercourse occurred; is that

13  right?

14      A.    Yes.

15      Q.    When you were in the closet, you said pencils were

16  in your face.  So which way are you facing and which way

17  would Mr. Nix be facing?

18      A.    Well, I know he'd be behind me.  Like I know I

19  gave him oral sex in, like, both of those closets more than

20  one time, you know?  I know anytime I'd be standing up or

21  we'd be somewhere, like in the closet, he would be behind

22  me.

23      Q.    Okay.  You also mentioned that an incident

24  occurred, and you said the outside shack.  What is the

25  outside shack?

1          A.   The outside shack is for the staff that works

2     there so they could have an office, like be out of the heat,

3     and just kind of -- that's their office area outside.

4          Q.   I'm going to ask you to take a look in that

5     notebook at Exhibit 5 and see if you recognize those

6     photographs.

7          A.   Yes, that's the outside shack.

8          Q.   Is that kind of, generally speaking, what the

9     outside shack looked like?

10         A.   Yes.

11              MS. SALEEM:  Move to admit Exhibit 5.

12              MR. LEWIS:  No objection.

13              THE COURT:  5 will be admitted.

14         (Government's Exhibit 5 was admitted into evidence.)

15    BY MS. SALEEM:

16         Q.   Can we look at page 1 of Exhibit 5?

17              So where is the outside shack in relation to the

18    inside rec?

19         A.   It's a completely different building, but it's

20    like in front of it.  Like if you -- it's just the little

21    building that's right there and not the big one behind it.

22         Q.   Okay.  So this building right here that I'm

23    circling in the middle of this picture is the outside shack?

24         A.   Right.

25         Q.   All right.  If we can look at page 2 and page 3

1    and page 4.

2            Are those pictures of the interior of that shack?

3    A.    Yes.

4    Q.    Where did a sexual act occur in the outside shack?

5    A.    In the room that's on page 4 and 3.

6    Q.    On page 4?

7    A.    Uh-huh.

8    Q.    Okay.  And as far as do you have a distinct memory

9    of what happened in the outside shack?

10    A.    I don't.

11    Q.    Okay.  As far as you can recall, would it have

12    been different or similar to this pattern of oral sex

13    followed by vaginal sex?

14    A.    Yeah.  It was all the same through the whole time

15    as far as, like, the pattern of it.

16    Q.    Okay.  Was there any point where you would only

17    have oral sex with Mr. Nix?

18    A.    Yeah, there was a lot of times like that.

19    Q.    Okay.  Was there anything that would trigger that?

20    A.    If I was on my period, or if I just wasn't feeling

21    it.

22    Q.    Okay.  And can you tell us, generally speaking,

23    when these events occurred, like months?  Like was it May or

24    April or when?

25    A.    Well, there's, like, I think two times that I had

```
 1    my period during the time I was having sex with Mr. Nix.
 2    And then, sometimes I just wouldn't be feeling it, you know?
 3    So I just -- I can't tell you like exact dates or anything.
 4         Q.   Sure.  Now, there is -- well, actually, what is
 5    Mr. Nix saying to you when all of this is going on?
 6         A.   Well, he's saying a lot.  There's a lot of
 7    different times and a lot of different things.  It happened
 8    a bunch of times.  So it's like he's expressing like -- he's
 9    saying things, like, damn that ass.  Or he said, damn, I
10    almost nutted in you.  I know my shit works.  He said little
11    stuff like that.
12              Or like, one time, I think the last time said,
13    damn, I almost nutted in you.  And he asked me, how would
14    you explain that?
15         Q.   And is he talking about you getting pregnant?
16         A.   Yeah.
17         Q.   Did Mr. Nix talk to you about why he thought --
18    why he thought that you could get pregnant?  What was it
19    about Mr. Nix?
20         A.   He didn't elaborate.  He didn't elaborate.  That's
21    just what he said to me.
22         Q.   Okay.  You know, I know my shit works, what was
23    the context of that conversation?
24         A.   I never like -- I never asked him what he meant.
25         Q.   Okay.  At some point did you two talk about a
```

1    custody dispute?

2         A.    Yeah.  Yes.  I don't really remember, but there

3    was something going on with him and a woman that was trying

4    to pin a baby on him is what he was telling me, but I don't

5    really remember.

6         Q.    The details are foggy?

7         A.    Yeah.  It's a long time ago too.

8         Q.    Sure.  Now, Ms. Mekaeil, during this time, did you

9    think that you were in a relationship with Mr. Nix?

10        A.    Yeah, to an extent.  Like I knew we weren't, like,

11   in a monogamous relationship, but I felt like there was a

12   chance that I could, like, be in a relationship with him

13   just based off things he was telling me and stuff.

14        Q.    Did he ever tell you or make any comments to you

15   about moving back to Texas?

16        A.    Yes.  Quite a few times he mentioned me coming to

17   Texas and getting into real estate like him and getting me

18   an apartment and a car.  He's mentioned things like that.

19        Q.    Did he ever talk to you about possibly seeing a

20   future with you?

21        A.    Yeah, I think that's how I took it, he seen a

22   future with me, those things that he was saying.

23        Q.    Now, during this time, are you also talking to

24   your family about Mr. Nix?

25        A.    Yeah.

```
 1        Q.   And is this through phone calls?

 2        A.   Yes.

 3        Q.   Were those recorded calls?

 4        A.   Yes.

 5        Q.   So would you just come out and say, I'm having a

 6   relationship with Mr. Nix, or what would you do?

 7        A.   Well, no, because I didn't want him to get, like,

 8   in trouble or fired or anything.  So I was trying to be,

 9   like, as discreet as I could be and talk in code and in

10   Arabic.

11        Q.   When you say talk in Arabic, are you a native

12   speaker of Arabic?

13        A.   Yeah.  So I'm born in Egypt.  However, I've been

14   here since I was two.  So my English started developing at

15   kindergarten, and my Arabic stopped developing at

16   kindergarten.  However, like, I can understand fluent Arabic

17   and I can speak fluent Arabic, but I speak kind of like a

18   little girl.

19        Q.   So you would speak this kind of westernized

20   Arabic?

21        A.   Yeah, but I would get my point across.

22        Q.   Okay.  So your family would understand what you

23   were talking about?

24        A.   Right.  Well, I think anybody would understand me,

25   but it might sound a little funny or chopped up maybe, you
```

1    know?

2        Q.   Okay.  Did you talk to your sister about what you

3    thought was a future with Mr. Nix?

4        A.   Yeah, I did.

5        Q.   Now, did you ever share with Mr. Nix the fact that

6    you were going to be released from FMC in August of 2021?

7        A.   Yes, I did.

8        Q.   How often would the two of you talk about that?

9        A.   Quite often towards the end.  Whenever I found out

10   my date, because in the federal system you don't know what

11   day you're going home until the end of your bid.  So that's

12   kind of what you talk about when you find out.

13       Q.   When was your projected release from Carswell?

14       A.   August 4th.

15       Q.   Were you moved or anything into quarantine before

16   you would be released out of Carswell?

17       A.   Yeah.  So because of COVID we would have to go

18   three weeks prior to our release date.  So three weeks

19   before that, I went into quarantine.

20       Q.   Okay.  Now, do you recall whether roughly

21   July 4th you had one last encounter with Mr. Nix?

22       A.   Yeah.  I remember July 4th being the last

23   encounter with Mr. Nix.

24       Q.   Was it a sexual encounter?

25       A.   Yes.

```
1        Q.   Do you remember where that occurred?

2        A.   Inside rec.

3        Q.   And do you recall where in inside rec it occurred?

4        A.   I don't recall details about it other than I

5   remember, like, after it was finished, I remember he, like,

6   tossed a rag at me, told me to clean it up.  I just remember

7   thinking that was kind of rude, you know?

8        Q.   Now, at that point in time on July 4th, are you

9   under the impression that you will see Mr. Nix again before

10  you go into quarantine?

11       A.   Yeah, I thought I would.

12       Q.   Okay.  Did you?

13       A.   No.

14       Q.   At some point while you're in quarantine, did you

15  have some kind of physical symptoms?

16       A.   Yeah.  So I had kind of itchiness and a burning

17  when I peed, but I just like chalked it up to be sexually

18  active again.  I wasn't really making a big deal about it at

19  first.

20       Q.   Initially?

21       A.   Yeah.

22       Q.   Did you have those symptoms before you went into

23  quarantine?

24       A.   Yes.

25       Q.   Can you tell us a little bit about that?
```

1          A.    Yeah.  So I just hadn't had sex in a long time.

2     So I was like -- it just burned a little when I peed.  And

3     then like, you know, kind of like a yeast symptom, like just

4     a little itchy maybe.

5          But I was just really like, well, I haven't had

6     sex in years and now I am, so that's probably what it is.  I

7     really wasn't going to go to medical or anything like that

8     if that's what it was either.  You know, I didn't want to,

9     like, raise any attention or nothing like that if that's

10    what I knew it was.

11         Q.    And I should have asked you.  On July 4th, that

12    last time you had an encounter with Mr. Nix, can you tell us

13    what type of sexual activity occurred?

14         Would it have been the same thing that happened

15    had been going on or something different?

16         A.    I don't remember.  I just remember him telling me

17    to clean it up.

18         Q.    Okay.  So some type of sexual act, but you can't

19    tell us whether it was --

20         A.    It was just oral or oral and sex, but I can't

21    really remember because --

22         Q.    Okay.  So you have these symptoms while you're in

23    quarantine, does there come a point where you ask for

24    medical attention?

25         A.    Yes.

1      Q.   And how does that go, as far as getting the

2    medical treatment?

3      A.   As far as asking for medical treatment?  Well, I

4    was kind of like -- it's not really uncommon for your

5    medical needs to be, like, kind of neglected in prison.  So

6    like, I was kind of just shooed away, kind of, like at

7    first.

8           Then I was given a yeast pill.  And then, when I

9    kept requesting a check for STDs, the nurse told me

10   something along the lines of, you are going home, you don't

11   need checked.  And then she told me, "Inmate get away from

12   the door."  And so, that's how that went.

13     Q.   And there comes a point where you tell them it's

14   more than -- your concern is more than a yeast infection?

15     A.   Yeah.  And after being shooed away from the door,

16   I kind of like snapped and yelled from the door that I

17   needed to be checked because I was having sex with a staff

18   member.

19     Q.   And did you get checked out by the medical staff?

20     A.   Well, they took me to the clinic is what they call

21   it.  And then, I don't know that I got checked out.  You

22   don't really know what they do or what they don't do, but I

23   got urine tests and a pregnancy test.  I know that they gave

24   me a pregnancy test.

25     Q.   Okay.  So do you disclose to, I guess the Bureau

1    of Prisons personnel, that there's been a sexual act with

2    Mr. Nix?

3         A.   I do.

4         Q.   Okay.  And you mentioned that Mr. Nix was your

5    boss; is that right?

6         A.   Uh-huh.  Yes.

7         Q.   And did you tell them it was a one-time event, or

8    did you tell them it was a relationship?

9         A.   I told them it was, like, a relationship.

10        Q.   And so, you indicated that this had been activity

11   that had been going on for some time?

12        A.   Yes.

13        Q.   And again, you don't remember exactly when it

14   started?

15        A.   I know it started in May.

16        Q.   Okay.  So sometime in May?  May, June and July?

17        A.   Correct.

18        Q.   Now, with the last event occurring July 4th, did

19   Mr. Nix ever make you feel special?

20        A.   Yeah, a lot of times.

21        Q.   What would he do to make you feel special?

22        A.   Well, I would ask him sometimes, like, why would

23   he risk his job, you know?  He just liked to have sex with

24   me, basically.  And he would tell me, there was just

25   something about me.  He don't know.  There's just something

1      about me.

2              He would call me by my first name a lot in front

3      of anybody.  And, like, your name is stripped away from you

4      in there.  So that alone did something to me.

5          Q.   Is this hard for you?

6          A.   Yes.

7          Q.   Now, are you the same Diana Mekaeil today that you

8      were back in 2021?

9          A.   Absolutely not.

10         Q.   How are you different?

11             Or what's different about you now versus back

12     then?

13         A.   Well, I'm a mother, a single mother.  I got God in

14     my life.  Sorry.

15         Q.   Would you say that you have a better perspective,

16     whether you do have a better perspective of whether or not

17     you actually really had a relationship with Mr. Nix?

18         A.   Yeah.  I think -- I think I was very, like, naive

19     and kind of taken advantage of, you know?  I feel like now,

20     today, I don't look at it like a relationship.  I look at it

21     like rape.

22         Q.   Okay.  Because what changed?  Like why do you see

23     that as rape now but you didn't back then?

24         A.   Because I had a criminal mentality for one.  I'm

25     sorry.  Just my way of thinking.  My entire way of thinking

33

```
 1   is different.
 2        Q.   All right.  So with respect to Mr. Nix, we've been
 3   talking a lot about Mr. Nix, do you see him in the courtroom
 4   today?
 5        A.   Yes, I do.
 6        Q.   Can you go ahead and point him out, describe
 7   something he's wearing?
 8        A.   He's sitting on the right, the far right at the
 9   first table.  And he's wearing a black suit and a white
10   button-up shirt.
11             MS. SALEEM:  May the record reflect the witness
12   has identified the defendant?
13             THE COURT:  Yes.
14   BY MS. SALEEM:
15        Q.   Ms. Mekaeil, how old were you when you entered
16   into prison?
17        A.   I was 23 years old.
18        Q.   When Mr. Nix started these advances to you, how
19   old were you?
20        A.   I was about 28.
21        Q.   Okay.  Did your age play into your opinions or
22   your belief that you were in a relationship?
23        A.   Well, I think absolutely.  Like I think a lot of
24   your, like, thinking is kind of stumped when you go to
25   prison.  And although I feel like I had matured a lot in
```

 1    prison, in a way I was still kind of like 23 years old as

 2    far as relationships and like real-life experiences.

 3            I just feel like I had spent so many years

 4    building myself up and, like, teaching myself self-respect.

 5    And like I said, at the time I might have thought it was a

 6    relationship.  But today I know, like, I wasn't even in a

 7    place to have a friendship or any kind of relationship with

 8    that man.

 9        Q.   Did you tell any other inmates about what you

10    thought was a relationship back then?

11        A.   Yes, I did.

12        Q.   Can you give just a couple of names of people that

13    you shared that with?

14        A.   Yes.  Isabel Soto and Brandy Wright.  Danica, I'm

15    not sure of her last name.  And April and Terra.  There's a

16    bunch of people that knew.

17            MS. SALEEM:  Okay.  May I have just a moment, Your

18    Honor?  Pass the witness.

19            MR. LEWIS:  Thank you, Your Honor.

20                         CROSS-EXAMINATION

21    BY MR. LEWIS:

22        Q.   Ma'am, I just want to clarify with you, the sexual

23    relationship began in May of 2021?

24        A.   Yes.

25        Q.   Can we have the exhibit of the prison?  Can we

```
 1    pull it up, please?  I can't remember what number it was.

 2                 Ma'am, do you see the map in front of you?

 3         A.   Yes.

 4         Q.   Can you tell us where you -- I guess, when you

 5    call it your unit or where you slept or stayed, where on the

 6    building -- where on the map is your building?

 7         A.   Well, I slept in a lot of different units.  I was

 8    moved around a lot, especially during COVID.

 9         Q.   Okay.  During the time that we are talking about

10    right now from May to July, were you in one spot on that

11    time?

12         A.   Yes.

13         Q.   Which one were you in during that time period?

14         A.   I was in the hospital unit.

15         Q.   Okay.  The one that's labeled "Hospital 3000"?

16         A.   I don't really know.

17         Q.   Kind of the biggest one?

18         A.   Wait.  I can't really tell, like with this map

19    right here.

20         Q.   Okay.  Do you see where the rec is?

21         A.   Yes.  Yes.

22         Q.   Does that help you locate where you were?

23         A.   Yeah, but what it says is the hospital is not.

24         Q.   Okay.  So it's just mislabeled, maybe?

25         A.   Yeah, it's mislabeled.
```

1        Q.   Can you tell which one has the label that would be

2   where you stayed?

3             There's like a control and then inmate housing --

4        A.   Right.  But they're not labeled right.  So I can't

5   really tell you.  I was in the hospital unit at Carswell

6   when all this happened though.

7        Q.   Okay.  Well, if you left your unit and went to

8   rec, would it be indoors the whole time or would you leave

9   your building, be outside, and then go into rec?  Do you

10  understand?

11       A.   Yeah.  So leaving my unit door, I was still inside

12  the hospital unit, and then I would leave another door to go

13  outside to go to the recreation front door.

14       Q.   I see.  So separate buildings is what I'm getting

15  at?

16       A.   Correct.

17       Q.   Okay.  Now, that's all I have on that.  Thank you.

18            Do you recall meeting with an Investigator

19  Martinez on July 23rd, 2021?

20       A.   Vaguely, yeah.

21       Q.   So you would have seen Nurse Sancho on July 22nd.

22  And then the next day, you would have been interviewed by

23  somebody at the prison?

24       A.   Yeah.  I was interviewed nonstop from that first

25  day.

```
 1           Q.   Okay.  Do you recall telling him that oral was
 2    three times?
 3           A.   No.
 4           Q.   Now, some of these phone calls that you just
 5    talked about, are you aware that they were recorded?
 6           A.   Yes.
 7           Q.   And were you aware that your phone calls were
 8    provided to me?
 9           A.   Like, yeah.  Yeah.  Many.
10           Q.   Okay.  Because I'm going to ask you some questions
11    about phone calls.
12           A.   Okay.
13           Q.   And I have the recordings.  So if you don't
14    remember or don't understand, we can play them for you, but
15    I just want to let you know that it's available.  Okay?
16                Now, in 2021, fair to say you were using some men
17    for money, correct?
18           A.   Yeah, I had pen pals.  That's how I was surviving
19    in prison my whole bid.
20           Q.   And you gave an interview with agents on
21    July 30th of this year, so about two weeks ago, where you
22    indicated, yeah, that's how you were making money in prison,
23    correct?
24           A.   Yes.  That's how I survived in prison.
25           Q.   I believe you said you had a couple of pen pals at
```

1    the state prison, and you had picked up maybe three more at

2    federal?

3        A.    I don't remember how many there was, but I did

4    that my whole bid.  So the entire time I was locked up,

5    yeah, that's how I was surviving.

6        Q.    And describe that.  What do you mean by

7    "surviving"?  What were you doing?

8        A.    Pen pals, conversating with men.  And they were

9    taking care of me, like, putting money on my books or my

10   phone.

11       Q.    And what kind of conversations would you have with

12   the men?

13       A.    Conversations about maybe potentially being with

14   them when I got out.  Just, really, like I said, that Diana

15   was someone different, and that Diana was probably telling

16   these men what they wanted to hear.

17       Q.    And a lot of men want to hear about sex?

18       A.    Not necessarily.  We can't even really talk like

19   that on the phones.

20       Q.    So you never mentioned having sex with a man?

21       A.    I never said.  I said we can't really talk about,

22   like serious, like explicit phone sex on the recorded

23   phones.

24       Q.    Or you could imply that you were going to be with

25   them?

```
1        A.    Yeah.  I'm sure I did, yeah.

2        Q.    Now, July 4th, 2021, you had a phone call with a

3   man in which he's offering to give you a thousand dollars

4   and an outfit to wear at the airport when you get home, and

5   you talk about being with that man the next year; do you

6   recall that?

7        A.    Kind of.  What was the man's name?

8        Q.    His name's not mentioned.  It's just a male voice,

9   but your voice is on there saying those things.  Do you

10  recall that conversation?  It would have been July 4th,

11  2021.

12       A.    Kind of.  Yeah, I mean, I recall the conversation.

13  I just don't remember.

14       Q.    Okay.  Now, also on July 4th, 2021, you're on a

15  phone call with your mom.  Her name is Amal?

16       A.    Yes.

17       Q.    And you tell your mom, "I'm very happy."

18       A.    Uh-huh.

19       Q.    You tell your mom, "I spoke to him."  You tell

20  your mom, "I told him about my idea."  You tell your mom, "I

21  told him he does not have to give me a thousand dollars."

22  That's the same day as the call with the ma.

23             So are you referencing that man?

24       A.    I believe there was a call that I made to my mom,

25  maybe like using the same details, but I was referring to --
```

```
 1    I was probably lying to my mom about getting money.

 2         Q.   Okay.  Were you lying to your mom about being very

 3    happy?

 4         A.   No.

 5         Q.   You recall you told your mom that the man said, "A

 6    thousand dollars ain't shit."

 7              And you said, "I will sleep with him"; do you

 8    recall that?

 9         A.   Yeah, I recall that.  I recall that --

10         Q.   Thank you, ma'am.

11              You said, "He's not spending his money for

12    nothing, you know."  And then you mentioned Louis Vuitton

13    bags; do you recall that?

14         A.   No.  I don't recall that.

15         Q.   You told your mom, "When I get off the airplane, I

16    will look beautiful wearing nice clothes"; do you remember

17    that?

18         A.   My mom bought me a Louis Vuitton bag to go home

19    with.  So I recall talking about one, but not receiving one

20    from a man.

21         Q.   Okay.  Next day on July 5th you're on a phone call

22    with your sister, Rita.  And you remember a man named

23    Michael Jackson; do you recall that?

24         A.   Michael.

25         Q.   Okay.  Your sister says Michael Jackson.  You
```

1    said, no, Michael is another person.

2              So you know the phone call I'm referencing,

3    correct?

4        A.    I don't remember a Michael Jackson ever, but I

5    know a Michael.

6        Q.    And you say, "Michael is going to send a thousand

7    dollars to spend at the airport."

8              Your sister asked, "Who's Michael?"

9              And you say, "Michael is my Asian."

10             Do you recall that phone call?

11       A.    My agent?

12       Q.    Asian.  Like an Asian American.

13       A.    Yeah, that's my pen pal.

14       Q.    And Rita tells you she doesn't understand.  And

15   you repeat that, "He's my Asian and he lives here in Texas."

16       A.    My Asian would have been my pen pal Michael.

17       Q.    And he lives here in Texas?

18       A.    Yes.

19       Q.    And you are referring to that guy?

20       A.    Yes.

21       Q.    And on the day of July 4th, 2021, when this

22   incident occurs, that incident occurs in the early morning,

23   correct?

24       A.    I don't know.  I don't remember.

25       Q.    Well, you told agents it was always early in the

1    morning?

2        A.    I told agents three years ago right after it

3    happened.  So, yeah.

4        Q.    Early in the morning on Sunday?

5        A.    Yeah, I remember the Sundays.

6        Q.    So later in the day, you are on a phone call with

7    your mom and your sister, correct?

8        A.    Correct.

9        Q.    No mention of Mr. Nix on those phone calls?

10       A.    Okay.

11       Q.    Just mentions of Michael, the Asian, and another

12   guy giving you a thousand dollars?

13       A.    Okay.

14       Q.    Is that right?

15       A.    Yeah, that's right.

16       Q.    Okay.  July 6th, another phone call with your

17   mother -- I mean, with your sister, Rita, I apologize.  And

18   you say, "I've been leaning more and more towards a mixed

19   baby."  And you say, "When I say mixed, I mean Black"; do

20   you remember that phone call?

21       A.    Yes.

22       Q.    So July 4th, 2021, is the date of the incident

23   Mr. Nix is charged with, two days later, you agree you're

24   telling your sister you're leaning towards having a mixed

25   Black baby, correct?

1          A.    July 4th is the day of the last incident that he's

2    been charged with.  And, yeah, two days later is when I

3    start talking about a mixed baby, correct.

4          Q.    Okay.  On July 20th, '21, you had two

5    conversations, one with your mom Amal and one with your

6    sister, Rita, okay?

7                The one with Rita, it says, "Part of me," this is

8    your words, "part of me wants to fuck up his life"; do you

9    remember that?

10         A.    That's not what I said.

11         Q.    Okay.  You also say, "Part of me wants to mess up

12   his life" --

13         A.    I said, "I don't want to mess up his life," is

14   what I said.

15         Q.    Do you need to hear the phone call to refresh your

16   memory?

17         A.    Sure.

18               MR. LEWIS:  Okay.  Your Honor, this is a

19   transcript in Arabic.  So we don't have the audio.  I just

20   have the transcript.  Do you want me to approach the witness

21   and let her see it?

22               THE COURT:  Any objection to approaching --

23               MS. SALEEM:  To approaching the witness?  No.

24               THE COURT:  -- and showing her the transcript?

25               MS. SALEEM:  No.

```
 1                    THE COURT:  Okay.

 2    BY MR. LEWIS:

 3        Q.   Okay.  Ma'am, I'm showing you what's the front

 4    here.  Okay?  You can just read that to yourself, not aloud.

 5        A.   Uh-huh.

 6        Q.   Just so you understand what I'm talking about.

 7        A.   Right.

 8        Q.   Okay.  Now, I've pulled out page 8 right here.

 9    Okay?  There's some Arabic, and then the translation is on

10    the right.  If you will just look at it quietly and read it

11    to yourself.

12        A.   Right.  So --

13                    THE COURT:  Hold on.  No.  No.  Just read it to

14    yourself and let us know when you've completed reading it.

15                    THE WITNESS:  I have completed reading it.

16                    THE COURT:  Okay.  Thank you.

17                    MR. LEWIS:  Thank you, ma'am.

18    BY MR. LEWIS:

19        Q.   Just one second.  Does that refresh your memory

20    about the conversation?

21        A.   Yeah, I know the conversation.  I never forgot

22    about it, but translation is not the right translation.

23    There's not even a way to say that in Arabic.  I don't know

24    how to say it.  That's why there's English and Arabic in

25    that same sentence.
```

```
 1              I don't know how to say it other than mixing

 2    Arabic and English.  What I am trying to say is part of me,

 3    you know, and then I go on to say, I don't want to fuck up

 4    his life.

 5         Q.   Okay.  So there's a mistake in the Arabic

 6    translation?

 7         A.   It's a mix between English and Arabic.  There's

 8    not a mistake.  It's like me just trying to get my point

 9    across and her understanding what I'm saying.

10         Q.   Okay.  Now, you have filed a lawsuit, correct?

11         A.   Correct.

12         Q.   On March 6th, 2024?

13         A.   Correct.

14         Q.   In this courthouse, federal lawsuit?

15         A.   Yes.

16         Q.   And in that lawsuit, you make claims about being

17    raped, correct?

18         A.   Correct.

19         Q.   And there's definitions provided in the lawsuit

20    that says "without consent," correct?

21         A.   I wasn't allowed to consent, so correct.

22         Q.   And that lawsuit is still pending, correct?

23         A.   Correct.

24         Q.   And there's also claims in the lawsuit that other

25    guards saw this going on and didn't do anything to stop it,
```

```
 1   correct?

 2        A.   Correct.

 3        Q.   Like Officer Taylor didn't stop it?

 4        A.   Nobody stopped anything.

 5        Q.   Officer Coleman didn't stop it?

 6        A.   Nobody stopped anything, or no one saw any sexual

 7   interactions happening to stop it either.  Let me just make

 8   that clear.  Nobody saw me having sex and just walked by

 9   either, you know.

10        Q.   Nobody saw anything suspicious or stepped in or

11   anything?

12        A.   That's not true.  No one saw me having sexual

13   interactions and didn't stop it.

14        Q.   Now, also in the lawsuit it says you reported it

15   to Nurse Sancho?

16        A.   Yes.  I reported it to Nurse Sancho when I

17   demanded to be checked for STDs once I yelled it out loud to

18   everybody, so --

19             MS. SALEEM:  Your Honor, I'm going to object to

20   this line of questioning, because the defense is attempting

21   to impeach this witness through a document that she has not

22   adopted.  It's written by her attorneys.  That's improper

23   impeachment.

24             THE COURT:  Okay.  So I'm not sure, I don't

25   understand the adoption part of it, if it's written by her
```

```
 1    agent.

 2              MS. SALEEM:  I would still object to it as

 3    improper impeachment, because it's not a statement of this

 4    witness.

 5              THE COURT:  Okay.  Well, I'm going to overrule

 6    that objection.

 7    BY MR. LEWIS:

 8        Q.  Ma'am, just to be clear, there's a couple lawyers

 9    mentioned in the lawsuit, one from Houston and one from New

10    York City, correct?

11        A.  I don't know about Houston.  My lawyers are out of

12    New York.  And like --

13        Q.  That's okay.  You've answered my question.

14              I just had one simple question; did they interview

15    you?

16        A.  Yes, they interviewed me.

17        Q.  Okay.  Thank you.  You've answered my question.

18              Now, in the lawsuit it mentions Nurse Sancho, she

19    also just testified --

20              THE COURT:  Hold on a second.  I do think the

21    proper impeachment is just to ask her if something happened.

22              MR. LEWIS:  Yes, Your Honor.

23              THE COURT:  I think that objection would be

24    sustained that you're just reading from a document.

25              MR. LEWIS:  Yes, Your Honor, I will move along.
```

1              THE COURT:  You can ask her.

2    BY MR. LEWIS:

3         Q.   Did you tell Nurse Sancho there was something

4    wrong -- I believe you said on direct that you were shooed

5    away.  You used the words "shooed away," right?

6         A.   Yes.

7         Q.   Okay.  Who shooed you away, that was my question?

8         A.   Ms. Sancho shooed me away from the door the first

9    time before I yelled it through the door.

10        Q.   Okay.  Now, I want to ask you about a

11   June 10th phone call with your sister, Rita.

12             In that call, again, transcript and audio, but

13   your sister's asking you if a man wants to marry you and you

14   say, "I look at him and I'm like he has everything, like

15   together, I mean."

16             Do you recall that conversation?

17        A.   Yes.

18        Q.   So that would have been June 10th.  That would

19   have been maybe three weeks before the July 4th incident,

20   roughly; do you agree with me?

21        A.   Yes.

22        Q.   And when you say that, are you meaning that the

23   man you are talking about has everything together, like he's

24   attractive?

25        A.   It depends who I was talking about.

1    Q.    It's definitely a compliment saying somebody has

2    everything together, right?

3    A.    Right.

4    Q.    Okay.  Now, you go on to say, "I go to work and

5    I'm not wearing clothes.  I do crazy things."  Do you

6    remember that?

7    A.    Again, translation is not what you're reading.

8    Translation meaning, "I'm not wearing anything underneath,

9    like panties."

10    Q.    Yeah, I don't speak Arabic.

11    A.    Yeah, I'm just telling you.  So, yeah, I do

12    remember that.

13    Q.    So what you are saying to your sister is, "I'm not

14    wearing panties when I go to work"?

15    A.    Yes.

16    Q.    What was your intention behind that comment?  I

17    don't really understand.

18    A.    Well, I'm just, like, explaining to my sister

19    like, at the time, you know, it was really exciting for me

20    almost to, like, get called out or, like, to be around

21    Mr. Nix.

22    And so, like, I would be trying to explain to her

23    with code and, like, explaining to her, like, kind of like

24    how sexy I would feel or whatever the case may be just being

25    around him.

     1              And it was, like, unreal, surreal.  Like I'm

     2     having sex with the guard.  It was just something that never

     3     happens to you.  It was something crazy like out of a movie

     4     or, like, a fantasy.

     5         Q.   So on June 10th, you're feeling like a fantasy,

     6     like he makes me have feelings, this is exciting, right?

     7         A.   Correct.

     8         Q.   Now, and you say he works.  So we can assume you

     9     mean work at the prison.  So that would be Mr. Nix you are

    10     talking about, right?

    11         A.   Correct.

    12         Q.   Okay.  Now, June 12th, you have another phone call

    13     with your sister, Rita.  So this was two days later, after

    14     no panties comment.  And you say, "I'm starting to change my

    15     outlook regarding Blacks"; do you recall that one?

    16         A.   Recalling Blacks or having --

    17         Q.   Regarding Blacks.  That's the quote.

    18         A.   Like having a baby with them.  Yeah, I do recall

    19     that.

    20         Q.   You go on to say, "As far as, like, mixed, if I'm

    21     someone, he will be half Black," are you referencing the

    22     baby you have would be half Black?

    23         A.   Yeah.  We're talking the real vaguely because we

    24     are talking in code.

    25         Q.   Okay.  Thank you.

                        Zoie Williams, RMR, RDR, FCRR
                        United States District Court
                             (817)850-6630

```
 1            Actually, you go on to say, "He will be cute
 2    because guys that are mixed, I'm like, damn," there's the
 3    N-word used and I'm not going to say it in court, but "damn
 4    N-word, you're fine, you know what I'm saying."
 5            That's something you said on the phone, correct?
 6        A.    Yeah.  I remember that.
 7        Q.    So what you are saying to your sister is either a
 8    mixed baby or a Black baby is fine, cute, it's attractive to
 9    you?
10        A.    Yeah.
11        Q.    Okay.  June 14th, two days later.  You're on a
12    phone call with your sister, Rita.  And on that day you want
13    her to look up Mr. Nix on Facebook; do you recall that?
14        A.    No.
15        Q.    You don't recall telling your sister to look up M.
16    Nix?
17        A.    Maybe.  I mean, I don't recall.
18        Q.    Is it possible?
19        A.    Yeah.
20        Q.    Okay.  You're not denying it?
21        A.    No.
22        Q.    Because I only have to play it if you deny it?
23        A.    I'm not denying it.
24        Q.    You're saying you could have --
25        A.    I'm not denying any of that.
```

1        Q.   Okay.  And M. Nix, you point out, you don't say

2   Marerllis, you say M. Nix?

3        A.   Yes.

4        Q.   Now, July 26th when you are interviewed, after you

5   talk to Nurse Sancho, that's when you explain Mr. Nix tried

6   to kiss you and you left the office, correct, the very first

7   time?

8        A.   I don't remember.  I don't remember.  I remember

9   my interview.  I was still very young.  I was still a

10   criminal, like, mentality, thinking I was going to snitch on

11   him or ruin his life.  I wasn't thinking at all, like right,

12   wrong, like a grown woman like I am today.  So I don't

13   really remember.

14        Q.   Okay.  But you definitely know the first time it

15   happened he tried to kiss you --

16        A.   He did kiss me.

17        Q.   He did kiss you.

18             Is that when you freaked out and ran?

19        A.   I've never ran.  I can't run.  It's a controlled

20   compound.  Remember, they have to escort us everywhere.  I

21   asked to be taken back to my unit.

22        Q.   Okay.  But you definitely wanted to leave?

23        A.   I did.  He did walk me back to my unit.

24        Q.   June 23rd there's a phone call that you made, a

25   recorded call, some of it's a transcript, but you're saying,

1    "He loves me" blah, blah, blah, and then you start talking

2    about if you hadn't gone to work the day before, talking

3    about cussing him.

4            And then you say, "He's, like, damn, I thought

5    N-word was dumped, you know?"

6            So are you telling your sister on June 23rd that

7    there was some sort of disagreement amongst you two and you

8    didn't come to work so maybe he thought you were mad?  Is

9    that what that meant?

10    A.   I can't remember the situation.  I just don't

11    know.  Nevermind, I can't remember the situation, but I have

12    a lot of private conversations with my sister.  I mean, my

13    sister, we just kind of shoot back and forth a lot of like

14    things about everything.  I don't remember that particular

15    situation.

16    Q.   Do you remember any times when you and Mr. Nix had

17    sort of a quarrel, a lover's quarrel, or agreement where it

18    was --

19    A.   Well, I remember hearing that he was sleeping with

20    other girls on the compound, and I confronted him about it

21    in front of a bunch of people in the outside rec by the

22    shack, yeah.

23    Q.   Okay.  That was your lover's quarrel?

24    A.   I wouldn't call it a lover's quarrel.

25    Q.   Okay.  Now --

1          A.   I think it's really disrespectful, actually.

2               THE COURT:  Just wait for the next question.

3     BY MR. LEWIS:

4          Q.   Do you recall a conversation with your mother on

5     May 11th, 2021, when you tell her you're pregnant?

6          A.   No.

7          Q.   And then you tell her you're joking and you're

8     kidding?

9          A.   No, I don't remember that.

10         Q.   Okay.

11              MR. LEWIS:  One minute, Your Honor.  May I

12    approach, Your Honor?

13              THE COURT:  Yes.

14              MR. LEWIS:  Let me know when you're ready.

15              THE WITNESS:  I'm ready.

16    BY MR. LEWIS:

17         Q.   All right.  I'm going to show you just the front

18    page.  It has a date on it.

19         A.   Uh-huh.  Yeah.

20         Q.   And then I'm going to show you right here, there's

21    a little bit of translation.  So if you just read it to

22    yourself and let us know once you're finished reading, and

23    then I will ask you a question.

24         A.   Okay.  I read it.

25         Q.   Does that help you remember that conversation with

1    your mom?

2         A.   No, I still don't remember it.

3         Q.   Okay.  Now that you've read it, you see that you

4    did have that conversation on May 11th, right?

5         A.   Yeah.

6         Q.   Where you joke about being pregnant, correct?

7         A.   Yeah.  I read it.

8         Q.   Now, you've also spoken to government agents this

9    year, correct, about what happened?

10        A.   Correct.

11        Q.   Once was on April 16th and once was on July 30th,

12   correct?

13        A.   Correct.

14        Q.   July 16th, you interviewed with an agent named

15   Jessica Wright; do you recall that?

16        A.   Yes.

17        Q.   And in that interview, you tell Agent Wright about

18   the rag being thrown at you just like you testified today;

19   do you recall that?

20        A.   Yes.

21        Q.   Okay.  And you tell her that there was a chair

22   that would have had fluids on it; do you recall that?

23        A.   Yes.

24        Q.   You tell her that there was oral sex involved, as

25   well as vaginal in which you were on top of Mr. Nix; do you

1    recall that?

2        A.    Yes.

3        Q.    And that there would have been bodily fluids on

4    the chair after that, correct?

5        A.    Yes.

6        Q.    And then, July 30th, 2025, they inform you that

7    there was nothing found on that chair, correct?

8        A.    Yes.

9        Q.    And on July 30th, you tell the agents that the

10   last encounter was actually in the music room, correct?

11       A.    In the clerk's office.

12       Q.    You didn't tell them it was now in the music room,

13   instead of his office?

14       A.    It's never called the music room.  I've never said

15   music room.  It's called the clerk's office.  It's labeled

16   the music room.

17       Q.    But when they grabbed the chair and didn't find

18   anything on it, you said, no, it was a different chair in a

19   different room?

20       A.    I never said a different room.  I said it's a

21   different chair from the one they showed me.

22       Q.    Okay.  So they tested the wrong chair?

23       A.    I don't know what they did test or didn't test.  I

24   know the chair in the picture I seen yesterday was not the

25   right chair.

1    Q.    While you were at Carswell, your mother was

2    diagnosed with cancer, correct?

3    A.    Yes.

4    Q.    And this happened, caused quite a financial strain

5    to your parents, right?

6    A.    Of course.  This happened not while I was

7    Carswell.  This happened in my first year of prison way

8    before I got to Carswell, so --

9    Q.    Well, your July 30th interview with agents, you

10    say that, while you're at Carswell, your parents went from

11    two incomes to one?

12    A.    Correct.  That's why I started talking to pen

13    pals.  And that's why I even start entertaining other ways

14    to survive in there.

15    Q.    To help pay for your mother's cancer treatments?

16    A.    No.  To survive in there.

17    Q.    Now, on July 15th, 2021, you're on a recorded call

18    with your mom discussing insurance plans and doctors and

19    some pretty heavy stuff about cancer; do you recall that?

20    A.    Sure.

21    Q.    And this would have been, so if July 22nd is when

22    you go to Nurse Sancho, July 15th is seven days prior to

23    that, that's that call with your mom where she's telling you

24    about Medicare and some doctors not being covered; do you

25    recall that?

```
1        A.   There was a lot of calls like that.  Yeah, I

2   recall that.

3        Q.   Now, do you recall Officer Taylor ever warning you

4   about the pen pals?

5        A.   He would make jokes, like -- because a lot of

6   girls talk to pen pals in there, like that's what we did in

7   there.

8             You know, so he would make jokes to a lot of us,

9   saying, you guys are gonna end up -- one of them pen pals is

10  going to end up killing y'all or something like that, just

11  joking around, you know?

12       Q.   Do you recall Officer Taylor ever warning you that

13  you better be careful and these men are going to kill you if

14  you don't wind up doing what you say you are going to do?

15       A.   He worded it just how I worded it before just

16  right now.

17       Q.   Like a joke?

18       A.   Yeah.  Not like you said it right there, but how I

19  said it.

20       Q.   Do you remember Michael Crummery (phonetic)?

21       A.   Michael I think was the Asian that I talked to.

22       Q.   And he would send you cash via Cash App?

23       A.   I don't remember how, but he would support me in

24  there.

25       Q.   And another one was named Charles; do you remember
```

1  him?

2      A.   I don't remember anybody's name other than

3  Michael.  Michael was the only one I remember, really.

4  There was a lot, so --

5      Q.   Do you recall the May 18th, 2021, call with your

6  mom, where your mom tells you she's worried about you?

7      A.   Yes.

8      Q.   And telling you it would be an issue if you stay

9  with Charles?

10     A.   Charles was my codefendant in my federal case,

11  Charlie.  His name is Jose Charlie.

12     Q.   Okay.  Do you recall a June 22nd call with your

13  sister where you describe a guy named Chepo as your dream

14  guy?

15     A.   That's Charlie.  Jose.  Charlie.  That's also

16  Chepo.  That was my codefendant.  That was my boyfriend when

17  I got arrested.

18     Q.   Not Chepo Reyes Carreras?

19     A.   I don't know who that is.

20     Q.   Do you recall on July 6th having a conversation

21  with your sister about your baby looking like a regular with

22  Chepo?

23     A.   Yeah.

24     Q.   And also on that day a conversation about Jose

25  Amador?

```
 1          A.   Same person.

 2          Q.   He just has different names?

 3          A.   Jose Charlie Amador and he went by Chepo.

 4          Q.   And he's the dream guy?

 5          A.   He was my boyfriend who I got arrested with whose

 6     drugs got me indicted and was my boyfriend when I got

 7     arrested.  Who I lived with when I got arrested.  So not

 8     necessarily a dream guy, but the last person I was with.

 9          Q.   Do you recall the July 5th call with your sister,

10     where you say, "I'm not fucking banking on Jose."

11          A.   Banking on Jose means counting on Jose.

12          Q.   Yeah.  You go on to say that, "N word, if he goes

13     out and sells dope, I'm not fucking with him"; do you

14     remember that conversation?

15          A.   Absolutely.

16          Q.   That was one day after the July 4th incident?

17          A.   Yeah.  Meaning, if he gets out and sells drugs,

18     I'm not talking to him.

19          Q.   Derek Artemis Jamir O'Neal (phonetic), was he a

20     pen pal?

21          A.   Sounds familiar.

22          Q.   May 14th, 2021, you are on a recorded call talking

23     to him about getting your stuff and seeing him later; do you

24     recall that one?

25          A.   I don't recall any phone calls with him.
```

1          Q.   Do you recall a May 19th, 2021, call that's

2    recorded with a man offering to buy you a car?

3          A.   Not really.

4          Q.   Did any man offer to buy you a car over the phone?

5          A.   Michael.

6          Q.   Do you recall telling him you only want it if it's

7    in your name?  That was a May 25th phone call.

8          A.   Yep.

9          Q.   On June 27th, 2021, you're on a recorded call

10   saying you received $400 from a man with some designer

11   masks; do you remember that one?

12         A.   Kind of, yeah.

13         Q.   And then on July 4th, 2021, the day that we keep

14   hearing about, you're on a recorded phone call with a man

15   who says he can send you a thousand dollars to shop at the

16   airport; do you recall that one?

17         A.   Kind of.

18         Q.   You don't dispute it?

19         A.   No, I don't doubt it.

20         Q.   Do you recall on July 5th, 2021, being on a call

21   with a man who says he's going to make you his life

22   insurance beneficiary?

23         A.   Not really, but I don't doubt it.

24         Q.   And same thing about a 401(k) beneficiary?

25         A.   Sure.  I had lots of phone calls with lots of

1    dudes.  I just told them what they wanted to hear during

2    that time.  That version of me was just surviving.  You

3    know, I'm not proud of it.  That's how I got my money.

4    That's irrelevant.

5        Q.   On April 16th, when you interview with the agents,

6    you tell them Mr. Nix is offering you money or was offering

7    you money back then?

8        A.   I demanded money from him at one point in time

9    when I found out he was sleeping with other inmates, and he

10   agreed to it.

11            MR. LEWIS:  Ma'am, you are not answering my

12   question.

13            THE COURT:  Ma'am, hold on.  Listen to the

14   question.

15   BY MR. LEWIS:

16       Q.   I know you want to blurt stuff out.

17       A.   I don't want to blurt stuff out.

18       Q.   If you answer yes or no --

19            MS. SALEEM:  Object to argumentative.

20            THE COURT:  Hold on.  Hold on.  Ask your next

21   question.

22   BY MR. LEWIS:

23       Q.   Did you tell the agents that Mr. Nix offered to

24   buy you a vehicle?

25       A.   Yeah.

```
1          Q.   Okay.  Did you tell the agents that Mr. Nix

2    offered to buy you a house?

3          A.   To get me an apartment.

4          Q.   And the first time you said this was April of

5    2025?

6          A.   I don't remember.

7          Q.   You weren't saying it in any phone calls back in

8    2021, were you?

9          A.   Yes, I was.  There was phone calls with my sister

10   telling her that I would move here to Texas and I would be

11   taken care of.

12         Q.   By Mr. Nix?

13         A.   I didn't say Mr. Nix on the phone, no.  I never

14   said Mr. Nix on the phone.

15         Q.   In the April 16th, 2025, interview, you tell

16   federal agents Mr. Nix is going to pay for your outfit at

17   the airport, correct?

18         A.   Yeah.  He made me feel like that.  So he had --

19         Q.   Thank you.  You've answered my question.

20              In the April 16th interview, you tell the agents

21   that he offered to set you up with this place to live,

22   correct?

23              MS. SALEEM:  Your Honor, I'm going to object to

24   this.  It's not only repetitive, but it's again improper

25   impeachment.
```

1          THE COURT:  I will sustain the improper

2    impeachment.

3    BY MR. LEWIS:

4         Q.   So Mr. Nix offered to buy you the exact same

5    amount and do the exact same things for you, according to

6    your interview this year, that you were saying on phone

7    calls in 2021; is that correct?

8         A.   He never offered to buy me a specific car or give

9    me a specific amount of money or anything like that.  So

10   that's to clear that up.  He never offered to do anything.

11          However, he asked me my sizes when I told him I

12   needed a going home outfit.  He said the car he had for me

13   wasn't a nice car, but it drove, and then he said getting me

14   an apartment in Texas.  That's what he offered me.  When I

15   demanded $3,000 from him, he said he could send it to me in

16   two different payments from someone else's Cash App.

17        Q.   And did he send you the payments?

18        A.   Nothing.

19        Q.   Did you ever get a single dime from Mr. Nix?

20        A.   No.

21        Q.   Who is Isabel Soto?

22        A.   She was my girlfriend in prison.

23        Q.   When you say "girlfriend," were you romantic?

24        A.   Yeah.

25        Q.   Does romantic mean sexually active?

1    A.    Yeah.

2    Q.    There's a phone call where you mention Isa buys

3 you a key chain that says, "B and D, the two of us," is that

4 Isabel?

5    A.    Yes.

6    Q.    And the date of that phone call is July 4th, 2021,

7 correct?

8    A.    Okay.

9    Q.    Now, when you went to the Nurse Sancho originally

10 that was July the 20th, correct?

11    A.    Correction, I didn't go to Nurse Sancho.  I was in

12 quarantine, and I was asking to be checked for STDs

13 repetitively for days.  So the day that I freaked out and

14 Nurse Sancho finally assisted me was whatever day that was.

15    Q.    So for days Nurse Sancho was ignoring you until

16 the 22nd, correct?

17    A.    Not just her.  Whoever was on duty.  It just

18 happened to be her working that day that I said what I said

19 and finally got some attention.

20    Q.    Do you recall the June 11th phone call with your

21 sister, where you say, "He is, like, there's something, all

22 girls here dream of him, you know"?

23    A.    No.  I mean, I kind of do.

24    Q.    And then, June 20th is the call where you say,

25 "What do you think if I had a Black child," with your

1  sister; do you remember that one?

2       A.   Yes.

3       Q.   And then June 22nd, a call with your sister you

4  say, "I can't wait to have a baby.  For some reason, I feel

5  it will be Black."  Do you remember that one?

6       A.   Yeah.

7       Q.   And this is the same time when you say on the

8  phone call, "Look up M. Nix"?

9       A.   Yeah.  Yeah, because I'm talking about possibly

10  having a baby with Mr. Nix when I get out.

11       Q.   During the time that you were at Carswell, were

12  you seeing a psychiatrist?

13       A.   No.

14       Q.   Do you recall a conversation with your mom that

15  was reported on May 17th, 2021, when you tell your mom,

16  "There's something wrong with me"?

17       A.   Maybe.  I mean, I was in prison.  I mean --

18       Q.   Do you recall telling your mom that you told the

19  psychiatrist that you were getting "Very bad"?

20       A.   That what?

21       Q.   "Very bad, the medicine"?

22       A.   The medicine I was given was very bad?

23       Q.   Uh-huh.

24       A.   So I recall getting put on Prozac and it made me,

25  like, feel bodily bad, due to my mom getting cancer again

1    and my niece dying and just COVID happening, but I don't --

2    I don't understand what any of that has to do with Mr. Nix

3    having sex with me.

4            THE COURT:  Hold on.  Hold on.

5            Ask your next question.

6    BY MR. LEWIS:

7        Q.   Do you recall telling your mom that you held some

8    information back from the psychiatrist because you didn't

9    want to be put with the crazies?

10       A.   No, but I don't doubt it.

11       Q.   And do you recall telling your mom you are going

12   to the psychiatrist twice a day, morning and night?

13       A.   That's whenever you start any medicine in the BOP,

14   it's protocol.  It's not because you're crazy.  I requested

15   to be put on something --

16           THE COURT:  Hold on.

17           THE WITNESS:  -- so --

18           THE COURT:  Ask your next question.

19   BY MR. LEWIS:

20       Q.   On July 9th, 2021, five days after July 4th, you

21   are on a recorded call with your sister and you guys both

22   agree that you don't see a future with "him."

23           Do you recall that conversation?

24       A.   Uh-huh.

25       Q.   That "him" is Mr. Nix?

```
 1              A.   It could be.

 2              Q.   Okay.  On the July 4th incident, you mentioned

 3     "fun with him"?

 4              A.   Uh-huh.

 5              Q.   After you say, "I saw what's his name today at

 6     work," correct?

 7              A.   Uh-huh.

 8              Q.   So the phrase "at work" and "him" is meaning

 9     Mr. Nix at work, right?

10              A.   Yes.

11              Q.   And "He's just fun, you know what I mean?"

12                   So you are talking about Mr. Nix on July the 4th,

13     correct?

14              A.   Uh-huh.

15                   THE COURT:  You got to say yes or no.

16                   THE WITNESS:  Yes.  Sorry.

17     BY MR. LEWIS:

18              Q.   But by July the 9th, you and your sister have come

19     to the conclusion there's no future with "him" meaning

20     Mr. Nix?

21              A.   Well, it's not necessarily me and my sister coming

22     to a conclusion.  I think it's my nerves up and down because

23     I'm, like, inmate and I'm thinking I'm in a relationship

24     with a guard.  I was very manic and up and down.  So if my

25     words and my phone calls and my feelings and emotions were
```

```
 1    all over the place --

 2                THE COURT:  Hold on a second.

 3                THE WITNESS:  -- that's why.

 4                THE COURT:  You're referencing what you and she

 5    were referencing?

 6                THE WITNESS:  Yeah.

 7    BY MR. LEWIS:

 8        Q.   And then on July 20th, 2021, you're on a recorded

 9    call with your sister, saying, "I will consult with a

10    lawyer," correct?

11        A.   Saying what?

12        Q.   I will consult with a lawyer.

13        A.   No, not about Mr. Nix.

14        Q.   Did say, "I will consult with attorney on

15    July 20th"?

16        A.   On July 20th?  Was this before -- no, I haven't.

17    I never said anything about consulting with a lawyer about

18    Mr. Nix the whole time I was arrested.

19                My interview with Malone and the two agents at the

20    very end, when I was in quarantine, was the first time I had

21    consulted, like, ever told anything about it, and the first

22    time an attorney had ever been brought up to me.  I never

23    thought about, let alone spoke about, consulting with a

24    lawyer about Mr. Nix until I was out in the halfway house.

25        Q.   Okay.  And then July 22nd is when Nurse Sancho --
```

```
 1    the first time you say something about it, correct?
 2         A.   Yes.
 3              MR. LEWIS:  I have no further questions.
 4              THE COURT:  All right.  Why don't we take a break
 5    and come back in 10 minutes.
 6         (The jury went out at 3:38 p.m.)
 7              COURT SECURITY OFFICER:  All rise for the jury.
 8         (The jury was brought into court at 3:50 p.m.)
 9              THE COURT:  Please be seated.
10              MS. SALEEM:  Your Honor, may we approach the
11    bench?
12         (An off-the-record sidebar was had.)
13                        REDIRECT EXAMINATION
14    BY MS. SALEEM:
15         Q.   Hi, Ms. Mekaeil.  I'm going to ask you some very
16    specific, pointed questions.  All right?
17              At the beginning, back in May of 2021, you thought
18    you were in a relationship with Mr. Nix; is that correct?
19         A.   Yes.
20         Q.   And at some point, roughly, around June 16th of
21    2021, did you learn that Mr. Nix was having relations with
22    another or other inmates?
23         A.   Yes.
24         Q.   Now, based on your belief that Mr. Nix was having
25    sexual relations with others, did you confront him?
```

1          A.    Yes.

2          Q.    And was that the spat that the defense has

3    referred to?

4          A.    Yes.

5          Q.    And in fact, did Mr. Nix -- what did he tell you

6    about whether he was having a sexual relationship with

7    others?

8          A.    He admitted it.

9          Q.    All right.  Then now that's roughly around

10   mid-June; is that correct?

11         A.    Yes.

12         Q.    You continued to still spend time with Mr. Nix

13   sexually; is that correct?

14         A.    Yes.

15         Q.    What is your mood and how are you dealing with

16   whether or not Mr. Nix is involved with others?

17         A.    My mood has turned from believing in him to

18   becoming more skeptical of him.

19         Q.    Okay.  And are you up and down about it?

20         A.    Very much so.

21         Q.    Did Mr. Nix tell you, when you confronted him,

22   that that relationship, that was over in December before I

23   met you?

24         A.    Yes.

25         Q.    So you thought that one was over?

72

1        A.    Yes.

2        Q.    And then, you move into quarantine; is that right?

3        A.    Yes.

4        Q.    And when you're in quarantine, do you have another

5   conversation with a different inmate?

6        A.    Yes.

7        Q.    Is that Danica Pulley?

8        A.    Yes.

9        Q.    And based on your communications with Ms. Pulley,

10   are you now under the impression there's more sexual

11   activity with other inmates?

12        A.    Yes.

13        Q.    And is that what triggered your concern about

14   having an STD?

15        A.    Absolutely.

16        Q.    Now, when you disclosed what had happened to the

17   nurse, you were still in quarantine; is that right?

18        A.    Yes.

19        Q.    Would you have made those same allegations if you

20   had been in the general population?

21        A.    No, never.

22        Q.    Why not?

23        A.    Because I would have got retaliation from guards

24   and inmates.

25        Q.    And is that a serious concern?

1      A.   Yes.

2      Q.   Now, let me also ask you, you're tired, aren't

3  you, Ms. Mekaeil?

4      A.   Yes.  I'm drained.

5      Q.   Okay.  I'm going to ask you to stay with us --

6      A.   I am.

7      Q.   -- and focus.

8           There was some questioning about sexual

9  intercourse versus oral sex, correct?

10     A.   Yes.

11     Q.   And you were asked about whether now you're

12 describing more oral sex incidents; is that right?

13     A.   Yes.

14     Q.   Okay.  Do you recall that you were interviewed by

15 federal agents back in June -- excuse me, July 23rd of 2021,

16 roughly?

17     A.   Yes.

18     Q.   And back then did you tell them that there was

19 consistently oral sex and vagina sex, if you remember?

20     A.   I don't remember.

21     Q.   Okay.  Do you remember telling agents back then

22 that, when you were on your period, you would give him oral

23 sex?

24     A.   Yes.

25     Q.   May I approach the witness?

1          I'm showing you a copy of the transcript of that

2     interview.  I'm asking you to look at page 48.

3          A.   Okay.

4          Q.   And I'm going to ask you to look at line --

5     starting at 10 down to 25.

6          A.   Okay.  Do you want me to read it aloud?

7          Q.   Just read it to yourself.

8          Now, does this give you a specific recollection of

9     what you said or is it still hard to remember?

10         A.   I can remember him saying that, but not like

11    specifically what time.

12         Q.   Okay.  So now back in July of 2021, if you said,

13    "Every time after the second time, um, I started giving him

14    oral sex too," that's consistent with what you testified

15    today, isn't it?

16         A.   Yes.

17         Q.   You were also asked about these events occurring

18    on Sundays, right?

19         A.   Yes.

20         Q.   In fact, you told agents back in July of 2021 that

21    this happened typically on Sundays?

22         A.   Yes.

23         Q.   Now, you were asked about these events happening

24    early in the morning.  Do you remember that?

25         A.   Yes.

```
 1          Q.   And did you tell agents that this happened roughly

 2    around 9 to 9:15 in the morning?

 3          A.   I don't recall a certain time.

 4          Q.   Okay.

 5          A.   It would just be Sundays for sure.

 6          Q.   Okay.

 7          A.   But a lot of the time, it was in the morning.

 8          Q.   In the mornings.

 9               And would you have an opportunity to get to the

10    inside rec and perform some duties there?

11          A.   Yes.  I would work first.

12          Q.   All right.  Would there be other inmates in or

13    near you when these sexual activities were occurring?

14          A.   No.  Well, they would be in the inside rec, like

15    for spin class, and then they would be dismissed.

16          Q.   Okay.  So after the spin class is typically when

17    you would have these relations with Mr. Nix?

18          A.   Yes.

19          Q.   All right.  And also you mentioned, or you've been

20    asked repeatedly about having a baby, a mixed baby.  Were

21    you thinking about a relationship with Mr. Nix?

22          A.   Yes.

23          Q.   And so, if the two of you had children, you were

24    thinking about him or her being a mixed child?

25          A.   Yeah.
```

```
1         Q.   Now, even after you had these -- had this

2    information that he had had a relationship with another

3    inmate in December, you're still thinking about the

4    possibility of having children?

5         A.   Yeah.  I was like really up and down.  But, yeah.

6         Q.   Who's Kayla?

7         A.   Kayla is my old roommate in the state prison.  She

8    was one of my good friends.

9         Q.   Okay.  Who's Markus?

10        A.   Markus was a guard that worked in the state prison

11   who -- they're together now.  They're a couple and they live

12   together.

13        Q.   Did you know that before you met Mr. Nix?

14        A.   Yeah.  I knew that whenever I was in prison with

15   Kayla and Markus was a guard there.

16        Q.   All right.  Did you ever talk to Kayla in those

17   recorded calls about Mr. Nix possibly being your Markus?

18        A.   Yeah.  That's what our code was for him.

19        Q.   You've been asked a lot of questions about pen

20   pals.

21        A.   Yeah.

22        Q.   Why did you have pen pals?  What was the purpose

23   of that?

24        A.   To just survive, like, financially.  Just to be

25   comfortable and to correspond with somebody in the world.
```

1    But mainly to, like, get money from them and to, like, be

2    comfortable.

3        Q.    Do you recall you mentioned that Mr. Nix had

4    promised you some things about a car and about an apartment?

5        A.    Uh-huh.

6        Q.    What was the context of that?  When would that

7    come up?

8        A.    Well, I wouldn't really call it a promise.  But he

9    had mentioned I can move down there, and he would get me an

10   apartment, you know.  And then he had said -- I would always

11   just be talking about things that I needed or, like, was

12   like excited about getting out, this or that, and I had

13   mentioned a car.  He had said, "Well, it's not like a

14   brand-new car, not like a fancy car or anything, but it

15   drives, you know.  I got a car for you you can drive, you

16   know, if you move down here."

17       Q.    Did you demand some money from Mr. Nix?

18       A.    I did.  I demanded money from Mr. Nix after I

19   found out, that same day that I went to him and was shouting

20   at him.

21       Q.    And again, that was the spat the defense was

22   asking you about?

23       A.    Yes.

24       Q.    What was Mr. Nix's reaction to your demand for

25   money?

1          A.   Well, surprisingly, he wasn't against it at all.

2     His immediate response, he said, okay.  But it would have to

3     be from someone else's account, and it would have to be in

4     two different payments.

5          Q.   What was your reaction to that?

6          A.   I was kind of hurt by that reaction, because it

7     kind of just told me that, like, that it's not his first go

8     around maybe, you know?

9          Q.   Do you recall Mr. Nix telling -- showing you a

10    business card or something along those lines?

11         A.   Yeah.  So he had shown me his business card that

12    said "Nix Global."  Because I asked, like, how to get ahold

13    or how would we, like, reconnect after I got out.  He didn't

14    say anything.  He just showed me the business card.  I

15    understood, like, I would remember the name, you know?  And

16    then he put it back -- he put it away.

17         Q.   To be clear, Ms. Mekaeil, you've been through a

18    lot of interviews?

19         A.   Yes.

20         Q.   Now, in preparation for trial, is it fair to say

21    you've been asked about a lot of details?

22         A.   Yes.

23         Q.   And some of those details are mentioned in your

24    July 2021 interview, correct?

25         A.   Yes.

1      Q.   And some of them we pushed more and asked more,

2  haven't we?

3      A.   Yes.

4      Q.   Does that mean that those are new, made-up

5  details?

6      A.   No.

7      Q.   Or does it mean that what you said in July of

8  2021, that those facts aren't true?

9      A.   No.

10     Q.   Now, you've had some conversations you've been

11 asked about, some calls with your family?

12     A.   Yes.

13     Q.   Let's start with your mom.  What was your

14 relationship like with your mom back then?

15     A.   My mom and I have a good relationship.  She's like

16 my best friend, but she's really like -- she's very cultured

17 in our Middle Eastern culture.

18     Q.   Were you closer to your sister or were you more

19 candid with your sister about what was going on between you

20 and Nix?

21     A.   Yeah.  I could definitely be more open with my

22 sister, because my mom is really hard on me.

23     Q.   Did you tell your sister back on June 20th of 2021

24 that Mr. Nix had said, "100 percent, I could see myself with

25 you?"

1          A.   Yeah.

2          Q.   And that "I could put a ring on it"?

3          A.   Yeah.

4          Q.   Now, June 20th, that's after you've learned that

5    he's already had some type of a relationship with another

6    inmate?

7          A.   Right.

8          Q.   So are you a little skeptical at that point of

9    whether or not that's true?

10         A.   I'm skeptical, but then I'm wanting to believe him

11   too.  Because at first, after denying it, he admitted it to

12   me.  So like I just wanted to believe that I was, like, the

13   only one he was sleeping with.

14         Q.   And, in fact, on July 6th, you talked to your

15   sister again; is that right?

16         A.   Yes.

17         Q.   And in the discussion, you say, "You know, I feel

18   stupid because I used to believe him, you know"?

19         A.   Yes.

20         Q.   Are you talking about Mr. Nix?

21         A.   Yes.

22         Q.   And is your sister under the impression that you

23   might be -- that she might have the opportunity to meet him

24   and get to know him?

25         A.   Yes.  I had given Mr. Nix my sister's phone number

     1   to reach out to me whenever I left.

     2       Q.   "I apologize, you know what, because I feel stupid

     3   because I used to believe him."  That was a call that

     4   occurred on June 17th.

     5            Do you want to review that to make sure of the

     6   correct date?

     7       A.   No, it's okay.

     8       Q.   All right.  By July 6th, that would be two days

     9   after your last sexual encounter with Mr. Nix; is that

    10   right?

    11       A.   Yes.

    12       Q.   And you're still saying, I believe him; is that

    13   correct?

    14       A.   Yes.

    15       Q.   So when you are up and down, Mr. Nix is still

    16   right there with you, persuading you that there is a

    17   potential future with him?

    18       A.   Yes.

    19       Q.   And does Mr. Nix actually tell you, as you report

    20   to your sister, "You see yourself, you love me, but because

    21   of the situation you're in, you really love me"?

    22       A.   Yes.

    23            MS. SALEEM:  May I have just a moment, Your Honor?

    24            THE COURT:  Yes.

    25            MS. SALEEM:  I will pass the witness.

1          MR. LEWIS:  Briefly, Your Honor.

2                    RECROSS-EXAMINATION

3     BY MR. LEWIS:

4          Q.   So you have a friend in another prison that

5     married a guard named Jerome?

6          A.   No.

7          Q.   Markus?  What was his name?  Markus?

8          A.   His name is Markus, and she's not married to him.

9          Q.   Okay.  What was the deal?  She ended up hooking up

10    with him after she got out or what?  You said, "your

11    Markus," so what happened to them?

12         A.   They live together and they're dating.  They're

13    together.

14         Q.   And you thought Mr. Nix was going to be your

15    Markus, that's what you said?

16         A.   That's what I said for code to reference him

17    without saying his name.

18         Q.   That's what you said five minutes ago when this

19    attorney asked you a question.

20         A.   Yes.

21         Q.   You thought it was going to be your Markus, and

22    you said yes, correct?

23         A.   When I said, "my Markus," I was referencing

24    Mr. Nix, correct.

25         Q.   And then other inmates tell you they're having sex

1      with Mr. Nix, correct?

2            A.    Yes.

3            Q.    You never saw them having sex with Mr. Nix, right?

4            A.    Correct.

5            Q.    That made you angry?

6            A.    Which part?

7            Q.    That he was having sex with other inmates?

8            A.    Yes.

9            Q.    According to them?

10           A.    Yes.

11           Q.    Okay.

12                 MR. LEWIS:  May I approach the witness, Your

13     Honor?  This pertains to the question I asked earlier about

14     the lawyer to refresh her memory.

15     BY MR. LEWIS:

16           Q.    I asked you earlier about the phone call about a

17     lawyer.  You said you didn't remember.  I'm going to show

18     you what's marked as July 20th, 2021 --

19           A.    Uh-huh.

20           Q.    -- digitally recorded call and it has your name.

21           A.    Okay.

22           Q.    Just read this part right here to yourself.  This

23     is your name.  Tell me when you're done reading.

24           A.    Can I see?

25           Q.    Sure.  Sure.  You can flip through all of them, if

1   you want.

2        A.   And the page before this is where?

3        Q.   The very back.

4        A.   Yeah.  So the translation --

5        Q.   Ma'am, I will ask the question.  Thank you.

6        A.   Okay.

7        Q.   I'm not trying to trick you, ma'am.  I just asked

8   earlier if you said you were going to consult a lawyer and

9   you said no.  Does that refresh your memory?

10        A.   No, that's not what I was saying.

11        Q.   Okay.  You did not say, "I'm going to consult a

12   lawyer," after reading the transcript?

13        A.   No.

14        Q.   What did you say?

15        A.   As I was trying to explain to you a minute ago,

16   the translation is incorrect.  The word "lawyer" is the word

17   that's translated, and that's not what was being said.  So,

18   no.

19        Q.   Okay.  Okay.  Well, ma'am, every call you made

20   while in prison was recorded, correct?

21        A.   Correct.

22        Q.   And you mention a lot of things, a lot of men, a

23   lot of names, a lot of things, but the only time you've ever

24   say the word "Nix" is when you tell your sister to look him

25   up on Facebook, correct?

1          A.   I don't know.

2          Q.   Because if it was in any other call, we'd have it

3     being played for the jury, wouldn't we?

4          A.   I don't remember.

5               MR. LEWIS:  No further questions.

6               MS. SALEEM:  I have no other questions.

7               THE COURT:  Ma'am, you can step down.  You need to

8     stay in touch with counsel.

9               MS. SALEEM:  May she be excused?

10              MR. LEWIS:  I have no further use for this

11    witness, Your Honor.

12              THE COURT:  Yes, I will leave you to counsel.

13    They will tell you what you need.

14              THE WITNESS:  Okay.  Thank you.

15         (The testimony concluded at 4:22 p.m.)

16

17

18

19

20

21

22

23

24

25

```
 1
 2                        REPORTER'S CERTIFICATE
 3
 4        I, ZOIE WILLIAMS, RMR, RDR, FCRR, certify that
 5   the foregoing is a true and correct transcript from
 6   the record of proceedings in the foregoing entitled
 7   matter to the best of my ability to hear.
 8        Further, due to the COVID-19 pandemic, some
 9   participants are wearing masks, and/or appeared via
10   videoconferencing, so proceedings were transcribed to the
11   best of my ability.
12        I further certify that the transcript fees format
13   complies with those prescribed by the Court and the Judicial
14   Conference of the United States.
15        Signed this 15th day of September, 2025.
16
17                        ___/s/ Zoie Williams_____
                          Zoie Williams, RMR, RDR, FCRR
18                           Official Court Reporter
                          Northern District of Texas
19                             Fort Worth Division
20   Business Address:    501 W. 10th Street
                          Fort Worth, Texas 76102
21                        zwilliams.rmr@gmail.com
                          817.850.6630
22
23
24
25
```

## 1

**BY MR. LEWIS: [16]**
34/21 44/2 44/18 47/7
48/2 54/3 54/16 62/15
62/22 64/3 67/6 67/19
68/17 69/7 82/3 83/15
**BY MS. SALEEM: [4]**
5/13 22/15 33/14 70/14
**COURT SECURITY**
**OFFICER: [1]** 70/7
**MR. LEWIS: [14]** 22/12
34/19 43/18 44/17 47/22
47/25 54/11 54/14 62/11
70/3 82/1 83/12 85/5
85/10
**MS. SALEEM: [15]** 5/5
22/11 33/11 34/17 43/23
43/25 46/19 47/2 62/19
63/23 70/10 81/23 81/25
85/6 85/9
**THE COURT: [30]** 5/6
5/10 22/13 33/13 43/22
43/24 44/1 44/13 44/16
46/24 47/5 47/20 47/23
48/1 54/2 54/13 62/13
62/20 64/1 67/4 67/16
67/18 68/15 69/2 69/4
70/4 70/9 81/24 85/7
85/12
**THE WITNESS: [8]** 5/9
44/15 54/15 67/17 68/16
69/3 69/6 85/14

## $

**$3,000 [1]** 64/15
**$400 [1]** 61/10

## '

**'19 [1]** 6/20
**'21 [1]** 43/4

## /

**/s [1]** 86/17

## 1

**10 [2]** 70/5 74/5
**100 percent [1]** 79/24
**10th [4]** 3/3 48/18 50/5
86/20
**11th [2]** 54/5 55/4
**12th [1]** 50/12
**14 [2]** 1/7 5/1
**14th [2]** 51/11 60/22
**15 [1]** 20/5
**15th [2]** 57/17 86/15
**16 [1]** 20/9
**16th [3]** 55/14 62/5 63/15
**17 [1]** 20/12
**1700 [1]** 1/16
**17th [2]** 66/15 81/4
**18 [1]** 20/14
**18th [1]** 59/5
**19 [2]** 20/16 86/8
**19th [1]** 61/1

## 2

**2015-ish [1]** 6/16
**2018 [1]** 6/20
**2019 [1]** 6/20
**2021 [34]** 10/10 27/6 32/8
34/23 36/19 37/16 39/2
39/11 39/14 41/21 42/22
54/5 57/17 59/5 60/22
61/1 61/9 61/13 61/20 63/8
64/7 65/6 66/15 67/20
69/8 70/17 70/21 73/15
74/12 74/20 78/24 79/8
79/23 83/18
**2024 [1]** 45/12
**2025 [6]** 1/7 5/1 56/6
63/5 63/15 86/15
**20th [9]** 43/4 65/10 65/24
69/8 69/15 69/16 79/23
80/4 83/18
**214.855.8000 [1]** 1/24
**2200 [1]** 1/23

## 22

**22nd [3]** 36/21 65/16 66/3
**23 [3]** 6/16 33/17 34/1
**23rd [2]** 36/19 52/24
**24/7 [1]** 10/1
**25 [1]** 74/5
**26th [1]** 52/4
**27th [1]** 61/9
**28 [1]** 33/20
**2:02 [1]** 1/8

## 3

**3000 [1]** 35/15
**30th [3]** 55/11 56/6 56/9
**3600 [1]** 1/23
**3:38 [1]** 70/6
**3:50 [1]** 70/8

## 4

**401 [1]** 61/24
**48 [1]** 74/2
**4:22 [1]** 85/15
**4:25-CR-00116-O [1]** 1/5
**4th [13]** 27/14 28/8 29/11
31/18 39/2 39/10 39/14
41/21 42/22 61/13 65/6
67/20 68/12

## 5

**500 [1]** 1/20
**501 [2]** 3/3 86/20
**5th [2]** 60/9 61/20

## 6

**6th [4]** 42/16 45/12 80/14
81/8

## 7

**75201 [1]** 1/23
**76012 [1]** 1/20
**76102 [3]** 1/17 3/3 86/20

## 8

**800 [1]** 1/20
**801 [1]** 1/16

**8**

817.252.5200 **[1]** 1/17

817.850.6630 **[2]** 3/4
86/21

817.877.1500 **[1]** 1/21

**9**

9:15 in **[1]** 75/2
9th **[2]** 67/20 68/18

**A**

ability **[2]** 86/7 86/11
able **[2]** 11/17 12/12
about **[112]**
above **[1]** 3/8
absolutely **[5]** 9/1 32/9
33/23 60/15 72/15
accepted **[1]** 7/25
according **[2]** 64/5 83/9
account **[1]** 78/3
across **[2]** 26/21 45/9
act **[4]** 18/13 23/4 29/18
31/1
active **[2]** 28/18 64/25
activities **[2]** 11/4 75/13
activity **[6]** 19/11 19/20
21/10 29/13 31/10 72/11
acts **[1]** 20/21
actually **[7]** 14/2 24/4
32/17 51/1 54/1 56/10
81/19
addiction **[2]** 5/25 6/2
Address **[1]** 86/20
admit **[1]** 22/11
admitted **[4]** 22/13 22/14
71/8 80/11
adopted **[1]** 46/22
adoption **[1]** 46/25
advances **[1]** 33/18
advantage **[1]** 32/19
after **[23]** 10/4 12/19
13/16 17/13 28/5 30/15
42/2 50/13 52/4 56/4

60/16 67/20 68/5 74/13
75/16 76/4 77/11 78/13
80/4 80/11 81/9 82/10
84/12
afterwards **[2]** 14/24
15/15
again **[11]** 10/2 10/6 28/9
28/18 31/13 48/12 49/7
63/24 66/25 77/21 80/15
against **[1]** 78/1
age **[1]** 33/21
agent **[4]** 41/11 47/1 55/14
55/17
agents **[16]** 37/20 41/25
42/2 55/8 56/9 57/9 62/5
62/23 63/1 63/16 63/20
69/19 73/15 73/21 74/20
75/1
ago **[5]** 25/7 37/21 42/2
82/18 84/15
agree **[4]** 15/19 42/23
48/20 67/22
agreed **[1]** 62/10
agreement **[1]** 53/17
ahead **[1]** 33/6
ahold **[1]** 78/12
ain't **[1]** 40/6
air **[11]** 11/13 11/15 11/16
11/19 11/20 11/21 12/1
14/19 15/1 15/5 17/12
airplane **[1]** 40/15
airport **[4]** 39/4 41/7
61/16 63/17
AISHA **[1]** 1/15
all **[28]** 8/6 10/4 11/6 11/7
11/9 11/11 11/18 20/14
22/25 23/14 24/5 33/2
36/6 36/17 52/11 54/17
65/21 69/1 70/4 70/7
70/16 71/9 75/12 75/19
76/16 78/1 81/8 83/25
allegations **[1]** 72/19

allowed **[1]** 45/21
almost **[3]** 24/10 24/13
49/20
alone **[2]** 32/4 69/23
along **[4]** 7/14 30/10 47/25
78/10
aloud **[2]** 44/4 74/6
already **[3]** 7/16 7/25 80/5
also **[14]** 6/10 21/23 25/23
39/14 43/11 45/24 46/14
47/19 55/8 59/15 59/24
73/2 74/17 75/19
although **[1]** 33/25
always **[5]** 14/12 16/20
19/21 41/25 77/10
am **[5]** 5/21 29/6 45/2
52/12 73/6
Amador **[2]** 59/25 60/3
Amal **[2]** 39/15 43/5
AMERICA **[1]** 1/5
American **[1]** 41/12
amongst **[1]** 53/7
amount **[2]** 64/5 64/9
angry **[1]** 83/5
another **[16]** 13/4 13/15
13/17 14/5 17/18 36/12
41/1 42/11 42/16 50/12
58/25 70/22 72/4 76/2
80/5 82/4
answer **[3]** 7/8 17/1 62/18
answered **[3]** 47/13 47/17
63/19
answering **[1]** 62/11
any **[24]** 7/10 7/13 9/18
13/25 18/21 18/23 19/19
20/20 21/9 23/16 25/14
29/9 34/7 34/9 43/22
46/6 51/25 53/16 60/25
61/4 63/7 67/2 67/13 85/2
anybody **[4]** 7/11 18/5
26/24 32/3
anybody's **[1]** 59/2

# A

**anything [24]** 7/14 9/15 9/16 17/10 18/5 18/10 23/19 24/3 26/8 27/15 29/7 45/25 46/4 46/6 46/10 46/11 49/8 56/18 64/9 64/10 69/17 69/21 77/14 78/14

**anytime [1]** 21/20

**anywhere [2]** 9/2 11/23

**apartment [5]** 25/18 63/3 64/14 77/4 77/10

**apologize [2]** 42/17 81/2

**App [2]** 58/22 64/16

**appeared [1]** 86/9

**approach [5]** 43/20 54/12 70/10 73/25 83/12

**approaching [2]** 43/22 43/23

**April [7]** 23/24 34/15 55/11 62/5 63/4 63/15 63/20

**April 16th [2]** 62/5 63/15

**April 16th and [1]** 55/11

**April 16th interview [1]** 63/20

**Arabic [15]** 26/10 26/11 26/12 26/15 26/16 26/17 26/20 43/19 44/9 44/23 44/24 45/2 45/5 45/7 49/10

**are [51]** 5/16 5/20 7/21 8/24 12/4 15/11 18/13 19/9 20/20 21/16 23/2 25/6 25/23 26/11 28/8 30/10 32/7 32/10 35/9 37/5 39/23 41/19 42/6 47/11 48/22 48/23 49/13 50/9 50/21 50/24 51/2 51/7 52/4 53/6 58/9 58/13 58/14 60/22 62/11 67/11 67/21 68/12 71/15 71/19

72/10 78/23 79/4 80/8 80/20 81/15 86/25

**area [2]** 11/22 22/3

**aren't [2]** 73/2 79/8

**argumentative [1]** 62/19

**Arlington [1]** 1/20

**around [12]** 6/9 8/7 12/2 12/4 35/8 49/20 49/25 58/11 70/20 71/9 75/2 78/8

**arrested [6]** 6/17 59/17 60/5 60/7 60/7 69/18

**Artemis [1]** 60/19

**as [39]** 10/3 10/3 11/7 11/17 12/3 12/3 12/11 13/13 14/8 14/8 18/20 18/20 19/19 19/20 23/8 23/8 23/11 23/11 23/15 23/15 26/9 26/9 30/1 30/1 30/3 30/3 32/23 34/1 34/2 39/22 47/2 50/20 50/20 55/24 55/25 59/13 81/19 83/18 84/15

**Asian [7]** 41/9 41/12 41/12 41/15 41/16 42/11 58/21

**aside [1]** 11/10

**ask [19]** 9/16 11/13 20/4 22/4 29/23 31/22 37/10 47/21 48/1 48/10 54/23 62/20 67/5 67/18 70/15 73/2 73/5 74/4 84/5

**asked [22]** 14/20 14/22 18/13 24/13 24/24 29/11 41/8 52/21 64/11 73/11 74/17 74/23 75/20 76/19 78/12 78/21 79/1 79/11 82/19 83/13 83/16 84/7

**asking [6]** 15/11 30/3 48/13 65/12 74/2 77/22

**asks [1]** 19/8

**ass [1]** 24/9

**ASSISTANT [1]** 1/15

**assisted [1]** 65/14

**assume [1]** 50/8

**at [65]** 8/2 8/10 9/9 9/14 11/16 12/12 14/1 14/1 14/2 14/22 19/11 19/25 20/4 20/9 21/5 22/5 22/16 22/25 24/25 26/14 26/15 28/6 28/8 28/14 28/18 30/6 32/20 32/20 33/8 34/5 36/5 36/15 36/23 37/25 38/1 39/4 41/7 44/10 48/14 49/19 50/9 52/11 55/18 57/1 57/10 61/15 62/8 63/16 66/11 68/5 68/8 68/9 69/19 70/6 70/8 70/17 70/20 74/2 74/4 74/5 77/20 78/1 80/8 80/11 85/15

**attempting [1]** 46/20

**attention [3]** 29/9 29/24 65/19

**attorney [4]** 1/15 69/14 69/22 82/19

**attorneys [1]** 46/22

**attractive [2]** 48/24 51/8

**audio [2]** 43/19 48/12

**AUGUST [4]** 1/7 4/9 27/6 27/14

**August 4th [1]** 27/14

**aunt [1]** 7/21

**available [1]** 37/15

**Avenue [1]** 1/23

**aware [2]** 37/5 37/7

**away [9]** 30/6 30/11 30/15 32/3 48/5 48/5 48/7 48/8 78/16

# B

**baby [13]** 25/4 42/19 42/25 43/3 50/18 50/22 51/8 51/8 59/21 66/4 66/10 75/20 75/20

**back [28]** 10/5 10/5 16/18

**B**

back… **[25]** 17/8 17/11 17/17 25/15 32/8 32/11 32/23 34/10 52/21 52/23 53/13 62/7 63/7 67/8 70/5 70/17 73/15 73/18 73/21 74/12 74/20 78/16 79/14 79/23 84/3

bad **[5]** 8/16 66/19 66/21 66/22 66/25

bag **[1]** 40/18

bags **[2]** 8/17 40/13

banking **[2]** 60/10 60/11

based **[3]** 25/13 70/24 72/9

basically **[2]** 15/13 31/24

be **[70]** 5/6 11/17 11/24 12/12 12/13 12/18 12/20 12/22 13/20 15/4 19/22 19/24 20/6 21/17 21/18 21/20 21/21 21/21 22/2 22/13 24/2 25/12 26/8 26/9 27/6 27/16 28/17 30/5 30/17 36/1 36/8 36/9 38/24 46/17 47/8 47/23 49/20 49/22 49/24 50/9 50/21 50/22 51/1 52/21 58/13 59/8 63/10 65/12 65/18 66/5 67/9 67/15 68/1 70/9 75/5 75/12 75/14 75/15 76/24 77/1 77/11 78/3 78/3 78/17 79/21 80/23 81/8 82/14 82/21 85/9

beautiful **[1]** 40/16

became **[1]** 19/17

because **[36]** 8/22 10/7 11/5 11/18 16/22 16/22 16/23 17/11 26/7 27/10 27/17 29/21 30/17 32/22 32/24 37/10 46/20 47/3 50/23 51/2 51/22 58/5

66/9 67/8 67/14 68/22 72/23 78/6 78/12 79/2 80/11 80/18 81/2 81/3 81/20 85/2

become **[1]** 7/24

becoming **[1]** 71/18

been **[30]** 5/22 7/16 14/1 14/2 16/10 17/11 23/12 26/13 29/14 29/15 31/1 31/10 31/11 33/2 36/22 39/10 41/16 42/18 43/2 48/18 48/19 56/3 57/21 69/22 72/20 75/19 76/19 78/17 78/21 79/10

before **[20]** 1/12 7/16 9/7 9/8 14/2 16/11 17/4 27/15 27/19 28/9 28/22 48/9 48/19 53/2 57/8 58/15 69/16 71/22 76/13 84/2

began **[1]** 34/23

beginning **[1]** 70/17

behind **[4]** 21/18 21/21 22/21 49/16

being **[19]** 10/1 10/5 10/6 21/11 27/22 30/15 38/13 39/5 40/2 45/16 49/24 55/6 55/18 57/24 61/20 75/24 76/17 84/17 85/3

belief **[2]** 33/22 70/24

believe **[9]** 11/17 37/25 39/24 48/4 80/10 80/12 80/18 81/3 81/12

believing **[1]** 71/17

bench **[1]** 70/11

beneficiary **[2]** 61/22 61/24

best **[3]** 79/16 86/7 86/11

better **[3]** 32/15 32/16 58/13

bettering **[1]** 14/12

between **[3]** 10/17 45/7 79/19

bid **[3]** 27/11 37/19 38/4

big **[2]** 22/12 28/18

biggest **[1]** 35/17

bit **[4]** 19/5 21/1 28/25 54/21

black **[8]** 33/9 42/19 42/25 50/21 50/22 51/8 65/25 66/5

Blacks **[3]** 50/15 50/16 50/17

blah **[3]** 53/1 53/1 53/1

bluer **[1]** 18/19

blur **[1]** 18/17

blurt **[2]** 62/16 62/17

bodily **[2]** 56/3 66/25

bonds **[1]** 7/23

book **[1]** 18/2

books **[1]** 38/9

BOP **[2]** 10/14 67/13

born **[1]** 26/13

boss **[5]** 12/20 13/1 13/4 13/25 31/5

bosses **[5]** 10/21 10/22 13/15 14/6 16/21

both **[5]** 16/10 19/3 20/22 21/19 67/21

bought **[1]** 40/18

boyfriend **[3]** 59/16 60/5 60/6

brand **[1]** 77/14

brand-new **[1]** 77/14

Brandy **[1]** 34/14

break **[1]** 70/4

Briefly **[1]** 82/1

brought **[5]** 5/24 13/11 13/12 69/22 70/8

building **[7]** 22/19 22/21 22/22 34/4 35/6 35/6 36/9

buildings **[1]** 36/14

bunch **[3]** 24/8 34/16 53/21

**B**

Bureau [1]  30/25
burned [1]  29/2
burning [1]  28/16
business [4]  78/10 78/11
78/14 86/20
but [54]  11/3 11/10 16/5
17/7 22/19 25/2 25/4
25/11 26/17 26/21 26/25
28/17 29/5 29/18 29/20
30/22 32/23 34/6 35/23
36/4 37/14 38/3 39/9
39/25 40/19 41/4 44/22
48/12 51/3 52/14 52/22
52/25 53/11 56/17 58/18
58/23 60/8 61/23 63/24
64/13 67/1 67/10 68/18
74/10 75/7 76/5 77/1 77/8
77/14 78/2 79/16 80/10
81/20 84/23
button [1]  33/10
button-up [1]  33/10
buy [6]  61/2 61/4 62/24
63/2 64/4 64/8
buys [1]  65/2

**C**

CADE [1]  1/22
call [50]  7/17 12/9 13/25
19/18 30/20 32/2 35/5
39/2 39/15 39/22 39/24
40/21 41/2 41/10 42/6
42/16 42/20 43/15 48/11
48/12 50/12 51/12 52/24
52/25 53/24 57/17 57/23
59/5 59/12 60/9 60/22
61/1 61/7 61/9 61/14 61/20
65/2 65/6 65/20 65/24
66/3 66/8 67/21 69/9
77/8 81/3 83/16 83/20
84/19 85/2
called [5]  12/13 17/23

49/20 56/14 56/15
calls [16]  5/5 26/1 26/3
37/4 37/7 37/11 42/9 58/1
60/25 61/25 63/7 63/9
64/7 68/25 76/17 79/11
came [4]  7/10 14/2 17/22
17/24
can [36]  6/24 8/5 12/1
12/7 13/10 13/21 14/17
16/3 18/23 19/14 21/1
22/16 22/25 23/11 23/22
26/16 26/17 28/25 29/12
33/6 34/12 34/25 34/25
35/4 36/1 37/14 44/4 48/1
50/8 61/15 74/10 77/9
77/15 83/24 83/25 85/7
can't [15]  7/2 17/14 18/15
24/3 29/18 29/20 35/1
35/18 36/4 38/18 38/21
52/19 53/10 53/11 66/4
cancer [4]  57/2 57/15
57/19 66/25
candid [1]  79/19
car [11]  25/18 61/2 61/4
64/8 64/12 64/13 77/4
77/13 77/14 77/14 77/15
card [3]  78/10 78/11 78/14
care [2]  38/9 63/11
careful [1]  58/13
Carreras [1]  59/18
Carswell [14]  6/18 7/3
7/10 8/2 12/5 14/3 27/13
27/16 36/5 57/1 57/7 57/8
57/10 66/11
case [3]  1/5 49/24 59/10
cash [3]  58/22 58/22
64/16
cause [1]  3/8
caused [1]  57/4
cell [1]  6/8
cells [1]  8/15
Center [1]  6/19

certain [1]  75/3
Certificate...................
........86 [1]  4/6
certify [2]  86/4 86/12
chain [1]  65/3
chair [9]  55/21 56/4 56/7
56/17 56/18 56/21 56/22
56/24 56/25
chalked [1]  28/17
chance [1]  25/12
change [4]  8/2 8/18 10/3
50/14
changed [2]  14/15 32/22
charge [2]  6/8 6/8
charged [2]  42/23 43/2
charges [1]  6/11
Charles [3]  58/25 59/9
59/10
Charlie [5]  59/11 59/11
59/15 59/15 60/3
check [1]  30/9
checked [6]  30/11 30/17
30/19 30/21 46/17 65/12
checking [1]  18/4
Chepo [5]  59/13 59/16
59/18 59/22 60/3
Cherry [1]  1/16
child [2]  65/25 75/24
children [2]  75/23 76/4
chopped [1]  26/25
circling [1]  22/23
circumstances [1]  13/19
City [1]  47/10
claims [2]  45/16 45/24
clarify [1]  34/22
class [2]  75/15 75/16
clean [6]  14/23 15/6 15/14
16/6 28/6 29/17
cleaned [5]  14/21 14/24
15/7 15/20 16/4
cleaning [4]  9/16 10/7

# C

cleaning... **[2]** 15/17 16/8
clear **[4]** 46/8 47/8 64/10 78/17
clerk's **[3]** 19/2 56/11 56/15
clerks **[1]** 11/10
clinic **[1]** 30/20
close **[1]** 7/24
closed **[1]** 10/8
closer **[1]** 79/18
closet **[18]** 18/25 19/1 19/1 20/2 20/8 20/11 20/13 20/13 20/15 20/18 20/23 20/24 20/24 21/2 21/7 21/10 21/15 21/21
closets **[1]** 21/19
clothes **[2]** 40/16 49/5
code **[5]** 26/9 49/23 50/24 76/18 82/16
codefendant **[2]** 59/10 59/16
Coleman **[1]** 46/5
come **[12]** 6/14 6/21 12/9 16/18 17/18 17/23 26/5 29/23 53/8 68/18 70/5 77/7
comes **[1]** 30/13
comfortable **[2]** 76/25 77/2
coming **[3]** 6/25 25/16 68/21
comment **[2]** 49/16 50/14
comments **[1]** 25/14
commissary **[2]** 14/23 15/14
communications **[1]** 72/9
complete **[1]** 5/3
completed **[2]** 44/14 44/15
completely **[1]** 22/19
complies **[1]** 86/13
compliment **[1]** 49/1

compound **[3]** 8/6 52/20 53/20
computer **[1]** 3/9
computerized **[1]** 3/9
concern **[3]** 30/14 72/13 72/25
concluded **[1]** 85/15
conclusion **[2]** 68/19 68/22
Conference **[1]** 86/14
confront **[1]** 70/25
confronted **[2]** 53/20 71/21
connection **[1]** 6/6
consent **[2]** 45/20 45/21
consistent **[1]** 74/14
consistently **[1]** 73/19
consult **[5]** 69/9 69/12 69/14 84/8 84/11
consulted **[1]** 69/21
consulting **[2]** 69/17 69/23
context **[2]** 24/23 77/6
continued **[1]** 71/12
control **[1]** 36/3
controlled **[5]** 11/24 12/6 12/8 17/24 52/19
conversating **[1]** 38/8
conversation **[18]** 14/11 16/15 18/3 24/23 39/10 39/12 44/20 44/21 48/16 54/4 54/25 55/4 59/20 59/24 60/14 66/14 67/23 72/5
conversations **[6]** 16/19 38/11 38/13 43/5 53/12 79/10
convicted **[1]** 6/9
conviction **[2]** 6/4 6/10
cool **[1]** 14/11
cooped **[1]** 11/18
copies **[3]** 18/1 18/3 18/12
copy **[1]** 74/1
correct **[62]** 14/4 31/17

36/16 37/17 37/23 41/3 41/23 42/7 42/8 42/25 43/3 45/10 45/11 45/13 45/17 45/18 45/20 45/21 45/22 45/23 46/1 46/2 47/10 50/7 50/11 51/5 52/6 55/6 55/9 55/10 55/12 55/13 56/4 56/7 56/10 57/2 57/12 63/17 63/22 64/7 65/7 65/10 65/16 68/6 68/13 69/10 70/1 70/18 71/10 71/13 73/9 78/24 81/6 81/13 82/22 82/24 83/1 83/4 84/20 84/21 84/25 86/5
Correction **[1]** 65/11
correspond **[1]** 76/25
cots **[3]** 9/19 9/24 10/4
could **[16]** 9/15 10/7 12/14 14/23 15/13 22/2 24/18 25/12 26/9 38/24 51/24 64/15 68/1 79/21 79/24 80/2
counsel **[2]** 85/8 85/12
counting **[1]** 60/11
couple **[4]** 34/12 37/25 47/8 76/11
course **[1]** 57/6
court **[8]** 1/1 1/12 3/2 3/2 51/3 70/8 86/13 86/18
courthouse **[1]** 45/14
courtroom **[1]** 33/3
covered **[1]** 57/24
COVID **[15]** 8/3 8/19 9/7 9/8 9/11 9/13 9/18 9/20 10/2 11/16 12/19 27/17 35/8 67/1 86/8
COVID-19 **[1]** 86/8
CR **[1]** 1/5
crazies **[1]** 67/9
crazy **[3]** 49/5 50/3 67/14
crews **[2]** 8/22 11/1

**C**

criminal [2]  32/24 52/10
Cross [2]  4/3 34/20
Cross-Examination [2]  4/3
 34/20
Crummery [1]  58/20
culture [1]  79/17
cultured [1]  79/16
cussing [1]  53/3
custody [1]  25/1
cute [2]  51/1 51/8

**D**

Dallas [1]  1/23
damn [6]  24/9 24/9 24/13
 51/2 51/3 53/4
Danica [2]  34/14 72/7
date [6]  27/10 27/18
 42/22 54/18 65/6 81/6
dates [1]  24/3
dating [1]  82/12
day [24]  12/21 12/21 15/16
 18/12 18/15 27/11 36/22
 36/25 39/22 40/21 41/21
 42/6 43/1 51/12 53/2
 59/24 60/16 61/13 65/13
 65/14 65/18 67/12 77/19
 86/15
days [9]  42/23 43/2 50/13
 51/11 57/22 65/13 65/15
 67/20 81/8
deal [2]  28/18 82/9
dealing [1]  71/15
December [2]  71/22 76/3
decided [1]  9/21
defendant [3]  1/9 1/19
 33/12
defense [3]  46/20 71/2
 77/21
definitely [4]  49/1 52/14
 52/22 79/21
definitions [1]  45/19

demand [2]  77/17 77/24
demanded [1]  46/17
deny [1]  51/22
denying [4]  51/20 51/23
 51/25 80/11
department [1]  12/12
depends [1]  48/25
Derek [1]  60/19
describe [8]  6/24 7/2 8/5
 12/7 13/10 33/6 38/6
 59/13
describing [1]  73/12
designer [1]  61/10
details [6]  25/6 28/4
 39/25 78/21 78/23 79/5
developing [2]  26/14 26/15
diagnosed [1]  57/2
DIANA [8]  1/11 3/10 5/3
 5/5 5/15 32/7 38/14 38/15
did [85]  6/10 6/14 7/11
 8/2 8/2 8/18 9/2 9/7 9/11
 9/13 10/2 10/3 10/5 11/1
 11/3 11/6 11/7 11/11 13/16
 13/23 14/9 15/19 15/21
 15/23 16/1 16/16 17/3
 17/18 18/7 18/10 18/13
 18/20 23/4 24/17 24/25
 25/8 25/14 25/19 27/2
 27/4 27/5 27/7 28/12
 28/14 28/22 30/19 31/7
 31/8 31/18 32/4 33/21
 34/9 34/11 38/3 39/1
 47/14 48/3 52/16 52/17
 52/23 52/23 55/4 56/23
 58/6 61/4 62/23 63/1
 64/17 64/19 69/14 70/21
 70/25 71/5 71/5 71/21
 73/18 75/1 76/13 76/16
 76/22 77/17 77/18 79/23
 84/11 84/14
didn't [20]  12/19 17/9

62/8 62/8 62/8 62/8
 24/20 24/20 26/7 29/8
 32/23 45/23 46/3 46/5
 46/13 53/8 56/12 56/17
 56/23 63/13 65/11 67/8
 78/13 83/17
difference [2]  10/17 10/24
different [23]  7/1 8/9
 8/22 14/18 16/5 22/19
 23/12 24/7 24/7 29/15
 32/10 32/11 33/1 35/7
 38/15 56/18 56/19 56/20
 56/21 60/2 64/16 72/5
 78/4
digitally [1]  83/20
dime [1]  64/19
direct [3]  4/2 5/12 48/4
disagreement [1]  53/7
disclose [1]  30/25
disclosed [1]  72/16
discreet [1]  26/9
discussing [1]  57/18
discussion [1]  80/17
dismissed [1]  75/15
dispute [2]  25/1 61/18
disrespectful [1]  54/1
distinct [2]  21/9 23/8
distribution [1]  6/7
DISTRICT [5]  1/1 1/2 1/12
 1/16 86/18
divided [1]  11/8
DIVISION [2]  1/3 86/19
do [105]
doctors [2]  57/18 57/24
document [2]  46/21 47/24
does [12]  29/23 30/1
 35/22 39/21 44/19 54/25
 64/25 74/8 79/4 79/7
 81/19 84/9
doesn't [1]  41/14
doing [2]  38/7 58/14
dollars [6]  39/3 39/21
 40/6 41/7 42/12 61/15

## D

**don't [65]** 11/2 15/9 16/13 16/17 23/10 25/2 25/4 27/10 28/4 29/16 30/10 30/21 30/22 30/22 31/13 31/25 32/20 35/16 37/13 37/14 38/3 39/13 40/14 41/4 41/24 41/24 43/13 43/19 44/23 45/1 45/3 46/24 47/11 49/10 49/17 51/15 51/17 52/1 52/8 52/8 52/12 53/10 53/14 54/9 55/2 56/23 58/14 58/23 59/2 59/19 60/25 61/18 61/19 61/23 62/17 63/6 67/1 67/2 67/10 67/22 70/4 73/20 75/3 85/1 85/4

**done [1]** 83/23

**door [10]** 20/8 20/13 30/12 30/13 30/16 36/11 36/12 36/13 48/8 48/9

**dope [1]** 60/13

**doubt [3]** 61/19 61/23 67/10

**down [13]** 8/6 8/15 13/12 16/23 68/22 68/24 71/19 74/5 76/5 77/9 77/16 81/15 85/7

**drained [1]** 73/4

**dream [4]** 59/13 60/4 60/8 65/22

**drive [1]** 77/15

**drives [1]** 77/15

**drove [1]** 64/13

**drug [1]** 6/7

**drugs [3]** 6/2 60/6 60/17

**dudes [1]** 62/1

**due [2]** 66/25 86/8

**dumped [1]** 53/5

**during [16]** 8/3 8/18 8/18 9/13 9/18 9/20 15/1 19/17

24/1 25/8 25/23 35/8 35/9 35/13 62/1 66/11

**duties [8]** 9/9 9/14 10/3 10/6 11/2 11/7 11/9 75/10

**duty [1]** 65/17

**dying [1]** 67/1

## E

**earlier [3]** 83/13 83/16 84/8

**early [4]** 41/22 41/25 42/4 74/24

**Eastern [1]** 79/17

**Egypt [1]** 26/13

**eight [1]** 10/13

**either [4]** 29/8 46/7 46/9 51/7

**elaborate [2]** 24/20 24/20

**else's [2]** 64/16 78/3

**emotions [1]** 68/25

**employee [2]** 12/11 13/6

**employees [3]** 10/14 10/17 21/6

**encounter [11]** 13/17 14/17 16/7 17/21 17/22 27/21 27/23 27/24 29/12 56/10 81/9

**encountered [1]** 17/19

**encounters [3]** 18/11 18/20 18/24

**end [6]** 19/25 27/9 27/11 58/9 58/10 69/20

**ended [1]** 82/9

**English [4]** 26/14 44/24 45/2 45/7

**enjoyed [1]** 14/11

**entered [1]** 33/15

**entertaining [1]** 57/13

**entire [4]** 8/6 13/12 32/25 38/4

**entitled [1]** 86/6

**environment [1]** 8/2

**equipment [2]** 9/5 9/10

**escort [2]** 12/9 52/20

**escorted [1]** 12/13

**escorting [1]** 11/25

**especially [1]** 35/8

**essentially [2]** 6/11 8/24

**established [1]** 7/25

**estate [2]** 18/2 25/17

**even [9]** 8/16 8/16 12/22 16/20 34/6 38/18 44/23 57/13 76/1

**event [2]** 31/7 31/18

**events [3]** 23/23 74/17 74/23

**ever [13]** 5/22 25/14 25/19 27/5 31/19 41/4 58/3 58/12 64/19 69/21 69/22 76/16 84/23

**every [4]** 11/19 19/16 74/13 84/19

**everybody [1]** 46/18

**everything [7]** 8/14 12/6 18/17 48/14 48/23 49/2 53/14

**everywhere [1]** 52/20

**evidence [1]** 22/14

**exact [3]** 24/3 64/4 64/5

**exactly [1]** 31/13

**Examination [8]** 4/2 4/3 4/4 4/5 5/12 34/20 70/13 82/2

**except [1]** 11/9

**exchange [1]** 15/12

**excited [1]** 77/12

**exciting [2]** 49/19 50/6

**excuse [1]** 73/15

**excused [1]** 85/9

**exhibit [6]** 20/5 22/5 22/11 22/14 22/16 34/25

**Exhibit 4 [1]** 20/5

**Exhibit 5 [3]** 22/5 22/11 22/16

**experiences [1]** 34/2

**E**

explain [4]  24/14 49/22 52/5 84/15
explaining [2]  49/18 49/23
explicit [1]  38/22
expressing [1]  24/8
extent [1]  25/10

**F**

face [3]  16/16 21/11 21/16
Facebook [2]  51/13 84/25
facing [2]  21/16 21/17
fact [4]  27/5 71/5 74/20 80/14
facts [1]  79/8
fair [2]  37/16 78/20
fairly [2]  19/15 19/16
familiar [1]  60/21
family [9]  7/14 7/17 7/17 7/24 8/1 8/7 25/24 26/22 79/11
fancy [1]  77/14
fantasy [2]  50/4 50/5
far [13]  10/3 12/3 14/8 18/20 19/20 23/8 23/11 23/15 30/1 30/3 33/8 34/2 50/20
favorite [1]  16/21
FCRR [3]  3/2 86/4 86/17
federal [14]  3/2 5/22 5/24 6/4 6/10 6/14 6/18 6/22 27/10 38/2 45/14 59/10 63/16 73/15
feel [11]  31/19 31/21 32/19 33/25 34/3 49/24 63/18 66/4 66/25 80/17 81/2
feeling [3]  23/20 24/2 50/5
feelings [2]  50/6 68/25
fees [1]  86/12
felonies [1]  6/11

felt [2]  16/22 25/11
few [1]  25/19
Fielder [1]  1/20
filed [1]  45/10
finally [2]  65/14 65/19
financial [1]  57/4
financially [1]  76/24
find [4]  9/15 10/7 27/12 56/17
fine [2]  51/4 51/8
finished [4]  16/7 16/8 28/5 54/22
fired [1]  26/8
first [22]  8/10 11/18 13/7 14/17 16/7 19/22 28/19 30/7 32/2 33/9 36/24 48/8 52/6 52/14 57/7 63/4 69/20 69/21 70/1 75/11 78/7 80/11
fitness [1]  11/10
five [3]  10/16 67/20 82/18
flip [1]  83/25
fluent [2]  26/16 26/17
fluids [2]  55/22 56/3
FMC [3]  8/2 14/3 27/6
focus [1]  73/7
foggy [1]  25/6
followed [1]  23/13
following [2]  5/3 16/13
foregoing [2]  86/5 86/6
forgot [1]  44/21
format [1]  86/12
FORT [7]  1/3 1/6 1/17 3/3 7/6 86/19 86/20
forth [1]  53/13
found [4]  27/9 56/7 62/9 77/19
frame [1]  8/18
freaked [3]  18/5 52/18 65/13
free [1]  12/4
freedom [2]  8/13 8/14

fresh [11]  11/13 11/15 11/16 11/19 11/20 11/21 12/1 14/19 15/1 15/5 17/12
friend [4]  7/15 7/24 79/16 82/4
friends [2]  7/13 76/8
friendship [1]  34/7
front [7]  22/20 32/2 35/2 36/13 44/3 53/21 54/17
fuck [2]  43/8 45/3
fucking [2]  60/10 60/13
FULBRIGHT [1]  1/22
fun [2]  68/3 68/11
funny [1]  26/25
further [5]  70/3 85/5 85/10 86/8 86/12
future [6]  25/20 25/22 27/3 67/22 68/19 81/17

**G**

games [3]  9/6 9/10 21/5
gave [3]  21/19 30/23 37/20
general [1]  72/20
generally [4]  5/18 12/2 22/8 23/22
get [19]  11/19 11/19 24/18 26/7 26/21 30/11 30/19 39/4 40/15 45/8 49/20 63/3 64/19 66/10 75/9 77/1 77/9 78/12 80/24
gets [1]  60/17
getting [14]  8/15 9/21 24/15 25/17 25/17 30/1 36/14 40/1 60/23 64/13 66/19 66/24 66/25 77/12
girl [1]  26/18
girlfriend [2]  64/22 64/23
girls [3]  53/20 58/6 65/22
give [6]  34/12 39/3 39/21 64/8 73/22 74/8
given [3]  30/8 66/22 80/25

Case 4:25-cr-00116-O    Document 80    Filed 08/21/25    Page 96 of 113    PageID 465

**giving [3]** 19/23 42/12 74/13
**Global [1]** 78/12
**gmail.com [2]** 3/4 86/21
**go [31]** 8/21 10/5 11/22 12/10 12/12 12/15 15/6 15/23 16/1 17/10 19/20 27/17 28/10 29/7 30/1 33/6 33/24 36/9 36/12 36/13 40/18 45/3 49/4 49/4 49/14 50/20 51/1 57/22 60/12 65/11 78/7
**God [3]** 16/20 16/20 32/13
**godly [1]** 14/11
**goes [1]** 60/12
**going [42]** 7/13 8/22 9/21 11/12 16/16 20/4 22/4 24/5 25/3 27/6 27/11 29/7 29/15 30/10 31/11 37/10 38/24 41/6 45/25 46/19 47/5 51/3 52/10 54/17 54/20 58/10 58/13 58/14 61/21 63/16 63/23 64/12 67/11 70/15 73/5 74/4 79/19 82/14 82/21 83/17 84/8 84/11
**gone [1]** 53/2
**gonna [1]** 58/9
**good [6]** 5/10 18/9 18/13 19/9 76/8 79/15
**got [29]** 6/17 6/18 7/3 7/24 8/6 8/6 8/8 8/16 16/6 16/8 16/23 17/24 30/21 30/23 32/13 38/14 57/8 59/17 60/5 60/6 60/6 60/7 62/3 65/19 68/15 72/23 77/15 78/13 82/10
**government [4]** 1/6 1/15 5/5 55/8
**Government's [2]** 20/5

22/14
**grabbed [1]** 58/17
**group [1]** 7/20
**grow [1]** 7/23
**grown [1]** 52/12
**guard [6]** 12/8 50/2 68/24 76/10 76/15 82/5
**guards [2]** 45/25 72/23
**guess [4]** 12/2 14/1 30/25 35/4
**guy [6]** 41/19 42/12 59/13 59/14 60/4 60/8
**guys [5]** 18/13 19/9 51/2 58/9 67/21

---

# H

**had [61]** 7/15 7/15 7/17 7/25 10/4 11/9 14/1 14/1 14/20 14/20 16/7 16/10 17/11 17/24 18/5 18/5 23/25 27/21 28/16 29/1 29/5 29/12 29/15 31/10 31/11 32/17 32/24 33/25 34/3 37/18 37/25 38/1 39/2 43/4 47/14 53/16 55/22 61/25 63/18 64/12 65/25 69/20 69/22 70/12 72/16 72/20 75/23 76/1 76/1 76/2 76/2 77/3 77/9 77/10 77/12 77/13 78/11 79/10 79/24 80/5 80/25
**hadn't [2]** 29/1 53/2
**half [2]** 50/21 50/22
**halfway [1]** 69/24
**hand [1]** 5/6
**happened [20]** 9/8 17/13 17/16 17/21 23/9 24/7 29/14 36/6 42/3 47/21 52/15 55/9 57/4 57/6 57/7 65/18 72/16 74/21 75/1 82/11
**happening [3]** 46/7 67/1 74/23

**happens [1]** 50/3
**happy [2]** 35/14 40/3
**hard [4]** 5/25 32/5 74/9 79/22
**has [13]** 9/5 33/12 36/1 46/21 48/14 48/23 49/1 54/18 60/2 67/2 71/2 71/17 83/20
**have [74]** 5/21 5/22 6/4 6/10 7/8 8/16 11/7 12/1 12/13 12/19 13/17 16/16 17/1 21/9 22/2 23/8 23/11 23/17 27/17 28/15 28/22 29/11 29/14 29/22 31/23 32/15 32/16 34/5 34/7 34/17 34/25 36/17 36/21 36/22 37/13 38/11 39/10 39/21 41/16 43/19 43/20 44/15 45/10 48/18 48/19 50/6 50/12 50/22 51/22 51/24 52/20 53/11 55/4 55/22 56/3 57/21 66/4 68/18 70/3 72/4 72/19 72/23 75/9 75/17 76/22 78/2 78/3 79/15 80/23 81/23 82/4 85/2 85/6 85/10
**haven't [3]** 29/5 69/16 79/2
**having [23]** 19/23 24/1 26/5 30/17 38/20 42/24 46/8 46/12 50/2 50/16 50/18 59/20 66/10 67/3 70/21 70/24 71/6 72/14 75/20 76/4 82/25 83/3 83/7
**he [122]**
**he'd [1]** 21/18
**he's [17]** 24/6 24/8 24/8 25/18 33/7 33/8 33/9 39/3 40/11 41/15 43/1 48/23 53/4 60/4 61/21

# H

he's... [2] 68/11 80/5
hear [5] 38/16 38/17
43/15 62/1 86/7
hearing [2] 53/19 61/14
heat [1] 22/2
heavy [1] 57/19
held [1] 67/7
help [4] 7/13 35/22 54/25
57/15
her [21] 34/15 39/15
43/21 43/24 45/9 46/22
46/25 47/21 48/1 49/22
49/23 51/13 54/5 54/7
55/21 55/24 63/10 65/17
65/18 75/24 83/14
here [14] 12/20 19/17
22/22 26/14 35/19 41/15
41/17 44/4 44/8 54/20
63/10 65/22 77/16 83/22
hesitant [1] 17/7
hey [2] 12/20 15/6
Hi [1] 70/15
him [73] 13/11 13/12 13/12
13/18 14/22 14/22 16/7
16/13 16/19 17/7 17/10
18/9 19/22 19/23 21/19
24/24 25/3 25/4 25/12
25/17 26/7 29/16 31/22
33/3 33/6 37/1 39/19
39/20 39/21 40/7 48/14
49/25 52/11 53/3 53/20
59/1 60/13 60/18 60/23
60/23 60/25 61/6 62/8
64/11 64/15 65/22 67/22
67/25 68/3 68/8 68/19
70/25 71/17 71/18 71/21
73/22 74/10 74/13 75/24
76/18 77/19 77/20 80/10
80/18 80/23 80/24 81/3
81/12 81/17 82/8 82/10
82/16 84/24

his [29] 14/11 14/20 14/21
15/7 16/21 16/24 16/25 16/8
17/3 18/2 19/3 31/23 39/8
40/11 43/8 43/12 43/13
45/4 52/11 56/13 59/11
61/21 68/5 78/2 78/7
78/11 82/7 82/8 82/17
hit [1] 9/11
hold [9] 44/13 47/20
62/13 62/20 62/20 67/4
67/4 67/16 69/2
home [5] 27/11 30/10 39/4
40/18 64/12
Honor [14] 34/18 34/19
43/18 46/19 47/22 47/25
54/11 54/12 63/23 70/10
81/23 82/1 83/13 85/11
HONORABLE [1] 1/12
hooking [1] 82/9
horrible [2] 8/12 8/12
hospital [5] 35/14 35/15
35/23 36/5 36/12
hot [1] 17/9
hour [4] 11/19 11/19 11/21
12/1
hours [1] 12/12
house [2] 63/2 69/24
housed [1] 7/4
housing [5] 9/19 10/2
10/12 12/15 36/3
Houston [2] 47/9 47/11
how [30] 5/16 10/9 10/14
12/5 13/23 18/7 19/20
24/13 25/21 27/8 30/1
30/12 32/10 33/15 33/18
37/18 37/22 37/24 38/3
38/5 44/24 45/1 49/24
58/15 58/18 58/23 62/3
71/15 78/12 78/13
However [3] 26/13 26/16
64/11
huh [17] 7/7 10/11 15/8

15/25 16/25 23/7 31/6
33/16 44/5 54/19 60/23
67/24 68/4 68/7 68/14
77/5 83/19
hurt [1] 78/6

# I

I'd [1] 21/20
I'm [63] 7/8 11/2 11/4
11/12 13/21 17/1 18/18
20/4 22/4 22/22 26/5
26/13 32/13 32/24 34/14
36/14 37/10 39/1 39/17
41/2 44/3 44/6 45/9 46/19
46/24 47/5 48/14 49/5
49/8 49/11 49/13 49/18
50/1 50/14 50/20 51/2
51/3 51/4 51/23 51/25
54/15 54/17 54/20 60/10
60/13 60/18 62/3 63/23
66/9 68/23 68/23 68/23
70/15 73/4 73/5 74/1 74/2
74/4 80/10 80/10 83/17
84/7 84/11
I've [5] 26/13 42/18 44/8
52/19 56/14
idea [1] 39/20
identified [1] 33/12
if [41] 14/22 15/13 18/4
18/4 18/5 18/13 19/9 22/5
22/20 22/25 23/20 23/20
29/8 29/9 36/7 37/13
44/10 46/25 47/21 48/13
50/20 51/22 53/2 54/21
57/21 58/13 59/8 60/12
60/17 61/6 62/18 65/25
68/24 72/19 73/19 74/12
75/23 77/16 83/25 84/8
85/2
ignoring [1] 65/15
immediate [1] 78/2
immediately [1] 15/9
impeach [1] 46/21

**I**

**impeachment [5]**  46/23
47/3 47/21 63/25 64/2
**imply [1]**  38/24
**impression [3]**  28/9 72/10
80/22
**impressions [1]**  14/8
**improper [4]**  46/22 47/3
63/24 64/1
**in [189]**
**incident [11]**  17/18 18/13
19/6 21/23 41/22 41/22
42/22 43/1 48/19 60/16
68/2
**incidents [3]**  19/19 20/1
73/12
**included [1]**  9/23
**incomes [1]**  57/11
**incorrect [1]**  84/16
**Index** . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . **87 [1]**  4/7
**indicated [2]**  31/10 37/22
**indicted [1]**  60/6
**indoors [1]**  36/8
**infection [1]**  30/14
**inform [1]**  56/6
**information [2]**  67/8 76/2
**initial [2]**  14/8 16/15
**Initially [1]**  28/20
**inmate [7]**  13/4 30/11 36/3
68/23 72/5 76/3 80/6
**inmates [15]**  8/24 9/10
9/19 10/2 10/23 11/6 11/22
34/9 62/9 70/22 72/11
72/24 75/12 82/25 83/7
**inside [37]**  9/3 9/4 9/5
9/12 9/13 9/19 9/22 9/24
9/24 10/1 10/6 10/8 10/9
10/18 10/21 10/24 11/5
11/7 13/24 14/2 14/21
15/22 15/24 16/1 19/1 19/2
19/2 19/3 20/11 20/15

20/18 22/18 28/2 28/3
36/11 75/10 75/14
**instead [1]**  56/13
**instructor [1]**  11/10
**insurance [2]**  57/18 61/22
**intention [1]**  49/16
**interactions [3]**  14/14 46/7
46/13
**intercourse [2]**  21/12 73/9
**interior [2]**  21/7 23/2
**interview [12]**  37/20 47/14
52/9 55/17 57/9 62/5
63/15 63/20 64/6 69/19
74/2 78/24
**interviewed [6]**  36/22
36/24 47/16 52/4 55/14
73/14
**interviews [1]**  78/18
**into [16]**  5/10 6/14 6/21
8/1 14/2 22/14 25/17
27/15 27/19 28/10 28/22
33/16 33/21 36/9 70/8
72/2
**introduced [2]**  13/12 13/16
**Investigator [1]**  36/18
**involved [2]**  55/24 71/16
**irrelevant [1]**  62/4
**is [121]**
**Isa [1]**  65/2
**Isabel [3]**  34/14 64/21
65/4
**ish [1]**  6/16
**isn't [1]**  74/15
**issue [1]**  59/8
**it [177]**
**it's [39]**  7/1 7/2 11/24
18/19 22/19 22/19 22/20
24/8 25/7 30/4 30/13
35/24 35/25 37/15 39/8
45/7 45/8 46/22 46/25
47/3 49/1 51/8 52/19
52/25 54/1 56/14 56/15

56/15 56/20 61/6 63/24
63/24 67/14 67/14 68/21
68/22 77/13 78/7 81/7
**itchiness [1]**  28/16
**itchy [1]**  29/4

**J**

**Jackson [3]**  40/23 40/25
41/4
**Jamir [1]**  60/19
**Jerome [1]**  82/5
**Jessica [1]**  55/15
**job [1]**  31/23
**joke [2]**  55/6 58/17
**jokes [2]**  58/5 58/8
**joking [2]**  54/7 58/11
**Jose [7]**  59/11 59/15
59/24 60/3 60/10 60/11
60/11
**JUDGE [1]**  1/12
**Judicial [1]**  86/13
**July [53]**  27/21 27/22
28/8 29/11 31/16 31/18
35/10 36/19 36/21 37/21
39/2 39/10 39/14 40/21
41/21 42/16 42/22 43/1
43/4 48/19 52/4 55/11
55/14 56/6 56/9 57/9
57/17 57/21 57/22 59/20
60/9 60/16 61/13 61/20
65/6 65/10 67/20 67/20
68/2 68/12 68/18 69/8
69/15 69/16 69/25 73/15
74/12 74/20 78/24 79/7
80/14 81/8 83/18
**July 15th [1]**  57/17
**July 15th is [1]**  57/22
**July 16th [1]**  55/14
**July 2021 [1]**  78/24
**July 20th [4]**  43/4 69/8
69/15 83/18
**July 22nd is [2]**  57/21
69/25

## J

July 23rd [1]  36/19
July 23rd of [1]  73/15
July 26th [1]  52/4
July 30th [3]  55/11 56/6
56/9
July 30th interview [1]
57/9
July 30th of [1]  37/21
July 4th [8]  28/8 29/11
31/18 39/2 39/10 39/14
42/22 61/13
July 4th being [1]  27/22
July 4th incident [3]
48/19 60/16 68/2
July 4th is [1]  43/1
July 4th you [1]  27/21
July 5th [2]  60/9 61/20
July 5th you're [1]  40/21
July 6th [3]  42/16 80/14
81/8
July 6th having [1]  59/20
July 9th [1]  67/20
June [19]  31/16 48/11
48/18 50/5 50/12 51/11
52/24 53/6 59/12 61/9
65/20 65/24 66/3 70/2
71/10 73/15 79/23 80/4
81/4
June 10th [2]  48/18 50/5
June 10th phone [1]  48/11
June 11th phone [1]
65/20
June 12th [1]  50/12
June 14th [1]  51/11
June 16th of [1]  70/20
June 17th [1]  81/4
June 20th [3]  65/24
79/23 80/4
June 22nd [1]  66/3
June 22nd call [1]  59/12
June 23rd [1]  52/24
June 23rd that [1]  53/6
June 27th [1]  61/9
jury [5]  1/11 70/6 70/7
70/8 85/3
just [110]

## K

Kansas [1]  5/19
Kayla [4]  76/6 76/7 76/15
76/16
keep [1]  61/13
kept [1]  30/9
key [1]  65/3
kidding [1]  54/8
kill [1]  58/13
killing [1]  58/10
kind [38]  7/10 8/7 10/5
16/12 17/7 18/7 19/19
19/25 21/4 22/3 22/8
26/17 26/19 27/12 28/7
28/15 28/16 29/3 30/4
30/5 30/6 30/6 30/16
32/19 33/24 34/1 34/7
35/17 38/11 39/7 39/12
49/23 53/13 61/12 61/17
65/23 78/6 78/7
kindergarten [2]  26/15
26/16
kiss [6]  17/6 17/7 52/6
52/15 52/16 52/17
kissed [4]  16/8 16/11 16/24
17/4
kisses [1]  19/6
kissing [2]  19/22 19/24
kitchen [1]  8/21
knew [4]  25/10 29/10
34/16 76/14
know [73]  7/23 8/8 10/10
10/15 11/2 11/3 12/17
12/23 16/12 16/22 16/23
19/25 21/18 21/18 21/20
21/20 24/2 24/10 24/22
24/22 27/1 27/10 28/7
29/3 29/8 30/21 30/22
30/23 31/15 31/23 31/25
32/19 34/4 35/16 37/15
40/12 41/2 41/5 41/24
44/14 44/21 44/23 45/1
45/3 46/9 47/11 49/19
51/4 52/14 53/5 53/11
54/14 54/22 56/23 56/24
58/8 58/11 59/19 62/3
62/16 65/22 68/11 76/13
77/10 77/15 77/16 78/8
78/15 80/17 80/18 80/24
81/2 85/1

## L

label [1]  36/1
labeled [3]  35/15 36/4
56/15
last [10]  24/12 27/21
27/22 29/12 31/18 34/15
43/1 56/10 60/8 81/9
later [6]  42/6 42/23 43/2
50/13 51/11 60/23
LAW [1]  1/19
lawsuit [9]  45/10 45/14
45/16 45/19 45/22 45/24
46/14 47/9 47/18
lawyer [9]  69/10 69/12
69/17 69/24 83/14 83/17
84/8 84/12 84/16
lawyers [2]  47/8 47/11
lead [1]  18/10
leaned [1]  16/8
leaning [2]  42/18 42/24
learn [1]  70/21
learned [1]  80/4
leave [4]  36/8 36/12
52/22 85/12
leaving [1]  36/11
led [1]  18/11
left [4]  14/12 36/7 52/6
81/1
less [1]  19/24

## L

**let [12]** 11/13 14/25 16/23 17/7 37/15 43/21 44/14 46/7 54/14 54/22 69/23 73/2

**let's [5]** 10/20 19/5 20/5 20/9 79/13

**letting [3]** 8/20 8/21 8/22

**LEWIS [2]** 1/19 1/19

**Lewis....................34 [1]** 4/3

**Lewis.................82 [1]** 4/5

**life [8]** 32/14 34/2 43/8 43/12 43/13 45/4 52/11 61/21

**lifestyle [3]** 5/25 6/1 6/12

**like [194]**

**liked [1]** 31/23

**line [3]** 15/14 46/20 74/4

**lines [3]** 7/14 30/10 78/10

**Listen [1]** 62/13

**little [12]** 16/5 19/5 21/1 22/20 24/10 26/18 26/25 28/25 29/2 29/4 54/21 80/8

**live [4]** 5/18 63/21 76/11 82/12

**lived [1]** 60/7

**lives [3]** 7/21 41/15 41/17

**LLP [1]** 1/22

**locate [1]** 35/22

**locations [1]** 20/20

**lockdown [1]** 11/16

**locked [4]** 8/6 8/15 13/11 38/4

**long [2]** 25/7 29/1

**look [16]** 20/4 20/9 22/4 22/16 22/25 32/20 32/20 40/16 44/10 48/14 51/13 51/15 66/8 74/2 74/4 84/24

**looked [1]** 22/9

**looking [1]** 59/21

**lot [29]** 16/19 17/20 18/25 23/18 24/6 24/6 24/7 31/20 32/2 33/3 33/23 33/25 35/7 35/8 38/17 53/12 53/13 58/1 58/5 58/8 59/4 75/7 76/19 78/18 78/21 84/22 84/22 84/23 84/23

**lots [2]** 61/25 61/25

**loud [2]** 5/10 46/17

**Louis [2]** 40/12 40/18

**love [2]** 81/20 81/21

**lover's [3]** 53/17 53/23 53/24

**loves [1]** 53/1

**lunch [1]** 8/17

**lunches [1]** 8/15

**lying [2]** 40/1 40/2

## M

**ma [1]** 39/22

**ma'am [13]** 5/6 34/22 35/2 40/10 44/3 44/17 47/8 62/11 62/13 84/5 84/7 84/19 85/7

**mad [1]** 53/8

**made [9]** 18/12 39/24 52/24 63/18 66/24 72/19 79/4 83/5 84/19

**made-up [1]** 79/4

**mainly [1]** 77/1

**make [11]** 18/1 18/4 25/14 31/19 31/21 45/16 46/7 58/5 58/8 61/21 81/5

**makes [1]** 50/6

**making [3]** 18/3 28/18 37/22

**male [1]** 39/8

**Malone [1]** 69/19

**man [15]** 34/8 38/20 39/3 39/5 39/23 40/5 40/20 40/22 48/13 48/23 61/2 61/4 61/10 61/14 61/21

**man's [1]** 39/7

**manic [1]** 68/24

**many [4]** 10/9 34/3 37/9 38/3

**map [3]** 35/2 35/6 35/18

**March [1]** 45/12

**March 6th [1]** 45/12

**MARERLLIS [3]** 1/8 12/23 52/2

**marked [1]** 83/18

**Markus [11]** 76/9 76/10 76/15 76/17 82/7 82/7 82/8 82/11 82/15 82/21 82/23

**married [4]** 5/20 5/21 82/5 82/8

**marry [1]** 48/13

**Martinez [1]** 36/19

**masks [2]** 61/11 86/9

**matter [1]** 86/7

**matured [1]** 33/25

**may [23]** 23/23 31/15 31/16 31/16 33/11 34/17 34/23 35/10 49/24 54/5 54/11 55/4 59/5 60/22 61/1 61/7 66/15 70/10 70/17 73/25 81/23 83/12 85/9

**May 11th [2]** 54/5 55/4

**May 14th [1]** 60/22

**May 17th [1]** 66/15

**May 18th [1]** 59/5

**May 19th [1]** 61/1

**May 25th phone [1]** 61/7

**maybe [13]** 10/13 10/16 26/25 29/4 35/24 38/1 38/13 39/25 48/19 51/17 53/8 66/17 78/8

**me [99]**

**mean [16]** 12/4 38/6 39/12

# M

**mean...** [13] 42/17 42/19 48/15 50/9 51/17 53/12 64/25 65/23 66/17 66/17 68/11 79/4 79/7

**meaning** [6] 8/7 48/22 49/8 60/17 68/8 68/19

**means** [2] 12/8 60/11

**meant** [2] 24/24 53/9

**medical** [7] 6/19 29/7 29/24 30/2 30/3 30/5 30/19

**Medicare** [1] 57/24

**medicine** [3] 66/21 66/22 67/13

**meet** [1] 80/23

**meeting** [1] 36/18

**MEKAEIL** [11] 1/11 4/1 5/4 5/5 5/15 25/8 32/7 33/15 70/15 73/3 78/17

**member** [1] 30/18

**memory** [5] 23/8 43/16 44/19 83/14 84/9

**men** [7] 37/16 38/8 38/12 38/16 38/17 58/13 84/22

**mentality** [2] 32/24 52/10

**mention** [3] 42/9 65/2 84/22

**mentioned** [17] 6/2 14/25 20/1 21/23 25/16 25/18 31/4 38/20 39/8 40/12 47/9 68/2 75/19 77/3 77/9 77/13 78/23

**mentions** [2] 42/11 47/18

**mess** [2] 43/11 43/13

**met** [3] 13/7 71/23 76/13

**Michael** [16] 40/23 40/24 40/25 41/1 41/4 41/5 41/6 41/8 41/9 41/16 42/11 58/20 58/21 59/3 59/3 61/5

**microphone** [1] 5/11

**mid** [1] 71/10

**mid-June** [1] 71/10

**middle** [2] 22/23 79/17

**might** [4] 26/25 34/5 80/23 80/23

**mine** [1] 7/25

**minute** [2] 54/11 84/15

**minutes** [2] 70/5 82/18

**mislabeled** [2] 35/24 35/25

**mistake** [2] 45/5 45/8

**mix** [1] 45/7

**mixed** [10] 18/3 42/18 42/19 42/24 43/3 50/20 51/2 51/8 75/20 75/24

**mixing** [1] 45/1

**mom** [29] 7/20 39/15 39/17 39/19 39/20 39/20 39/24 40/1 40/2 40/5 40/15 40/18 42/7 43/5 55/1 57/18 57/23 59/6 59/6 66/14 66/15 66/18 66/25 67/7 67/11 79/13 79/14 79/15 79/22

**moment** [2] 34/17 81/23

**money** [14] 37/17 37/22 38/9 40/1 40/11 62/3 62/6 62/7 62/8 64/9 77/1 77/17 77/18 77/25

**monogamous** [1] 25/11

**months** [1] 23/23

**mood** [2] 71/15 71/17

**more** [15] 18/4 18/11 21/19 30/14 30/14 38/1 42/18 42/18 71/18 72/10 73/12 79/1 79/1 79/18 79/21

**morning** [10] 14/23 15/14 19/17 41/22 42/1 42/4 67/12 74/24 75/2 75/7

**mornings** [1] 75/8

**most** [1] 8/25

**mother** [5] 32/13 32/13

42/17 54/4 57/1

**mother-13** [1] 57/1

**move** [7] 12/4 22/11 47/25 63/10 72/2 77/9 77/16

**moved** [2] 27/15 35/8

**movement** [6] 8/13 8/14 12/3 12/6 12/8 17/24

**movie** [2] 8/12 50/3

**moving** [1] 25/15

**MR** [5] 1/19 1/22 4/3 4/5 17/22

**Mr.** [97]

**Mr. Nix** [93]

**Mr. Nix's** [1] 77/24

**Mr. Taylor** [3] 13/11 13/14 13/15

**MS** [3] 1/15 4/2 4/4

**Ms.** [7] 25/8 33/15 48/8 70/15 72/9 73/3 78/17

**Ms. Mekaeil** [5] 25/8 33/15 70/15 73/3 78/17

**Ms. Pulley** [1] 72/9

**Ms. Sancho** [1] 48/8

**much** [1] 71/20

**music** [5] 56/10 56/12 56/14 56/15 56/16

**my** [89]

**myself** [5] 9/23 17/23 34/4 34/4 79/24

# N

**N-word** [3] 51/3 51/4 53/5

**naive** [1] 32/18

**name** [16] 5/14 32/2 32/3 34/15 39/7 39/15 59/2 59/11 61/7 68/5 78/15 82/7 82/8 82/17 83/20 83/23

**name's** [1] 39/8

**named** [5] 40/22 55/14 58/25 59/13 82/5

**names** [3] 34/12 60/2 84/23

# N

**native** [1]  26/11
**near** [1]  75/13
**necessarily** [3]  38/18 60/8 68/21
**need** [6]  14/24 15/20 30/11 43/15 85/7 85/13
**needed** [5]  12/22 14/20 30/17 64/12 77/11
**needs** [2]  15/7 30/5
**neglected** [1]  30/5
**nerves** [1]  68/22
**never** [17]  24/24 24/24 38/20 38/21 44/21 50/2 52/19 56/14 56/14 56/20 63/13 64/8 64/10 69/17 69/22 72/21 83/3
**Nevermind** [1]  53/11
**new** [5]  13/13 47/9 47/12 77/14 79/4
**next** [11]  15/16 17/21 17/22 19/8 36/22 39/5 40/21 54/2 62/20 67/5 67/18
**nice** [2]  40/16 64/13
**niece** [1]  67/1
**night** [1]  67/12
**nightmare** [1]  7/2
**nine** [1]  10/13
**NIX** [103]
**Nix's** [1]  77/24
**no** [56]  1/5 7/12 8/14 11/24 12/21 13/6 15/5 15/10 15/20 22/12 26/7 28/13 37/3 40/4 40/14 41/1 42/9 43/23 43/25 44/13 44/13 46/6 46/12 50/14 51/14 51/21 54/6 54/9 55/2 56/18 57/16 61/19 62/18 63/13 64/20 65/23 66/13 67/10 68/15 68/19 69/13 69/16 70/3

72/21 75/14 79/6 79/9 81/7 82/6 84/5 84/10 84/13 84/18 85/5 85/6 85/10
**nobody** [5]  17/15 46/4 46/6 46/8 46/10
**nonstop** [1]  36/24
**NORTHERN** [3]  1/2 1/16 86/18
**NORTON** [1]  1/22
**not** [65]  5/21 11/2 11/4 13/4 13/18 16/18 22/21 30/4 32/9 32/16 34/15 35/23 36/4 38/18 39/8 39/21 40/11 40/19 43/10 44/4 44/22 44/23 45/8 46/12 46/21 46/24 47/3 49/5 49/7 49/8 49/13 51/3 51/20 51/23 51/25 56/24 57/6 57/24 58/18 59/18 60/7 60/10 60/13 60/18 61/3 61/23 62/3 62/11 63/24 65/17 67/14 68/21 69/13 71/16 72/22 74/10 77/13 77/14 78/7 80/9 82/8 84/7 84/10 84/11 84/17
**notebook** [1]  22/5
**nothing** [5]  16/5 29/9 40/12 56/7 64/18
**notify** [1]  12/14
**now** [60]  5/22 6/4 6/14 9/2 10/9 11/12 12/23 14/14 14/24 15/20 16/15 24/4 25/8 25/23 27/5 27/20 28/8 29/6 31/18 32/7 32/11 32/19 32/23 35/10 36/17 37/4 37/16 39/2 39/14 44/8 45/10 46/14 47/18 48/10 49/4 50/8 50/12 52/4 53/25 55/3 55/8 56/12 57/17 58/3

58/16 65/9 70/24 71/9 72/10 73/16 73/22 73/1 74/8 74/12 74/23 76/1 76/11 78/20 79/10 80/4
**number** [2]  35/1 80/25
**numbered** [1]  3/8
**nurse** [14]  30/9 36/21 46/15 46/16 47/18 48/3 52/5 57/22 65/9 65/11 65/14 65/15 69/25 72/17
**nutted** [2]  24/10 24/13

# O

**O'CONNOR** [1]  1/12
**O'Neal** [1]  60/19
**object** [4]  46/19 47/2 62/19 63/23
**objection** [4]  22/12 43/22 47/6 47/23
**occur** [4]  18/14 18/21 19/12 23/4
**occurred** [12]  18/24 18/25 20/2 20/21 21/10 21/12 21/24 23/23 28/1 28/3 29/13 81/4
**occurring** [3]  31/18 74/17 75/13
**occurs** [2]  41/22 41/22
**off** [4]  8/11 25/13 40/15 70/12
**offer** [1]  61/4
**offered** [7]  62/23 63/2 63/21 64/4 64/8 64/10 64/14
**offering** [5]  15/16 39/3 61/2 62/6 62/6
**office** [20]  14/20 14/21 14/24 15/6 15/7 15/20 16/2 16/4 16/6 16/8 19/2 19/3 21/4 21/8 22/2 22/3 52/6 56/11 56/13 56/15
**Officer** [4]  46/3 46/5 58/3 58/12

# O

**Official [1]** 86/18

**often [2]** 27/8 27/9

**okay [111]**

**old [8]** 5/16 5/17 5/21 33/15 33/17 33/19 34/1 76/7

**on [114]**

**once [7]** 9/11 10/1 14/5 46/17 54/22 55/11 55/11

**one [46]** 5/21 11/10 11/17 13/15 14/5 16/21 19/14 21/20 22/21 24/12 27/21 31/7 32/24 35/10 35/13 35/15 35/17 36/1 40/19 40/19 43/5 43/5 43/7 44/19 46/6 46/12 47/9 47/9 47/14 50/15 54/11 56/21 57/11 58/9 58/25 59/3 60/16 60/24 61/11 61/16 62/8 66/1 66/5 71/25 76/8 80/13

**one-time [1]** 31/7

**one-year-old [1]** 5/21

**ones [1]** 9/24

**onions [1]** 8/17

**only [7]** 23/16 51/22 59/3 61/6 63/24 80/13 84/23

**oOo [1]** 5/2

**open [2]** 11/17 79/21

**opinions [1]** 33/21

**opportunity [4]** 11/22 11/24 75/9 80/23

**or [90]**

**oral [15]** 19/21 19/23 19/25 21/19 23/12 23/17 29/20 29/20 37/1 55/24 73/9 73/12 73/19 73/22 74/14

**originally [1]** 65/9

**other [19]** 6/10 10/9 11/6 13/25 28/4 34/9 45/1

45/24 53/20 57/13 59/2 62/9 70/22 72/1 75/12 82/25 83/7 85/2 85/6

**others [3]** 70/25 71/7 71/16

**our [5]** 8/15 8/17 27/18 76/18 79/17

**ourselves [1]** 14/12

**out [37]** 9/10 13/25 14/19 16/17 18/1 18/5 19/18 22/2 26/5 27/9 27/12 27/16 30/19 30/21 33/6 38/14 44/8 46/17 47/11 49/20 50/3 52/1 52/18 60/13 60/17 62/9 62/16 62/17 65/13 66/10 69/24 70/6 77/12 77/19 78/13 81/1 82/10

**outfit [3]** 39/4 63/16 64/12

**outlook [1]** 50/15

**outside [25]** 10/18 10/22 10/25 11/1 11/4 11/22 11/23 14/22 14/22 15/1 16/18 19/4 21/24 21/25 22/1 22/3 22/7 22/9 22/17 22/23 23/4 23/9 36/9 36/13 53/21

**over [4]** 61/4 69/1 71/22 71/25

**overflow [1]** 21/6

**overrule [1]** 47/5

# P

**p.m [4]** 1/8 70/6 70/8 85/15

**page [15]** 20/5 20/9 20/12 20/14 20/16 22/16 22/25 22/25 23/1 23/5 23/6 44/8 54/18 74/2 84/2

**page 1 [1]** 22/16

**page 15 [1]** 20/5

**page 16 [1]** 20/9

**page 17 [1]** 20/12

**page 18 [1]** 20/14

**page 19 [1]** 20/16

**page 2 [1]** 22/25

**page 3 [1]** 22/25

**page 4 [3]** 23/1 23/5 23/6

**page 48 [1]** 74/2

**page 8 [1]** 44/8

**pal [3]** 41/13 41/16 60/20

**PALMER [1]** 1/22

**pals [9]** 37/18 37/25 38/8 57/13 58/4 58/6 58/9 76/20 76/22

**pandemic [1]** 86/8

**panties [3]** 49/9 49/14 50/14

**papers [1]** 21/8

**parents [2]** 57/5 57/10

**part [7]** 43/7 43/8 43/11 45/2 46/25 83/6 83/22

**participants [1]** 86/9

**particular [1]** 53/14

**pass [2]** 34/18 81/25

**Passing [1]** 9/10

**pattern [3]** 19/19 23/12 23/15

**pay [2]** 57/15 63/16

**payments [3]** 64/16 64/17 78/4

**peed [2]** 28/17 29/2

**pen [12]** 37/18 37/25 38/8 41/13 41/16 57/12 58/4 58/6 58/9 60/20 76/19 76/22

**pencils [3]** 21/8 21/11 21/15

**pending [1]** 45/22

**people [5]** 7/23 9/20 34/12 34/16 53/21

**percent [1]** 79/24

**perform [1]** 75/10

**period [5]** 9/18 23/20 24/1

# P

period… **[2]** 35/13 73/22
person **[3]** 41/1 60/1 60/8
personnel **[1]** 31/1
perspective **[2]** 32/15 32/16
persuading **[1]** 81/16
pertaining **[1]** 6/12
pertains **[1]** 83/13
phone **[40]** 6/6 6/8 26/1 37/4 37/7 37/11 38/10 38/22 39/2 39/15 40/21 41/2 41/10 42/6 42/9 42/16 42/20 43/15 48/11 50/12 51/5 51/12 52/24 60/25 61/4 61/7 61/14 61/25 63/7 63/9 63/13 63/14 64/6 65/2 65/6 65/20 66/8 68/25 80/25 83/16
phones **[2]** 38/19 38/23
phonetic **[2]** 58/20 60/19
photographs **[1]** 22/6
phrase **[1]** 68/8
physical **[1]** 28/15
picked **[1]** 38/1
picture **[3]** 20/7 22/23 56/24
pictures **[2]** 20/20 23/2
pill **[1]** 30/8
pin **[1]** 25/4
place **[3]** 34/7 63/21 69/1
places **[2]** 11/18 20/22
plans **[1]** 57/18
play **[3]** 33/21 37/14 51/22
played **[1]** 85/3
please **[3]** 5/14 35/1 70/9
point **[20]** 9/9 9/14 9/18 14/1 14/14 15/3 19/11 23/16 24/25 26/21 28/8 28/14 29/23 30/13 33/6 45/8 52/1 62/8 70/20

80/8
pointed **[1]** 70/16
pool **[2]** 9/6 9/10
population **[1]** 72/20
positive **[1]** 16/20
possibility **[1]** 76/4
possible **[1]** 51/18
possibly **[3]** 25/19 66/9 76/17
post **[1]** 10/10
post-quarantine **[1]** 10/10
potential **[1]** 81/17
potentially **[1]** 38/13
pregnancy **[2]** 30/23 30/24
pregnant **[4]** 24/15 24/18 54/5 55/6
preparation **[2]** 7/11 78/20
prepare **[1]** 7/11
prescribed **[1]** 86/13
pretty **[1]** 57/19
prior **[2]** 27/18 57/22
prison **[33]** 5/22 5/24 6/15 6/17 6/22 6/25 7/14 7/17 7/17 8/23 8/25 9/2 14/13 16/18 30/5 33/16 33/25 34/1 34/25 36/23 37/19 37/22 37/24 38/1 50/9 57/7 64/22 66/17 76/7 76/10 76/14 82/4 84/20
prisoner **[1]** 12/3
prisoners **[1]** 10/9
Prisons **[1]** 31/1
private **[1]** 53/12
probably **[3]** 29/6 38/15 40/1
proceedings **[2]** 86/6 86/10
produced **[1]** 3/9
projected **[1]** 27/13
promise **[1]** 77/8
promised **[1]** 77/4
proper **[1]** 47/21
property **[1]** 11/23

protocol **[1]** 67/14
proud **[1]** 62/19
provide **[1]** 8/24
provided **[2]** 37/8 45/19
Prozac **[1]** 66/24
psychiatrist **[4]** 66/12 66/19 67/8 67/12
pull **[1]** 35/1
pulled **[2]** 17/8 44/8
Pulley **[2]** 72/7 72/9
purpose **[1]** 76/22
pushed **[1]** 79/1
put **[6]** 66/24 67/9 67/15 78/16 78/16 80/2
putting **[1]** 38/9

# Q

quarantine **[14]** 9/22 10/2 10/10 27/15 27/19 28/10 28/14 28/23 29/23 65/12 69/20 72/2 72/4 72/17
quarrel **[4]** 53/17 53/17 53/23 53/24
question **[15]** 47/13 47/14 47/17 48/7 54/2 54/23 62/12 62/14 62/21 63/19 67/5 67/18 82/19 83/13 84/5
questioning **[2]** 46/20 73/8
questions **[7]** 18/8 37/10 70/3 70/16 76/19 85/5 85/6
quietly **[1]** 44/10
quite **[3]** 25/16 27/9 57/4
quote **[1]** 50/17

# R

rag **[2]** 28/6 55/18
raise **[2]** 5/6 29/9
ran **[4]** 8/23 11/4 52/18 52/19
rape **[2]** 32/21 32/23
raped **[1]** 45/17

**R**

**RDR [3]**  3/2 86/4 86/17

**reach [1]**  81/1

**reaction [3]**  77/24 78/5 78/6

**read [10]**  44/4 44/10 44/13 54/21 54/24 55/3 55/7 74/6 74/7 83/22

**reading [7]**  44/14 44/15 47/24 49/7 54/22 83/23 84/12

**ready [2]**  54/14 54/15

**real [5]**  8/16 18/2 25/17 34/2 50/23

**real-life [1]**  34/2

**realized [1]**  8/23

**really [42]**  8/10 8/11 9/16 9/21 9/25 11/2 11/2 11/4 12/19 12/21 14/10 14/10 16/13 16/20 17/9 25/2 25/5 28/18 29/5 29/7 29/21 30/4 30/22 32/17 35/16 35/18 36/5 38/14 38/18 38/21 49/17 49/19 52/13 54/1 59/3 61/3 61/23 76/5 77/8 79/16 79/22 81/21

**reason [2]**  11/17 66/4

**rec [40]**  9/13 9/19 10/1 10/6 10/8 10/9 10/18 10/21 10/22 10/25 10/25 11/1 11/5 11/7 11/17 11/22 12/11 12/12 13/15 13/24 13/25 14/2 14/21 14/22 15/24 16/1 19/1 19/2 19/2 19/3 19/4 22/18 28/2 28/3 35/20 36/8 36/9 53/21 75/10 75/14

**recall [57]**  6/18 16/10 23/11 27/20 28/3 28/4 36/18 37/1 39/6 39/10 39/12 40/5 40/8 40/9

40/9 40/13 40/14 40/19 40/23 41/10 46/16 50/13 50/18 51/13 51/15 51/17 54/4 55/15 55/19 55/22 56/1 57/19 57/25 58/2 58/3 58/12 59/5 59/12 59/20 60/9 60/24 60/25 61/1 61/6 61/16 61/20 65/20 66/14 66/18 66/24 67/7 67/11 67/23 73/14 75/3 77/3 78/9

**Recalling [1]**  50/16

**received [1]**  61/10

**receiving [1]**  40/19

**recognize [3]**  20/7 20/9 22/5

**recollection [1]**  74/8

**recollections [1]**  21/9

**reconnect [1]**  78/13

**record [3]**  33/11 70/12 86/6

**recorded [14]**  26/3 37/5 38/22 52/25 57/17 60/22 61/2 61/9 61/14 67/21 69/8 76/17 83/20 84/20

**recordings [1]**  37/13

**recreation [12]**  9/3 9/4 9/5 9/6 9/12 9/22 9/23 9/24 10/18 13/1 13/24 36/13

**recreational [2]**  13/2 13/13

**Recross [2]**  4/5 82/2

**Recross-Examination [2]**  4/5 82/2

**Redirect [2]**  4/4 70/13

**REED [1]**  1/12

**reference [1]**  82/16

**referencing [6]**  39/23 41/2 50/21 69/4 69/5 82/23

**referred [1]**  71/3

**referring [2]**  39/25 41/19

**reflect [1]**  33/11

**refresh [4]**  43/15 44/19 85/14 85/19

**regarding [2]**  50/15 50/17

**regular [3]**  19/16 19/17 59/21

**regularly [1]**  19/15

**related [1]**  6/6

**relation [1]**  22/17

**relations [3]**  70/21 70/25 75/17

**relationship [22]**  25/9 25/11 25/12 26/6 31/8 31/9 32/17 32/20 33/22 34/6 34/7 34/10 34/23 68/23 70/18 71/6 71/22 75/21 76/2 79/14 79/15 80/5

**relationships [1]**  34/2

**release [2]**  27/13 27/18

**released [2]**  27/6 27/16

**remember [62]**  6/21 13/7 16/13 18/15 21/11 25/2 25/5 27/22 28/1 28/5 28/5 28/6 29/16 29/16 29/21 31/13 35/1 37/14 38/3 39/13 40/16 40/22 41/4 41/24 42/5 42/20 43/9 49/6 49/12 51/6 52/8 52/8 52/8 52/13 52/20 53/10 53/11 53/14 53/16 53/19 54/9 54/25 55/2 58/20 58/23 58/25 59/2 59/3 60/14 61/11 63/6 66/1 66/5 73/19 73/20 73/21 74/9 74/10 74/24 78/15 83/17 85/4

**remove [1]**  10/4

**repeat [1]**  41/15

**repeatedly [1]**  75/20

**repetitive [1]**  63/24

**repetitively [1]**  65/13

**report [2]**  12/15 81/19

**R**

reported [4]  3/8 46/14 46/16 66/15

REPORTER [3]  3/2 3/2 86/18

Reporter's [2]  4/6 86/2

requested [1]  67/14

requesting [1]  30/9

respect [2]  33/2 34/4

respond [2]  15/9 18/7

responded [1]  17/8

response [2]  17/6 78/2

retaliation [1]  72/23

review [1]  81/5

reword [1]  13/21

Reyes [1]  59/18

right [64]  5/6 6/4 7/4 13/5 14/3 14/24 15/20 15/24 17/10 20/2 20/14 21/13 22/21 22/22 22/24 22/25 26/24 31/5 33/2 33/8 33/8 35/10 35/19 36/4 36/4 42/2 42/14 42/15 44/7 44/8 44/10 44/12 44/22 48/5 49/2 49/3 50/6 50/10 52/11 54/17 54/20 55/4 56/25 57/5 58/16 58/18 68/9 70/4 70/16 71/9 72/2 72/17 73/12 74/18 75/12 75/19 76/16 80/7 80/15 81/8 81/10 81/16 83/3 83/22

ring [1]  80/2

rise [1]  70/7

risk [1]  31/23

Rita [8]  40/22 41/14 42/17 43/6 43/7 48/11 50/13 51/12

RMR [3]  3/2 86/4 86/17

romantic [2]  64/23 64/25

room [9]  19/3 23/5 56/10 56/12 56/14 56/15 56/16 56/19 56/20

roommate [1]  76/7

ROSE [1]  1/22

Ross [1]  1/23

roughly [6]  27/20 48/20 70/20 71/9 73/16 75/1

rude [1]  28/7

ruin [1]  52/11

run [1]  52/19

**S**

sack [1]  8/15

safe [1]  16/22

said [57]  14/24 15/7 15/20 16/24 17/4 21/15 21/24 24/9 24/10 24/12 24/21 34/5 37/25 38/14 38/21 38/21 40/5 40/7 40/11 41/1 43/10 43/13 43/14 48/4 51/5 56/14 56/18 56/20 56/20 58/18 58/19 63/4 63/14 64/12 64/13 64/15 65/18 65/18 69/17 74/9 74/12 77/10 77/13 78/2 78/12 79/7 79/24 82/10 82/15 82/16 82/18 82/22 82/23 83/17 84/8 84/9 84/17

SALEEM [1]  1/15

Saleem.................05 [1]  4/2

Saleem...............70 [1] 4/4

same [20]  6/9 6/11 6/12 11/7 11/9 11/11 20/18 23/14 29/14 32/7 39/22 39/25 44/25 60/1 61/24 64/4 64/5 66/7 72/19 77/19

Sancho [13]  36/21 46/15 46/16 47/18 48/3 48/8 52/5 57/22 65/9 65/11 65/14 65/15 69/25

saw [7]  45/25 46/6 46/8 46/10 46/12 68/5 83/5

say [50]  6/16 10/13 11/21 13/4 26/5 26/11 32/15 37/16 41/6 41/9 42/18 42/19 42/19 43/11 44/23 44/24 45/1 45/2 45/3 48/14 48/22 49/4 50/8 50/14 50/20 51/1 51/3 52/1 52/2 53/4 57/10 58/14 60/10 60/12 63/13 64/23 65/21 65/24 66/4 66/7 68/5 68/15 69/14 70/1 78/14 78/20 80/17 84/11 84/14 84/24

saying [23]  17/8 24/5 24/6 24/9 25/22 39/9 45/9 49/1 49/13 51/4 51/7 51/24 52/25 58/9 61/10 63/7 64/6 69/9 69/11 74/10 81/12 82/17 84/10

says [8]  35/23 40/25 43/7 45/20 46/14 61/15 61/21 65/3

scary [1]  7/1

schedule [1]  12/17

scheduled [1]  15/3

schedules [1]  12/19

screen [1]  20/6

seated [1]  70/9

second [4]  44/19 47/20 69/2 74/13

see [15]  8/11 19/8 22/5 28/9 32/22 33/3 35/2 35/20 36/14 43/21 55/3 67/22 79/24 81/20 83/24

seeing [3]  25/19 60/23 66/12

seen [3]  25/21 36/21 56/24

self [1]  34/4

self-respect [1]  34/4

sells **[2]**  60/13 60/17
send **[5]**  41/6 58/22 61/15
64/15 64/17
sent **[2]**  6/17 8/8
sentence **[1]**  44/25
separate **[1]**  36/14
separated **[2]**  8/7 8/8
September **[1]**  86/15
serious **[3]**  7/1 38/22
72/25
set **[5]**  9/23 9/24 12/5
12/19 63/21
setting **[1]**  9/19
seven **[1]**  57/22
sex **[27]**  19/23 21/19
23/12 23/13 23/17 24/1
29/1 29/6 29/20 30/17
31/23 38/17 38/20 38/22
46/8 50/2 55/24 67/3
73/9 73/12 73/19 73/19
73/23 74/14 82/25 83/3
83/7
sexual **[20]**  18/13 18/20
19/11 19/20 20/20 21/12
23/4 27/24 29/13 29/18
31/1 34/22 46/6 46/12
70/25 71/6 72/10 73/8
75/13 81/9
sexually **[3]**  28/17 64/25
71/13
sexy **[1]**  49/24
shack **[12]**  19/4 21/24
21/25 22/1 22/7 22/9
22/17 22/23 23/2 23/4
23/9 53/22
SHANE **[2]**  1/19 1/19
share **[1]**  27/5
shared **[1]**  34/13
sharing **[1]**  7/21
she **[12]**  7/15 30/11 41/14
46/21 47/18 64/22 69/4

85/9
she's **[6]**  57/23 59/6
79/15 79/16 79/16 82/8
shifted **[1]**  8/7
shirt **[1]**  33/10
shit **[3]**  24/10 24/22 40/6
shooed **[6]**  30/6 30/15
48/4 48/5 48/7 48/8
shoot **[1]**  53/13
shop **[1]**  61/15
should **[2]**  20/6 29/11
shouting **[1]**  77/19
show **[3]**  54/17 54/20
83/17
showed **[2]**  56/21 78/14
shower **[1]**  17/11
showing **[4]**  43/24 44/3
74/1 78/9
shown **[1]**  78/11
sick **[2]**  9/21 9/25
sidebar **[1]**  70/12
Signed **[1]**  86/15
significance **[1]**  7/19
similar **[1]**  23/12
simple **[1]**  47/14
since **[1]**  26/14
single **[2]**  32/13 64/19
sir **[1]**  15/9
sister **[38]**  7/21 27/2
40/22 40/25 41/8 42/7
42/17 42/24 43/6 48/11
49/13 49/18 50/13 51/7
51/12 51/15 53/6 53/12
53/13 59/13 59/21 60/9
63/9 65/21 66/1 66/3
67/21 68/18 68/21 69/9
79/18 79/19 79/22 79/23
80/15 80/22 81/20 84/24
sister's **[2]**  48/13 80/25
sitting **[1]**  33/8
situation **[4]**  53/10 53/11

53/15 81/21
six **[2]**  10/16 10/16
sizes **[1]**  64/11
skeptical **[3]**  71/18 80/8
80/10
sleep **[1]**  40/7
sleeping **[3]**  53/19 62/9
80/13
slept **[2]**  35/5 35/7
snapped **[1]**  30/16
snitch **[1]**  52/10
so **[121]**
some **[33]**  8/8 18/1 19/11
19/17 24/25 28/14 28/15
29/18 31/11 37/4 37/10
37/16 44/9 52/25 53/7
57/19 57/24 61/10 65/19
66/4 67/7 70/15 70/20
73/8 75/10 77/4 77/17
78/23 79/1 79/10 79/11
80/5 86/8
somebody **[3]**  36/23 49/1
76/25
someone **[6]**  12/14 12/14
38/15 50/21 64/16 78/3
something **[20]**  8/11 16/16
25/3 29/15 30/10 31/25
31/25 32/4 33/7 47/21
48/3 50/2 50/3 51/5 58/10
65/21 66/16 67/15 70/1
78/10
sometime **[1]**  31/16
sometimes **[3]**  8/16 24/2
31/22
somewhere **[1]**  21/21
son **[1]**  5/21
sorry **[9]**  7/8 13/21 17/1
17/2 17/14 18/18 32/14
32/25 68/16
sort **[2]**  53/7 53/17
Soto **[2]**  34/14 64/21
sound **[1]**  26/25

**S**

Sounds [1]  60/21
spat [2]  71/2 77/21
speak [5]  5/10 26/17
 26/17 26/19 49/10
speaker [1]  26/12
speaking [3]  12/2 22/8
 23/22
special [2]  31/19 31/21
specialist [2]  13/2 13/13
specific [4]  64/8 64/9
 70/16 74/8
specifically [1]  74/11
spend [2]  41/7 71/12
spending [1]  40/11
spent [1]  34/3
spin [2]  75/15 75/16
spoke [2]  39/19 69/23
spoken [1]  55/8
spot [1]  35/10
staff [6]  10/19 10/20 21/3
 22/1 30/17 30/19
standing [1]  21/20
start [10]  8/22 10/20
 13/23 19/22 20/5 43/3
 53/1 57/13 67/13 79/13
started [16]  8/20 8/20
 8/22 9/7 9/20 11/16 13/18
 18/2 19/21 19/24 26/14
 31/14 31/15 33/18 57/12
 74/13
starting [2]  50/14 74/5
starts [1]  19/11
state [5]  6/10 6/25 38/1
 76/7 76/10
statement [1]  47/3
STATES [5]  1/1 1/5 1/12
 3/2 86/14
stay [4]  16/18 59/8 73/5
 85/8
stayed [2]  35/5 36/2
STD [1]  72/14

STDs [3]  30/9 46/17
 65/12
stenography [1]  3/9
step [1]  85/7
stepped [1]  46/10
still [18]  9/11 9/13 10/8
 12/6 17/23 34/1 36/11
 45/22 47/2 52/9 52/9
 55/2 71/12 72/17 74/9
 76/3 81/12 81/15
stop [6]  14/25 45/25 46/3
 46/5 46/7 46/13
stopped [3]  26/15 46/4
 46/6
storage [1]  21/3
strain [1]  57/4
Street [3]  1/16 3/3 86/20
stripped [1]  32/3
studying [1]  18/2
stuff [8]  9/6 21/8 24/11
 25/13 57/19 60/23 62/16
 62/17
stumped [1]  33/24
stupid [2]  80/18 81/2
styled [1]  3/8
suit [1]  33/9
Suite [3]  1/16 1/20 1/23
Sunday [2]  19/16 42/4
Sundays [4]  42/5 74/18
 74/21 75/5
supplies [2]  21/4 21/8
supply [7]  18/25 20/2 20/8
 20/23 20/24 21/2 21/10
support [1]  58/23
sure [17]  8/10 11/3 11/5
 13/22 18/4 24/4 25/8
 34/15 39/1 43/17 46/24
 57/20 61/25 75/5 81/5
 83/25 83/25
surprisingly [1]  78/1
surreal [1]  50/1
survive [4]  7/22 57/14

 57/16 76/24
survived [1]  37/24
surviving [4]  37/18 38/5
 38/7 62/2
suspicious [1]  46/10
sustain [1]  64/1
sustained [1]  47/24
sweaty [1]  17/9
sworn [2]  5/7 5/8
symptom [1]  29/3
symptoms [3]  28/15 28/22
 29/22
system [1]  27/10

**T**

table [1]  33/9
tables [1]  9/6
take [6]  12/11 15/13 17/11
 20/4 22/4 70/4
taken [3]  32/19 52/21
 63/11
taking [1]  38/9
talk [16]  16/21 19/5 24/17
 24/25 25/19 26/9 26/11
 27/2 27/8 27/12 38/18
 38/21 39/5 52/5 58/6
 76/16
talked [3]  37/5 58/21
 80/14
talking [25]  8/24 14/12
 16/10 24/15 25/23 26/23
 33/3 35/9 40/19 43/3
 44/6 48/23 48/25 50/10
 50/23 50/24 53/1 53/2
 57/12 60/18 60/22 66/9
 68/12 77/11 80/20
Taylor [6]  13/11 13/14
 13/15 46/3 58/3 58/12
teaching [1]  34/4
technically [1]  10/8
Telephone [3]  1/17 1/21
 1/24
tell [54]  5/14 12/15 13/19

**T**

tell... **[51]** 14/17 16/3
17/3 17/15 17/21 18/23
19/14 21/1 23/22 24/3
25/14 28/25 29/12 29/19
30/13 31/7 31/8 31/24
34/9 35/4 35/18 36/1 36/5
39/17 39/19 39/19 39/20
48/3 54/5 54/7 55/17
55/21 55/24 56/9 56/12
62/6 62/23 63/1 63/15
63/20 66/15 71/5 71/21
73/18 75/1 79/23 81/19
82/25 83/23 84/24 85/13
telling **[20]** 12/21 15/11
25/4 25/13 29/16 37/1
38/15 42/24 49/11 51/15
53/6 57/23 59/8 61/6
63/10 66/18 67/7 67/11
73/21 78/9
tells **[3]** 15/6 41/14 59/6
temptation **[6]** 16/12 16/13
16/15 16/17 17/3 17/5
terms **[1]** 7/16
Terra **[1]** 34/15
test **[4]** 30/23 30/24
56/23 56/23
tested **[1]** 56/22
testified **[3]** 47/19 55/18
74/14
testimony **[3]** 1/11 5/3
85/15
tests **[1]** 30/23
TEXAS **[15]** 1/2 1/6 1/16
1/17 1/20 1/23 3/3 25/15
25/17 41/15 41/17 63/10
64/14 86/18 86/20
than **[6]** 21/19 28/4 30/14
30/14 45/1 59/2
Thank **[10]** 34/19 36/17
40/10 44/16 44/17 47/17
50/25 63/19 84/5 85/14

that **[339]**
that's **[59]** 19/1 20/8
20/11 20/13 20/13 20/15
20/24 22/3 22/7 22/21
23/5 24/20 25/21 27/11
29/6 29/8 29/9 30/12
35/15 36/17 37/18 37/22
37/24 38/5 39/22 41/13
42/15 43/10 44/24 46/12
46/22 47/13 50/17 51/5
52/5 57/12 57/13 57/23
58/6 59/15 59/15 61/1
62/3 62/4 64/10 64/14
67/13 69/3 71/9 74/14
76/18 80/4 80/9 82/15
82/16 82/18 84/10 84/17
84/17
their **[3]** 8/1 11/2 22/3
them **[21]** 17/20 18/25
30/13 31/7 31/8 31/9
37/14 38/14 38/25 50/18
56/12 58/9 62/1 62/6
73/18 77/1 79/1 82/11
83/3 83/9 83/25
then **[57]** 8/21 9/11 10/18
10/23 11/10 14/23 15/14
16/24 17/8 17/16 19/8
19/11 19/23 19/23 19/24
19/25 20/23 21/7 24/2
29/3 30/8 30/8 30/11
30/21 32/12 32/23 34/10
36/3 36/9 36/12 36/22
40/12 44/9 44/3 53/1 53/4
54/7 54/20 54/23 56/6
61/13 62/7 64/13 65/24
66/3 69/8 69/25 71/9
72/2 73/18 73/21 75/15
77/10 78/16 79/14 80/10
82/25
there **[60]** 7/10 7/15 7/16
7/24 8/14 9/7 9/8 9/18
10/17 10/21 10/24 10/24

11/9 12/21 14/5 14/14
14/25 17/10 17/18 19/17
19/19 20/1 22/2 22/21
23/16 23/18 23/19 24/4
25/2 25/11 29/23 30/13
31/24 32/4 38/3 39/9
39/24 48/3 53/7 55/21
55/24 56/3 56/7 57/14
57/16 58/1 58/6 58/7
58/18 58/24 59/4 63/9
73/8 73/18 75/10 75/12
76/15 77/9 81/16 81/16
there's **[23]** 19/5 23/25
24/6 31/1 31/25 34/15
36/3 44/9 44/23 44/24
45/5 45/7 45/19 45/24
47/8 51/2 52/24 54/20
65/2 65/21 66/16 68/19
72/10
these **[11]** 23/23 29/22
33/18 37/4 38/16 58/13
74/17 74/23 75/13 75/17
76/1
they **[41]** 7/23 7/25 8/10
8/20 8/21 8/23 9/15 9/16
9/21 9/21 10/4 10/7 11/3
11/4 11/7 11/9 11/25 21/4
22/2 30/20 30/20 30/22
30/22 30/23 37/5 38/8
38/16 47/14 47/16 52/20
56/6 56/17 56/21 56/22
56/23 62/1 75/14 75/15
76/11 82/12 85/13
they're **[6]** 36/4 76/11
76/11 82/12 82/12 82/25
thing **[4]** 11/11 20/18 29/14
61/24
things **[15]** 10/2 11/3 24/7
24/9 25/13 25/18 25/22
39/9 49/5 53/14 64/5
77/4 77/11 84/22 84/23
think **[17]** 8/23 14/9

**T**

**think…** **[15]** 23/25 24/12 25/9 25/21 26/24 32/18 32/18 33/23 33/23 47/20 47/23 54/1 58/21 65/25 68/22

**thinking [10]** 28/7 32/25 32/25 33/24 52/10 52/11 68/23 75/21 75/24 76/3

**Thirty [1]** 5/17

**Thirty-three [1]** 5/17

**this [51]** 12/2 12/20 17/3 17/4 17/23 22/22 22/23 23/12 24/5 25/8 25/23 26/1 26/19 31/10 32/5 35/18 36/6 37/21 41/21 43/7 43/18 45/14 45/25 46/20 46/21 47/3 50/6 50/13 55/8 57/4 57/6 57/7 57/21 63/4 63/21 63/24 64/6 66/7 69/16 74/8 74/21 75/1 76/1 77/12 82/18 83/13 83/22 83/22 84/2 85/10 86/15

**those [20]** 7/14 18/7 18/23 20/20 20/22 21/19 22/5 23/2 25/22 26/3 28/22 39/9 42/9 72/19 76/16 78/10 78/23 79/4 79/8 86/13

**though [1]** 36/6

**thought [16]** 14/10 14/10 14/11 24/17 24/18 27/3 28/11 34/5 34/10 53/4 53/8 69/23 70/17 71/25 82/14 82/21

**thousand [6]** 39/3 39/21 40/6 41/6 42/12 61/15

**three [7]** 5/17 27/18 27/18 37/2 38/1 42/2 48/19

**through [6]** 23/14 26/1 46/21 48/9 78/17 83/25

**thrown [1]** 55/18

**time [47]** 6/9 8/18 12/7 13/7 15/3 19/8 19/14 21/5 21/20 23/14 24/1 24/12 24/12 25/7 25/8 25/23 28/8 29/1 29/12 31/7 31/11 34/5 35/9 35/11 35/13 36/8 38/4 48/9 49/19 52/7 52/14 62/2 62/8 63/4 66/7 66/11 69/18 69/20 69/22 70/1 71/12 74/11 74/13 74/13 75/3 75/7 84/23

**times [8]** 23/18 23/25 24/7 24/8 25/16 31/20 37/2 53/16

**tired [1]** 73/2

**today [8]** 32/7 32/20 33/4 34/6 52/12 55/18 68/5 74/15

**together [9]** 7/22 7/22 48/15 48/23 49/2 76/11 76/12 82/12 82/13

**told [24]** 12/20 14/20 14/22 17/14 17/14 18/1 18/5 18/9 28/6 30/9 30/11 31/9 39/20 39/21 40/5 40/15 41/25 42/2 62/1 64/11 66/18 69/21 74/20 78/7

**tomatoes [1]** 8/17

**too [4]** 11/4 25/7 74/14 80/11

**took [4]** 14/23 17/25 25/21 30/20

**top [1]** 55/25

**tossed [1]** 28/6

**touch [1]** 85/8

**towards [3]** 27/9 42/18 42/24

**track [2]** 11/25 12/1

**transcribed [1]** 86/10

**transcript [10]** 1/11 43/19 43/20 43/24 44/12 52/25 74/1 84/12 86/5 86/12

**translated [1]** 84/17

**translation [9]** 44/9 44/22 44/22 45/6 49/7 49/8 54/21 84/4 84/16

**treatment [2]** 30/2 30/3

**treatments [1]** 57/15

**trial [3]** 1/11 5/3 78/20

**trick [1]** 84/7

**tried [2]** 52/5 52/15

**trigger [1]** 23/19

**triggered [1]** 72/13

**trouble [1]** 26/8

**true [4]** 46/12 79/8 80/9 86/5

**trying [7]** 25/3 26/8 45/2 45/8 49/22 84/7 84/15

**turned [1]** 71/17

**twice [1]** 67/12

**two [19]** 11/10 23/25 24/25 26/14 27/8 37/21 42/23 43/2 43/4 50/13 51/11 53/7 57/11 64/16 65/3 69/19 75/23 78/4 81/8

**type [4]** 21/10 29/13 29/18 80/5

**typically [2]** 74/21 75/16

**U**

**U.S [1]** 1/15

**Uh [17]** 7/7 10/11 15/8 15/25 16/25 23/7 31/6 39/18 44/5 54/19 66/23 67/24 68/4 68/7 68/14 77/5 83/19

**Uh-huh [17]** 7/7 10/11 15/8 15/25 16/25 23/7 31/6 39/18 44/5 54/19 66/23 67/24 68/4 68/7 68/14 77/5 83/19

# U

um [1] 74/13
uncommon [1] 30/4
under [4] 13/19 28/9 72/10
80/22
underneath [1] 49/8
understand [10] 26/16
26/22 26/24 36/10 37/14
41/14 44/6 46/25 49/17
67/2
understanding [1] 45/9
understood [1] 78/15
unit [21] 11/19 11/25 12/9
12/9 12/15 13/13 13/16
14/19 15/5 17/11 17/17
17/22 17/25 35/5 35/14
36/5 36/7 36/11 36/12
52/21 52/23
UNITED [5] 1/1 1/5 1/12
3/2 86/14
units [2] 8/9 35/7
unless [1] 12/20
unreal [1] 50/1
until [4] 13/18 27/11 65/15
69/24
unusual [1] 16/5
up [40] 8/20 9/19 9/23
9/24 11/8 11/18 12/5 21/20
26/25 28/6 28/17 29/17
33/10 34/4 35/1 38/1 38/4
43/8 43/11 43/13 45/3
51/13 51/15 58/9 58/10
58/14 63/21 64/10 66/8
68/22 68/24 69/22 71/19
76/5 77/7 79/4 81/15 82/9
82/9 84/25
urine [1] 30/23
us [28] 1/22 5/14 8/8 8/11
9/15 9/16 10/4 10/7 12/20
13/19 13/25 14/17 16/3
17/21 18/23 19/14 21/1
23/22 28/25 29/12 29/19
35/4 44/14 52/20 54/22
58/8 65/3 73/5
use [2] 9/21 85/10
used [6] 10/1 21/4 48/5
51/3 80/18 81/3
using [4] 6/6 21/5 37/16
39/25

# V

vagina [1] 73/19
vaginal [2] 23/13 55/25
vaguely [2] 36/20 50/23
vehicle [1] 62/24
version [1] 62/2
versus [2] 32/11 73/9
very [15] 7/1 32/18 39/17
40/2 52/6 52/9 66/19
66/21 66/22 68/24 69/20
70/15 71/20 79/16 84/3
via [2] 58/22 86/9
videoconferencing [1]
86/10
voice [2] 39/8 39/9
VOLUME [1] 1/11
Vuitton [2] 40/12 40/18

# W

wait [3] 35/18 54/2 66/4
waiting [1] 7/18
walk [2] 12/1 52/23
walked [2] 17/17 46/8
walking [4] 14/21 15/1 15/5
17/11
walls [1] 16/23
want [23] 6/16 10/13 15/12
16/17 16/18 17/9 26/7
29/8 34/22 37/15 38/17
43/13 43/20 45/3 48/10
51/12 61/6 62/16 62/17
67/9 74/6 81/5 84/1
wanted [5] 17/10 38/16
52/22 62/1 80/12
wanting [1] 80/10

wants [3] 43/8 43/11
48/13
warning [2] 58/3 58/12
was [237]
wasn't [9] 10/1 23/20
28/18 29/7 34/6 45/21
52/11 64/13 78/1
watching [1] 16/6
way [8] 7/11 21/16 21/16
32/25 32/25 34/1 44/23
57/7
ways [1] 57/13
we [39] 7/17 7/22 8/6
8/15 8/16 8/23 11/11 11/18
11/18 12/19 12/21 13/11
14/12 14/21 17/24 18/9
21/5 22/16 22/25 25/10
27/17 34/25 34/25 35/9
37/14 38/18 38/21 43/19
50/8 50/23 53/13 58/6
61/13 70/4 70/10 78/13
79/1 79/2 85/3
we'd [2] 21/21 85/2
We're [1] 50/23
we've [1] 33/2
wear [1] 39/4
wearing [7] 33/7 33/9
40/16 49/5 49/8 49/14
86/9
week [3] 12/17 12/17 19/18
weeks [4] 27/18 27/18
37/21 48/19
well [34] 6/16 6/25 10/5
10/21 11/13 15/13 17/7
19/21 21/18 23/25 24/4
24/6 26/7 26/24 29/5
30/3 30/20 31/22 32/13
33/23 35/7 36/7 41/25
47/5 49/18 53/19 55/25
57/9 68/21 75/14 77/8
77/13 78/1 84/19
went [13] 10/5 15/22

# W

**went...** **[11]**  15/24 16/4
27/19 28/22 30/12 36/7
57/10 60/3 65/9 70/6
77/19

**were** **[66]**  6/9 7/4 7/13
8/15 9/9 9/14 9/19 9/21
9/24 10/6 11/18 13/11
14/21 15/3 15/16 18/9 20/1
21/15 21/15 25/9 26/3
26/23 27/6 27/15 32/8
33/15 33/19 33/22 35/10
35/13 35/22 37/5 37/7
37/7 37/16 37/22 38/7
38/8 38/24 40/2 48/4
53/8 55/25 57/1 63/8
64/6 64/23 66/11 66/11
66/19 68/25 69/5 70/18
72/17 73/11 73/14 73/22
74/17 74/23 75/13 75/20
75/23 79/18 79/18 84/8
86/10

**weren't** **[4]**  8/10 21/5
25/10 63/7

**westernized** **[1]**  26/19

**what** **[111]**

**what's** **[7]**  7/19 9/4 12/3
32/11 44/3 68/5 83/18

**whatever** **[3]**  10/7 49/24
65/14

**when** **[73]**  6/14 6/16 6/18
7/3 7/10 9/20 11/21 13/4
14/12 15/3 16/6 16/7 17/23
21/15 23/22 23/24 24/5
26/11 27/12 27/13 28/17
29/2 30/8 31/13 33/15
33/18 33/24 35/4 36/6
38/14 39/4 40/15 41/21
42/19 43/2 44/14 46/16
48/22 49/14 52/4 52/5
52/18 53/16 54/5 54/14
56/17 57/21 59/16 60/6
60/7 62/5 62/9 64/11
64/14 64/23 65/9 66/7
66/10 66/15 69/20 69/25
71/21 72/4 72/16 73/22
75/13 75/16 77/6 81/15
82/18 82/23 83/23 84/24

**whenever** **[5]**  19/18 27/9
67/13 76/14 81/1

**where** **[37]**  5/18 7/4 8/16
9/18 11/25 14/14 15/23
16/1 17/18 18/23 19/6
20/20 22/17 23/4 23/16
28/1 28/3 29/23 30/13
35/4 35/5 35/5 35/6
35/20 35/22 36/2 37/21
53/17 55/6 57/23 59/6
59/13 60/10 65/2 65/21
65/24 84/2

**whether** **[9]**  19/14 27/20
29/19 32/16 32/16 71/6
71/16 73/11 80/9

**which** **[7]**  21/16 21/16
35/13 36/1 39/3 55/25
83/6

**while** **[7]**  16/22 28/14
29/22 57/1 57/6 57/10
84/20

**white** **[1]**  33/9

**who** **[12]**  7/13 10/17 12/25
48/7 48/25 59/19 60/5
60/7 61/15 61/21 64/21
76/11

**who's** **[4]**  13/14 41/8 76/6
76/9

**Whoever** **[1]**  65/17

**whole** **[5]**  23/14 36/8
37/19 38/4 69/18

**whose** **[1]**  60/5

**why** **[11]**  24/17 24/18
31/22 32/22 44/24 57/12
57/13 69/3 70/4 72/22
76/22

**Wichita** **[1]**  5/19

**will** **[19]**  12/1 15/14 21/13 28/9
40/7 40/16 44/10 47/25
50/21 51/1 54/23 64/1
66/5 69/9 69/12 69/14
81/25 84/5 85/12 85/13

**WILLIAMS** **[4]**  3/2 86/4
86/17 86/17

**wind** **[1]**  58/14

**within** **[6]**  8/25 9/2 9/19
12/4 20/23 21/10

**without** **[2]**  45/20 82/17

**witness** **[11]**  5/8 33/11
34/18 43/20 43/23 46/21
47/4 73/25 81/25 83/12
85/11

**woman** **[2]**  25/3 52/12

**women** **[2]**  7/20 7/21

**word** **[10]**  4/7 16/14 16/14
51/3 51/4 53/5 60/12
84/16 84/16 84/24

**worded** **[2]**  58/15 58/15

**words** **[3]**  43/8 48/5 68/25

**work** **[18]**  8/21 8/22 9/2
9/7 9/11 9/13 12/12 17/23
17/25 49/4 49/14 50/9
53/2 53/8 68/6 68/8 68/9
75/11

**workday** **[1]**  15/17

**worked** **[6]**  9/3 9/8 10/9
10/18 11/6 76/10

**workers** **[3]**  8/21 9/23
10/14

**workforce** **[1]**  8/25

**working** **[6]**  13/18 13/20
13/23 14/2 15/4 65/18

**workout** **[2]**  9/5 19/3

**works** **[4]**  22/1 24/10
24/22 50/8

**world** **[2]**  16/17 76/25

**worried** **[1]**  59/6

**WORTH** **[7]**  1/3 1/6 1/17

# W

**WORTH… [4]**  3/3 7/6
86/19 86/20

**would [87]**

**wouldn't [4]**  24/2 53/24
77/8 85/3

**Wright [3]**  34/14 55/15
55/17

**written [2]**  46/22 46/25

**wrong [4]**  48/4 52/12
56/22 66/16

# Y

**y'all [1]**  58/10

**yard [1]**  11/25

**yeah [97]**

**year [6]**  5/21 37/21 39/5
55/9 57/7 64/6

**years [6]**  5/17 29/6 33/17
34/1 34/3 42/2

**yeast [3]**  29/3 30/8 30/14

**yelled [3]**  30/16 46/17
48/9

**Yep [1]**  61/8

**yes [137]**

**yesterday [1]**  56/24

**York [2]**  47/10 47/12

**you [639]**

**you're [36]**  15/1 16/16
27/11 28/14 29/22 39/14
40/21 42/23 42/24 47/24
49/7 50/5 51/4 51/11
51/20 51/24 52/25 54/5
54/7 54/7 54/14 54/22
57/10 57/17 61/9 61/14
67/14 69/4 69/8 72/4
73/2 73/11 76/3 81/12
81/21 83/23

**you've [14]**  44/14 47/13
47/17 55/3 55/8 63/19
75/19 76/19 78/17 78/21
79/10 79/10 80/4 84/23

**young [1]**  52/9

**your [142]**

**yourself [7]**  44/4 44/11
44/14 54/22 74/7 81/20
83/22

# Z

**ZOIE [4]**  3/2 86/4 86/17
86/17

**zwilliams.rmr [2]**  3/4
86/21