```
 1                IN THE UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF TEXAS

 3                    FORT WORTH DIVISION

 4

 5   UNITED STATES OF AMERICA, )
                               ) CASE NO. 4:25-CR-00116-O
 6        Government,          )
                               ) FORT WORTH, TEXAS
 7   VS.                       )
                               ) AUGUST 15, 2025
 8   MARERLLIS NIX,            )
                               ) 9:12 A.M.
 9        Defendant.           )

10

11                    VOLUME 3 OF 3
        TRANSCRIPT OF JURY TRIAL TESTIMONY OF DANICA PULLEY &
12                     MARERLLIS NIX
            THE HONORABLE REED C. O'CONNOR
13          UNITED STATES DISTRICT COURT JUDGE

14

     A P P E A R A N C E S:
15

     FOR THE GOVERNMENT: MS. AISHA SALEEM
16                       MS. ALLYSON MONTE
                         ASSISTANT U.S. ATTORNEY
17                       NORTHERN DISTRICT OF TEXAS
                         801 Cherry Street, Suite 1700
18                       Fort Worth, Texas  76102
                         Telephone:  817.252.5200
19

20   FOR THE DEFENDANT:  MR. SHANE LEWIS
                         SHANE LEWIS LAW
21                       800 Fielder, Suite 500
                         Arlington, Texas  76012
22                       Telephone:  817.877.1500

23                       MR. CADE PALMER
                         NORTON ROSE FULBRIGHT US, LLP
24                       2200 Ross Avenue, Suite 3600
                         Dallas, Texas  75201
25                       Telephone:  214.855.8000
```



1

2    COURT REPORTER:        ZOIE M. WILLIAMS, RMR, RDR, FCRR
                            United States Federal Court Reporter
3                           501 W. 10th Street
                            Fort Worth, Texas  76102
4                           zwilliams.rmr@gmail.com
                            817.850.6630

5

6

7

8        The above styled and numbered cause was reported by

9    computerized stenography and produced by computer.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    DANICA PULLEY -

2    Direct Examination By Ms. Monte..................05

3    Cross-Examination by Mr. Lewis...................21

4    MARERLLIS NIX:

5    Direct Examination by Ms. Saleem................28

6    Cross-Examination by Mr. Lewis..................63

7    Redirect Examination by Ms. Saleem..............89

8    Reporter's Certificate..........................95

9    Word Index......................................96

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        AUGUST 15, 2025

 2                             oOo

 3                  P R O C E E D I N G S

 4        (Following is the complete trial testimony of Danica

 5        Pulley.)

 6             THE COURT:  Okay.  Please be seated.  Thank you

 7   for being here on time.  Thank you, and we are ready to go.

 8   I hope you-all had a good night.

 9             Counsel.

10             MS. MONTE:  At this time, the government would

11   call Danica Pulley.  And Your Honor, they're bringing her

12   down.

13             THE COURT:  Okay.  Ma'am, would you raise your

14   hand to be sworn, please.

15        (The oath was administered.)

16             THE WITNESS:  I do.

17             THE COURT:  Very good.  Come have a seat here.

18   Speak into those microphones good and loud so everyone can

19   hear what you have to say.

20             THE WITNESS:  Hey.

21             THE COURT:  Very good.  Thank you.

22                     DIRECT EXAMINATION

23   BY MS. MONTE:

24        Q.   Good morning, Ms. Pulley.

25             Can you state your name for the record?
```

```
 1          A.    Danica Pulley.

 2          Q.    Okay.  And where do you live?

 3          A.    Fort Dodge, Iowa.

 4          Q.    And is that your hometown?

 5          A.    Yeah.

 6          Q.    Where do you currently work?

 7          A.    Shiny Top Brewery.  I'm the manager.

 8          Q.    You are a manager at the brewery.

 9          A.    Uh-huh.

10          Q.    Let's just get a couple things out of the way.

11                Ms. Pulley, is there any desire for you to want to

12    be sitting in this seat today?

13          A.    No.

14          Q.    In fact, let's clear up a couple of things.  We

15    asked you to be here; is that correct?

16          A.    Yes.

17          Q.    And yesterday you were here, ready to testify; is

18    that correct?

19          A.    Yes.

20          Q.    And just so the jury is aware, you had a different

21    outfit on yesterday; is that right?

22          A.    Yeah.

23          Q.    And you believed that you were going to be going

24    home today, but we weren't able to get to you yesterday.  So

25    you had to testify today?
```

1          A.    Yeah.

2          Q.    And so, that is not what you have would have

3    chosen to wear to court today?

4          A.    No.

5          Q.    That's okay.  I just want to make sure the jury is

6    aware, so they know.

7                Now, before we get into the details of why you're

8    here.  Was there a time in your life where you were

9    incarcerated at Federal Medical Center, Carswell?

10         A.    Yes.

11         Q.    Can you just tell the jury, just briefly, about

12   how you ended up at Carswell?

13         A.    I got a drug charge.

14         Q.    And so, you became a convicted felon; is that

15   correct?

16         A.    Yeah.

17         Q.    And you were eventually transferred to Carswell?

18         A.    Correct.

19         Q.    Do you recall about when you arrived there?

20         A.    I believe it was 2020 till 2021.  I don't remember

21   the exact dates.

22         Q.    That's okay.  Roughly, the years of 2020 to 2021?

23         A.    Uh-huh.

24         Q.    Do you remember about when you were released from

25   Carswell?  The month?  Time of year?  Was it summer?

```
1          A.    Yeah, it was summer, August.  It was August.

2          Q.    August of 2021?

3          A.    Yeah.

4          Q.    Okay.  When you were incarcerated at Carswell,

5     initially what unit were you assigned to?

6          A.    Unit 6.

7          Q.    And what is that unit?

8          A.    It's the place where people who have dialysis or

9     cancer are held.

10          Q.    Ms. Pulley, when you were first taken to Carswell

11     was it during COVID?

12          A.    COVID had just started, yes.

13          Q.    Okay.  And so, were things kind of, fair to say,

14     discombobulated at the prison?

15          A.    Yeah.

16          Q.    And you were assigned to a unit, even though you

17     did not have any kind of significant medical condition?

18          A.    Correct.

19          Q.    Ms. Pulley, I'm so sorry, it's just so important

20     the jury hears you.

21          A.    Oh, I'm sorry.  I can pull my chair up.  Can you

22     hear me now?

23          Q.    Yes.

24                So you were in what's called a hospital unit?

25          A.    Correct.
```

1       Q.   Do you ever recall having interactions with a

2   guard by the name of Mr. Nix?

3       A.   Yes.

4       Q.   Can you tell the jury what you remember about

5   those initial interactions with Mr. Nix?

6       A.   He would work, like, overtime hours on Unit 6.

7   Our unit was shut down, so we were unable to go anywhere.

8   That's kind of how I initially met him.

9       Q.   So he would take overtime shifts.  When you say

10  your "unit was shut down," were you allowed to leave the

11  unit ever?

12      A.   No.

13      Q.   Were the other people on your unit primarily,

14  mostly, you know, have chronic health conditions?

15      A.   Yeah.  And they were older, so -- I was kind of

16  overflow.  So I was probably one of the youngest ones up

17  there.

18      Q.   Did you have many people to talk to on a regular

19  basis?

20      A.   Not really.

21      Q.   When you would interact with Mr. Nix was it, for

22  the most part, initially professional?

23      A.   Yeah.

24      Q.   Give the jury just a little bit of information

25  about that.  You don't have to go into what was said, but

1   just how were your interactions with him?

2       A.   Yeah, it was professional.  I guess his

3   conversations were just more so comforting.  It kind of felt

4   like an escape from my reality at the time.

5       Q.   Fair to say you enjoyed talking with him?

6       A.   Yes.

7       Q.   Was there a point where the conversations turned

8   from professional to more detailed and more personal?

9       A.   Yeah.

10      Q.   And was there a time when the interactions turned

11  from professional to more physical?

12      A.   Yes.

13      Q.   Can you tell the jury, if you recall, just where

14  you were the first time that happened?

15      A.   It would have been out -- or actually, in the

16  unit.  I was cooking sausage, warming a sausage up to cook

17  with it.  He kind of made a nasty comment like, what are you

18  going to go do with that?

19      Q.   And that was the first time you recall him saying

20  something to you that wasn't --

21      A.   That was a little bit out of line, yeah.

22      Q.   What about when things turned physical, how did

23  that start?

24      A.   That would have been out on the rec.  When they

25  opened us up to be able to go outside per unit, we had

1  worked on like activities that they were letting us do to

2  get points for FSA credits or something. I hadn't done it,

3  but he had just decided to give me the answers. Basically,

4  I went to the office that's in the outside rec, and that is

5  where it ended up taking place.

6      Q.   So you are in the office in the outside rec, is

7  that what you said?

8      A.   Correct.

9      Q.   And you said there was some type of project you

10 were doing and you hadn't completed the answers?

11     A.   Yeah.

12     Q.   And did he offer to give them to you?

13     A.   Yeah.

14     Q.   And then you said?

15     A.   The conversation just went different, and stuff

16 just happened.

17     Q.   Okay. I have to ask you some details about what

18 happened.

19     A.   Okay.

20     Q.   So how did it transition from conversations about

21 answers to a test to become being physical?

22          What did that look like?

23     A.   I don't recall. Everything happened so fast.

24     Q.   Okay. Did he put his hands on you physically?

25     A.   Yeah.

```
 1          Q.   Did he try to kiss you, if you recall?

 2          A.   I don't remember that, no.

 3          Q.   Okay.  What do you remember specifically about

 4     what happened between the two of you in outside rec

 5     physically?

 6          A.   I do remember the conversation, him getting up

 7     that led to, will you do it?  Got up, turned around, pulled

 8     my pants down, and it just happened.  It just happened so

 9     fast.

10          Q.   When you say, "it happened," I just have to be

11     specific.  Was there sexual contact between you and Mr. Nix?

12          A.   Yes.  He did ejaculate on the floor, the cement

13     ground.

14          Q.   I'm sorry, you said he ejaculated on the floor?

15          A.   Yeah.

16          Q.   Do you recall what happened to it --

17          A.   No.

18          Q.   -- or what he did with it?

19               Okay.  Do you recall what happened afterwards?

20     Did you talk about it?  Did he take you back to your unit?

21          A.   No.  It was kind of just quiet, nothing more was

22     really said.

23          Q.   Was there any other times that things were

24     physical between you and Mr. Nix?

25          A.   There was one more inside Unit 6.  He had worked
```

```
 1    another overtime shift.  That one actually happened in the

 2    room of my unit.  My rooms were a little bit different.

 3    They weren't small little rooms.  They were actually built,

 4    like, a hospital room.

 5            So they were a little bit bigger.  You could walk

 6    in there and they held about three to two bunk beds, just

 7    depended on the size.  Normally, there should have been a

 8    lot of people, but COVID had hit the unit, so everybody had

 9    went to the quarantine.

10            I lived with a bunch of older people, so they all

11    were not in the room.  I was in the room by myself.  That

12    was the day that he had worked an overtime shift, and it

13    also occurred that day in my room.

14       Q.   So when it occurred in your room, were you in a

15    cell by yourself?

16       A.   Yeah.

17       Q.   And does that cell door have a lock on it?

18       A.   No.

19       Q.   Okay.  No one else was in there?

20       A.   No.

21       Q.   At the time?

22       A.   No.

23       Q.   Okay.  And so, help the jury understand, when you

24    said it happened in your room, was Mr. Nix there?

25       A.   Yes.
```

1    Q.   So what specifically happened in the room?

2    A.   We had sex in the room on one of the lockers.

3    Q.   You said on one of the lockers?

4    A.   Yeah.

5    Q.   Again, was anything said?  Did he talk to you?

6    Was there any kind of conversation about it?

7    A.   Not really.

8    Q.   What was your understanding about kind of this

9    going on between you and Mr. Nix?

10    A.   For me, it was just a for-the-moment-type thing,

11    an escape from my reality.  Like I said, I was on a unit

12    with a bunch of old people, so I was bored.  That's about

13    it.

14    Q.   Do you recall, just timeframe-wise, were these

15    happening, you know, really quick back-to-back or was there

16    like a long time between encounters?

17    A.   No, they were pretty quick back-to-back and then

18    it just ended.  I ended up actually getting moved down to a

19    different unit, 3 South.  And that's when it -- it had ended

20    before when I was still living in Unit 6.  I just decided to

21    stop completely, really completely talking to him.  And then

22    when I moved to 3 South, I didn't talk to him whatsoever.

23    Q.   The time that you just talked about in Unit 6 in

24    your cell, was that the only time something happened in

25    Unit 6 or was there another time something happened in your

1    unit?

2        A.    No, that was it.

3        Q.    Okay.  When you say that you kind of stopped it or

4    ended the interactions with Mr. Nix --

5        A.    Uh-huh.

6        Q.    -- what was your reasoning for that?

7        A.    I kind of came to the conclusion that I wasn't the

8    only one just because of the way certain girls were when

9    they were around him.  I just --

10        Q.    Before you keep going, you never saw anything

11    physical happen between Mr. Nix and anybody else, fair to

12    say?

13        A.    No.

14        Q.    But this is just something you perceived or

15    observed?

16        A.    Yeah.

17        Q.    Okay.  Keep going.

18        A.    And then, I obviously was about to go home pretty

19    soon, so I just thought that wasn't something I really

20    needed to focus on at that point.

21        Q.    Did his behavior towards you ever change?

22        A.    Yeah, it was kind of standoffish, like I was -- I

23    was a horrible person.  I guess I kind of was a horrible

24    person being in the situation I was in, but I don't know,

25    that's kind of how it felt.

1    Q.   That's how you viewed his behavior towards you?

2    A.   Yeah.

3    Q.   After things became physical with Mr. Nix was

4    there ever anything about his behavior towards you that

5    bothered you?

6    A.   Not really.

7    Q.   Do you see Mr. Nix sitting in the courtroom today?

8    A.   Yeah.

9    Q.   Can you point to him and identify an article of

10   clothing that he's wearing?

11   A.   Point and identify?  Purple tie.

12   Q.   What color is his jacket?

13   A.   Black.

14        MS. MONTE:  Your Honor, may the record reflect

15   that the witness has identified the defendant.

16        THE COURT:  Yes.

17   BY MS. MONTE:

18   Q.   Ms. Pulley, I notice you're kind of smirking or

19   smiling a little bit.  Do you have a tendency to laugh when

20   you're nervous?

21   A.   Uh-huh.  And cry.

22   Q.   Okay.  Was there a point after any interactions

23   with Mr. Nix, you mentioned you were about to go home, that

24   you were moved into a quarantine unit?

25   A.   Yes.

```
 1          Q.    Who was in the quarantine unit with you, if you

 2    remember?

 3          A.    Diana.

 4          Q.    And before getting moved into a quarantine unit

 5    with Diana, had you ever talked to her before?

 6          A.    Not really.  Like, hey, when I moved to 3 South.

 7    I was only there for like four months, but we had never --

 8    that was a way bigger unit, we had never sat down and really

 9    talked to each other.

10          Q.    So you kind of knew who she was?

11          A.    Yeah, of her.  But I didn't know her deep enough

12    to know anything about her.

13          Q.    Okay.  At some point during your quarantine, does

14    the subject of Mr. Nix come up?

15          A.    Yes.

16          Q.    And what was just the nature of that conversation?

17          A.    We were honestly just sitting there talking about

18    kind of reliving everything that we went through while we

19    were there.  And then, all of a sudden she was, like, I need

20    to tell you something, but I don't know, I don't want you to

21    judge me.

22                And so, then she asked if I knew who Nix was.  And

23    then I kind of just laughed, I was like, I feel like I know

24    what you're going to say.  And then, it basically came out

25    that we both had sex with him.
```

1          Q.    When Diana described her interactions with

2     Mr. Nix, how did she describe their interactions?

3              Did she make it seem like it was a one-time thing

4     or over a period of time?

5              MR. LEWIS:  Objection.  Hearsay, Your Honor.

6              THE COURT:  Overruled.

7     BY MS. MONTE:

8          Q.    You can answer.

9          A.    Say that again.

10         Q.    When Diana described her relationship with

11    Mr. Nix, did she describe it as a one-time thing or that it

12    happened over a period of time?

13         A.    Hers was over a period of time.  She was really in

14    love.

15         Q.    Would you characterize the way she described it as

16    she believed she was in a relationship with Mr. Nix?

17         A.    Yeah.  Like, it was set in her mind that she was

18    going home to be with him.

19         Q.    When you communicated to her about your experience

20    with Mr. Nix, did she have any kind of reaction initially?

21         A.    Not at first.  At first, we kind of just laughed

22    it off.  Like, oh, he's nasty.  I wonder how many more there

23    are.  We just kind of shrugged it off, but then the more and

24    more we sat there, and like, we had changed the subject and

25    everything, like I could tell it was eating at her.

1          And then all of a sudden, she was just like, I
2  think I'm going to go get checked for an STD, just to make
3  sure I don't have anything.
4      Q.   When you were in the quarantine unit with her --
5      A.   Uh-huh.
6      Q.   -- and after this disclosure comes out --
7      A.   Uh-huh.
8      Q.   -- were you guys ever allowed to leave or were you
9  confined to that unit?
10     A.   No, we were stuck.  The only way we could -- we
11  never left out of the room, but we could knock on the door,
12  like if we needed somebody's attention or needed something,
13  the officers would bring it.
14     Q.   Okay.  So you say that a little bit of time
15  elapses before Diana communicates to you that she wants to
16  get checked for an STD?
17     A.   Yeah.
18     Q.   And to your knowledge, does she communicate to the
19  medical staff that she wants to get checked?
20     A.   Yes.
21          MR. LEWIS:  Objection.  Leading.
22          THE COURT:  Overruled.
23  BY MS. MONTE:
24     Q.   You can answer.
25     A.   Yes.

```
 1         Q.   After your release from Carswell, did you ever

 2    plan on talking about what happened with Mr. Nix?

 3         A.   No.

 4         Q.   Did something that happened in 2023 change your

 5    mind about making a disclosure about Mr. Nix?

 6         A.   Yeah.  I was violated and going to be sent back.

 7    I just didn't want to get sent back to Carswell.  Like I was

 8    trying to avoid going back to that area just because I

 9    didn't know if he was still there.  I didn't know what had

10    happened with him --

11         Q.   And so, while you are in custody in a local

12    facility, is that right --

13         A.   Uh-huh.

14         Q.   -- you communicate to someone, to an official --

15         A.   Yeah.

16         Q.   -- regarding what happened with Mr. Nix?

17         A.   Yes.

18         Q.   And you provided information about that?

19         A.   Yes.

20         Q.   Since then, do you have any, you, personally, have

21    any personal recollection of communicating to any official

22    about having no desire to go forward with the information?

23              In other words, do you ever recall saying that?

24         A.   No.

25         Q.   Is it your understanding now that there may have
```

 1    been a miscommunication about your desire to communicate the

 2    details about Mr. Nix?

 3         A.   What?  Say that again.

 4         Q.   Yeah, that's a confusing question.  I apologize.

 5    I will rephrase.

 6              After you told a jail official about what happened

 7    with Mr. Nix, you don't have a recollection of ever saying

 8    you don't want to continue to proceed --

 9         A.   Oh, yeah.  No.

10         Q.   -- with the processes?

11         A.   No.

12         Q.   Okay.  But is it your understanding, as you sit

13    here now, that there may be a miscommunication about your

14    desire to continue the process?

15         A.   Yes.

16         Q.   Fair to say though, you weren't present for any

17    conversation between a jail staff and DOJ, OIG or anything

18    like that, right?

19         A.   No.

20              MS. MONTE:  I'll pass the witness, Your Honor.

21              MR. LEWIS:  Thank you, Your Honor.

22                          CROSS-EXAMINATION

23    BY MR. LEWIS:

24         Q.   Ma'am, when does your case against Mr. Nix go to

25    trial?

 1          A.   Huh?  I don't have a case against him.

 2          Q.   You don't have a pending criminal case against

 3     Mr. Nix?

 4          A.   No.

 5          Q.   No charges were filed against Mr. Nix based on

 6     these claims you just told us?

 7          A.   No.

 8          Q.   Now, I want to talk to you about this incident in

 9     August of 2023.  You were in trouble again, weren't you?

10          A.   Uh-huh.

11          Q.   Is that a yes?

12          A.   Yes.

13          Q.   So I want to get the timeline straight just so

14     that it's clear for everyone.  Okay?

15          A.   Okay.

16          Q.   So you're in quarantine with Ms. Mekaeil in August

17     of 2021?

18          A.   Correct.

19          Q.   Before that, you were in her same unit, this unit

20     3 South, but you guys just never really talked at that

21     point?

22          A.   No.  The unit had, like, a hundred people in

23     there.

24          Q.   Even though you're in the same unit, you didn't

25     really talk to her?

1          A.   Yeah.

2          Q.   But in quarantine, tight quarters, you guys talk

3     in quarantine?

4          A.   Yes.

5          Q.   Okay.  So then you get released from prison in

6     August of 2021?

7          A.   Correct.

8          Q.   So then, September, October, November, December of

9     2021, you go on about your life?

10         A.   Uh-huh.

11         Q.   Is that a yes?

12         A.   Yeah.

13         Q.   Okay.  So then in 2022, January through December,

14    that whole year, you go on about your life?

15         A.   Correct.

16         Q.   And then, when we get to 2023, January until

17    August, you're going on about your life?

18         A.   Correct.

19         Q.   And then, in August of 2023, in the United States

20    District Court, Northern District of Iowa, you receive a new

21    law violation and a failure to truthfully answer questions

22    that's going to violate your release; is that right?

23         A.   I don't remember the second one, but the new law

24    violation, yes, I did get that one.

25              MR. LEWIS:  May I approach the witness, Your

1    Honor?

2    BY MR. LEWIS:

3        Q.    Ma'am, I'm going to show you what I've just marked

4    as Defendant's Exhibit 1, the sticker right here on the top.

5    Okay?

6        A.    Okay.

7        Q.    This right here is what I just read to you about

8    the district court in Iowa; do you see that?

9        A.    Yeah.

10       Q.    So I want you to read these three lines right here

11   to yourself.

12       A.    Uh-huh.

13       Q.    And once you're finished -- don't read them aloud.

14       A.    Okay.  Thank you.

15       Q.    You read them?

16             Okay.  Does that refresh your memory?

17       A.    Yeah.

18       Q.    Okay.  So now do you remember failure to

19   truthfully answer inquiries?

20       A.    Yes.

21       Q.    So that was one of the things that you got in

22   trouble for in August of 2023?

23       A.    Yes.

24       Q.    Okay.  And then, September of 2023 is when you

25   make the information known about Mr. Nix?

1           A.    Correct.

2           Q.    You didn't want to go to prison, did you?

3           A.    It wasn't about not going to prison.  I just

4     didn't want to go back to that prison.

5           Q.    Did you avoid prison?

6           A.    No.  I went back.

7           Q.    So it didn't work?

8           A.    I went to Waseca.  I didn't go to Carswell.

9           Q.    So it didn't work?

10          A.    It did work.  I did not go to Carswell.

11          Q.    Okay.  Now, I want to talk to you about some of

12    the things you said about these sexual encounters.  Okay?

13          A.    Uh-huh.

14          Q.    Do you understand?

15          A.    Yes.

16          Q.    In July of this year, so July 25th, three weeks or

17    so ago, okay, do you remember an interview in which you said

18    you had four encounters with Mr. Nix over an eight-month

19    period?

20          A.    Yes.

21          Q.    Starting in September of 2020, correct?

22          A.    Yes.

23          Q.    And in your interview going back to September of

24    2023, you said it was one encounter in the rec building; do

25    you recall that?

```
1              A.   No.

2              Q.   If an officer or an agent put that in their

3    report?

4              A.   Uh-huh.

5              Q.   That would be a mistake on their part?

6              A.   No, in the rec building.  There's two rec

7    buildings.  So they didn't specify the outdoor rec?  Because

8    that's where it should have been specified to.

9              Q.   So you were just telling the agent about that one

10   incident --

11             A.   Yeah.

12             Q.   -- in a rec room?

13             A.   I didn't really want to get into detail about it.

14   It wasn't really something I was trying to pursue.  I was

15   just trying to do like PREA cases, I figured I would not get

16   sent back to that prison just by letting it be known.  I

17   didn't know if he still worked there.  That's really all

18   that was about.

19             Q.   Okay.  And you're saying today you had sex how

20   many times with Mr. Nix?

21             A.   Two.

22             Q.   Two times?

23             A.   Yes.

24             Q.   But three weeks ago, it was four over an

25   eight-month period?  So which one is it.
```

1          A.   I don't recall saying that.  I apologize.

2          Q.   Now, do you recall in September 21, 2023, when you

3    were interviewed, you were fairly upset?  You were crying?

4          A.   Uh-huh.

5          Q.   And then, on July 25th in the report it says that

6    you stated they were mostly just something fun for you to

7    do; do you recall that?

8          A.   Yeah.

9          Q.   Do you still think it was fun?

10         A.   I don't look at it -- I mean, I'm trying not to

11   think about it.  It's five years from then.  I mean, I'm

12   just moving on with my life, honestly.

13         Q.   How long did you spend in prison after you got

14   revoked in 2023?

15         A.   A year.  Ten months.

16         Q.   So September you went in and you got out when?

17         A.   I got out in May, but I went to the halfway house

18   in Waterloo, and then I got home, home in August.

19         Q.   Are you still on paper?

20         A.   No.

21         Q.   Okay.  So no more supervised release or anything?

22         A.   No.

23              MR. LEWIS:  Thank you for your time, ma'am.

24              THE WITNESS:  Thank you.

25              MS. MONTE:  No further questions for this witness,

1    Your Honor.  May she be excused and released?

2              MR. LEWIS:  Yes.

3              THE COURT:  You are free to go.

4              THE WITNESS:  Thank you.

5         (Following is the complete trial testimony of Marerllis

6         Nix.)

7              THE COURT:  All right.  Thank you.  You-all may be

8    seated.

9              Mr. Lewis.

10             MR. LEWIS:  Thank you, Your Honor.  Defense calls

11   Marerllis Nix.

12             THE COURT:  Sir, would you raise your hand to be

13   sworn, please?

14        (The defendant was sworn in.)

15             THE DEFENDANT:  Yes, I do.

16             THE COURT:  Very good.  Please have a seat here.

17   Speak into that microphone good and loud so everyone can

18   hear what you have to say.

19             THE DEFENDANT:  Test.

20             MR. LEWIS:  Thank you, Your Honor.

21                        DIRECT EXAMINATION

22   BY MR. LEWIS:

23        Q.   Mr. Nix, introduce yourself to the jury, please.

24        A.   I'm Marerllis Nix, a former recreational

25   specialist at Carswell.  I currently still reside in Plano,

1    Texas.

2         Q.    And Mr. Nix, where were you born?  What city and

3    state?

4         A.    In Mississippi.

5         Q.    And you've got a pretty heavy accent.  So in order

6    for the court reporter to not get angry at us, I'm going to

7    ask you to repeat a couple things that you say.  Okay?

8         A.    Yes.

9         Q.    Try to go slow and enunciate for us.  Okay?

10        A.    Yes.

11        Q.    Okay.  Now, how far did you go in school, Mr. Nix?

12        A.    I have a master's.

13        Q.    Where did you get your master's from?

14        A.    Jackson State University in Mississippi.

15        Q.    How many children do you have?

16        A.    Six.

17        Q.    When did you first become a jailer or a

18    correctional officer?

19        A.    Well, I started off in the state prison back in

20    probably 2000, but I started in the feds 2011, January --

21    not January.  February 27, 2011.

22        Q.    Where was that?

23        A.    Yazoo City.

24        Q.    Okay.  Say that real slow.

25        A.    Yazoo City.

```
 1        Q.   Okay.  And what was the prison in Yazoo City like,

 2   male, female, high risk?  What kind of inmate?

 3        A.   It was a male prison.  It was a complex.  It was a

 4   United States penitentiary, a high/medium are low in the

 5   count.  Most of the inmates at the federal prison in Yazoo

 6   City, they got life.  A lot of lifers in Yazoo City.

 7        Q.   Men or women?

 8        A.   All mens.

 9        Q.   Okay.  And then, when did you transfer to Carswell

10   in Fort Worth?

11        A.   I transferred to Carswell in Fort Worth, August

12   the 2nd, 2020.

13        Q.   Okay.  And was that a different experience than

14   Yazoo City?

15        A.   Big difference.

16        Q.   Give us a couple of examples of why you say that.

17        A.   Well, in the prison in Yazoo City, you have a lot

18   of mens.  And you have, like, a lot of different training,

19   where the inmates walking the compound.  And it just a lot

20   of respect when you got people doing a lot of time and

21   people not doing much time to get out.

22             In Carswell, you have a lot of people that got out

23   dates.  Meaning, like they getting out quickly.  They

24   getting out quick, and they looking for anything possible to

25   come up on.  Like it's just a whole different mind frame
```

1    when you know you're not leaving prison to when you are

2    trying to get out the next day.

3        Q.   What do you mean by that?  I don't understand what

4    you mean.

5        A.   So, in Yazoo City, you not going home.  Most of

6    the places there, especially work in Yazoo City, the inmate

7    going to be there.  So it's like his home.

8             In Carswell, a lot of inmates got out dates.

9    Meaning, like, they may be in for 8 months, 10 months.  They

10   may be in for some kind of medical issue, or they just may

11   be in four or five years.  Like it's not a long time.

12       Q.   Okay.  And what was your job at Carswell?

13       A.   I was the recreational specialist for the Wellness

14   Department.

15       Q.   So give us some examples of your day-to-day

16   activities.  What would you do there at Carswell?

17       A.   So typically, at Carswell, when I got there, I

18   noticed that a lot of the recreational specialist at

19   Carswell have not worked at a -- what they call like a high

20   rise.

21            So coming from a high rise, you have to learn

22   everybody job.  Like you have to learn what everybody do.

23   So at Carswell, when I came there, because it was kind of

24   like during COVID.

25            During COVID, the inmates wasn't getting out their

```
 1    unit much.  So they was getting sick.  They had a lot of

 2    issues going on.  So my job was that -- they got with me and

 3    said, hey, we need to get some kind of activity going on.

 4    We need to get them outside.  We need to come up with some

 5    kind of program to getting them moving.

 6            Kind of something that so they wouldn't be in the

 7    unit stuck out there.  So my job was to create a program so

 8    the inmates could have a little more time outside of their

 9    units.

10    Q.   What kind of programs would you create?

11    A.   Well, I would create programs like calisthenics,

12    spin bikes, aerobics.  I had exercise for the inmates in

13    wheelchairs.  We had exercise for the ones that just wanted

14    to walk, like you do a two-mile walk, three-mile walk.

15            Like any exercise that fit the ability of

16    Carswell, because it was a medical facility.  Every inmate

17    was not the same at Carswell.

18    Q.   And Ms. Herzfeld who just came in and testified,

19    did you at some point start working with her?

20    A.   Yes.  So, once I got to Carswell, I met Herzfeld

21    through another inmate that was working for me, and she was,

22    like, I'm trying to get inmates that been here, that know

23    what's going on.

24            Because I'm new, I'm a new male on a female

25    compound.  So I don't really know what's going on, because I
```

 1    never worked at Carswell.  I came during COVID so it's not

 2    running like a normal operation.

 3            So she's, like, hey, I got an inmate that wants to

 4    work for her.  And it was Anika.  I said, okay, that's fine.

 5    I'm like --

 6        Q.   Hold on a second.  We're going to use last names

 7    so we all know.  Anika is Ms. Herzfeld?

 8        A.   Yeah, Anika/Ms. Herzfeld.

 9        Q.   Okay.

10        A.   Ms. Herzfeld, her job was to come up with activity

11    because she knows the inmates.  I don't know the inmates.

12    So by her being there, she know what inmates.  And she been

13    in the hospital, so she know inmates on the compound I did

14    not know.  So her job was to pick inmates from each unit to

15    run the class that she want to be ran.

16        Q.   So give us an example of a typical day.  When you

17    would arrive, what's the first thing you would do?

18        A.   So a typical day when I get to work, I normally

19    get there in the morning.  I go to the office.  I get my

20    paperwork, whatever I need.  And I will see, like, what

21    class need to be done.

22            So next what I would do is, I go to the unit to

23    get Anika, because I don't know where the inmates stay.  The

24    inmates can be in education.  The inmates can be in food

25    service.  The inmates could be class but not be in the unit.

```
 1    They could be working.  They can be anywhere, right?

 2              They can be in medical.  I have no idea, because I

 3    don't fully know the operation at the time, because we still

 4    running different and I don't know their schedules.

 5              So her job was for me to grab her.  When I grab

 6    her, she will direct me what to do next.  And then we'll go

 7    by each unit and get the inmates we need to get these

 8    classes running.

 9         Q.   And was Ms. Mekaeil one of those inmates?

10         A.   Yes.  Ms. Mekaeil was one of those inmates that

11    she would pick time and time again here and there, because

12    Mekaeil did not workout.  So Mekaeil just help -- what's her

13    last name?

14         Q.   Herzfeld?

15         A.   Herzfeld with what she had going on.

16         Q.   You said she didn't workout.  What do you mean by

17    that phrase?

18         A.   Meaning, like, she didn't do no activity.  Like

19    she's not coming outside to workout.  She was a rec orderly.

20    It different being a rec orderly and a rec fitness

21    instructor.

22              A rec orderly, you come out, you just help

23    whatever the wellness instructors and the people teaching

24    class doing.  You don't really participate in the class.

25    You just help that person when they need help working.
```

1      Q.   What would be an example of what Ms. Mekaeil would

2   do to help Ms. Herzfeld?

3      A.   She would print out her paperwork.  She would let

4   her know what class got what names in it.  She let her know

5   what inmates are not out there.  Because my job is to get

6   them credits and put them in the system showing that they're

7   participating in class.

8           So whatever missing, she will let her know, like

9   who's not here today, or who's somewhere or who need to come

10   to class.  Once you miss four or five class, I have to take

11   you out of the system.

12           You can't just be enrolled in class and not be

13   there.  So it's not like, I sign up for a class and I cannot

14   come.  If an inmate sign up for a class, they have to be

15   there.

16      Q.   And how many inmates, on average, would be down

17   there for rec on any given day?

18      A.   So during the COVID process, it would be the whole

19   unit.  Each unit would send their units out.  It's just not

20   me.  It would be other rec officers as well.  Like there's

21   more than one rec officer doing more than one thing.  So if

22   I'm teaching wellness, another rec specialist may be doing,

23   let's say, hobby craft.  One may be doing sports, basketball

24   or something.

25           One may be doing -- cutting the yard, because rec

1   specialists, we clean the yard out.  It's a bunch of

2   activities going on that the rec pull their own orderlies

3   out to work for.

4        Q.   And this was during the period of, let's say, May

5   to August of 2021, we'll call it summer?

6        A.   Yes.

7        Q.   Okay.  So lots of people running around?

8        A.   Yes, lots of people running around.

9        Q.   You saw Officer Taylor come testify.  Who was he

10  to you?

11       A.   He's my supervisor.

12       Q.   How often would you see Officer Taylor?

13       A.   I would see Taylor mostly every time I work.

14  Monday through Friday, he's there.  And my days was like

15  Sunday through Wednesday through Thursday, but if I picked

16  up a shift or whatever, we still see Taylor.  Everybody go

17  to main line every day.  So I would see Taylor a majority of

18  the time.

19       Q.   Did you like Mr. Taylor?

20       A.   Yes.  Mr. Taylor was a good supervisor.

21       Q.   Did he say anything yesterday that you disagree

22  with?

23       A.   Yes.  He said that the inmates -- propositioned

24  was the word y'all was using -- the inmates say stuff to

25  everybody.  If you a lawyer, you coming in that prison, the

1    inmates gonna say something to you.

2          A male lawyer come into that prison, they gonna

3    holler, how's that tie?  How's your shoes?  Inmates always

4    saying something to inner staff who walking around.

5          He said he never been propositioned yesterday, but

6    on his way going out, he said the inmates told him that his

7    hair --

8          MS. SALEEM:  Objection, Your Honor.  This calls

9    for hearsay.

10   BY MR. LEWIS:

11       Q.   This was in court he said this?

12       A.   Yeah, he said it in court yesterday.  That when he

13   was walking --

14          THE COURT:  Hold on a second.  Hold on a second.

15   I will overrule that.

16          You will remember Mr. Taylor's testimony.

17          So go ahead and ask your next question.

18   BY MR. LEWIS:

19       Q.   So you're saying it's fairly common for inmates to

20   say things to men?

21       A.   Yes.

22       Q.   And Ms. Malone said that you're required to make a

23   report every day --

24       A.   Yes.

25       Q.   -- or every incident?

 1          A.    It's no way possible, 1500 inmates.

 2          Q.    Why do you say that?

 3          A.    You be writing shots all day.  You be writing

 4    reports all day if you had something to say for every inmate

 5    that had something to say.

 6          Q.    How often on a given day would inmates say

 7    anything about your hair, about your shoes, about the way

 8    you look about anything?

 9          A.    So when you work in the rec department, you have

10    to understand that the inmates are outside.  So they're in

11    an area now where there's not like the warden or Ms. Malone

12    or the lieutenant is out there.

13                So a lot of times they out there, where they're

14    more free to talk and do things while other people not

15    around.  So that's when they really start talking or say

16    something.  So as a rec specialist, someone say something,

17    it's like one of those things, you hear, you don't hear, you

18    keep moving.  You hear, you don't hear.  You hear, you don't

19    hear.

20          Q.    If you were to go back in time and make a report

21    every time a female inmate said something to you, how often,

22    on an average day, would you be making reports?

23          A.    I would say at least about over 50 to a hundred a

24    day.

25          Q.    Fifty to a hundred reports a day --

Zoie Williams, RMR, RDR, FCRR
United States District Court
(817)850-6630

```
 1        A.   Yes.

 2        Q.   -- about comments from inmates?

 3        A.   Yes.

 4        Q.   So did you do that?

 5        A.   No way possible you can get it done with getting

 6   your job done.  If I had to write an incident report for

 7   everything that the inmate said, I couldn't even do the job

 8   they require for me to do.

 9        Q.   Now, how many rec specialists were in your -- I

10   don't know the unit?  What are we going to call it?

11        A.   The rec department.

12        Q.   The rec department.

13             How many?

14        A.   Between seven and eight.

15        Q.   Seven and eight?

16        A.   Between seven to eight rec specialists.

17        Q.   They didn't all work at the same time, is that

18   because they overlap shifts or what?

19        A.   So the rec, we overlap.  One or two come early and

20   the other three or four come late.  But it also depends on

21   off days.  Every Wednesday, they had the schedule.  But most

22   of the time, there would be all of us there.

23             So one day, try to make sure that all the rec

24   specialists be there, just in case we had a meeting going

25   on.  Just in case he have something we need to talk about,
```

1    we can have a meeting with most of the staff being there on

2    that Wednesday.

3        Q.    So were there any times that you or any other rec

4    specialist would be alone with an inmate?

5        A.    No, not a time you would be alone with the inmate,

6    because there is a supervisor on duty.  So Taylor is the

7    supervisor, even though he not running classes, he still at

8    the station.

9             Meaning, like, he's out there, in front of

10   everybody, or there's another rec specialist.  Because as a

11   rec specialist, I can't be outside and inside at the same

12   time.  I can't go to both spots at the same time.  Like, you

13   can't do it.

14       Q.    So there would at least be two supposed to be

15   scheduled?

16       A.    Two supposed to be scheduled at all times.

17       Q.    One inside, one outside?

18       A.    One outside, one inside, plus Taylor.

19       Q.    I see.  And did Mr. Taylor ever give you an

20   evaluation?

21       A.    Yes, he did.

22       Q.    What was that evaluation?

23       A.    At Carswell, I got what they call a QSI.  I got a

24   pay raise increase.

25       Q.    When was that?

1          A.    I got it around March.

2          Q.    Okay.  So let me take you to July 4th of 2021.

3    Okay?  I want you to think about that day.

4          A.    Okay.

5          Q.    Do you remember what day of the week that was?

6          A.    On a Sunday.

7          Q.    Now, on Sundays at Carswell, is that, would you

8    say more like a fully staffed, busy day, or is it like the

9    rest of us, we kind of want to have Sundays off?

10         A.    No.  It's kind of a regular -- Sunday is kind of

11   like a regular business day.  Because you have to think

12   about it, they have law library, which is the education

13   department, where the inmates get to go learn about the law.

14               They have religious service when the inmates get

15   to go to church.  I mean, like, they got church, visitors

16   coming in, and they got the chaplain coming in.

17               They got the rec department, which is us there,

18   which we're doing programming for the inmates, for the ones

19   who work through the week.  Because the inmate may have a

20   job, let's say, in the kitchen, she can't come out during

21   the week.  So her job is she got to come to class on the

22   weekend.  So she's out there.  So most Sundays is

23   typically -- it run just as normally as a regular day

24   without just administrative staff being there.

25         Q.    Meaning --

1        A.    Like the warden, the associate warden.  SIA

2   Malone, she may have one of her SIA clerks working instead

3   of her being there on the weekend.

4            But mostly it would be the department supervisors

5   over their department not there, but they're going to have

6   somebody there that work in the department, running it for

7   them.

8        Q.    Okay.  So July 4th was a Sunday, correct?

9        A.    Correct.

10       Q.    All right.  Let's start at the beginning of the

11   day.  Do you recall when you first arrived?

12       A.    Yes.  July 4th was on a Sunday, and I was running

13   late on that Sunday.  So I typically supposed to be there at

14   six.  But I was running behind schedule, and I had ended up

15   getting there between 6:45 to seven.  When I get there Diana

16   Mekaeil was already on the rec yard.

17       Q.    Hold on a second.

18            MR. LEWIS:  Your Honor, can we publish the

19   Government's exhibits, it's the floor plan?  The one we just

20   showed Ms. Herzfeld?

21            MS. SALEEM:  One page 2.

22            MR. LEWIS:  One page 2, sorry.

23   BY MR. LEWIS:

24       Q.    Okay.  Mr. Nix, do you recognize this floor plan

25   in front of you?

```
 1        A.    Yes.

 2        Q.    Is that the rec center floor plan?

 3        A.    Yes.

 4        Q.    Okay.  So we just learned that, if you touch the

 5   screen, it will show a little light green circle.  So don't

 6   touch it until you're ready to touch it to show something

 7   you want to touch.  Okay?

 8        A.    Okay.

 9        Q.    All right.  So you arrived that day, okay, and

10   what direction are you walking, and then put a circle where

11   you first see Ms. Mekaeil.

12        A.    That's where I'm walking from (indicating).

13        Q.    Okay.  And then, where did you first see

14   Ms. Mekaeil?

15              You can touch it.  It should light up, I guess.

16              Okay.  So what is that area right there?  Describe

17   that for the jury.

18        A.    That area is the entry door to rec to come inside

19   the rec unit.  As you can see, it's a corner between each

20   door right there.

21        Q.    Okay.

22        A.    It kind of like goes out.  So when you walking,

23   it's compound officers, which mean it's on the middle of the

24   compound.  They're caught in the move.

25              So when they're talking about a 10-minute move,
```

1    you have to call the officer on the compound to call the

2    move.  I just can't go get an inmate because I want an

3    inmate.

4            I have to say, rec to compound, can I go to

5    2 North?  Can I go to 3 South?  Can I go to Unit X, Y, Z.

6    You just can't go do something without letting the compound

7    officer know.

8            So on that morning coming in, they must have had

9    what they call mainline, which is breakfast in the morning

10   where the inmates get to go eat.  And mainline typically

11   start around 6 in the morning.  So when mainline go on 6 in

12   the morning, it's in the hospital.  So the inmates can meet

13   a little and talk a little while.  So when I came to work --

14           MS. SALEEM:  Objection, Your Honor.  This is a

15   nonresponsive narrative.

16           THE COURT:  Ask your next question.

17           MR. LEWIS:  Yes, Your Honor.

18   BY MR. LEWIS:

19      Q.   So you are coming down where you drew this green

20   line?

21      A.   Yes.

22      Q.   And then you saw Ms. Mekaeil where the green

23   circle is?

24      A.   Yes.

25      Q.   Okay.  Had you pulled her out of your unit?

1      A.   No, sir.

2      Q.   Okay.  So when you saw her, what did you think?

3      A.   When I saw her typically -- I was running late, in

4    my mind frame she must be here for this 4th of July event

5    because we got class going on.  So I know she was an

6    orderly.  So I am thinking the whole time that, okay.  She

7    about to grab water.

8      Q.   Okay.  So then next, you do what?  You open the

9    door?  You go in, what happens?

10      A.   I opened the door, because compound officer call

11    me, and say, hey, let me know when you ready to make a move.

12    It's time to have a rec move.  So when I go in, I go direct

13    to my office to get the paper for Ms. Herzfeld.

14      Q.   Hold on a second.  So when you go through the

15    door, does she stay there?  Does she follow you?  What

16    happens?

17      A.   She comes in and she goes into --

18      Q.   First put a green circle where you go.

19      A.   Okay.  When I come in, I went to, let's say, right

20    here (indicating), because it look like they done change the

21    office around.

22      Q.   Okay.  There's a circle on GED classroom.  Did you

23    do that on accident?

24      A.   Yes, I did it on accident.

25      Q.   Okay.  So the one that you put that says -- what

```
 1      does that say?  "Clerk" on it?

 2           A.   It say clerk's office.

 3           Q.   But that would have been an office that you had?

 4           A.   That would have been a rec office.  It wouldn't

 5      have been my office.  It would have just been a rec office.

 6           Q.   What's that mean, not mine but rec?

 7           A.   In rec you don't have no specific office.  We got

 8      to all share office because there's like seven, eight of us.

 9      There's no way possible we can have our own office.

10           Q.   Who did you share with?

11           A.   I share with a rec specialist called Miss Walker

12      and a staff called Ms. Harris -- Rec Specialist Harris.

13           Q.   Three of you shared that room that you labeled

14      where the clerk's office was?

15           A.   Yes.

16           Q.   And you go in there?

17           A.   Yes.

18           Q.   Okay.  And what do you do when you go in there?

19           A.   I go in there and immediately I'm getting the

20      folders with the name that's in the fitness class.

21           Q.   Okay.  What kind of clothes are you wearing that

22      day?

23           A.   I'm wearing my regular work BOP shirt, my vest,

24      and my BOP pants.

25           Q.   BOP shirt and pants doesn't mean anything to us.
```

47

```
1    What does that mean?

2         A.    They cargo pants.  Like, it's a duty fit pant like

3    the marshals wearing around here.

4         Q.    Cargo pants with pockets?

5         A.    Yeah, with pockets on it.

6         Q.    Okay.  A polo shirt?  Button-up shirt?

7         A.    A button-up shirt.

8         Q.    And your belt, are you wearing the kind we see

9    police officers that has all the stuff on it or what kind of

10   belt did you have on?

11        A.    I'm wearing a regular belt, because in rec, I just

12   put my radio on my side and my keycard, they go on my

13   regular duty -- on my regular belt.  I don't have to wear,

14   like the police, secure belt.  I don't have to wear that in

15   rec.

16        Q.    Okay.  So you're in that room, do you know where

17   Ms. Mekaeil is at that point?

18        A.    So Ms. Mekaeil had to be somewhere -- they say

19   copy room.  So she had to be somewhere, because this was the

20   inmate room.  She had to be in there (indicating).

21        Q.    And you just put a green circle on, what does that

22   say?

23        A.    It say staff office, but that office used to be,

24   like another office for inmates to use.

25        Q.    Okay.  So that wasn't actually a staff office at
```

```
 1  the time?

 2       A.   No.

 3       Q.   Okay.  You think she's in there?  That's where

 4  inmates would go get stuff?

 5       A.   Yes.  That's where they typically go get stuff for

 6  classes or go get the stuff that she need, like, they may

 7  have left a water jug in there that she can go pull out, we

 8  can put some water in it.  It may be anything she may need

 9  to get at that time.

10       Q.   And when did you next see Ms. Mekaeil?

11       A.   I saw her -- compound said, compound to rec, are

12  you ready?  I said, 10-4, rec is ready.

13       Q.   Hold on one second.  Compound said something to

14  you.  Explain to us how that happens.  What do you mean?

15       A.   So they got rec -- on the yard, they got to have a

16  move.

17       Q.   Okay.

18       A.   Because it's the weekend.  They don't have much

19  time like on a normal day, because on the weekend they got

20  what they call 10 a.m. stand-up count.  The inmates all have

21  to go back.  So they don't have much time to be out early in

22  the morning.  So the compound call me, and say, hey, we got

23  to get the inmates out of the unit.

24       Q.   My question is, how do they call you?

25            Is this a cell phone?  Is it over an intercom or
```

```
 1   what?

 2        A.   No.  It's the radio.

 3        Q.   A walkie talkie?

 4        A.   A walkie talkie.

 5        Q.   Okay.  So you have a walkie talkie on your belt?

 6        A.   Yes.

 7        Q.   And you hear them say, are you ready for the

 8   inmates?

 9        A.   Yeah.  Compound to rec, are you ready for the

10   inmates?

11        Q.   Okay.  Do you respond?

12        A.   Yes.

13        Q.   What do you say?

14        A.   I say 10-4.

15        Q.   Okay.  And then what happens?

16        A.   So when I say, 10-4, it's kind of like here, if I

17   got my radio on me, and I say, 10-4 other people can hear

18   that radio come back off to me to say, 10-4, the inmates are

19   ready to come out there.

20        Q.   Meaning, time to send inmates to you?

21        A.   Yes.

22        Q.   And how long would it typically take for them to

23   get there?

24        A.   Typically, two, three minutes.

25        Q.   Quick?
```

1       A.    Quick.

2       Q.    Okay.  So then what happens?

3       A.    So when compound call me, I'm getting the tablets

4  and I start to turn around and go out my door and

5  Ms. Mekaeil starting to walk towards the rec office.  As I

6  go forward, she walk into the office.

7       Q.    In the office you're in?

8       A.    Yes.

9       Q.    And do you come face-to-face with her?

10      A.    Yes, I come face to face.  Once I grab the

11  folders, I put my radio back on, because when I hit it, I

12  got it, made sure it was clear.  I grabbed the folder I need

13  for the class, I turned back around.  When I turned back

14  around, she was facing in front of me.

15            MR. LEWIS:  Your Honor, would it be possible to

16  indulge the Court to have him step down and just demonstrate

17  something briefly?

18            THE COURT:  Okay.

19  BY MR. LEWIS:

20      Q.    Mr. Nix, would you step down briefly.  So I'm

21  going to have you being Ms. Mekaeil.  Okay?

22      A.    Okay.

23      Q.    And I'm going to be you.

24      A.    Okay.

25      Q.    So if I'm you and I'm grabbing paperwork, about

```
 1   how far away is Ms. Mekaeil?

 2        A.   So if you in the office, this here is like the

 3   desk area.  She kind of coming in here like this

 4   (indicating).  Like right up in here (indicating).

 5        Q.   You turn around?

 6        A.   Yes.  I turn around and get ready to come out,

 7   because I got to go past her to go out the door.

 8        Q.   What happens right then?

 9        A.   So when I get ready to come out, go past the door,

10   she said, "We're alone right now."

11             I said, "What that mean?"

12        Q.   Is she moving towards you?

13        A.   Yes.  She walk toward me, she said, "We alone

14   now."

15             I'm like, "What that mean?"

16             She said, "I want to show you a good time."

17             I said, "Show me a good time by doing what?"

18             She said, "Let me just show you."

19        Q.   So then what happens?

20        A.   I try to walk by her.

21        Q.   You start going this direction (indicating)?

22        A.   Yes.  I start trying to come around her.

23        Q.   Okay.

24        A.   Because there's a desk I try to come around.  When

25   I come around her, she lean in and try to kiss.
```

1      Q.   She gets close to your face like she's going to

2   kiss you?

3      A.   Yes.  She did not kiss.  She lean in try to kiss.

4      Q.   What did you do?

5      A.   When she lean in try to kiss, I'm like "Whoa."

6      Q.   Whoa, like this (indicating)?  You back up?

7      A.   No.  I do like this (indicating).

8      Q.   Hands up?

9      A.   Hands up.  And I step back.

10     Q.   Okay.  So turn sideways so everyone can see what

11  you're doing.

12          I'm you and I've got my hands up.  What's she

13  doing?

14     A.   She try to kiss.  When she try to kiss, she

15  immediately went down and try to --

16     Q.   So she's down on her knees?

17     A.   Yes.

18     Q.   Kind of at your groin area?

19     A.   Real quickly.

20     Q.   And you're using your hands near my zipper?

21     A.   Yeah.  I'm being her.

22     Q.   You're being her.  Using my hand.

23          So that's what was happening to you?

24     A.   Yes.

25     Q.   Okay.  And so, while you're doing this with your

1    hands up, what does she proceed to do?

2        A.   She unzip my pants.

3        Q.   Okay.  And then, you can step back up.  Thank you.

4           So at that point, then what happens?

5        A.   So at that point -- at that point, I done froze,

6    because I'm like, what is she doing?

7        Q.   What was running through your mind?

8        A.   What was running through my mind was, like, I

9    can't believe this happening.  I can't believe she just made

10   a move like this.  If I do anything, I'm sure she going to

11   say that I did something to her.  I never put my hands on

12   her.  I never touched her.

13       Q.   Why didn't you throw her off you?

14       A.   I froze at that moment.  It's a moment where it's

15   like being in a car accident and you hit somebody and you

16   just like -- I paused, I froze at that very moment.

17       Q.   Okay.  And you heard the recording that we heard

18   where you say, "Two seconds."  Do you remember that?

19       A.   Yes.

20       Q.   Was it two seconds?

21       A.   No.  The two-second phrase was that it happened

22   quickly.  It happened so quick that -- it weren't like at a

23   moment where I could really say it was two minutes, three

24   minutes.  I know that it went quickly to me.

25       Q.   Okay.  You also heard you say -- the word

1  "ejaculate" was used.  You guys are talking about it on the

2  interview.

3          Describe that for the jury.  Tell us now what that

4  meant.  What happened?

5      A.  So ejaculate -- I did not ejaculate.  Ejaculate

6  was the officer.  The OIG officer was questioning me and

7  instructing me like what he was saying.  What I was saying,

8  in my thoughts, I had a rush of thoughts about what she had

9  did.

10          When I say that.  He said ejaculate on the floor.

11  What I'm saying is that I know something went on the floor,

12  but it was not ejaculating from me.  There was no kind of

13  ejaculation from me.  I know something went on the floor.

14      Q.  Like what?

15      A.  She probably was trying -- when she was trying to

16  go down on me, she opened her mouth.  It could have been

17  spit.  It could have been her doing anything.

18      Q.  Okay.  Now, there were also questions about it

19  being consensual or you both agreed.  Do you remember those

20  questions on the interview?

21      A.  Yes, I do.

22      Q.  Okay.  At one point you say yes.  Was this

23  consensual for you?

24      A.  It was not consensual for me.

25      Q.  Okay.  So what did you mean by "yes" in the

1  interview?

2      A.   What I mean when he was asking me questions, I was

3  agreeing like, hey, what happened is she try to make a move

4  on me.  Not saying I agree to consent what had happened

5  because she had touched me.

6      Q.   You thought she was consenting not you or what?

7           I don't get that.

8      A.   I was not consenting.  I don't think she was

9  consenting at the time.  What I think she was doing is that

10 she was trying to find a way to make a move on me at that

11 moment because it was so quickly that she know she had to do

12 something because time was running out.  I think she try to

13 make a move on me, just to say she did something, so she can

14 try to extort me later for some money.

15     Q.   Okay.  And then, she's got her mouth in a very

16 sensitive area, you have your hands up, how did it end?

17     A.   How did it end?  Once I froze, I jumped back

18 immediately, and I went out of the office with leaving the

19 papers and everything in there and ran to the outside rec

20 yard.

21     Q.   Okay.  And who was in the rec yard?  Anybody?

22     A.   Yes.  The inmates was out there already.

23     Q.   They had already arrived?

24     A.   They had already arrived.

25     Q.   And how long before you went back inside the rec

1    area?

2        A.    I didn't go back to rec until they call what they

3    call activity recall.  The inmates get to go back to their

4    unit at 9:30 to be counted for the 10 stand-up count.  So

5    when I went back to the rec, no one was in there.

6        Q.    Did you ever have sexual intercourse, at any other

7    time, with Ms. Mekaeil?

8        A.    I have never had sexual intercourse with no

9    inmate.

10        Q.    Did you ever have sexual contact in any way with

11    any inmate, other than that one incident that you've just

12    described?

13        A.    That's the only incident that happened to me the

14    whole time I was at Carswell.

15        Q.    Did you ever go in a shed with an inmate and do

16    sex things?

17        A.    I have never been in the shed with an inmate doing

18    sex things, because it's kind of impossible to do in the

19    shed.  Because you have to realize, there's more than just

20    me working there.  When you say a shed, on that example that

21    y'all is saying, maintenance is working behind rec.

22            So that rec building is right in front of the

23    maintenance building.  They got the HVAC guys.  The HVAC

24    inmates.  There's so many staff and inmates walking around,

25    it's basically impossible to be alone with an inmate.

```
 1        Q.   What about this closet that we heard about?

 2        A.   The closet that the inmate talking about, they've

 3   been there longer than me, so know where these closets and

 4   things at.  I haven't been to no closets.

 5        Q.   Okay.  What about Ms. Pulley who testified, did

 6   you ever have sex with her?

 7        A.   No.  Ms. Pulley is another inmate who, from my

 8   understanding, she hang with Ms. Mekaeil.

 9             MS. SALEEM:  Objection.

10             THE COURT:  Sustained.

11   BY MR. LEWIS:

12        Q.   You ever been alone with her?

13        A.   No, I never been alone with Ms. Pulley.

14        Q.   And Brandy Wright who said she would serve as a

15   lookout, you ever have that happen?

16        A.   No, it never happened.  If Brandy Wright is

17   looking for a lookout --

18             MS. SALEEM:  Objection, nonresponsive.

19             THE COURT:  Sustained.

20   BY MR. LEWIS:

21        Q.   Do you remember Brandy Wright at all?

22        A.   Brandy Wright hang out with Ms. Mekaeil.

23        Q.   What would you do with Brandy Wright?

24             When would you see her?  Describe that.

25        A.   Brandy Wright would come out of the rec and
```

1    probably just help what's going on.  She was a rec orderly,

2    but she did not work for me.

3        Q.   Okay.  There was some testimony about your real

4    estate business or something that Ms. Mekaeil knew about?

5        A.   So Ms. Mekaeil -- she don't know about my real

6    estate business, because the real estate business, they got

7    an exhibit, it's not the real estate business I ran in

8    Texas.

9             The real estate business I ran in Texas called M.

10   Empire and TM Investment.  She must have got that name when

11   she saw me when she said she was printing out my copies.

12            MS. SALEEM:  Objection, calls for speculation.

13            THE COURT:  Sustained.

14   BY MR. LEWIS:

15       Q.   The real estate thing that's an exhibit, what do

16   you mean by that was not something you ran?  Explain that.

17       A.   That's something looked on Google and seen it.  If

18   you type Nix in, if you type my last name, if you looking

19   for me, you type it in, they can easily can just pull it up.

20       Q.   You have a very unique spelling, your first name?

21       A.   Yes, I do.

22       Q.   Okay.  So you're saying, when you type your name

23   up in Google, it's one of the first things that pops up?

24       A.   Yes.

25       Q.   Now, when you were interviewed with agents, that

1    was recorded.  I want to talk to you about that.  Okay?

2        A.    Okay.

3        Q.    When was that?  Do you remember the date or

4    approximate time?

5        A.    July the 27.  It had to be around 8 or 9 in the

6    morning.  It was kind of early.

7        Q.    Okay.  Is that recording the entire conversation

8    with you guys?

9        A.    No.  We had a whole 15-minute conversation before

10   that recording he did.  They interviewed me 15 minutes

11   before that recorder they pulled out.

12       Q.    What did they interview you about?

13       A.    They came in and they told me I got an inmate

14   pregnant, and I gave an inmate a STD.  And that kind of like

15   freaked me out from the moment they said that.

16       Q.    What were you thinking?

17       A.    I was very nervous.  I was very nervous.  I'm like

18   there's no way possible that I have got an inmate pregnant

19   and an STD when I haven't had no sex with no inmate.

20       Q.    Okay.  Then did you guys have discussions about

21   details that are not recorded?

22       A.    Yes.  We had many details about stuff not

23   recorded.

24       Q.    And then, how did it switch from being not

25   recorded to recorded?

1    A.    Once they felt like they got the information from

2    me --

3         MS. SALEEM:  Objection, calls for speculation.

4         THE COURT:  Sustained.

5    BY MR. LEWIS:

6    Q.    It starts off sounding like a beginning of a

7    conversation?

8    A.    Correct.

9    Q.    Did you talk about things in the recording that

10    y'all had talked about before the recording?

11    A.    Yes.

12    Q.    Okay.  So they had already heard you explain

13    things, that wasn't their first time hearing it?

14    A.    Well, they had explained already.  We had went

15    over how they wanted me to say in the recording.

16    Q.    Okay.  Now, did you ever pull Ms. Mekaeil without

17    pulling Ms. Herzfeld?

18    A.    No, I have never.

19    Q.    How often would you pull Ms. Herzfeld?

20    A.    I would pull Ms. Herzfeld every day I'm at work

21    because she work for me.  She do her job.  My job is to be

22    the one to come up with the class and create it.  Her job is

23    the one to teach it, because I cannot teach it to the

24    inmates.

25    Q.    Okay.  And did you ever pull Ms. Mekaeil instead

```
 1    of Ms. Herzfeld?

 2         A.   No.  There's no way possible, because Ms. Mekaeil,

 3    she can't run no class.  I need Ms. Herzfeld to come out

 4    because she the one who running the classes.

 5         Q.   Describe for this jury, what if an inmate had a

 6    complaint to a rec specialist or a guard, what would happen?

 7              Are the guards available?  Can they take

 8    complaints?  That's what I'm asking.

 9         A.   Yes.  Any staff can take complaints.  It don't

10    matter if you in rec, maintenance, food service, compound,

11    lieutenant, SIA.  We all are correctional officers first.

12         Q.   If a guard or correctional officer does not report

13    any complaint, what's the punishment?

14         A.   If you don't report a complaint, you immediately

15    get fired.

16         Q.   So if Mr. Taylor had heard something, he would be

17    fired if he didn't report it?

18         A.   If Mr. Taylor got a complaint from an inmate,

19    saying that a staff member did something to them, if you

20    don't say it, you fired.

21         Q.   Are you currently being sued?

22         A.   Yes.

23         Q.   In federal court?

24         A.   Yes, civil court.

25         Q.   Along with the federal government?
```

1        A.    Yes.

2        Q.    Did you lose your job as a correctional officer?

3        A.    Yes.  I lost my job at Carswell when I was

4   bringing in over 90K.  I started being a schoolteacher here

5   in Texas.  I was making about 65 teaching downtown Fort

6   Worth at Premier High School.  When the lawsuit came up,

7   someone called the school and got me fired from that job as

8   well.

9        Q.    What do you do now?

10        A.    I'm Walmart worker.

11        Q.    Do you believe the procedures were followed based

12   on the union requirements?

13        A.    No.  So for nine years, I saw where they put the

14   training on the --

15            THE COURT:  Hang on.  Hang on.  He's answered

16   that.

17   BY MR. LEWIS:

18        Q.    You came to me in January of 2024, correct?

19        A.    Correct.

20        Q.    How has it felt to be accused of this since then?

21        A.    It still been a nightmare to this day for me and

22   my family.  So you got to realize, I got girls as well at

23   home.

24            MS. SALEEM:  Your Honor, objection.  Hearsay.

25            THE COURT:  Sustained.

1    BY MR. LEWIS:

2        Q.    Is there anything else you want this jury to know?

3               MS. SALEEM:  Objection, Your Honor.

4               THE COURT:  Sustained.

5               MR. LEWIS:  Thank you for your time, Mr. Nix.

6               THE WITNESS:  Thank you.

7               MR. LEWIS:  Pass the witness.

8                          CROSS-EXAMINATION

9    BY MS. SALEEM:

10       Q.    Mr. Nix, you resigned from Carswell after the

11   allegations came out; is that correct?

12       A.    Correct.

13       Q.    And in fact, on approximately July 27th or 28th,

14   you were interviewed by agents, federal agents; is that

15   right?

16       A.    Correct.

17       Q.    And before you gave an interview, you get this

18   piece of paper that tells you, hey, this is a voluntary

19   interview, right?

20       A.    No, I did not get that piece of paper until the

21   end.  If I would have got a piece of paper saying a

22   voluntary interview, I wouldn't have signed the piece of

23   paper.  Why would I volunteer information if I know I had

24   done something?

25       Q.    Okay.  You're testifying today that you -- you are

1    the victim of an assault, right?

2         A.   I am the victim of an assault.

3         Q.   And that's what you were there to tell law

4    enforcement, right?

5         A.   That was not what was given to me.  Law

6    enforcement came and told me that I was the one who

7    assaulted somebody.

8         Q.   Let me ask you a question that perhaps addresses

9    what I'm asking.

10             You came in to tell law enforcement that you were

11   the victim that day, right?

12        A.   No.

13        Q.   Well, let me ask it this way.  Law enforcement

14   wanted to talk to you, right?

15        A.   No.

16        Q.   Oh, they didn't want to talk to you?

17        A.   I was told to come to the front.  No one told me

18   what was going on.

19        Q.   Okay.

20        A.   I was escorted to the front without saying

21   anything of what's going on.  I was taken to a room not

22   being told -- not being told what is about to happen.

23        Q.   Okay.  And then you go into the room, right?

24        A.   Correct.

25        Q.   And in the room was Agent Martinez, right?

1        A.    It was four staff.  It was two OIG agent, it was a

2    rec supervisor, and it was Ms. Malone.

3        Q.    So Ms. Malone was in that interview?

4        A.    It was four staff that escorted me to the room.

5        Q.    Ms. Malone was in that interview with Agent

6    Martinez?

7        A.    No.  She was in the room once they took me to the

8    room.  Once they started the interview, she stepped out.

9        Q.    So it's you, right?

10       A.    Right.

11       Q.    It's Agent Martinez?

12       A.    Right.

13       Q.    It's Agent Marquez?

14       A.    I don't remember the agent's name.

15       Q.    But another agent?

16       A.    Another agent.  Yes, ma'am.

17       Q.    And the fourth person was?

18       A.    The rec supervisor.

19       Q.    Mr. Taylor?

20       A.    Yes, ma'am.

21       Q.    So Mr. Taylor sat in the interview?

22       A.    No.  He was in the room.

23       Q.    He was in the same room where the interview was

24    happening?

25       A.    Yes, ma'am.

1    Q.    So he was present when you were being asked

2    questions?

3    A.    He was there when they escorted me to the room.

4    When the agent started asking me questions, he asked

5    Ms. Malone and Taylor to step out.

6    Q.    Okay.  So it's you and the two agents?

7    A.    At that time, yes, ma'am.

8    Q.    And you're saying that you were inquisitioned for

9    about 15 minutes before they turned on the recording?

10    A.    Yes, ma'am.

11    Q.    Okay.  That your interview that is recorded is all

12    at the direction of law enforcement, right?

13    A.    The direction by them leading the questions.

14    Q.    Okay.  You're answering the way they expected you

15    to answer?

16    A.    I answered the questions how they wanted me to

17    answer the questions.

18    Q.    So you weren't necessarily telling the truth, you

19    were just answering the way they expected you to answer?

20    A.    No.  At that moment, I was very nervous.  I had

21    just been told before that interview --

22    Q.    Mr. Nix, is that a yes or no?

23    A.    Yes.

24    Q.    Okay.  So the law enforcement agents were telling

25    you that Diana actually came on to you?

```
 1        A.    No.   That's not how they started out.   They didn't
 2   tell me that.
 3        Q.    Mr. Nix, how old were you back in 2021 in May?
 4        A.    Forty.
 5        Q.    Forty.
 6              And how tall are you?
 7        A.    I'm 6' 2".
 8        Q.    And Diana Mekaeil, she was about 28 years old; is
 9   that right?
10        A.    I don't know her age, ma'am.
11        Q.    You said you have a master's in education?
12        A.    Yes, I do.
13        Q.    Were you aware that Diana has a ninth-grade
14   education?
15        A.    I did not know that, ma'am.
16        Q.    She is, what, roughly about 5' 6" tall?
17        A.    I never paid any attention to her height or
18   weight, ma'am.
19        Q.    So you're a recreational specialist; is that
20   right?
21        A.    I am.
22        Q.    Or you were back then?
23        A.    Yes, ma'am.
24        Q.    And you paid no attention to the fitness level of
25   the recreation clerks who were working at the rec
```

1    department?

2        A.   No, ma'am.  I only paid attention to the inmates

3    that were either in class or work for me, because you can't

4    teach the class if you do not workout.

5        Q.   Okay.  Now, Mr. Nix, you also said that, I guess

6    in the interview, that Ms. Mekaeil was making copies of some

7    chapter of a real estate class; is that right?

8        A.   It wasn't that she was making copies of the real

9    estate class.  She was already making copies for the classes

10   for the inmates.  So when she making copies for the inmates,

11   such as the fitness classes and other things, I would go in

12   there to make my copies, but she making copies.

13           I would say, make me a copy when you finished with

14   this.  It's not like I'm saying, Ms. Mekaeil, make copies of

15   my real estate classes.  She'll be already making copies for

16   the BOP fitness classes.  I would go in there, when I can't

17   make my copies, I say, hey, when you done, just run these

18   copies for me.  Not me calling her and saying, hey,

19   Ms. Mekaeil, would you make these copies for me?

20       Q.   So you're saying now that you didn't ask her to

21   make copies?

22       A.   No, ma'am.

23       Q.   Because, of course, asking an inmate to make

24   personal copies would be against the rules?

25       A.   Not personal copies, ma'am.  Because it don't have

```
 1   my name on it.  It's just copies from a book.  So none of
 2   the stuff that Ms. Mekaeil made, don't have my name on it.
 3          Because not one time can she pronounce my first
 4   name when she made copies for me.  When she had her sister
 5   look my name up, she said M. Nix, not Marerllis Nix.  She
 6   had never said my first name.
 7       Q.   Because the inmates all called you Mr. Nix, right?
 8       A.   No.  They call me Mr. Nix.  They don't call me M.
 9   Nix.
10       Q.   Right.  The inmates call you Mr. Nix?
11       A.   Yeah.  They call me Officer Nix, yes.
12       Q.   Officer Nix?
13       A.   Yes.
14       Q.   Just like they would call Mr. Taylor, Mr. Taylor?
15       A.   Yes.  They will say Officer Taylor.  They don't
16   really say mister.  They say officer the majority of the
17   time.
18       Q.   Okay.  Or Officer Harris?
19       A.   Yes.
20       Q.   They don't call the Bureau of Prison's employees
21   by their first name?
22       A.   If she claim she was having sex with me as many
23   time as she said she had sex, she should have known my first
24   name.
25       Q.   They don't call the Bureau of Prison employees by
```

1    their first name; is that correct?

2         A.    Yes.

3         Q.    Now, you did have a business called Nix Global; is

4    that correct?

5         A.    Well, I don't have a business called Nix Global.

6    There's one in my name, but that's not something been opened

7    since 2019.  That's nothing that I had did here in Texas.

8         Q.    So is that a yes?

9         A.    Yes.

10        Q.    And that business was out of Mississippi?

11        A.    Yes.

12        Q.    And then you actually had spent time in

13   Mississippi, right?

14        A.    Correct.

15        Q.    You're from Mississippi?

16        A.    Correct.

17        Q.    And, in fact, you went to college in Mississippi?

18        A.    Correct.

19        Q.    You played basketball in Mississippi?

20        A.    Who said I played basketball in Mississippi?

21        Q.    In college?

22        A.    How do you know?

23        Q.    Did you play basketball in college?

24        A.    I didn't say I played basketball in college.

25             THE COURT:  The question is did you?

```
 1                    THE WITNESS:  Yes.

 2    BY MS. SALEEM:

 3        Q.   Okay.  In fact, you were pretty good at

 4    basketball, weren't you?

 5        A.   Yes.

 6        Q.   In fact, you were most valuable defensive player

 7    at one point?

 8        A.   No.

 9        Q.   You got awards for or recognition for your

10    basketball skills, right?

11        A.   Awards?

12        Q.   Recognition?

13        A.   Yeah.  Everybody get recognition for basketball.

14        Q.   Everybody does?

15        A.   I mean, you on the team, you get recognition.

16        Q.   In addition to having a business in Mississippi,

17    you also were going through some kind of paternity testing

18    suit; is that right?

19        A.   No.

20        Q.   Okay.  So --

21             MR. LEWIS:  Objection, relevance, Your Honor.

22             THE COURT:  What's the relevance?

23             MS. SALEEM:  I'm just corroborating what

24    Ms. Mekaeil said on direct.

25             THE COURT:  Okay.  Overruled.
```

BY MS. SALEEM:

Q.   So you're saying today that there was no dispute or paternity testing back in 2021?

A.   No.  I have never been with no dispute.

Q.   Oh, because you were actually in agreement that the child was yours?

A.   Yes.

Q.   Okay.  So it is true that there was another person, another woman in Mississippi who you had a child with, right?

A.   All my kids from Mississippi.

Q.   Okay.  In fact, you said you have six children; is that right?

A.   Right.

Q.   So, when Ms. Mekaeil said, yeah, you know your stuff works.

You don't want to get her pregnant because you know that your sperm is pretty fertile, right?

A.   Negative.  I would never tell an inmate that my sperm worked, or I would get her pregnant.

Q.   Well, I mean, you used the word "nut," right?

A.   No.  I don't talk like that, ma'am.

Q.   You don't talk like that?

A.   No, ma'am.

Q.   Okay.  So you didn't say -- you didn't say that

1    during your interview that -- actually, let me rephrase

2    that.

3              Going back to your interview, you mention an

4    incident that Ms. Mekaeil was coming on to you, right?

5         A.   Well, I didn't say -- when I say coming on, I'm

6    saying that inmates all say little things.  Not coming on,

7    like coming on to me all the time.  Meaning like they make

8    slick comments.

9         Q.   Okay.  Do all of the inmates make slick comments

10   to you?

11        A.   Inmates make slick comments to everybody, not just

12   me.  It's just not me as Nix.  Inmates make comments to the

13   majority of the staff at Carswell.

14        Q.   Do all of the inmates open up their legs and show

15   that they're wet?

16        A.   No.  That's the thing that Ms. Mekaeil was doing.

17        Q.   Ms. Mekaeil -- you said in your interview that

18   Ms. Mekaeil was coming on to you, right?

19        A.   Yes.  She made different comments.

20        Q.   And you said that, I mean, she would do things

21   like make slick comments, open up her legs and show that she

22   was wet?

23        A.   No.  She don't do things like opening her legs up.

24   What the agent asked me, has she opened up her legs before?

25   And what I am saying is that I never seen her wet.

1          What I am saying was that, when I was on the rec

2    yard, outside rec, most of inmates out there, they be

3    sweating, they be jumping around.  And Ms. Mekaeil would say

4    comments like, I'm wet right now.  Not me can actually see

5    that she wet.

6        Q.   So when you said, she's saying, "I'm wet.  You're

7    turning me on right now, and I can see -- all I could see

8    was wet."  That that was words the agents are putting in

9    your mouth?

10       A.   Yes.  These are the words that agents is

11   translating to me and I responded to them.

12       Q.   Okay.  So the agents -- did they also tell you to

13   say, on July 4th that Ms. Mekaeil said, "I want to taste you

14   right quick"?

15       A.   Yes.  Everything that happened in that interview,

16   the agents started out with.  I didn't say anything.  I'm

17   sitting in that interview, just like right now.  You the

18   agent, I'm me, and you ask me the questions like they doing

19   it.

20          And at that time, they had just told me I got an

21   inmate pregnant and gave an inmate an STD.  So when I'm

22   answering these questions, my mind is literally not here

23   talking to you, when I had just been accused of getting

24   somebody pregnant and an STD.

25       Q.   Okay.  So you're saying they told you to say,

1    "Stand up, make a little comment, and let me taste you right

2    quick"?

3        A.    No.  They reading it kind of how you reading it.

4    They was saying it to me, kind of like you're saying it

5    right now.  When they were saying the question, I was asking

6    them a question.  I never said, "Let me taste it."  I was

7    just responding to the question they asked me.  I didn't

8    make no comments to them.

9        Q.    So you're saying the recording does not say --

10   does not have you saying, "Stand up, make a little comment

11   and let me taste you right quick?"

12           The recording doesn't say that?

13       A.    Yes, the recording maybe say that.  What I'm

14   saying is it did not go like that.

15       Q.    And Mr. Nix, the recording says that from you?

16   You would agree with that, right?

17       A.    Yes, the recording does.

18       Q.    And you would agree that the recording then says,

19   "Let me feel you right quick," right?

20       A.    Right.

21       Q.    Okay.  And you would agree that you said, "I don't

22   want to see something because I got 5, 10 minutes before

23   these girls come outside," right?

24       A.    Yes.

25       Q.    That's what you said; is that correct?

1          A.   No.

2          Q.   That's not what the recording says?

3          A.   No.  What I'm saying is that I was responding to

4     the question to them --

5               THE COURT:  Hang on.  Hang on.  Okay.  He's

6     answered question.

7     BY MS. SALEEM:

8          Q.   And then the recording says that you said, "She

9     got in my pants"; is that correct?

10         A.   Yes.

11         Q.   The recording says, "She unzipped them," right?

12         A.   Right.

13         Q.   Okay.  That you said, "She slid them aside, slid

14    my boxers aside," right?

15         A.   Yes.

16         Q.   And then, "She gave me oral sex that day," right?

17         A.   Yes.  I also said, "Two seconds."

18         Q.   Yeah.

19         A.   But that was not --

20         Q.   Let me ask you about that, Mr. Nix.  You do say

21    when you're asked, how long do you think the oral sex

22    lasted?  You said, "Two seconds," right?

23         A.   Yes, ma'am.

24         Q.   All right.  And then, Mr. Martinez laughed at

25    that, right?

1      A.   Yes, ma'am.

2      Q.   And because he asked you, "And you ejaculated that

3  quick?"

4           And your response was, "Well, I was nervous."

5  Right?

6      A.   My response to him was, not that I ejaculated that

7  quick.  I was nervous.  My response to him is that I got two

8  agents asking me questions.  I got one agent playing good

9  cop, one agent playing bad cop.

10          THE COURT:  Hold on.  Hold on a second.  Ask the

11  question again.  I'm trying to follow the question to the

12  answer.

13  BY MS. SALEEM:

14     Q.   You were asked, "And you ejaculated that quick,"

15  right?

16     A.   That's the question he asked, yes.

17     Q.   And you responded to that question with, "I was

18  nervous."

19     A.   Yes.  I was nervous.

20     Q.   And then, you were asked again -- well, you were

21  asked, "Where did you ejaculate?"

22          And you said, "Huh," right?  That was your

23  response?

24     A.   I don't remember, ma'am.

25     Q.   Okay.  Well, then you were asked again, "Where did

```
 1    you ejaculate?"

 2            And you said, "I took it out and cum on the

 3    floor."

 4        A.   I did not take it out and cum on the floor, ma'am.

 5        Q.   Okay.  So you did not cum on the floor?

 6        A.   No, ma'am.  I did not cum at all.

 7        Q.   Okay.  So you were interviewed and the statements

 8    in here are just simply false statements, right?

 9        A.   What I was stating is that the interview did not

10    go how -- what really happened that day.

11        Q.   Okay.  Well, then you say -- well, you were asked,

12    "What did you do with the semen?"

13            And you said, "I got a paper towel and wiped it

14    up."

15        A.   No, ma'am.

16        Q.   So you didn't get a paper towel and wipe it up?

17        A.   Why would I wipe it up?

18            I would not clean up anything.  If I had orderlies

19    out there, like, I'm not going to clean it up.  That would

20    have been something that an inmate would do.

21        Q.   Right.  Because normally you would have an inmate

22    clean up your ejaculation off the floor?

23        A.   Well, ma'am, there was no ejaculation I done,

24    because I've never had sex with an inmate.

25        Q.   And then you said you went outside after the
```

1    incident, right?

2         A.   Yes, ma'am.

3         Q.   And then you came back and she got the towel and

4    sprayed it up?

5         A.   What I'm saying is the paper towel was on the --

6    in the office.  If anything would have been on that floor,

7    ma'am, Ms. Mekaeil would have took that evidence and ran

8    with it.  I'm right now in federal court being prosecuted.

9    If she had any sperm of mine, trust me, she would have gave

10   it to y'all.

11        Q.   Mr. Nix, as we sit here right now --

12        A.   Yes, ma'am.

13        Q.   -- how long was your penis in Ms. Mekaeil's mouth?

14        A.   Ma'am, at that moment, to be honest with you, I

15   froze.

16        Q.   So can you -- so was it two seconds?

17        A.   Ma'am, I don't have an actual time, I have

18   anything to say to you in that moment to be honest.  At that

19   moment, I know at that moment she tried to do that, I can

20   honestly say that I froze at that moment.  And once I

21   realize what was going on, I jumped up, and I ran back and I

22   ran outside.  I didn't touch anything.

23        Q.   Now, you also say that Ms. Mekaeil, she comes back

24   a week later, and says, "Hey, what happened?  That wasn't

25   for free," right?

```
1        A.   Right.  So when I say a week, it was on a Sunday,

2   when I said a week later they were asking me questions, you

3   have to realize, I'm thinking --

4        Q.   How about answering the questions that I ask.

5   Okay?

6        A.   Yes, ma'am.

7        Q.   So you do say that Ms. Mekaeil asks you for money,

8   right?

9        A.   Yes, ma'am.

10        Q.   And in fact, your response to asking for something

11   was, let's see, "I'm not going to bring anything in"; is

12   that right?

13        A.   Well, I knew at that moment she feel like she

14   had --

15             THE COURT:  Wait a minute.  Is that what you said?

16             THE WITNESS:  Yes, ma'am.

17   BY MS. SALEEM:

18        Q.   Because people, inmates try to compromise

19   officers, right?

20        A.   Right.

21        Q.   And part of what they try to do is get contraband

22   brought into the prisons, right?

23        A.   Right.

24        Q.   And so, she says, "Hey, that wasn't for free."

25             And your response is, "I'm not bringing any
```

```
 1    contraband into the prison," right?
 2         A.   Right.
 3         Q.   And she says -- well, according to your interview
 4    she says, "I want $3,000," right?
 5         A.   $3,000 is not what they consider contraband.
 6         Q.   Right.
 7              She wants money?
 8         A.   Right.
 9         Q.   Okay.  Now, you did not pay her any money, right?
10         A.   Right.
11         Q.   What you say instead, you say, you're not going to
12    pay her.  You tell agents you're not going to pay her,
13    right?
14         A.   Right.
15         Q.   And you say -- when they ask you, hey, well, why
16    didn't you just keep -- you know, go ahead and pay her to
17    keep her from talking?
18              And your response is, "I already felt bad what I
19    did."  Right?
20         A.   What I say --
21         Q.   Was that your response?
22         A.   That was my response on the tape, ma'am.  You got
23    to realize the response --
24         Q.   So then --
25              THE COURT:  Hold on.  Hold on.
```

1              Go ahead.

2    BY MS. SALEEM:

3        Q.   -- Mr. Nix, you said, "Hopefully that was just

4    done.  Didn't want to get more involved into that," right?

5        A.   Right.

6        Q.   And you said, "I was done with that at that

7    moment," right?

8        A.   Right.

9        Q.   And, of course, you also say that Ms. Mekaeil

10   said, "Hey, I'll give you my contact info or family members'

11   contact info, and we can holler at each other after I get

12   out," right?

13       A.   They said I said that on there?

14       Q.   Okay.  Well, you say -- you were asked, "Does she

15   ever talk to you about hooking up afterwards, like when she

16   was free and clear?"

17              And you say, "Yeah, she was like -- no, she said,

18   like, when I get out, we can -- I'll holler at you.  We will

19   get together"?

20       A.   Right.  That was the agent responding, not me.  I

21   was just answering the question like now.  I never said that

22   out of my mouth.

23       Q.   Okay.  Because you aren't going to communicate

24   with her again, right?

25       A.   I never said that, ma'am.

1      Q.   I mean, you had no plans to communicate with her

2  again?

3      A.   I had no reason to communicate with nobody, ma'am.

4      Q.   And I suppose that you never offered to give her a

5  car?

6      A.   No, ma'am.

7      Q.   You never told her she ought to move to Texas?

8      A.   No, ma'am.

9      Q.   You never told her to write down her sizes when

10  she was talking about clothes at the airport?

11      A.   No, ma'am.

12      Q.   All right.  You probably never showed her your

13  business card?

14      A.   No, ma'am.

15      Q.   You have business cards?

16      A.   No, ma'am.

17      Q.   Oh, you don't even have business cards?

18      A.   Ma'am, they don't use business cards no more.

19      Q.   Okay.  Back in 2021, you never showed her your

20  business card?

21      A.   No, ma'am.

22      Q.   Oh, yeah.  You never had her make copies for you

23  for personal reasons, right?

24      A.   No, no personal reasons.

25      Q.   None of that ever happened, right?

     1          A.   Right.

     2          Q.   You never interacted with Danica Pulley; is that

     3     right?

     4          A.   Right.

     5          Q.   There's 1500 inmates at Carswell Federal Medical

     6     Center, right?

     7          A.   Right.  At a medical facility, there's 1500 inmate

     8     at a medical facility.  And no inmate went to medical and

     9     got any exam or told any staff in medical facility.  The

    10     only medical facility in the United States they was at and

    11     neither one of them went to get a medical exam.  How ironic

    12     is that?

    13              MS. SALEEM:  May I have just a moment, Your Honor?

    14     BY MS. SALEEM:

    15          Q.   And Mr. Nix, just so we're clear, your position

    16     today is inmates make comments all the time, right?

    17          A.   My position today here is that I've been living 40

    18     years of my life not being accused of being a rapist.  And

    19     not one time have the federal government, who I worked for

    20     for nine years, did you-all try to talk to me to get my

    21     part.

    22          Q.   Okay.  So is that a yes or no?

    23          A.   Right.

    24          Q.   Inmates do make comments all the time?

    25          A.   Right.

1     Q.   And your position today is, when federal

2  investigators came and talked to you, it was all a setup so

3  that they could make you say whatever they wanted to hear?

4     A.   No, I'm not saying that, ma'am.

5     Q.   Okay.  So and you've been through training with

6  the Bureau of Prisons when it comes to inmate manipulation,

7  right?

8     A.   There's a difference between Carswell and the

9  male.  I didn't go to no training at Carswell.  I went to no

10 training at Carswell.  No training.

11    Q.   You never got any training at Carswell?

12    A.   Not one.

13    Q.   Let's take a look at Government's Exhibit No. -- I

14 believe it's 11.  No.  Let's take a look at Government's

15 Exhibit 8.

16    A.   Okay.

17    Q.   Let's look at page 2.

18         Okay.  Do you see that this is a training that

19 started at 8:15 a.m. with Diversity Management?

20    A.   Yes.  Remember, it was COVID.  We didn't do no

21 training.  They just had us sign off on a lot of things that

22 went off at Carswell.

23    Q.   Oh, okay.  So when it says from 8:35 to 9:15 a.m.

24 about Inmate Beliefs and Practices?

25    A.   Staff was not --

```
 1                THE COURT:  Hold on.  Hold on.  Ask your question.
 2     BY MS. SALEEM:
 3          Q.   You didn't actually attend a class about that?
 4          A.   There was no training that went on during that
 5     time.  It was COVID, remember.
 6          Q.   Okay.  From 9:30 to 10 a.m. this Sexual Abuse
 7     Behavior Prevention and Intervention Program, that class
 8     that was led by Associate Warden Newman, that didn't happen
 9     either?
10          A.   They gave us the information to sign off on.  We
11     didn't have no classes.  I worked at BOP for nine years.
12     They have what we call annual training, kind of like now,
13     everybody go together.  And these that you read from, we sit
14     in here like this and go over this training.
15                During that time when I went to Carswell, we had
16     done this training.  But what they did is we did sign off on
17     training that we did not actually do.
18          Q.   Okay.  So if we could scroll down a little bit
19     further.
20                The second half that says there's training on
21     Suicide Prevention, and Trauma, Informed care, Female
22     Offenders, that's more stuff that you just signed off on,
23     but never actually attended those classes?
24          A.   You see how this courtroom is here right now?
25                THE COURT:  Hold on a second.  Hold on a second.
```

```
1    You just got to answer her questions.  Okay?

2                THE WITNESS:  Yes.  We went to the room and did

3    the training on a stream, not really like training.

4    BY MS. SALEEM:

5        Q.   Okay.  So you watched some kind of a program on

6    Trauma Informed Care?

7        A.   Yes.

8        Q.   You watched a program about Female Offenders?

9        A.   If it said I did it.  I don't recall what training

10   I did.  I would have to see, but if it say I did it, that's

11   how it went.

12       Q.   Can we go to the next page?

13            All right.  And then, of course, there is a

14   training on Communication Skills for Correctional Workers,

15   right?

16       A.   Right.  You see that self-defense?  We didn't have

17   no self-defense training.  They got it on here, but we

18   didn't do no self-defense.

19       Q.   I believe that is led by self-defense instructors,

20   but the class itself is Communication Skills for

21   Correctional Workers, isn't it?

22       A.   Right.

23       Q.   All right.  Let's go to the next page.

24            Because that was just Monday, right?  That was

25   just Monday's training schedule, right?
```

1        A.   I don't recall.

2        Q.   Okay.  Well, then this schedule shows from Tuesday

3   to Thursday there's more trainings that you may or may not

4   have actually participated in, right?

5        A.   Right.

6        Q.   Okay.  Let's go to the next page.

7             And those would be web-based courses.  Some of

8   those classes were actually online, right?

9        A.   Yes.

10       Q.   Including Supervision of Offenders, right?

11       A.   Right.

12       Q.   And Ethics, Standards of Conduct, that was a

13  web-based class, right?

14       A.   Right.  Did it show I took those classes?

15       Q.   And this Addressing Inmate Sexual Misconduct, that

16  was another class, right?

17       A.   Right.

18       Q.   Let's go to the next page.  This is a training

19  acknowledgment.

20            Do you see it, Mr. Nix?

21       A.   Yes.

22       Q.   And it's dated January 25, 2021, right?

23            And your name, M. Nix, is a printed name on here,

24  right?

25       A.   Right.

1          Q.    And your signature is on there as well, right?

2          A.    Right.

3          Q.    Acknowledging that you have gone through a week's

4    worth of training, right?

5          A.    Ma'am, I did a lot of training that I really

6    didn't sign off on.

7          Q.    Okay.  So you would just sign off on trainings

8    whether or not you actually attended, right?

9          A.    Correct.  The agent did it.  He signed off on his

10   person the other day that came with a memo in here, his

11   signature was on it.  Guess what he did not do?  He did not

12   do that activity.  That was another government thing that he

13   sign off that y'all got in your possession that he did not

14   do.

15               MS. SALEEM:  I'll pass the witness, Your Honor.

16               THE COURT:  Okay.  Mr. Lewis.

17               MR. LEWIS:  Briefly, Your Honor.

18                      REDIRECT EXAMINATION

19   BY MR. LEWIS:

20         Q.    Mr. Nix, do you have a significant other present

21   in the courtroom today?

22         A.    Yes, my fiancee.

23         Q.    When did you start dating her?

24         A.    It was around June of 2021.

25         Q.    So very near to the time of some of these

1    allegations you've heard in court?

2        A.    Yes, sir.

3        Q.    You were going home at night and being romantic

4    with her?

5        A.    Yes, sir.

6        Q.    There was some questions about taste you, feel

7    you.  Can you clarify, in the interview who is saying that

8    to who?  There's confusion here.

9             Who was saying those phrases?

10       A.    Everything that was said was the agent saying to

11   me.  Not me saying myself verbatim those things to the agent

12   is what she said.  Everything question that was asked of me

13   came from him.  He could have asked me and said, hey,

14   Mr. Nix, what did she say?  I could have said she said that,

15   but every question that came went from him to me.

16       Q.    Let's be very clear.  Did you ever admit to saying

17   to the agent that you wanted to taste her?

18       A.    No, sir.

19       Q.    Did you ever say or mean to say on the interview

20   to the agent that you wanted to feel her?

21       A.    No, sir.

22       Q.    So when it's the feel you, taste you comment, are

23   you repeating words she said or words you said?

24       A.    I'm repeating words that the agent said that she

25   said.

```
 1        Q.   Okay.  Now, it wasn't free comment, that was about

 2   a week after the July 4th incident?

 3        A.   Something like that, yes.

 4        Q.   And she said that to you?

 5        A.   Yes.

 6        Q.   Did you ever give her any money?

 7        A.   No, sir.

 8        Q.   Put even 10 cents on her books?

 9        A.   No, sir.

10        Q.   You also said --

11             You were asked about feeling bad.  Meaning what?

12   What did that mean, you felt bad?

13        A.   What I felt bad was, like, I know I should have

14   said something.  Not feeling bad like I have done wrong,

15   because I did nothing wrong.  I felt bad because I should

16   have learned how to report that incident better than what

17   was taught to me.

18        Q.   And why didn't you?

19        A.   Because at that time, if I would have said

20   something, I was in a lose-lose situation.  I had just got

21   to Carswell.  The staff at Carswell did not know me.  So if

22   I would have said, this happened, and if staff didn't say

23   something, they fire me.  So I could not talk about the

24   issue with anyone, because if I mentioned what I went

25   through at this moment, it's going to come up.
```

1      Q.   Now, you also mentioned that you resigned.

2      A.   I did.

3      Q.   Did you get advice on that?

4      A.   Yes.  So the day the incident happened --

5           MS. SALEEM:  Objection, nonresponsive.  Calling

6   for hearsay.

7   BY MR. LEWIS:

8      Q.   Did you get conflicting advice about resigning?

9      A.   Yes.  The union president --

10          MS. SALEEM:  Objection.  Irrelevant.

11          THE COURT:  Sustained.

12          MR. LEWIS:  It was raised to imply that he

13  resigned out of guilt, Your Honor.  It's very relevant for

14  him to explain why he did.

15          THE COURT:  Okay.  You can explain why you

16  resigned.

17  BY MR. LEWIS:

18     Q.   Why did you resign?

19     A.   I resigned.  I called the union president.  I was

20  a part of the union that I was supposed to have been a part

21  of.  The union president told me to resign and to fight this

22  case with a lawyer.

23     Q.   And did you follow that advice?

24     A.   I did.  They didn't meet with me.  The procedure

25  is --

```
1              THE COURT:  Hold on.  Hold on.  Wait for your next
2    question.
3    BY MR. LEWIS:
4         Q.   And then you came to me?
5         A.   No, sir, I hired somebody else first.  Because
6    something is going to happen, I hired another lawyer out of
7    Dallas, Texas.
8         Q.   And then, how did you get to me?
9         A.   I went I got to that lawyer, I showed up downtown
10   at United States building, the prosecutor get me to --
11             THE COURT:  You hold on.  Hold on.  You ended up
12   changing attorneys and going with Mr. Lewis, right?
13   BY MR. LEWIS:
14        Q.   I'm representing you now, right?
15        A.   Yes, sir.
16        Q.   Now, my last question, Mr. Nix.
17             On the uniform that you wear every single day or
18   wore every single day on duty, did it have your name on it?
19        A.   No, sir.
20        Q.   Did you ever have your name on anything?
21        A.   No, sir.
22        Q.   Did anyone ever know your first initial?
23        A.   Everyone got their first initial on they uniform.
24        Q.   Well, that's what I'm asking.  I said a name?
25        A.   No.  No.
```

```
1        Q.   Did you have any name?

2        A.   No.  No.

3        Q.   What did you have written on your uniform?

4        A.   M. Nix.

5        Q.   Do you ever have Marerllis Nix on anything?

6        A.   No, sir.

7        Q.   So unless you mentioned your first name, what

8   would any inmate be able to know by looking at you?

9        A.   M. Nix.

10            MR. LEWIS:  No further questions, Your Honor.

11            MS. SALEEM:  I have nothing further.

12            THE COURT:  All right.  You may step down.  Thank

13   you, sir.

14       (The testimony concluded at 11:43 a.m.)

15

16

17

18

19

20

21

22

23

24

25
```

REPORTER'S CERTIFICATE

    I, ZOIE WILLIAMS, RMR, RDR, FCRR, certify that the foregoing is a true and correct transcript from the record of proceedings in the foregoing entitled matter to the best of my ability to hear.

    Further, due to the COVID-19 pandemic, some participants are wearing masks, and/or appeared via videoconferencing, so proceedings were transcribed to the best of my ability.

    I further certify that the transcript fees format complies with those prescribed by the Court and the Judicial Conference of the United States.

    Signed this 15th day of September, 2025.


                ___/s/ Zoie Williams_____
                Zoie Williams, RMR, RDR, FCRR
                  Official Court Reporter
                Northern District of Texas
                  Fort Worth Division

Business Address:    501 W. 10th Street
                  Fort Worth, Texas 76102
                  zwilliams.rmr@gmail.com
                  817.850.6630

BY MR. LEWIS: [19]
21/23 24/2 24/22 37/10
37/18 42/23 44/18 50/19
57/11 57/20 58/14 60/5
62/17 63/1 89/19 92/7
92/17 93/3 93/13
BY MS. MONTE: [4]
5/23 16/17 18/7 19/23
BY MS. SALEEM: [10]
63/9 71/2 72/1 76/7 77/13
80/17 82/2 84/14 86/2
87/4
MR. LEWIS: [18] 18/5
19/21 21/21 23/25 27/23
28/2 28/10 28/20 42/18
42/22 44/17 50/15 63/5
63/7 71/21 89/17 92/12
94/10
MS. MONTE: [4] 5/10
16/14 21/20 27/25
MS. SALEEM: [15] 37/8
42/21 44/14 57/9 57/18
58/12 60/3 62/24 63/3
71/23 84/13 89/15 92/5
92/10 94/11
THE COURT: [36] 5/6
5/13 5/17 5/21 16/16 18/6
19/22 28/3 28/7 28/12
28/16 37/14 44/16 50/18
57/10 57/19 58/13 60/4
62/15 62/25 63/4 70/25
71/22 71/25 76/5 77/10
80/15 81/25 86/1 86/25
89/16 92/11 92/15 93/1
93/11 94/12
THE DEFENDANT: [2]
28/15 28/19
THE WITNESS: [8] 5/16
5/20 27/24 28/4 63/6 71/1
80/16 87/2

**$**

**$3,000 [2]** 81/4 81/5

**/**

**/s [1]** 95/17

**1**

**10 [3]** 31/9 75/22 91/8
**10 a.m [2]** 48/20 86/6
**10 stand-up [1]** 56/4
**10-4 [5]** 48/12 49/14
 49/16 49/17 49/18
**10-minute [1]** 43/25
**10th [2]** 3/3 95/20
**11 [1]** 85/14
**11:43 [1]** 94/14
**15 [4]** 1/7 5/1 59/10 66/9
**15-minute [1]** 59/9
**1500 [3]** 38/1 84/5 84/7
**15th [1]** 95/15
**1700 [1]** 1/17
**19 [1]** 95/8

**2**

**2 North [1]** 44/5
**2000 [1]** 29/20
**2011 [2]** 29/20 29/21
**2019 [1]** 70/7
**2020 [4]** 7/20 7/22 25/21
 30/12
**2021 [13]** 7/20 7/22 8/2
 22/17 23/6 23/9 36/5 41/2
 67/3 72/3 83/19 88/22
 89/24
**2022 [1]** 23/13
**2023 [9]** 20/4 22/9 23/16
 23/19 24/22 24/24 25/24
 27/2 27/14
**2024 [1]** 62/18
**2025 [3]** 1/7 5/1 95/15
**21 [1]** 27/2
**214.855.8000 [1]** 1/25
**2200 [1]** 1/24

**25 [1]** 88/22
**26th [2]** 25/16 27/5
**27 [2]** 29/21 59/5
**28 [1]** 67/8
**28th [1]** 63/13
**2nd [1]** 30/12

**3**

**3 South [3]** 17/6 22/20
 44/5
**3600 [1]** 1/24

**4**

**40 [1]** 84/17
**4:25-CR-00116-O [1]** 1/5
**4th [1]** 42/8
**4th of [1]** 45/4

**5**

**5' [1]** 67/16
**50 [1]** 38/23
**500 [1]** 1/21
**501 [2]** 3/3 95/20

**6**

**6 in [2]** 44/11 44/11
**6' [1]** 67/7
**65 [1]** 62/5
**6:45 [1]** 42/15

**7**

**75201 [1]** 1/24
**76012 [1]** 1/21
**76102 [3]** 1/18 3/3 95/20

**8**

**800 [1]** 1/21
**801 [1]** 1/17
**817.252.5200 [1]** 1/18
**817.850.6630 [2]** 3/4
 95/21
**817.877.1500 [1]** 1/22
**8:15 a.m [1]** 85/19
**8:35 [1]** 85/23

**9**
**9 in [1]** 59/5
**90K [1]** 62/4
**9:12 [1]** 1/8
**9:15 a.m [1]** 85/23
**9:30 [1]** 86/6
**9:30 to [1]** 56/4

**A**

**a.m [6]** 1/8 48/20 85/19
85/23 86/6 94/14
**ability [3]** 32/15 95/7
95/11
**able [3]** 6/24 10/25 94/8
**about [89]** 7/11 7/19 7/24
9/4 9/25 10/22 11/17 11/20
12/3 12/20 13/6 14/6 14/8
14/12 14/23 15/18 16/4
16/23 17/12 17/17 18/19
20/2 20/5 20/5 20/18
20/22 21/1 21/2 21/6 21/13
22/8 23/9 23/14 23/17
24/7 24/25 25/3 25/11
25/12 26/9 26/13 26/18
27/11 38/7 38/7 38/7 38/8
38/23 39/2 39/25 41/3
41/12 41/13 43/25 45/7
50/25 54/1 54/8 54/18
57/1 57/1 57/2 57/5 58/3
58/4 58/5 59/1 59/12
59/20 59/22 60/9 60/10
62/5 64/22 66/9 67/8
67/16 76/20 80/4 82/15
83/10 85/24 86/3 87/8
90/6 91/11 91/23 92/8
**above [1]** 3/8
**Abuse [1]** 86/6
**accent [1]** 29/5
**accident [3]** 45/23 45/24
53/15
**according [1]** 81/3
**accused [3]** 62/20 74/23

**84/18**
**Acknowledging [1]** 89/3
**acknowledgment [1]** 88/19
**activities [3]** 11/1 31/16
36/2
**activity [5]** 32/3 33/10
34/18 56/3 89/12
**actual [1]** 79/17
**actually [16]** 10/15 13/1
13/3 14/18 47/25 66/25
70/12 72/5 73/1 74/4 86/3
86/17 86/23 88/4 88/8
89/8
**addition [1]** 71/16
**Address [1]** 95/20
**addresses [1]** 64/8
**Addressing [1]** 88/15
**administered [1]** 5/15
**administrative [1]** 41/24
**admit [1]** 90/16
**advice [3]** 92/3 92/8
92/23
**aerobics [1]** 32/12
**after [10]** 16/3 16/22 19/6
20/1 21/6 27/13 63/10
78/25 82/11 91/2
**afterwards [2]** 12/19
82/15
**again [10]** 14/5 18/9 21/3
22/9 34/11 77/11 77/20
77/25 82/24 83/2
**against [5]** 21/24 22/1
22/2 22/5 68/24
**age [1]** 67/10
**agent [21]** 26/2 26/9
64/25 65/1 65/5 65/11
65/13 65/15 65/16 66/4
73/24 74/18 77/8 77/9
82/20 89/9 90/10 90/11
90/17 90/20 90/24
**agent's [1]** 65/14
**agents [11]** 58/25 63/14

63/14 66/6 66/24 74/8
74/10 74/12 74/16 77/8
81/12
**ago [2]** 25/17 26/24
**agree [4]** 55/4 75/16
75/18 75/21
**agreed [1]** 54/19
**agreeing [1]** 55/3
**agreement [1]** 72/5
**ahead [3]** 37/17 81/16
82/1
**airport [1]** 83/10
**AISHA [1]** 1/15
**all [40]** 5/8 13/10 17/19
19/1 26/17 28/7 28/7 30/8
33/7 38/3 38/4 39/17
39/22 39/23 40/16 42/10
43/9 46/8 47/9 48/20
57/21 61/11 66/11 69/7
72/11 73/6 73/7 73/9
73/14 74/7 76/24 78/6
83/12 84/16 84/20 84/24
85/2 87/13 87/23 94/12
**allegations [2]** 63/11 90/1
**allowed [2]** 9/10 19/8
**ALLYSON [1]** 1/16
**alone [7]** 40/4 40/5 51/10
51/13 56/25 57/12 57/13
**Along [1]** 61/25
**aloud [1]** 24/13
**already [9]** 42/16 55/22
55/23 55/24 60/12 60/14
68/9 68/15 81/18
**also [12]** 13/13 39/20
53/25 54/18 68/5 71/17
74/12 76/17 79/23 82/9
91/10 92/1
**always [1]** 37/3
**am [5]** 45/6 64/2 67/21
73/25 74/1
**AMERICA [1]** 1/5
**angry [1]** 29/6

**A**

**Anika [4]** 33/4 33/7 33/8 33/23

**Anika/Ms. Herzfeld [1]** 33/8

**annual [1]** 86/12

**another [14]** 13/1 14/25 32/21 35/22 40/10 47/24 57/7 65/15 65/16 72/8 72/9 88/16 89/12 93/6

**answer [9]** 18/8 19/24 23/21 24/19 66/15 66/17 66/19 77/12 87/1

**answered [3]** 62/15 66/16 76/6

**answering [5]** 66/14 66/19 74/22 80/4 82/21

**answers [3]** 11/3 11/10 11/21

**any [29]** 6/11 8/17 12/23 14/6 16/22 18/20 20/20 20/21 20/21 21/16 32/15 35/17 40/3 40/3 56/6 56/10 56/11 61/9 61/13 67/17 79/9 80/25 81/9 84/9 84/9 85/11 91/6 94/1 94/8

**anybody [2]** 15/11 55/21

**anyone [2]** 91/24 93/22

**anything [25]** 14/5 15/10 16/4 17/12 19/3 21/17 27/21 30/24 36/21 38/7 38/8 46/25 48/8 53/10 54/17 63/2 64/21 74/16 78/18 79/6 79/18 79/22 80/11 93/20 94/5

**anywhere [2]** 9/7 34/1

**apologize [2]** 21/4 27/1

**appeared [1]** 95/9

**approach [1]** 23/25

**approximate [1]** 59/4

**approximately [1]** 63/13

**are [34]** 5/7 6/8 8/9 10/17 11/6 18/23 20/11 27/19 28/3 30/4 31/1 35/5 38/10 39/10 43/10 44/19 46/21 47/8 48/11 49/7 49/9 49/18 54/1 59/21 61/7 61/11 61/21 63/25 67/6 74/8 74/10 78/8 90/22 95/9

**area [8]** 20/8 38/11 43/16 43/18 51/3 52/18 55/16 56/1

**aren't [1]** 82/23

**Arlington [1]** 1/21

**around [22]** 12/7 15/9 36/7 36/8 37/4 38/15 41/1 44/11 45/21 47/3 50/4 50/13 50/14 51/5 51/6 51/22 51/24 51/25 56/24 59/5 74/3 89/24

**arrive [1]** 33/17

**arrived [5]** 7/19 42/11 43/9 55/23 55/24

**article [1]** 16/9

**as [21]** 18/11 18/15 21/12 24/4 35/20 38/16 40/10 41/23 41/23 43/19 50/5 57/14 62/2 62/7 62/22 68/11 69/22 69/23 73/12 79/11 89/1

**aside [2]** 76/13 76/14

**ask [13]** 11/17 29/7 37/17 44/16 64/8 64/13 68/20 74/18 76/20 77/10 80/4 81/15 86/1

**asked [18]** 6/15 17/22 66/1 66/4 73/24 75/7 76/21 77/2 77/14 77/16 77/20 77/21 77/25 78/11 82/14 90/12 90/13 91/11

**asking [10]** 55/2 61/8 64/9 66/4 68/23 75/5 77/8

**asks [1]** 80/7

**assault [2]** 64/1 64/2

**assaulted [1]** 64/7

**assigned [2]** 8/5 8/16

**ASSISTANT [1]** 1/16

**associate [2]** 42/1 86/8

**at [100]**

**attend [1]** 86/3

**attended [2]** 86/23 89/8

**attention [4]** 19/12 67/17 67/24 68/2

**ATTORNEY [1]** 1/16

**attorneys [1]** 93/12

**AUGUST [14]** 1/7 4/11 8/1 8/1 8/2 22/9 22/16 23/6 23/17 23/19 24/22 27/18 30/11 36/5

**available [1]** 61/7

**Avenue [1]** 1/24

**average [2]** 35/16 38/22

**avoid [2]** 20/8 25/5

**awards [2]** 71/9 71/11

**aware [3]** 6/20 7/6 67/13

**away [1]** 51/1

**B**

**back [35]** 12/20 14/15 14/15 14/17 14/17 20/6 20/7 20/8 25/4 25/6 25/23 26/16 29/19 38/20 48/21 49/18 50/11 50/13 50/13 52/6 52/9 53/3 55/17 55/25 56/2 56/3 56/5 67/3 67/22 72/3 73/3 79/3 79/21 79/23 83/19

**bad [7]** 77/9 81/18 91/11 91/12 91/13 91/14 91/15

**based [4]** 22/5 62/11 88/7 88/13

**basically [3]** 11/3 17/24 56/25

# B

basis **[1]** 9/19

basketball **[8]** 35/23 70/19 70/20 70/23 70/24 71/4 71/10 71/13

be **[76]** 5/6 5/14 6/12 6/15 6/23 10/25 12/10 18/18 20/6 21/13 26/5 26/16 28/1 28/7 28/12 31/7 31/9 31/10 31/11 32/6 33/15 33/21 33/24 33/24 33/25 33/25 34/1 34/1 34/2 35/1 35/12 35/12 35/14 35/16 35/18 35/20 35/22 35/23 35/25 38/3 38/3 38/22 39/22 39/24 40/4 40/5 40/11 40/14 40/14 40/16 42/4 42/13 45/4 47/18 47/19 47/20 47/23 48/8 48/21 50/15 50/23 56/4 56/25 59/5 60/21 61/16 62/20 68/15 68/24 74/2 74/3 79/14 79/18 88/7 90/16 94/8

became **[2]** 7/14 16/3

because **[61]** 15/8 20/8 26/7 31/23 32/16 32/24 32/25 33/11 33/23 34/2 34/3 34/11 35/5 35/25 39/18 40/6 40/10 41/11 41/19 44/2 45/5 45/10 45/20 46/8 47/11 47/19 48/18 48/19 50/11 51/7 51/24 53/6 55/5 55/11 55/12 56/18 56/19 58/6 60/21 60/23 61/2 61/4 68/3 68/23 68/25 69/3 69/7 72/5 72/17 75/22 77/2 78/21 78/24 80/18 82/23 87/24 91/15 91/15 91/19 91/24 93/5

become **[2]** 11/21 29/17

beds **[1]** 13/6

been **[29]** 10/15 10/24 13/7 21/1 26/8 32/22 33/12 37/5 46/3 46/4 46/5 46/5 54/16 54/17 56/17 57/3 57/4 57/12 57/13 62/21 66/21 70/6 72/4 74/23 78/20 79/6 84/17 85/5 92/20

before **[16]** 7/7 14/20 15/10 17/4 17/5 19/15 22/19 55/25 59/9 59/11 60/10 63/17 66/9 66/21 73/24 75/22

beginning **[2]** 42/10 60/6

behavior **[4]** 15/21 16/1 16/4 86/7

behind **[2]** 42/14 56/21

being **[23]** 5/7 11/21 15/24 33/12 34/20 40/1 41/24 42/3 50/21 52/21 52/22 53/15 54/19 59/24 61/21 62/4 64/22 64/22 66/1 79/8 84/18 84/18 90/3

Beliefs **[1]** 85/24

believe **[6]** 7/20 53/9 53/9 62/11 85/14 87/19

believed **[2]** 6/23 18/16

belt **[6]** 47/8 47/10 47/11 47/13 47/14 49/5

best **[2]** 95/7 95/11

better **[1]** 91/16

between **[12]** 12/4 12/11 12/24 14/9 14/16 15/11 21/17 39/14 39/16 42/11 43/19 85/8

Big **[1]** 30/15

bigger **[2]** 13/5 17/8

bikes **[1]** 32/12

bit **[7]** 9/24 10/21 13/2 13/5 16/19 19/14 86/18

Black **[1]** 16/13

book **[1]** 69/1

books **[1]** 91/10

BOP **[5]** 46/23 46/24 46/25 68/16 86/11

bored **[1]** 14/12

born **[1]** 29/2

both **[3]** 17/25 40/12 54/19

bothered **[1]** 16/5

boxers **[1]** 76/14

Brandy **[6]** 57/14 57/16 57/21 57/22 57/23 57/25

breakfast **[1]** 44/9

brewery **[2]** 6/7 6/8

briefly **[4]** 7/11 50/17 50/20 89/17

bring **[2]** 19/13 80/11

bringing **[3]** 5/11 62/4 80/25

brought **[1]** 80/22

building **[5]** 25/24 26/6 56/22 56/23 93/10

buildings **[1]** 26/7

built **[1]** 13/3

bunch **[3]** 13/10 14/12 36/1

bunk **[1]** 13/6

Bureau **[3]** 69/20 69/25 85/6

business **[16]** 41/11 58/4 58/6 58/6 58/7 58/9 70/3 70/5 70/10 71/16 83/13 83/15 83/17 83/18 83/20 95/20

busy **[1]** 41/8

but **[41]** 6/24 9/25 11/3 13/8 15/14 15/24 17/7 17/11 17/20 18/23 19/11 21/12 22/20 23/2 23/23 26/24 27/17 29/20 33/25 36/15 37/5 39/20 39/21 42/4 42/5 42/14 46/3 46/6 47/23 54/12 58/2

**B**

but… **[10]** 65/15 68/12 70/6 76/19 86/16 86/23 87/16 87/17 87/20 90/15

button **[2]** 47/6 47/7

button-up **[2]** 47/6 47/7

**C**

CADE **[1]** 1/23

calisthenics **[1]** 32/11

call **[23]** 5/11 31/19 36/5 39/10 40/23 44/1 44/1 44/9 45/10 48/20 48/22 48/24 50/3 56/2 56/3 69/8 69/8 69/10 69/11 69/14 69/20 69/25 86/12

called **[9]** 8/24 46/11 46/12 58/9 62/7 69/7 70/3 70/5 92/19

calling **[2]** 68/18 92/5

calls **[4]** 28/10 37/8 58/12 60/3

came **[19]** 15/7 17/24 31/23 32/18 33/1 44/13 59/13 62/6 62/18 63/11 64/6 64/10 66/25 79/3 85/2 89/10 90/13 90/15 93/4

can **[45]** 5/18 5/25 7/11 8/21 8/21 9/4 10/13 16/9 18/8 19/24 28/17 33/24 33/24 34/1 34/2 39/5 40/1 42/18 43/15 43/19 44/4 44/5 44/5 44/12 46/9 48/7 48/8 49/17 52/10 53/3 55/13 58/19 58/19 61/7 61/9 69/3 74/4 74/7 79/16 79/19 82/11 82/18 87/12 90/7 92/15

can't **[12]** 35/12 40/11 40/12 40/13 41/20 44/2 44/6 53/9 53/9 61/3 68/3

68/16

cancer **[1]** 8/9

cannot **[2]** 35/13 60/23

car **[2]** 53/15 83/5

card **[2]** 83/13 83/20

cards **[3]** 83/15 83/17 83/18

care **[2]** 86/21 87/6

cargo **[2]** 47/2 47/4

Carswell **[39]** 7/9 7/12 7/17 7/25 8/4 8/10 20/1 20/7 25/8 25/10 28/25 30/9 30/11 30/22 31/8 31/12 31/16 31/17 31/19 31/23 32/16 32/17 32/20 33/1 40/23 41/7 56/14 62/3 63/10 73/13 84/5 85/8 85/9 85/10 85/11 85/22 86/15 91/21 91/21

case **[7]** 1/5 21/24 22/1 22/2 39/24 39/25 92/22

cases **[1]** 26/15

caught **[1]** 43/24

cause **[1]** 3/8

cell **[4]** 13/15 13/17 14/24 48/25

cement **[1]** 12/12

center **[3]** 7/9 43/2 84/6

cents **[1]** 91/8

certain **[1]** 15/8

CERTIFICATE **[1]** 95/2

Certificate…………………………….95 **[1]** 4/8

certify **[2]** 95/4 95/12

chair **[1]** 8/21

change **[3]** 15/21 20/4 45/20

changed **[1]** 18/24

changing **[1]** 93/12

chaplain **[1]** 41/16

chapter **[1]** 68/7

characterize **[1]** 18/15

charge **[1]** 7/13

charges **[1]** 22/5

checked **[3]** 19/2 19/16 19/19

Cherry **[1]** 1/17

child **[2]** 72/6 72/9

children **[2]** 29/15 72/12

chosen **[1]** 7/3

chronic **[1]** 9/14

church **[2]** 41/15 41/15

circle **[6]** 43/5 43/10 44/23 45/18 45/22 47/21

city **[10]** 29/2 29/23 29/25 30/1 30/6 30/6 30/14 30/17 31/5 31/6

civil **[1]** 61/24

claim **[1]** 69/22

claims **[1]** 22/6

clarify **[1]** 90/7

class **[27]** 33/15 33/21 33/25 34/24 34/24 35/4 35/7 35/10 35/10 35/12 35/13 35/14 41/21 45/5 46/20 50/13 60/22 61/3 68/3 68/4 68/7 68/9 86/3 86/7 87/20 88/13 88/16

classes **[12]** 34/8 40/7 48/6 61/4 68/9 68/11 68/15 68/16 86/11 86/23 88/8 88/14

classroom **[1]** 45/22

clean **[4]** 36/1 78/18 78/19 78/22

clear **[6]** 6/14 22/14 50/12 82/16 84/15 90/16

Clerk **[1]** 46/1

clerk's **[2]** 46/2 46/14

clerks **[2]** 42/2 67/25

close **[1]** 52/1

closet **[2]** 57/1 57/2

closets **[2]** 57/3 57/4

clothes **[2]** 46/21 83/10

**C**

clothing [1] 16/10

college [4] 70/17 70/21 70/23 70/24

color [1] 16/12

come [31] 5/17 17/14 30/25 32/4 33/10 34/22 35/9 35/14 36/9 37/2 39/19 39/20 41/20 41/21 43/18 45/19 49/18 49/19 50/9 50/10 51/6 51/9 51/22 51/24 51/25 57/25 60/22 61/3 64/17 75/23 91/25

comes [4] 19/6 45/17 79/23 85/6

comforting [1] 10/3

coming [13] 31/21 34/19 36/25 41/16 41/16 44/8 44/19 51/3 73/4 73/5 73/6 73/7 73/18

comment [5] 10/17 75/1 75/10 90/22 91/1

comments [11] 39/2 73/8 73/9 73/11 73/12 73/19 73/21 74/4 75/8 84/16 84/24

common [1] 37/19

communicate [6] 19/18 20/14 21/1 82/23 83/1 83/3

communicated [1] 18/19

communicates [1] 19/15

communicating [1] 20/21

Communication [2] 87/14 87/20

complaint [4] 61/6 61/13 61/14 61/18

complaints [2] 61/8 61/9

complete [2] 5/4 28/5

completed [1] 11/10

completely [2] 14/21 14/21

complex [1] 30/3

complies [1] 95/13

compound [16] 30/19 32/25 33/13 43/23 43/24 44/1 44/4 44/6 45/10 48/11 48/11 48/13 48/22 49/9 50/3 61/10

compromise [1] 80/18

computer [1] 3/9

computerized [1] 3/9

concluded [1] 94/14

conclusion [1] 15/7

condition [1] 8/17

conditions [1] 9/14

Conduct [1] 88/12

Conference [1] 95/14

confined [1] 19/9

conflicting [1] 92/8

confusing [1] 21/4

confusion [1] 90/8

consensual [3] 54/19 54/23 54/24

consent [1] 55/4

consenting [3] 55/6 55/8 55/9

consider [1] 81/5

contact [4] 12/11 56/10 82/10 82/11

continue [2] 21/8 21/14

contraband [3] 80/21 81/1 81/5

conversation [8] 11/15 12/6 14/6 17/16 21/17 59/7 59/9 60/7

conversations [3] 10/3 10/7 11/20

convicted [1] 7/14

cook [1] 10/16

cooking [1] 10/16

cop [2] 77/9 77/9

copies [18] 58/11 68/6 68/8 68/9 68/10 68/12

68/12 68/14 68/15 68/17 68/18 68/19 68/21 68/24 68/25 69/1 69/4 83/22

copy [2] 47/19 68/13

corner [1] 43/19

correct [31] 6/15 6/18 7/15 7/18 8/18 8/25 11/8 22/18 23/7 23/15 23/18 25/1 25/21 42/8 42/9 60/8 62/18 62/19 63/11 63/12 63/16 64/24 70/1 70/4 70/14 70/16 70/18 75/25 76/9 89/9 95/5

correctional [6] 29/18 61/11 61/12 62/2 87/14 87/21

corroborating [1] 71/23

could [16] 13/5 18/25 19/10 19/11 32/8 33/25 34/1 53/23 54/16 54/17 74/7 85/3 86/18 90/13 90/14 91/23

couldn't [1] 39/7

Counsel [1] 5/9

count [3] 30/5 48/20 56/4

counted [1] 56/4

couple [4] 6/10 6/14 29/7 30/16

course [3] 68/23 82/9 87/13

courses [1] 88/7

court [17] 1/1 1/13 3/2 3/2 7/3 23/20 24/8 29/6 37/11 37/12 50/16 61/23 61/24 79/8 90/1 95/13 95/18

courtroom [3] 16/7 86/24 89/21

COVID [10] 8/11 8/12 13/8 31/24 31/25 33/1 35/18 85/20 86/5 95/8

COVID-19 [1] 95/8

CR [1] 1/5

Case 4:25-cr-00116-O    Document 81    Filed 06/24/25    Page 101 of 123   PageID 582

**C**

craft [1]  35/23
create [4]  32/7 32/10 32/11 60/22
credits [2]  11/2 35/6
criminal [1]  22/2
Cross [4]  4/3 4/6 21/22 63/8
Cross-Examination [4]  4/3 4/6 21/22 63/8
cry [1]  16/21
crying [1]  27/3
cum [4]  78/2 78/4 78/5 78/6
currently [3]  6/6 28/25 61/21
custody [1]  20/11
cutting [1]  35/25

**D**

Dallas [2]  1/24 93/7
DANICA [6]  1/11 3/10 5/4 5/11 6/1 84/2
date [1]  59/3
dated [1]  88/22
dates [3]  7/21 30/23 31/8
dating [1]  89/23
day [36]  13/12 13/13 31/2 31/15 31/15 33/16 33/18 35/17 36/17 37/23 38/3 38/4 38/6 38/22 38/24 38/25 39/23 41/3 41/5 41/8 41/11 41/23 42/11 43/9 46/22 48/19 60/20 62/21 64/11 76/16 78/10 89/10 92/4 93/17 93/18 95/15
days [2]  36/14 39/21
December [2]  23/8 23/13
decided [2]  11/3 14/20
deep [1]  17/11
defendant [4]  1/9 1/20

16/15 28/14
Defendant's [1]  24/4
defense [5]  28/10 87/16 87/17 87/18 87/19
defensive [1]  71/6
demonstrate [1]  50/16
department [10]  31/14 38/9 39/11 39/12 41/13 41/17 42/4 42/5 42/6 68/1
depended [1]  13/7
depends [1]  39/20
describe [6]  18/2 18/11 43/16 54/3 57/24 61/5
described [4]  18/1 18/10 18/15 56/12
desire [4]  6/11 20/22 21/1 21/14
desk [2]  51/3 51/24
detail [1]  26/13
detailed [1]  10/8
details [5]  7/7 11/17 21/2 59/21 59/22
dialysis [1]  8/8
Diana [9]  17/3 17/5 18/1 18/10 19/15 42/15 66/25 67/8 67/13
did [120]
didn't [44]  14/22 17/11 20/7 20/9 20/9 22/24 25/2 25/4 25/7 25/8 25/9 26/7 26/13 26/17 34/16 34/18 39/17 53/13 56/2 61/17 64/16 67/1 68/20 70/24 72/25 72/25 73/5 74/16 75/7 78/16 79/22 81/16 82/4 85/9 85/20 86/3 86/8 86/11 87/16 87/18 89/6 91/18 91/22 92/24
difference [2]  30/15 85/8
different [10]  6/20 11/15 13/2 14/19 30/13 30/18

30/25 34/4 34/20 73/19
direct [7]  4/2 4/5 5/22 28/21 34/6 45/12 71/24
direction [4]  43/10 51/21 66/12 66/13
disagree [1]  36/21
disclosure [2]  19/6 20/5
discombobulated [1]  8/14
discussions [1]  59/20
dispute [2]  72/2 72/4
district [8]  1/1 1/2 1/13 1/17 23/20 23/20 24/8 95/18
Diversity [1]  85/19
DIVISION [2]  1/3 95/19
do [104]
Dodge [1]  6/3
does [17]  13/17 17/13 19/18 21/24 24/16 45/15 45/15 46/1 47/1 47/21 53/1 61/12 71/14 75/9 75/10 75/17 82/14
doesn't [2]  46/25 75/12
doing [19]  11/10 30/20 30/21 34/24 35/21 35/22 35/23 35/25 41/18 51/17 52/11 52/13 52/25 53/6 54/17 55/9 56/17 73/16 74/18
DOJ [1]  21/17
don't [59]  7/20 9/25 11/23 12/2 15/24 17/20 17/20 19/3 21/7 21/8 22/1 22/2 23/23 24/13 27/1 27/10 31/3 32/25 33/11 33/23 34/3 34/4 34/24 38/17 38/18 38/18 39/10 43/5 46/7 47/13 47/14 48/18 48/21 55/7 55/8 58/5 61/9 61/14 61/20 65/14 67/10 68/25 69/2 69/8 69/15 69/20 69/25

## D

don't… **[12]**  70/5 72/17 72/22 72/23 75/21 77/24 79/17 83/17 83/18 87/9 88/1

done **[13]**  11/2 33/21 39/5 39/6 45/20 53/5 63/24 68/17 78/23 82/4 82/6 86/16 91/14

door **[10]**  13/17 19/11 43/18 43/20 45/9 45/10 45/15 50/4 51/7 51/9

down **[16]**  5/12 9/7 9/10 12/8 14/18 17/8 35/16 44/19 50/16 50/20 52/15 52/16 54/16 83/9 86/18 94/12

downtown **[2]**  62/5 93/9

drew **[1]**  44/19

drug **[1]**  7/13

due **[1]**  95/8

during **[11]**  8/11 17/13 31/24 31/25 33/1 35/18 36/4 41/20 73/1 86/4 86/15

duty **[4]**  40/6 47/2 47/13 93/18

## E

each **[6]**  17/9 33/14 34/7 35/19 43/19 82/11

early **[3]**  39/19 48/21 59/6

easily **[1]**  58/19

eat **[1]**  44/10

eating **[1]**  18/25

education **[4]**  33/24 41/12 67/11 67/14

eight **[6]**  25/18 26/25 39/14 39/15 39/16 46/8

eight-month **[2]**  25/18 26/25

either **[2]**  68/3 86/9

ejaculate **[8]**  12/12 54/1 54/5 54/6 54/8 54/10 77/21 78/1

ejaculated **[4]**  12/14 77/2 77/6 77/14

ejaculating **[1]**  54/12

ejaculation **[3]**  54/13 78/22 78/23

elapses **[1]**  19/15

else **[4]**  13/19 15/11 63/2 93/5

Empire **[1]**  58/10

employees **[2]**  69/20 69/25

encounter **[1]**  25/24

encounters **[3]**  14/16 25/12 25/18

end **[3]**  55/16 55/17 63/21

ended **[8]**  7/12 11/5 14/18 14/18 14/19 15/4 42/14 93/11

enforcement **[6]**  64/4 64/6 64/10 64/13 66/12 66/24

enjoyed **[1]**  10/5

enough **[1]**  17/11

enrolled **[1]**  35/12

entire **[1]**  59/7

entitled **[1]**  95/6

entry **[1]**  43/18

enunciate **[1]**  29/9

escape **[2]**  10/4 14/11

escorted **[3]**  64/20 65/4 66/3

especially **[1]**  31/6

estate **[9]**  58/4 58/6 58/6 58/7 58/9 58/15 68/7 68/9 68/15

Ethics **[1]**  88/12

evaluation **[2]**  40/20 40/22

even **[6]**  8/16 22/24 39/7 40/7 83/17 91/8

event **[1]**  45/4

eventually **[1]**  7/17

ever **[26]**  9/1 9/11 15/21 16/17 17/5 19/2 20/1 20/23 21/7 40/19 56/6 56/10 56/15 57/6 57/12 57/15 60/16 60/25 82/15 83/25 90/16 90/19 91/6 93/20 93/22 94/5

every **[12]**  32/16 36/13 36/17 37/23 37/25 38/4 38/21 39/21 60/20 90/15 93/17 93/18

everybody **[10]**  13/8 31/22 31/22 36/16 36/25 40/10 71/14 71/14 73/11 86/13

everyone **[5]**  5/18 22/14 28/17 52/10 93/23

everything **[8]**  11/23 17/18 18/25 39/7 55/19 74/15 90/10 90/12

evidence **[1]**  79/7

exact **[1]**  7/21

exam **[2]**  84/9 84/11

Examination **[10]**  4/2 4/3 4/5 4/6 4/7 5/22 21/22 28/21 63/8 89/18

example **[3]**  33/16 35/1 56/20

examples **[2]**  30/16 31/15

excused **[1]**  28/1

exercise **[3]**  32/12 32/13 32/15

exhibit **[5]**  24/4 58/7 58/15 85/13 85/15

Exhibit 1 **[1]**  24/4

Exhibit 8 **[1]**  85/15

exhibits **[1]**  42/19

expected **[2]**  66/14 66/19

experience **[2]**  18/19 30/13

explain **[5]**  48/14 58/16 60/12 92/14 92/15

explained **[1]**  60/14

extort **[1]**  55/14

# F

face [5]  50/9 50/9 50/10 50/10 52/1
facility [6]  20/12 32/16 84/7 84/8 84/9 84/10
facing [1]  50/14
fact [7]  6/14 63/13 70/17 71/3 71/6 72/12 80/10
failure [2]  23/21 24/18
fair [4]  8/13 10/5 15/11 21/16
fairly [2]  27/3 37/19
false [1]  78/8
family [2]  62/22 82/10
far [2]  29/11 51/1
fast [2]  11/23 12/9
FCRR [3]  3/2 95/4 95/17
February [1]  29/21
February 27 [1]  29/21
federal [10]  3/2 7/9 30/5 61/23 61/25 63/14 79/8 84/5 84/19 85/1
feds [1]  29/20
feel [6]  17/23 75/19 80/13 90/6 90/20 90/22
feeling [2]  91/11 91/14
fees [1]  95/12
felon [1]  7/14
felt [8]  10/3 15/25 60/1 62/20 81/18 91/12 91/13 91/15
female [5]  30/2 32/24 38/21 86/21 87/8
fertile [1]  72/18
fiancee [1]  89/22
Fielder [1]  1/21
Fifty [1]  38/25
fight [1]  92/21
figured [1]  26/15
filed [1]  22/5
find [1]  55/10
fine [1]  33/4

finished [2]  24/13 68/13
fire [1]  91/23
fired [4]  61/15 61/17 61/20 62/7
first [24]  8/10 10/14 10/19 18/21 18/21 29/17 33/17 42/11 43/11 43/13 45/18 58/20 58/23 60/13 61/11 69/3 69/6 69/21 69/23 70/1 93/5 93/22 93/23 94/7
fit [2]  32/15 47/2
fitness [5]  34/20 46/20 67/24 68/11 68/16
five [3]  27/11 31/11 35/10
floor [13]  12/12 12/14 42/19 42/24 43/2 54/10 54/11 54/13 78/3 78/4 78/5 78/22 79/6
focus [1]  15/20
folder [1]  50/12
folders [2]  46/20 50/11
follow [3]  45/15 77/11 92/23
followed [1]  62/11
Following [2]  5/4 28/5
food [2]  33/24 61/10
foregoing [2]  95/5 95/6
format [1]  95/12
former [1]  28/24
FORT [10]  1/3 1/6 1/8 3/3 6/3 30/10 30/11 62/5 95/19 95/20
Forty [2]  67/4 67/5
forward [2]  20/22 50/6
four [8]  17/7 25/18 26/24 31/11 35/10 39/20 65/1 65/4
fourth [1]  65/17
frame [2]  30/25 45/4
freaked [1]  59/15
free [6]  28/3 38/14 79/25

80/24 82/16 91/1
Friday [1]  38/14
front [6]  40/9 42/25 50/14 56/22 64/17 64/20
froze [6]  53/5 53/14 53/16 55/17 79/15 79/20
FSA [1]  11/2
FULBRIGHT [1]  1/23
fully [2]  34/3 41/8
fun [2]  27/6 27/9
further [6]  27/25 86/19 94/10 94/11 95/8 95/12

# G

gave [6]  59/14 63/17 74/21 76/16 79/9 86/10
GED [1]  45/22
get [64]  6/10 6/24 7/7 11/2 19/2 19/16 19/19 20/7 22/13 23/5 23/16 23/24 26/13 26/15 29/6 29/13 30/21 31/2 32/3 32/4 32/22 33/18 33/19 33/19 33/23 34/7 34/7 35/5 39/5 41/13 41/14 42/15 44/2 44/10 45/13 48/4 48/5 48/6 48/9 48/23 49/23 51/6 51/9 55/7 56/3 61/15 63/17 63/20 71/13 71/15 72/17 72/20 78/16 80/21 82/4 82/11 82/18 82/19 84/11 84/20 92/3 92/8 93/8 93/10
gets [1]  52/1
getting [13]  12/6 14/18 17/4 30/23 30/24 31/25 32/1 32/5 39/5 42/15 46/19 50/3 74/23
girls [3]  15/8 62/22 75/23
give [10]  9/24 11/3 11/12 30/16 31/15 33/16 40/19 82/10 83/4 91/6
given [3]  35/17 38/6 64/5

**G**

**Global [2]** 70/3 70/5

**gmail.com [2]** 3/4 95/21

**go [72]** 5/7 9/7 9/25 10/18 10/25 15/18 16/23 19/2 20/22 21/24 23/9 23/14 25/2 25/4 25/8 25/10 28/3 29/9 29/11 33/19 33/22 34/6 36/16 37/17 38/20 40/12 41/13 41/15 44/2 44/4 44/5 44/5 44/6 44/10 44/11 45/9 45/12 45/12 45/14 45/18 46/16 46/18 46/19 47/12 48/4 48/5 48/6 48/7 48/21 50/4 50/6 51/7 51/7 51/9 54/16 56/2 56/3 56/15 64/23 68/11 68/16 75/14 78/10 81/16 82/1 85/9 86/13 86/14 87/12 87/23 88/6 88/18

**goes [2]** 43/22 45/17

**going [51]** 6/23 6/23 10/18 14/9 15/10 15/17 17/24 18/18 19/2 20/6 20/8 23/17 23/22 24/3 25/3 25/23 29/6 31/5 31/7 32/2 32/3 32/23 32/25 33/6 34/15 36/2 37/6 39/10 39/24 42/5 45/5 50/21 50/23 51/21 52/1 53/10 58/1 64/18 64/21 71/17 73/3 78/19 79/21 80/11 81/11 81/12 82/23 90/3 91/25 93/6 93/12

**gone [1]** 89/3

**gonna [2]** 37/1 37/2

**good [12]** 5/8 5/17 5/18 5/21 5/24 28/16 28/17 36/20 51/16 51/17 71/3 77/8

**Google [2]** 58/17 58/23

**got [63]** 7/13 12/7 24/21 27/13 27/16 27/17 27/18 29/5 30/6 30/20 30/22 31/8 31/17 32/2 32/20 33/3 35/4 40/23 40/23 41/1 41/15 41/16 41/17 41/21 45/5 46/7 48/15 48/15 48/19 48/22 49/17 50/12 51/7 52/12 55/15 56/23 58/6 58/10 59/13 59/18 60/1 61/18 62/7 62/22 62/22 63/21 71/9 74/20 75/22 76/9 77/7 77/8 78/13 79/3 81/22 84/9 85/11 87/1 87/17 89/13 91/20 93/9 93/23

**government [6]** 1/6 1/15 5/10 61/25 84/19 89/12

**Government's [3]** 42/19 85/13 85/14

**grab [4]** 34/5 34/5 45/7 50/10

**grabbed [1]** 50/12

**grabbing [1]** 50/25

**grade [1]** 67/13

**green [5]** 43/5 44/19 44/22 45/18 47/21

**groin [1]** 52/18

**ground [1]** 12/13

**guard [3]** 9/2 61/6 61/12

**guards [1]** 61/7

**guess [5]** 10/2 15/23 43/15 68/5 89/11

**guilt [1]** 92/13

**guys [7]** 19/8 22/20 23/2 54/1 56/23 59/8 59/20

---

**H**

**had [75]** 5/8 6/20 6/25 8/12 10/25 11/3 12/25 13/8 13/8 13/12 14/2 14/19 17/5 17/7 17/8 17/25 18/24 20/9 22/22 25/18 26/19

32/1 32/12 32/13 34/15 36/4 36/5 39/6 39/21 39/24 42/14 44/8 44/24 46/3 47/18 47/19 47/20 54/8 54/8 55/4 55/5 55/11 55/23 55/24 56/8 59/5 59/9 59/19 59/22 60/10 60/12 60/14 60/14 61/5 61/16 63/23 66/20 69/4 69/6 69/23 70/7 70/12 72/9 74/20 74/23 78/18 78/24 79/9 80/14 83/1 83/3 83/22 85/21 86/15 91/20

**hadn't [2]** 11/2 11/10

**hair [2]** 37/7 38/7

**half [1]** 86/20

**halfway [1]** 27/17

**hand [3]** 5/14 28/12 52/22

**hands [8]** 11/24 52/8 52/9 52/12 52/20 53/1 53/11 55/16

**hang [6]** 57/8 57/22 62/15 62/15 76/5 76/5

**happen [6]** 15/11 57/15 61/6 64/22 86/8 93/6

**happened [34]** 10/14 11/16 11/18 11/23 12/4 12/8 12/8 12/10 12/16 12/19 13/1 13/24 14/1 14/24 14/25 18/12 20/2 20/4 20/10 20/16 21/6 53/21 53/22 54/4 55/3 55/4 56/13 57/16 74/15 78/10 79/24 83/25 91/22 92/4

**happening [4]** 14/15 52/23 53/9 65/24

**happens [8]** 45/9 45/16 48/14 49/15 50/2 51/8 51/19 53/4

**Harris [3]** 46/12 46/12 69/18

# H

**has [5]** 16/15 47/9 62/20 67/13 73/24

**have [129]**

**haven't [2]** 57/4 59/19

**having [4]** 9/1 20/22 69/22 71/16

**he [50]** 9/6 9/9 10/17 11/3 11/12 11/24 12/1 12/12 12/14 12/18 12/20 12/25 13/12 14/5 20/9 26/17 36/9 36/21 36/23 37/5 37/5 37/6 37/11 37/12 37/12 39/25 40/7 40/7 40/21 54/7 54/10 55/2 59/10 61/16 61/17 65/22 65/23 66/1 66/3 66/4 77/2 77/16 89/9 89/11 89/11 89/12 89/13 90/13 92/12 92/14

**he's [7]** 16/10 18/22 36/11 36/14 40/9 62/15 76/5

**health [1]** 9/14

**hear [13]** 5/19 8/22 28/18 38/17 38/17 38/18 38/18 38/18 38/19 49/7 49/17 85/3 95/7

**heard [7]** 53/17 53/17 53/25 57/1 60/12 61/16 90/1

**hearing [1]** 60/13

**hears [1]** 8/20

**hearsay [4]** 18/5 37/9 62/24 92/6

**heavy [1]** 29/5

**height [1]** 67/17

**held [2]** 8/9 13/6

**help [7]** 13/23 34/12 34/22 34/25 34/25 35/2 58/1

**her [85]** 5/11 17/5 17/11 17/11 17/12 18/1 18/10

18/17 18/19 18/25 19/4 22/19 22/25 32/12 33/3 33/10 33/12 33/14 34/5 34/5 34/6 34/12 35/3 35/4 35/4 35/8 41/21 42/2 42/3 44/25 45/2 45/3 48/11 50/9 51/7 51/20 51/22 51/25 52/16 52/21 52/22 53/11 53/12 53/12 53/13 54/16 54/17 55/15 57/6 57/12 57/24 60/21 60/22 67/10 67/17 68/18 68/20 69/4 72/17 72/20 73/21 73/23 73/24 73/25 81/9 81/12 81/12 81/16 81/17 82/24 83/1 83/4 83/7 83/9 83/9 83/12 83/19 83/22 87/1 89/23 90/4 90/17 90/20 91/6 91/8

**here [32]** 5/7 5/17 6/15 6/17 7/8 21/13 24/4 24/7 24/10 28/16 32/22 34/11 35/9 45/4 45/20 47/3 49/16 51/2 51/3 51/4 62/4 70/7 74/22 78/8 79/11 84/17 86/14 86/24 87/17 88/23 89/10 90/8

**Hers [1]** 18/13

**Herzfeld [15]** 32/18 32/20 33/7 33/8 33/10 34/14 34/15 35/2 42/20 45/13 60/17 60/19 60/20 61/1 61/3

**hey [15]** 5/20 17/6 32/3 33/3 45/11 48/22 55/3 63/18 68/17 68/18 79/24 80/24 81/15 82/10 90/13

**high [5]** 30/2 30/4 31/19 31/21 62/6

**high/medium [1]** 30/4

**him [20]** 9/8 10/1 10/5

10/19 12/6 14/21 14/22 15/9 16/9 17/2 18/19 20/10 22/1 37/6 50/16 77/6 77/7 90/13 90/15 92/14

**hired [2]** 93/5 93/6

**his [11]** 10/2 11/24 15/21 16/1 16/4 16/12 31/7 37/6 37/6 89/9 89/10

**hit [3]** 13/8 50/11 53/15

**hobby [1]** 35/23

**hold [18]** 33/6 37/14 37/14 42/17 45/14 48/13 77/10 77/10 81/25 81/25 86/1 86/1 86/25 86/25 93/1 93/1 93/11 93/11

**holler [3]** 37/3 82/11 82/18

**home [10]** 6/24 15/18 16/23 18/18 27/18 27/18 31/5 31/7 62/23 90/3

**hometown [1]** 6/4

**honest [2]** 79/14 79/18

**honestly [3]** 17/17 27/12 79/20

**Honor [22]** 5/11 16/14 18/5 21/20 21/21 24/1 28/1 28/10 28/20 37/8 42/18 44/14 44/17 50/15 62/24 63/3 71/21 84/13 89/15 89/17 92/13 94/10

**HONORABLE [1]** 1/12

**hooking [1]** 82/15

**hope [1]** 5/8

**Hopefully [1]** 82/3

**horrible [2]** 15/23 15/23

**hospital [4]** 8/24 13/4 33/13 44/12

**hours [1]** 9/6

**house [1]** 27/17

**how [45]** 7/12 9/8 10/1 10/22 11/20 15/25 16/1

**H**

**how... [38]** 18/2 18/22 26/19 27/13 29/11 29/15 35/16 36/12 38/6 38/21 39/9 39/13 48/14 48/24 49/22 51/1 55/16 55/17 55/25 59/24 60/15 60/19 62/20 66/16 67/1 67/3 67/6 70/22 75/3 76/21 78/10 79/13 80/4 84/11 86/24 87/11 91/16 93/8

**how's [2]** 37/3 37/3

**huh [15]** 6/9 7/23 15/5 16/21 19/5 19/7 20/13 22/1 22/10 23/10 24/12 25/13 26/4 27/4 77/22

**hundred [3]** 22/22 38/23 38/25

**HVAC [2]** 56/23 56/23

**I**

**I'll [4]** 21/20 82/10 82/18 89/15

**I'm [58]** 6/7 8/19 8/21 12/14 19/2 24/3 27/10 27/11 28/24 29/6 32/22 32/24 32/24 33/5 35/22 43/12 46/19 46/23 47/11 50/3 50/20 50/23 50/25 50/25 51/15 52/5 52/12 52/21 53/6 53/10 54/11 59/17 60/20 61/8 62/10 64/9 67/7 68/14 71/23 73/5 74/4 74/6 74/16 74/18 74/21 75/13 76/3 77/11 78/19 79/5 79/8 80/3 80/11 80/25 85/4 90/24 93/14 93/24

**I've [4]** 24/3 52/12 78/24 84/17

**idea [1]** 34/2

**identified [1]** 16/15

**identify [2]** 16/9 16/11

**if [46]** 10/19 12/17 17/1 17/22 19/12 20/9 26/2 26/17 35/14 35/21 36/15 36/25 38/4 38/20 39/6 43/4 49/16 50/25 51/2 53/10 57/16 58/17 58/18 58/18 61/5 61/10 61/12 61/14 61/16 61/17 61/18 61/19 63/21 63/23 68/4 69/22 78/18 79/6 79/9 86/18 87/9 87/10 91/19 91/21 91/22 91/24

**immediately [4]** 46/19 52/15 55/18 61/14

**imply [1]** 92/12

**important [1]** 8/19

**impossible [2]** 56/18 56/25

**in [240]**

**incarcerated [2]** 7/9 8/4

**incident [11]** 22/8 26/10 37/25 39/6 56/11 56/13 73/4 79/1 91/16 92/4

**Including [1]** 88/10

**increase [1]** 40/24

**Index.........................
...............96 [1]** 4/9

**indicating [8]** 43/12 45/20 47/20 51/4 51/4 51/21 52/6 52/7

**indulge [1]** 50/16

**info [2]** 82/10 82/11

**information [7]** 9/24 20/18 20/22 24/25 60/1 63/23 86/10

**Informed [2]** 86/21 87/6

**initial [3]** 9/5 93/22 93/23

**initially [4]** 8/5 9/8 9/22 18/20

**inmate [41]** 30/2 31/6 32/16 32/21 33/3 35/14 38/4 38/21 39/7 40/4

40/5 41/19 44/2 44/3 47/20 56/9 56/11 56/15 56/17 56/25 57/2 57/7 59/13 59/14 59/18 59/19 61/5 61/18 68/23 72/19 74/21 74/21 78/20 78/21 78/24 84/7 84/8 85/6 85/24 88/15 94/8

**inmates [64]** 30/5 30/19 31/8 31/25 32/8 32/12 32/22 33/11 33/11 33/12 33/13 33/14 33/23 33/24 33/24 33/25 34/7 34/9 34/10 35/5 35/16 36/23 36/24 37/1 37/3 37/6 37/19 38/1 38/6 38/10 39/2 41/13 41/14 41/18 44/10 44/12 47/24 48/4 48/20 48/23 49/8 49/10 49/18 49/20 55/22 56/3 56/24 56/24 60/24 68/2 68/10 68/10 69/7 69/10 73/6 73/9 73/11 73/12 73/14 74/2 80/18 84/5 84/16 84/24

**inner [1]** 37/4

**inquiries [1]** 24/19

**inquisitioned [1]** 66/8

**inside [6]** 12/25 40/11 40/17 40/18 43/18 55/25

**instead [3]** 42/2 60/25 81/11

**instructing [1]** 54/7

**instructor [1]** 34/21

**instructors [2]** 34/23 87/19

**interact [1]** 9/21

**interacted [1]** 84/2

**interactions [8]** 9/1 9/5 10/1 10/10 15/4 16/22 18/1 18/2

**intercom [1]** 48/25

## I

intercourse **[2]** 56/6 56/8
**Intervention [1]** 86/7
**interview [26]** 25/17 25/23
54/2 54/20 55/1 59/12
63/17 63/19 63/22 65/3
65/5 65/8 65/21 65/23
66/11 66/21 68/6 73/1
73/3 73/17 74/15 74/17
78/9 81/3 90/7 90/19
**interviewed [5]** 27/3
58/25 59/10 63/14 78/7
**into [14]** 5/18 7/7 9/25
16/24 17/4 26/13 28/17
37/2 45/17 50/6 64/23
80/22 81/1 82/4
**introduce [1]** 28/23
**investigators [1]** 85/2
**Investment [1]** 58/10
**involved [1]** 82/4
**Iowa [3]** 6/3 23/20 24/8
**ironic [1]** 84/11
**Irrelevant [1]** 92/10
**is [121]**
**isn't [1]** 87/21
**issue [2]** 31/10 91/24
**issues [1]** 32/2
**it [191]**
**it's [43]** 8/8 8/19 22/14
27/11 30/25 31/7 31/11
33/1 35/13 35/19 36/1
37/19 38/1 38/17 41/10
42/19 43/19 43/23 43/23
44/12 45/12 47/2 48/18
49/2 49/16 53/14 53/14
56/18 56/25 58/7 58/23
65/9 65/11 65/13 66/6
68/14 69/1 73/12 85/14
88/22 90/22 91/25 92/13
**itself [1]** 87/20

## J

jacket **[1]** 16/12
**Jackson [1]** 29/14
**jail [2]** 21/6 21/17
**jailer [1]** 29/17
**January [6]** 23/13 23/16
29/20 29/21 62/18 88/22
**January 25 [1]** 88/22
**job [18]** 31/12 31/22 32/2
32/7 33/10 33/14 34/5
35/5 39/6 39/7 41/20
41/21 60/21 60/21 60/22
62/2 62/3 62/7
**judge [2]** 1/13 17/21
**Judicial [1]** 95/13
**jug [1]** 48/7
**July [11]** 25/16 25/16
27/5 41/2 42/8 42/12 45/4
59/5 63/13 74/13 91/2
**July 25th [2]** 25/16 27/5
**July 27th or [1]** 63/13
**July 4th [1]** 42/8
**July 4th incident [1]** 91/2
**July 4th of [1]** 41/2
**July 4th that [1]** 74/13
**July 4th was [1]** 42/12
**jumped [2]** 55/17 79/21
**jumping [1]** 74/3
**June [1]** 89/24
**jury [14]** 1/11 6/20 7/5
7/11 8/20 9/4 9/24 10/13
13/23 28/23 43/17 54/3
61/5 63/2
**just [103]**

## K

keep **[5]** 15/10 15/17 38/18
81/16 81/17
**keycard [1]** 47/12
**kids [1]** 72/11
**kind [47]** 8/13 8/17 9/8
9/15 10/3 10/17 12/21 14/6
14/8 15/3 15/7 15/22
15/23 15/25 16/18 17/10
17/18 17/23 18/20 18/21
18/23 30/2 31/10 31/23
32/3 32/5 32/6 32/10 41/9
41/10 41/10 43/22 46/21
47/8 47/9 49/16 51/3
52/18 54/12 56/18 59/6
59/14 71/17 75/3 75/4
86/12 87/5
**kiss [8]** 12/1 51/25 52/2
52/3 52/3 52/5 52/14
52/14
**kitchen [1]** 41/20
**knees [1]** 52/16
**knew [4]** 17/10 17/22 58/4
80/13
**knock [1]** 19/11
**know [49]** 7/6 9/14 14/15
15/24 17/11 17/12 17/20
17/23 20/9 20/9 26/17
31/1 32/22 32/25 33/7
33/11 33/12 33/13 33/14
33/23 34/3 34/4 35/4
35/4 35/8 39/10 44/7
45/5 45/11 47/16 53/24
54/11 54/13 55/11 57/3
58/5 63/2 63/23 67/10
67/15 70/22 72/15 72/18
79/19 81/16 91/13 91/21
93/22 94/8
**knowledge [1]** 19/18
**known [3]** 24/25 26/16
69/23
**knows [1]** 33/11

## L

labeled **[1]** 46/13
**last [4]** 33/6 34/13 58/18
93/16
**lasted [1]** 76/22
**late [3]** 39/20 42/13 45/3
**later [3]** 55/14 79/24 80/2

**L**

laugh [1] 16/19
laughed [3] 17/23 18/21
 76/24
law [11] 1/20 23/21 23/23
 41/12 41/13 64/3 64/5
 64/10 64/13 66/12 66/24
lawsuit [1] 62/6
lawyer [5] 36/25 37/2
 92/22 93/6 93/9
leading [2] 19/21 66/13
lean [3] 51/25 52/3 52/5
learn [3] 31/21 31/22
 41/13
learned [2] 43/4 91/16
least [2] 38/23 40/14
leave [2] 9/10 19/8
leaving [2] 31/1 55/18
led [3] 12/7 86/8 87/19
left [2] 19/11 48/7
legs [4] 73/14 73/21 73/23
 73/24
let [14] 35/3 35/4 35/8
 41/2 45/11 51/18 64/8
 64/13 73/1 75/1 75/6
 75/11 75/19 76/20
let's [15] 6/10 6/14 35/23
 36/4 41/20 42/10 45/19
 80/11 85/13 85/14 85/17
 87/23 88/6 88/18 90/16
letting [3] 11/1 26/16 44/6
level [1] 67/24
LEWIS [5] 1/20 1/20 28/9
 89/16 93/12

Lewis...................21
 [1] 4/3
Lewis...................63
 [1] 4/6
library [1] 41/12
lieutenant [2] 38/12 61/11
life [7] 7/8 23/9 23/14
 23/17 27/12 30/6 84/18

lifers [1] 30/6
light [2] 13/5 13/6
like [115]
line [3] 10/21 36/17 44/20
lines [1] 24/10
literally [1] 74/22
little [15] 9/24 10/21 13/2
 13/3 13/5 16/19 19/14 32/8
 43/5 44/13 44/13 73/6
 75/1 75/10 86/18
live [1] 6/2
lived [1] 13/10
living [2] 14/20 84/17
LLP [1] 1/23
local [1] 20/11
lock [1] 13/17
lockers [2] 14/2 14/3
long [7] 14/16 27/13 31/11
 49/22 55/25 76/21 79/13
longer [1] 57/3
look [8] 11/22 27/10 38/8
 45/20 69/5 85/13 85/14
 85/17
looked [1] 58/17
looking [4] 30/24 57/17
 58/18 94/8
lookout [2] 57/15 57/17
lose [3] 62/2 91/20 91/20
lose-lose [1] 91/20
lost [1] 62/3
lot [13] 13/8 30/6 30/17
 30/18 30/19 30/20 30/22
 31/8 31/18 32/1 38/13
 85/21 89/5
lots [2] 36/7 36/8
loud [2] 5/18 28/17
love [1] 18/14
low [1] 30/4

**M**

ma'am [45] 5/13 21/24
 24/3 27/23 65/16 65/20
 65/25 66/7 66/10 67/10

67/15 67/18 67/23 68/2
 68/22 68/25 72/7 72/24
 76/23 77/1 77/24 78/4
 78/6 78/15 78/23 79/2
 79/7 79/12 79/14 79/17
 80/6 80/9 80/16 81/22
 82/25 83/3 83/6 83/8
 83/11 83/14 83/16 83/18
 83/21 85/4 89/5
made [6] 10/17 50/12 53/9
 69/2 69/4 73/19
main [1] 36/17
mainline [3] 44/9 44/10
 44/11
maintenance [3] 56/21
 56/23 61/10
majority [3] 36/17 69/16
 73/13
make [30] 7/5 18/3 19/2
 24/25 37/22 38/20 39/23
 45/11 55/3 55/10 55/13
 68/12 68/13 68/14 68/17
 68/19 68/21 68/23 73/7
 73/9 73/11 73/12 73/21
 75/1 75/8 75/10 83/22
 84/16 84/24 85/3
making [9] 20/5 38/22
 62/5 68/6 68/8 68/9
 68/10 68/12 68/15
male [5] 30/2 30/3 32/24
 37/2 85/9
Malone [7] 37/22 38/11
 42/2 65/2 65/3 65/5 66/5
Management [1] 85/19
manager [2] 6/7 6/8
manipulation [1] 85/6
many [10] 9/18 18/22
 26/20 29/15 35/16 39/9
 39/13 56/24 59/22 69/22
March [1] 41/1
MARERLLIS [8] 1/8 1/12
 4/4 28/5 28/11 28/24 69/5

# M

**MARERLLIS...** [1] 94/5
**marked** [1] 24/3
**Marquez** [1] 65/13
**marshals** [1] 47/3
**Martinez** [4] 64/25 65/6 65/11 76/24
**masks** [1] 95/9
**master's** [3] 29/12 29/13 67/11
**matter** [2] 61/10 95/7
**may** [24] 16/14 20/25 21/13 23/25 27/17 28/1 28/7 31/9 31/10 31/10 35/22 35/23 35/25 36/4 41/19 42/2 48/6 48/8 48/8 67/3 84/13 88/3 88/3 94/12
**maybe** [1] 75/13
**me** [107]
**mean** [22] 27/10 27/11 31/3 31/4 34/16 41/15 43/23 46/6 46/25 47/1 48/14 51/11 51/15 54/25 55/2 58/16 71/15 72/21 73/20 83/1 90/19 91/12
**Meaning** [8] 30/23 31/9 34/18 40/9 41/25 49/20 73/7 91/11
**meant** [1] 54/4
**medical** [13] 7/9 8/17 19/19 31/10 32/16 34/2 84/5 84/7 84/8 84/8 84/9 84/10 84/11
**medium** [1] 30/4
**meet** [2] 44/12 92/24
**meeting** [2] 39/24 40/1
**Mekaeil** [41] 22/16 34/9 34/10 34/12 34/12 35/1 42/16 43/11 43/14 44/22 47/17 47/18 48/10 50/5 50/21 51/1 56/7 57/8

57/22 58/4 58/5 60/16 60/25 61/2 67/3 68/6 68/14 68/19 69/2 71/24 72/15 73/4 73/16 73/17 73/18 74/3 74/13 79/7 79/23 80/7 82/9
**Mekaeil's** [1] 79/13
**member** [1] 61/19
**members'** [1] 82/10
**memo** [1] 89/10
**memory** [1] 24/16
**men** [2] 30/7 37/20
**mens** [2] 30/8 30/18
**mention** [1] 73/3
**mentioned** [4] 16/23 91/24 92/1 94/7
**met** [2] 9/8 32/20
**microphone** [1] 28/17
**microphones** [1] 5/18
**middle** [1] 43/23
**mile** [2] 32/14 32/14
**mind** [7] 18/17 20/5 30/25 45/4 53/7 53/8 74/22
**mine** [2] 46/6 79/9
**minute** [3] 43/25 59/9 80/15
**minutes** [6] 49/24 53/23 53/24 59/10 66/9 75/22
**miscommunication** [2] 21/1 21/13
**Misconduct** [1] 88/15
**miss** [2] 35/10 46/11
**Miss Walker** [1] 46/11
**missing** [1] 35/8
**Mississippi** [11] 29/4 29/14 70/10 70/13 70/15 70/17 70/19 70/20 71/16 72/9 72/11
**mistake** [1] 26/5
**mister** [1] 69/16
**moment** [17] 14/10 53/14 53/14 53/16 53/23 55/11

59/15 66/20 79/14 79/18 79/19 79/19 79/20 80/13 82/7 84/13 91/25
**Monday** [2] 36/14 87/24
**Monday's** [1] 87/25
**money** [5] 55/14 80/7 81/7 81/9 91/6
**MONTE** [1] 1/16
**Monte...................05** [1] 4/2
**month** [3] 7/25 25/18 26/25
**months** [4] 17/7 27/15 31/9 31/9
**more** [20] 10/3 10/8 10/8 10/11 12/21 12/25 18/22 18/23 18/24 27/21 32/8 35/21 35/21 38/14 41/8 56/19 82/4 83/18 86/22 88/3
**morning** [8] 5/24 33/19 44/8 44/9 44/11 44/12 48/22 59/6
**most** [8] 9/22 30/5 31/5 39/21 40/1 41/22 71/6 74/2
**mostly** [4] 9/14 27/6 36/13 42/4
**mouth** [5] 54/16 55/15 74/9 79/13 82/22
**move** [11] 43/24 43/25 44/2 45/11 45/12 48/16 53/10 55/3 55/10 55/13 83/7
**moved** [5] 14/18 14/22 16/24 17/4 17/6
**moving** [4] 27/12 32/5 38/18 51/12
**MR** [5] 1/20 1/23 4/3 4/6 76/24
**Mr.** [63] 9/2 9/5 9/21 12/11 12/24 13/24 14/9

## M

**Mr. . . . [56]** 15/4 15/11 16/3 16/7 16/23 17/14 18/2 18/11 18/16 18/20 20/2 20/5 20/16 21/2 21/7 21/24 22/3 22/5 24/25 25/18 26/20 28/9 28/23 29/2 29/11 36/19 36/20 37/16 40/19 42/24 50/20 61/16 61/18 63/5 63/10 65/19 65/21 66/22 67/3 68/5 69/7 69/8 69/10 69/14 69/14 75/15 76/20 79/11 82/3 84/15 88/20 89/16 89/20 90/14 93/12 93/16

**Mr. Lewis [3]** 28/9 89/16 93/12

**Mr. Nix [50]** 9/2 9/5 9/21 12/11 12/24 13/24 14/9 15/4 15/11 16/3 16/7 16/23 17/14 18/2 18/11 18/16 18/20 20/2 20/5 20/16 21/2 21/7 21/24 22/3 22/5 24/25 25/18 26/20 28/23 29/2 29/11 42/24 50/20 63/5 63/10 66/22 67/3 68/5 69/7 69/8 69/10 75/15 76/20 79/11 82/3 84/15 88/20 89/20 90/14 93/16

**Mr. Taylor [9]** 36/19 36/20 40/19 61/16 61/18 65/19 65/21 69/14 69/14

**Mr. Taylor's [1]** 37/16

**MS [9]** 1/15 1/16 4/2 4/5 4/7 5/24 45/13 46/12 60/20

**Ms. [61]** 6/11 8/10 8/19 16/18 22/16 32/18 33/7 33/8 33/10 34/9 34/10 35/1 35/2 37/22 38/11 42/20 43/11 43/14 44/22 47/17 47/18 46/10 50/5 50/21 51/1 56/7 57/5 57/7 57/8 57/13 57/22 58/4 58/5 60/16 60/17 60/19 60/25 61/1 61/2 61/3 65/2 65/3 65/5 66/5 68/6 68/14 68/19 69/2 71/24 72/15 73/4 73/16 73/17 73/18 74/3 74/13 79/7 79/13 79/23 80/7 82/9

**Ms. Herzfeld [9]** 32/18 33/7 33/10 35/2 42/20 60/17 60/19 61/1 61/3

**Ms. Malone [6]** 37/22 38/11 65/2 65/3 65/5 66/5

**Ms. Mekaeil [37]** 22/16 34/9 34/10 35/1 43/11 43/14 44/22 47/17 47/18 48/10 50/5 50/21 51/1 56/7 57/8 57/22 58/4 58/5 60/16 60/25 61/2 68/6 68/14 68/19 69/2 71/24 72/15 73/4 73/16 73/17 73/18 74/3 74/13 79/7 79/23 80/7 82/9

**Ms. Mekaeil's [1]** 79/13

**Ms. Pulley [7]** 6/11 8/10 8/19 16/18 57/5 57/7 57/13

**much [4]** 30/21 32/1 48/18 48/21

**must [3]** 44/8 45/4 58/10

**my [70]** 8/21 10/4 12/8 13/2 13/2 13/13 14/11 27/12 32/2 32/7 33/19 35/5 36/11 36/14 45/4 45/13 46/5 46/23 46/23 46/24 47/12 47/12 47/12 47/12 47/13 48/24 49/17 50/4 50/11 52/12 52/20 52/22 53/2 53/8 53/11 54/8 57/7 58/5 58/11 58/18 60/21 62/3 62/22 68/12 68/15 68/17 69/1 69/2 69/3 69/5 69/6 69/23 70/6 72/11 72/19 74/22 76/9 76/14 77/6 77/7 81/22 82/10 82/22 84/17 84/18 84/20 89/22 93/16 95/7 95/11

**myself [2]** 13/11 90/11

## N

**name [25]** 5/25 9/2 34/13 46/20 58/10 58/18 58/20 58/22 65/14 69/1 69/2 69/4 69/5 69/6 69/21 69/24 70/1 70/6 88/23 88/23 93/18 93/20 93/24 94/1 94/7

**names [2]** 33/6 35/4

**narrative [1]** 44/15

**nasty [2]** 10/17 18/22

**nature [1]** 17/16

**near [2]** 52/20 89/25

**necessarily [1]** 66/18

**need [14]** 17/19 32/3 32/4 32/4 33/20 33/21 34/7 34/25 35/9 39/25 48/6 48/8 50/12 61/3

**needed [3]** 15/20 19/12 19/12

**Negative [1]** 72/19

**neither [1]** 84/11

**nervous [8]** 16/20 59/17 59/17 66/20 77/4 77/7 77/18 77/19

**never [32]** 15/10 17/7 17/8 19/11 22/20 33/1 37/5 53/11 53/12 56/8 56/17 57/13 57/16 60/18 67/7 69/6 72/4 72/19 73/25 75/6 78/24 82/21 82/25 83/4 83/7 83/9 83/12

**N**

never… **[5]** 83/19 83/22 84/2 85/11 86/23

new **[4]** 23/20 23/23 32/24 32/24

Newman **[1]** 86/8

next **[12]** 31/2 33/22 34/6 37/17 44/16 45/8 48/10 87/12 87/23 88/6 88/18 93/1

night **[2]** 5/8 90/3

nightmare **[1]** 62/21

nine **[3]** 62/13 84/20 86/11

ninth **[1]** 67/13

ninth-grade **[1]** 67/13

NIX **[70]** 1/8 1/12 4/4 9/2 9/5 9/21 12/11 12/24 13/24 14/9 15/4 15/11 16/3 16/7 16/23 17/14 17/22 18/2 18/11 18/16 18/20 20/2 20/5 20/16 21/2 21/7 21/9 22/3 22/5 24/25 25/18 26/20 28/6 28/11 28/23 28/24 29/2 29/11 42/24 50/20 58/18 63/5 63/10 66/22 67/3 68/5 69/5 69/5 69/7 69/8 69/9 69/10 69/11 69/12 70/3 70/5 73/12 75/15 76/20 79/11 82/3 84/15 88/20 88/23 89/20 90/14 93/16 94/4 94/5 94/9

no **[128]**

nobody **[1]** 83/3

none **[2]** 69/1 83/25

nonresponsive **[3]** 44/15 57/18 92/5

normal **[2]** 33/2 48/19

normally **[4]** 13/7 33/18 41/23 78/21

North **[1]** 44/5

NORTHERN **[4]** 1/2 1/17

23/20 95/18

NORTON **[1]** 1/12

not **[103]**

nothing **[4]** 12/21 70/7 91/15 94/11

notice **[1]** 16/18

noticed **[1]** 31/18

November **[1]** 23/8

now **[37]** 7/7 8/22 20/25 21/13 22/8 24/18 25/11 27/2 29/11 38/11 39/9 41/7 51/10 51/14 54/3 54/18 58/25 60/16 62/9 68/5 68/20 70/3 74/4 74/7 74/17 75/5 79/8 79/11 79/23 81/9 82/21 86/12 86/24 91/1 92/1 93/14 93/16

numbered **[1]** 3/8

nut **[1]** 72/21

**O**

O'CONNOR **[1]** 1/12

oath **[1]** 5/15

objection **[13]** 18/5 19/21 37/8 44/14 57/9 57/18 58/12 60/3 62/24 63/3 71/21 92/5 92/10

observed **[1]** 15/15

obviously **[1]** 15/18

occurred **[2]** 13/13 13/14

October **[1]** 23/8

off **[18]** 18/22 18/23 29/19 39/21 41/9 49/18 53/13 60/6 78/22 85/21 85/22 86/10 86/16 86/22 89/6 89/7 89/9 89/13

Offenders **[3]** 86/22 87/8 88/10

offer **[1]** 11/12

offered **[1]** 83/4

office **[24]** 11/4 11/6 33/19 45/13 45/21 46/2 46/3

46/4 46/5 46/5 46/7 46/8 46/9 46/14 47/23 47/23 47/24 47/25 50/5 50/6 50/7 51/2 55/18 79/6

officer **[17]** 26/2 29/18 35/21 36/9 36/12 44/1 44/7 45/10 54/6 54/6 61/12 62/2 69/11 69/12 69/15 69/16 69/18

officers **[6]** 19/13 35/20 43/23 47/9 61/11 80/19

official **[4]** 20/14 20/21 21/6 95/18

often **[4]** 36/12 38/6 38/21 60/19

oh **[8]** 8/21 18/22 21/9 64/16 72/5 83/17 83/22 85/23

OIG **[3]** 21/17 54/6 65/1

okay **[146]**

old **[3]** 14/12 67/3 67/8

older **[2]** 9/15 13/10

on **[165]**

once **[9]** 24/13 32/20 35/10 50/10 55/17 60/1 65/7 65/8 79/20

one **[51]** 9/16 12/25 13/1 13/19 14/2 14/3 15/8 18/3 18/11 23/23 23/24 24/21 25/24 26/9 26/25 34/9 34/10 35/21 35/21 35/23 35/25 38/17 39/19 39/23 40/17 40/17 40/18 40/18 42/2 42/19 42/21 42/22 45/25 48/13 54/22 56/5 56/11 58/23 60/22 60/23 61/4 64/6 64/17 69/3 70/6 71/7 77/8 77/9 84/11 84/19 85/12

one-time **[2]** 18/3 18/11

ones **[3]** 9/16 32/13 41/18

online **[1]** 88/8

**O**

only [7]  14/24 15/8 17/7 19/10 56/13 68/2 84/10
oOo [1]  5/2
open [3]  45/8 73/14 73/21
opened [5]  10/25 45/10 54/16 70/6 73/24
opening [1]  73/23
operation [2]  33/2 34/3
or [64]  8/8 10/15 11/2 12/18 14/15 14/25 15/3 15/14 16/18 18/4 18/11 19/8 19/12 21/17 25/16 26/2 27/21 29/17 30/7 31/10 31/11 35/9 35/9 35/10 35/24 36/16 37/25 38/11 38/12 38/15 39/18 39/19 39/20 40/3 40/10 41/8 47/9 48/6 48/25 54/19 55/6 58/4 59/3 59/5 61/6 61/12 63/13 66/22 67/17 67/22 68/3 69/18 71/9 72/3 72/20 82/10 84/9 84/22 88/3 89/8 90/19 90/23 93/17 95/9
oral [2]  76/16 76/21
order [1]  29/5
orderlies [2]  36/2 78/18
orderly [5]  34/19 34/20 34/22 45/6 58/1
other [15]  9/13 12/23 17/9 20/23 35/20 38/14 39/20 40/3 49/17 56/6 56/11 68/11 82/11 89/10 89/20
ought [1]  83/7
our [2]  9/7 46/9
out [64]  6/10 10/15 10/21 10/24 17/24 19/6 19/11 27/16 27/17 30/21 30/22 30/23 30/24 31/2 31/8 31/25 32/7 34/22 35/3

35/5 35/11 35/19 36/1 36/3 37/6 38/12 38/13 40/9 41/20 41/22 43/22 44/25 48/7 48/21 48/23 49/19 50/4 51/6 51/7 51/9 55/12 55/18 55/22 57/22 57/25 58/11 59/11 59/15 61/3 63/11 65/8 66/5 67/1 70/10 74/2 74/16 78/2 78/4 78/19 82/12 82/18 82/22 92/13 93/6
outdoor [1]  26/7
outfit [1]  6/21
outside [16]  10/25 11/4 11/6 12/4 32/4 32/8 34/19 38/10 40/11 40/17 40/18 55/19 74/2 75/23 78/25 79/22
over [11]  18/4 18/12 18/13 25/18 26/24 38/23 42/5 48/25 60/15 62/4 86/14
overflow [1]  9/16
overlap [2]  39/18 39/19
overrule [1]  37/15
Overruled [3]  18/6 19/22 71/25
overtime [4]  9/6 9/9 13/1 13/12
own [2]  36/2 46/9

**P**

page [7]  42/21 42/22 85/17 87/12 87/23 88/6 88/18
page 2 [3]  42/21 42/22 85/17
paid [3]  67/17 67/24 68/2
PALMER [1]  1/23
pandemic [1]  95/8
pant [1]  47/2
pants [7]  12/8 46/24 46/25 47/2 47/4 53/2 76/9

paper [9]  27/19 45/13 63/18 63/20 63/21 63/23 78/13 78/16 79/5
papers [1]  55/19
paperwork [3]  33/20 35/3 50/25
part [6]  9/22 26/5 80/21 84/21 92/20 92/20
participants [1]  95/9
participate [1]  34/24
participated [1]  88/4
participating [1]  35/7
pass [3]  21/20 63/7 89/15
past [2]  51/7 51/9
paternity [2]  71/17 72/3
paused [1]  53/16
pay [5]  40/24 81/9 81/12 81/12 81/16
pending [1]  22/2
penis [1]  79/13
penitentiary [1]  30/4
people [16]  8/8 9/13 9/18 13/8 13/10 14/12 22/22 30/20 30/21 30/22 34/23 36/7 36/8 38/14 49/17 80/18
per [1]  10/25
perceived [1]  15/14
perhaps [1]  64/8
period [6]  18/4 18/12 18/13 25/19 26/25 36/4
person [6]  15/23 15/24 34/25 65/17 72/9 80/10
personal [6]  10/8 20/21 68/24 68/25 83/23 83/24
personally [1]  20/20
phone [1]  48/25
phrase [2]  34/17 53/21
phrases [1]  90/9
physical [6]  10/11 10/22 11/21 12/24 15/11 16/3
physically [2]  11/24 12/5

# P

pick [2]  33/14 34/11
picked [1]  36/15
piece [4]  63/18 63/20
 63/21 63/22
place [2]  8/8 11/5
places [1]  31/6
plan [4]  20/2 42/19 42/24
 43/2
Plano [1]  28/25
plans [1]  83/1
play [1]  70/23
played [3]  70/19 70/20
 70/24
player [1]  71/6
playing [2]  77/8 77/9
please [5]  5/6 5/14 28/13
 28/16 28/23
plus [1]  40/18
pockets [2]  47/4 47/5
point [14]  10/7 15/20 16/9
 16/11 16/22 17/13 22/21
 32/19 47/17 53/4 53/5
 53/5 54/22 71/7
points [1]  11/2
police [2]  47/9 47/14
polo [1]  47/6
pops [1]  58/23
position [3]  84/15 84/17
 85/1
possession [1]  89/13
possible [7]  30/24 38/1
 39/5 46/9 50/15 59/18
 61/2
Practices [1]  85/24
PREA [1]  26/15
pregnant [6]  59/14 59/18
 72/17 72/20 74/21 74/24
Premier [1]  62/6
prescribed [1]  95/13
present [3]  21/16 66/1
 89/20

president [3]  92/9 92/19
 92/21
pretty [5]  14/17 15/1
 29/5 71/3 72/18
Prevention [2]  86/7 86/21
primarily [1]  9/13
print [1]  35/3
printed [1]  88/23
printing [1]  58/11
prison [18]  8/14 23/5 25/2
 25/3 25/4 25/5 26/16
 27/13 29/19 30/1 30/3
 30/5 30/17 31/1 36/25
 37/2 69/25 81/1
Prison's [1]  69/20
prisons [2]  80/22 85/6
probably [5]  9/16 29/20
 54/15 58/1 83/12
procedure [1]  92/24
procedures [1]  62/11
proceed [2]  21/8 53/1
proceedings [2]  95/6 95/10
process [2]  21/14 35/18
processes [1]  21/10
produced [1]  3/9
professional [4]  9/22 10/2
 10/8 10/11
program [5]  32/5 32/7
 86/7 87/5 87/8
programming [1]  41/18
programs [2]  32/10 32/11
project [1]  11/9
pronounce [1]  69/3
propositioned [2]  36/23
 37/5
prosecuted [1]  79/8
prosecutor [1]  93/10
provided [1]  20/18
publish [1]  42/18
pull [8]  8/21 36/2 48/7
 58/19 60/16 60/19 60/20
 60/25

pulled [3]  12/7 44/25
 59/11
PULLEY [14]  1/11 4/1 5/5
 5/11 5/24 6/1 6/11 8/10
 8/19 16/18 57/5 57/7
 57/13 84/2
pulling [1]  60/17
punishment [1]  61/13
Purple [1]  16/11
pursue [1]  26/14
put [13]  11/24 26/2 35/6
 43/10 45/18 45/25 47/12
 47/21 48/8 50/11 53/11
 62/13 91/8
putting [1]  74/8

# Q

QSI [1]  40/23
quarantine [9]  13/9 16/24
 17/1 17/4 17/13 19/4 22/16
 23/2 23/3
quarters [1]  23/2
question [21]  21/4 37/17
 44/16 48/24 64/8 70/25
 75/5 75/6 75/7 76/4 76/6
 77/11 77/11 77/16 77/17
 82/21 86/1 90/12 90/15
 93/2 93/16
questioning [1]  54/6
questions [18]  23/21 27/25
 54/18 54/20 55/2 66/2
 66/4 66/13 66/16 66/17
 74/18 74/22 77/8 80/2
 80/4 87/1 90/6 94/10
quick [13]  14/15 14/17
 30/24 49/25 50/1 53/22
 74/14 75/2 75/11 75/19
 77/3 77/7 77/14
quickly [5]  30/23 52/19
 53/22 53/24 55/11
quiet [1]  12/21

**R**

**raise [3]**  5/13 28/12 40/24
**raised [1]**  92/12
**ran [8]**  33/15 55/19 58/7 58/9 58/16 79/7 79/21 79/22
**rapist [1]**  84/18
**RDR [3]**  3/2 95/4 95/17
**reaction [1]**  18/20
**read [5]**  24/7 24/10 24/13 24/15 86/13
**reading [2]**  75/3 75/3
**ready [11]**  5/7 6/17 43/6 45/11 48/12 48/12 49/7 49/9 49/19 51/6 51/9
**real [11]**  29/24 52/19 58/3 58/5 58/6 58/7 58/9 58/15 68/7 68/8 68/15
**reality [2]**  10/4 14/11
**realize [5]**  56/19 62/22 79/21 80/3 81/23
**really [23]**  9/20 12/22 14/7 14/15 14/21 15/19 16/6 17/6 17/8 18/13 22/20 22/25 26/13 26/14 26/17 32/25 34/24 38/15 53/23 69/16 78/10 87/3 89/5
**reason [1]**  83/3
**reasoning [1]**  15/6
**reasons [2]**  83/23 83/24
**rec [66]**  10/24 11/4 11/6 12/4 25/24 26/6 26/6 26/7 26/12 34/19 34/20 34/20 34/22 35/17 35/20 35/21 35/22 35/25 36/2 38/9 38/16 39/9 39/11 39/12 39/16 39/19 39/23 40/3 40/10 40/11 41/17 42/16 43/2 43/18 43/19 44/4 45/12 46/4 46/5 46/6 46/7 46/11 46/12

47/11 47/15 48/11 48/12 48/15 49/7 50/3 55/19 55/21 55/25 56/2 56/5 56/21 56/22 57/25 58/1 61/6 61/10 65/2 65/18 67/25 74/1 74/2
**recall [18]**  7/19 9/1 10/13 10/19 11/23 12/1 12/16 12/19 14/14 20/23 25/25 27/1 27/2 27/7 42/11 56/3 87/9 88/1
**receive [1]**  23/20
**recognition [4]**  71/9 71/12 71/13 71/15
**recognize [1]**  42/24
**recollection [2]**  20/21 21/7
**record [3]**  5/25 16/14 95/6
**recorded [6]**  59/1 59/21 59/23 59/25 59/25 66/11
**recorder [1]**  59/11
**recording [16]**  53/17 59/7 59/10 60/9 60/10 60/15 66/9 75/9 75/12 75/13 75/15 75/17 75/18 76/2 76/8 76/11
**recreation [1]**  67/25
**recreational [4]**  28/24 31/13 31/18 67/19
**Redirect [2]**  4/7 89/18
**REED [1]**  1/12
**reflect [1]**  16/14
**refresh [1]**  24/16
**regarding [1]**  20/16
**regular [8]**  9/18 41/10 41/11 41/23 46/23 47/11 47/13 47/13
**relationship [2]**  18/10 18/16
**release [3]**  20/1 23/22 27/21
**released [3]**  7/24 23/5

28/1
**relevance [2]**  91/21 91/22
**relevant [1]**  92/13
**religious [1]**  41/14
**reliving [1]**  17/18
**remember [20]**  7/20 7/24 9/4 12/2 12/3 12/6 17/2 23/23 24/18 25/17 37/16 41/5 53/18 54/19 57/21 59/3 65/14 77/24 85/20 86/5
**repeat [1]**  29/7
**repeating [2]**  90/23 90/24
**rephrase [2]**  21/5 73/1
**report [9]**  26/3 27/5 37/23 38/20 39/6 61/12 61/14 61/17 91/16
**reported [1]**  3/8
**reporter [4]**  3/2 3/2 29/6 95/18
**Reporter's [2]**  4/8 95/2
**reports [3]**  38/4 38/22 38/25
**representing [1]**  93/14
**require [1]**  39/8
**required [1]**  37/22
**requirements [1]**  62/12
**reside [1]**  28/25
**resign [2]**  92/18 92/21
**resigned [5]**  63/10 92/1 92/13 92/16 92/19
**resigning [1]**  92/8
**respect [1]**  30/20
**respond [1]**  49/11
**responded [2]**  74/11 77/17
**responding [3]**  75/7 76/3 82/20
**response [10]**  77/4 77/6 77/7 77/23 80/10 80/25 81/18 81/21 81/22 81/23
**rest [1]**  41/9
**revoked [1]**  27/14

**R**

**right [136]**

**rise [2]** 31/20 31/21

**risk [1]** 30/2

**RMR [3]** 3/2 95/4 95/17

**romantic [1]** 90/3

**room [25]** 13/2 13/4 13/11 13/11 13/13 13/14 13/24 14/1 14/2 19/11 26/12 46/13 47/16 47/19 47/20 64/21 64/23 64/25 65/4 65/7 65/8 65/22 65/23 66/3 87/2

**rooms [2]** 13/2 13/3

**ROSE [1]** 1/23

**Ross [1]** 1/24

**roughly [2]** 7/22 67/16

**rules [1]** 68/24

**run [4]** 33/15 41/23 61/3 68/17

**running [14]** 33/2 34/4 34/8 36/7 36/8 40/7 42/6 42/12 42/14 45/3 53/7 53/8 55/12 61/4

**rush [1]** 54/8

**S**

**said [87]** 9/25 11/7 11/9 11/14 12/14 12/22 13/24 14/3 14/5 14/11 25/12 25/17 25/24 32/3 33/4 34/16 36/23 37/5 37/6 37/11 37/12 37/22 38/21 39/7 48/11 48/12 48/13 51/10 51/11 51/13 51/16 51/17 51/18 54/10 57/14 58/11 59/15 67/11 68/5 69/5 69/6 69/23 70/20 71/24 72/12 72/15 73/17 73/20 74/6 74/13 75/6 75/21 75/25 76/8 76/13 76/17 76/22 77/22 78/2

78/13 78/25 80/2 80/15 82/3 82/6 82/10 82/13 82/13 82/17 82/21 82/25 87/9 90/10 90/12 90/13 90/14 90/14 90/23 90/23 90/24 90/25 91/4 91/10 91/14 91/19 91/22 93/24

**SALEEM [1]** 1/15

**Saleem................28 [1]** 4/5

**Saleem...............89 [1]** 4/7

**same [7]** 22/19 22/24 32/17 39/17 40/11 40/12 65/23

**sat [3]** 17/8 18/24 65/21

**sausage [2]** 10/16 10/16

**saw [8]** 15/10 36/9 44/22 45/2 45/3 48/11 58/11 62/13

**say [94]** 5/19 8/13 9/9 10/5 12/10 15/3 15/12 17/24 18/9 19/14 21/3 21/16 28/18 29/7 29/24 30/16 35/23 36/4 36/21 36/24 37/1 37/20 38/2 38/4 38/5 38/6 38/15 38/16 38/23 41/8 41/20 44/4 45/11 45/19 46/1 46/2 47/18 47/22 47/23 48/22 49/7 49/13 49/14 49/16 49/17 49/18 53/11 53/18 53/23 53/25 54/10 54/22 55/13 56/20 60/15 61/20 68/13 68/17 69/15 69/16 69/16 70/24 72/25 72/25 73/5 73/5 73/6 74/3 74/13 74/16 74/25 75/9 75/12 75/13 76/20 78/11 79/18 79/20 79/23 80/1 80/7 81/11 81/11 81/15 81/20 82/9 82/14

82/17 85/3 87/10 90/14 90/17 90/19 91/22

**saying [40]** 10/19 20/23 21/7 26/19 27/1 37/4 37/19 54/7 54/7 54/11 55/4 56/21 58/22 61/19 63/21 64/20 66/8 68/14 68/18 68/20 72/2 73/6 73/25 74/1 74/6 74/25 75/4 75/4 75/5 75/9 75/10 75/14 76/3 79/5 85/4 90/7 90/9 90/10 90/11 90/16

**says [13]** 27/5 45/25 75/15 75/18 76/2 76/8 76/11 79/24 80/24 81/3 81/4 85/23 86/20

**schedule [4]** 39/21 42/14 87/25 88/2

**scheduled [2]** 40/15 40/16

**schedules [1]** 34/4

**school [3]** 29/11 62/6 62/7

**schoolteacher [1]** 62/4

**screen [1]** 43/5

**scroll [1]** 86/18

**seat [3]** 5/17 6/12 28/16

**seated [2]** 5/6 28/8

**second [12]** 23/23 33/6 37/14 37/14 42/17 45/14 48/13 53/21 77/10 86/20 86/25 86/25

**seconds [5]** 53/18 53/20 76/17 76/22 79/16

**secure [1]** 47/14

**see [25]** 16/7 24/8 33/20 36/12 36/13 36/16 36/17 40/19 43/11 43/13 43/19 47/8 48/10 52/10 57/24 74/4 74/7 74/7 75/22 80/11 85/18 86/24 87/10 87/16 88/20

**seem [1]** 18/3

# S

seen [2]  58/17 73/25
self [4]  87/16 87/17 87/18
87/19
self-defense [4]  87/16
87/17 87/18 87/19
semen [1]  78/12
send [2]  35/19 49/20
sensitive [1]  55/16
sent [3]  20/6 20/7 26/16
September [7]  23/8 24/24
25/21 25/23 27/2 27/16
95/15
September 21 [1]  27/2
serve [1]  57/14
service [3]  33/25 41/14
61/10
set [1]  18/17
setup [1]  85/2
seven [5]  39/14 39/15
39/16 42/15 46/8
sex [12]  14/2 17/25 26/19
56/16 56/18 57/6 59/19
69/22 69/23 76/16 76/21
78/24
sexual [7]  12/11 25/12
56/6 56/8 56/10 86/6
88/15
SHANE [2]  1/20 1/20
share [3]  46/8 46/10 46/11
shared [1]  46/13
she [150]
She'll [1]  68/15
she's [8]  33/3 34/19
41/22 48/3 52/1 52/16
55/15 74/6
shed [4]  56/15 56/17
56/19 56/20
shift [3]  13/1 13/12 36/16
shifts [2]  9/9 39/18
Shiny [1]  6/7
shirt [5]  46/23 46/25

47/6 47/6 47/7
shoes [2]  37/3 38/7
shots [1]  38/3
should [6]  13/7 26/8 43/15
69/23 91/13 91/15
show [9]  24/3 43/5 43/6
51/16 51/17 51/18 73/14
73/21 88/14
showed [4]  42/20 83/12
83/19 93/9
showing [1]  35/6
shows [1]  88/2
shrugged [1]  18/23
shut [2]  9/7 9/10
SIA [3]  42/1 42/2 61/11
sick [1]  32/1
side [1]  47/12
sideways [1]  52/10
sign [8]  35/13 35/14 85/21
86/10 86/16 89/6 89/7
89/13
signature [2]  89/1 89/11
signed [4]  63/22 86/22
89/9 95/15
significant [2]  8/17 89/20
simply [1]  78/8
since [3]  20/20 62/20
70/7
single [2]  93/17 93/18
sir [14]  28/12 45/1 90/2
90/5 90/18 90/21 91/7
91/9 93/5 93/15 93/19
93/21 94/6 94/13
sister [1]  69/4
sit [3]  21/12 79/11 86/13
sitting [4]  6/12 16/7 17/17
74/17
situation [2]  15/24 91/20
six [3]  29/16 42/14 72/12
size [1]  13/7
sizes [1]  83/9
skills [3]  71/10 87/14

87/20
slick [4]  73/8 73/9 73/11
73/21
slid [2]  76/13 76/13
slow [2]  29/9 29/24
small [1]  13/3
smiling [1]  16/19
smirking [1]  16/18
so [202]
some [19]  11/9 11/17 17/13
25/11 31/10 31/15 32/3
32/4 32/19 48/8 55/14
58/3 68/6 71/17 87/5 88/7
89/25 90/6 95/8
somebody [5]  42/6 53/15
64/7 74/24 93/5
somebody's [1]  19/12
someone [3]  20/14 38/16
62/7
something [45]  10/20 11/2
14/24 14/25 15/14 15/19
17/20 19/12 20/4 26/14
27/6 32/6 35/24 37/1
37/4 38/4 38/5 38/16
38/16 38/21 39/25 43/6
44/6 48/13 50/17 53/11
54/11 54/13 55/12 55/13
58/4 58/16 58/17 61/16
61/19 63/24 70/6 75/22
78/20 80/10 91/3 91/14
91/20 91/23 93/6
somewhere [3]  35/9 47/18
47/19
soon [1]  15/19
sorry [4]  8/19 8/21 12/1
42/22
sounding [1]  60/6
South [5]  14/19 14/22 17/6
22/20 44/5
Speak [2]  5/18 28/17
specialist [12]  28/25 31/13
31/18 35/22 38/16 40/4

**S**

specialist… **[6]**  40/10 40/11 46/11 46/12 61/6 67/19

specialists **[4]**  36/1 39/9 39/16 39/24

specific **[2]**  12/11 46/7

specifically **[2]**  12/3 14/1

specified **[1]**  26/8

specify **[1]**  26/7

speculation **[2]**  58/12 60/3

spelling **[1]**  58/20

spend **[1]**  27/13

spent **[1]**  70/12

sperm **[3]**  72/18 72/20 79/9

spin **[1]**  32/12

spit **[1]**  54/17

sports **[1]**  35/23

spots **[1]**  40/12

sprayed **[1]**  79/4

staff **[18]**  19/19 21/17 37/4 40/1 41/24 46/12 47/23 47/25 56/24 61/9 61/19 65/1 65/4 73/13 84/9 85/25 91/21 91/22

staffed **[1]**  41/8

stand **[4]**  48/20 56/4 75/1 75/10

stand-up **[1]**  48/20

Standards **[1]**  88/12

standoffish **[1]**  15/22

start **[9]**  10/23 32/19 38/15 42/10 44/11 50/4 51/21 51/22 89/23

started **[9]**  8/12 29/19 29/20 62/4 65/8 66/4 67/1 74/16 85/19

starting **[2]**  25/21 50/5

starts **[1]**  60/6

state **[4]**  5/25 29/3 29/14 29/19

stated **[1]**  27/6

statements **[2]**  78/7 78/8

STATES **[9]**  1/1 1/5 1/13 3/2 23/19 30/4 84/10 93/10 95/14

stating **[1]**  78/9

station **[1]**  40/8

stay **[2]**  33/23 45/15

STD **[6]**  19/2 19/16 59/14 59/19 74/21 74/24

stenography **[1]**  3/9

step **[6]**  50/16 50/20 52/9 53/3 66/5 94/12

stepped **[1]**  65/8

sticker **[1]**  24/4

still **[10]**  14/20 20/9 26/17 27/9 27/19 28/25 34/3 36/16 40/7 62/21

stop **[1]**  14/21

stopped **[1]**  15/3

straight **[1]**  22/13

stream **[1]**  87/3

Street **[3]**  1/17 3/3 95/20

stuck **[2]**  19/10 32/7

stuff **[10]**  11/15 36/24 47/9 48/4 48/5 48/6 59/22 69/2 72/16 86/22

styled **[1]**  3/8

subject **[2]**  17/14 18/24

such **[1]**  68/11

sudden **[2]**  17/19 19/1

sued **[1]**  61/21

Suicide **[1]**  86/21

suit **[1]**  71/18

Suite **[3]**  1/17 1/21 1/24

summer **[3]**  7/25 8/1 36/5

Sunday **[7]**  36/15 41/6 41/10 42/8 42/12 42/13 80/1

Sundays **[3]**  41/7 41/9 41/22

supervised **[1]**  27/21

Supervision **[1]**  88/10

supervisor **[6]**  36/11 36/20 40/6 40/7 65/2 65/18

supervisors **[1]**  42/4

suppose **[1]**  83/4

supposed **[4]**  40/14 40/16 42/13 92/20

sure **[5]**  7/5 19/3 39/23 50/12 53/10

Sustained **[7]**  57/10 57/19 58/13 60/4 62/25 63/4 92/11

sweating **[1]**  74/3

switch **[1]**  59/24

sworn **[3]**  5/14 28/13 28/14

system **[2]**  35/6 35/11

**T**

tablets **[1]**  50/3

take **[10]**  9/9 12/20 35/10 41/2 49/22 61/7 61/9 78/4 85/13 85/14

taken **[2]**  8/10 64/21

taking **[1]**  11/5

talk **[20]**  9/18 12/20 14/5 14/22 22/8 22/25 23/2 25/11 38/14 39/25 44/13 59/1 60/9 64/14 64/16 72/22 72/23 82/15 84/20 91/23

talked **[6]**  14/23 17/5 17/9 22/20 60/10 85/2

talkie **[3]**  49/3 49/4 49/5

talking **[11]**  10/5 14/21 17/17 20/2 38/15 43/25 54/1 57/2 74/23 81/17 83/10

tall **[2]**  67/6 67/16

tape **[1]**  81/22

taste **[7]**  74/13 75/1 75/6 75/11 90/6 90/17 90/22

taught **[1]**  91/17

**T**

**Taylor [18]** 36/9 36/12 36/13 36/16 36/17 36/19 36/20 40/6 40/18 40/19 61/16 61/18 65/19 65/21 66/5 69/14 69/14 69/15

**Taylor's [1]** 37/16

**teach [3]** 60/23 60/23 68/4

**teaching [3]** 34/23 35/22 62/5

**team [1]** 71/15

**Telephone [3]** 1/18 1/22 1/25

**tell [12]** 7/11 9/4 10/13 17/20 18/25 54/3 64/3 64/10 67/2 72/19 74/12 81/12

**telling [3]** 26/9 66/18 66/24

**tells [1]** 63/18

**Ten [1]** 27/15

**tendency [1]** 16/19

**test [2]** 11/21 28/19

**testified [2]** 32/18 57/5

**testify [3]** 6/17 6/25 36/9

**testifying [1]** 63/25

**testimony [6]** 1/11 5/4 28/5 37/16 58/3 94/14

**testing [2]** 71/17 72/3

**TEXAS [16]** 1/2 1/6 1/17 1/18 1/21 1/24 3/3 29/1 58/8 58/9 62/5 70/7 83/7 93/7 95/18 95/20

**than [7]** 30/13 35/21 35/21 56/11 56/19 57/3 91/16

**Thank [15]** 5/6 5/7 5/21 21/21 24/14 27/23 27/24 28/4 28/7 28/10 28/20 53/3 63/5 63/6 94/12

**that [397]**

**that's [34]** 7/5 7/22 9/8 11/4 14/12 14/13 15/25 16/1 21/4 23/22 26/8 26/17 33/4 38/15 43/12 46/20 48/3 48/5 52/23 56/13 58/15 58/17 61/8 64/3 67/1 70/6 70/7 73/16 75/25 76/2 77/16 86/22 87/10 93/24

**their [15]** 18/2 26/2 26/5 31/25 32/8 34/4 35/19 36/2 42/5 56/3 60/13 69/21 70/1 73/14 93/23

**them [19]** 11/12 24/13 24/15 32/4 32/5 35/6 35/6 42/7 49/7 49/22 61/19 66/13 74/11 75/6 75/8 76/4 76/11 76/13 84/11

**then [53]** 11/14 14/17 14/21 15/18 17/19 17/22 17/23 17/24 18/23 19/1 20/20 23/5 23/8 23/13 23/16 23/19 24/24 27/5 27/11 27/18 30/9 34/6 43/10 43/13 44/22 45/8 49/15 50/2 51/8 51/19 53/3 53/4 55/15 59/20 59/24 62/20 64/23 67/22 70/12 75/18 76/8 76/16 76/24 77/20 77/25 78/11 78/25 79/3 81/24 87/13 88/2 93/4 93/8

**there [96]**

**there's [19]** 26/6 35/20 38/11 40/10 45/22 46/8 46/9 51/24 56/19 56/24 59/18 61/2 70/6 84/5 84/7 85/8 86/20 88/3 90/8

**these [13]** 14/14 22/6 24/10 25/12 34/7 57/3 68/17 68/19 74/10 74/22

75/23 86/13 89/25

**they [125]**

**they're [8]** 5/11 35/6 38/10 38/13 42/5 43/24 43/25 73/15

**they've [1]** 57/2

**thing [8]** 14/10 18/3 18/11 33/17 35/21 58/15 73/16 89/12

**things [24]** 6/10 6/14 8/13 10/22 12/23 16/3 24/21 25/12 29/7 37/20 38/14 38/17 56/16 56/18 57/4 58/23 60/9 60/13 68/11 73/6 73/20 73/23 85/21 90/11

**think [11]** 19/2 27/9 27/11 41/3 41/11 45/2 48/3 55/8 55/9 55/12 76/21

**thinking [3]** 45/6 59/16 80/3

**this [51]** 5/10 6/12 14/8 15/14 19/6 22/8 22/19 24/7 25/16 27/25 36/4 37/8 37/11 37/11 42/24 44/14 44/19 45/4 47/19 48/25 51/2 51/3 51/21 52/6 52/7 52/25 53/9 53/10 54/22 57/1 61/5 62/20 62/21 63/2 63/17 63/18 64/13 68/14 85/18 86/6 86/14 86/14 86/16 86/24 88/2 88/15 88/18 91/22 91/25 92/21 95/15

**those [13]** 5/18 9/5 34/9 34/10 38/17 54/19 86/23 88/7 88/8 88/14 90/9 90/11 95/13

**though [4]** 8/16 21/16 22/24 40/7

**thought [2]** 15/19 55/6

**thoughts [2]** 54/8 54/8

**T**

**three [9]**  13/6 24/10 25/16 26/24 32/14 39/20 46/13 49/24 53/23

**three-mile [1]**  32/14

**through [14]**  17/18 23/13 32/21 36/14 36/15 36/15 41/19 45/14 53/7 53/8 71/17 85/5 89/3 91/25

**throw [1]**  53/13

**Thursday [2]**  36/15 88/3

**tie [2]**  16/11 37/3

**tight [1]**  23/2

**till [1]**  7/20

**time [67]**  5/7 5/10 7/8 7/25 10/4 10/10 10/14 10/19 13/21 14/16 14/23 14/24 14/25 18/3 18/4 18/11 18/12 18/13 19/14 27/23 30/20 30/21 31/11 32/8 34/3 34/11 34/11 36/13 36/18 38/20 38/21 39/17 39/22 40/5 40/12 40/12 45/6 45/12 48/1 48/9 48/19 48/21 49/20 51/16 51/17 55/9 55/12 56/7 56/14 59/4 60/13 63/5 66/7 69/3 69/17 69/23 70/12 73/7 74/20 79/17 84/16 84/19 84/24 86/5 86/15 89/25 91/19

**timeframe [1]**  14/14

**timeframe-wise [1]**  14/14

**timeline [1]**  22/13

**times [6]**  12/23 26/20 26/22 38/13 40/3 40/16

**TM [1]**  58/10

**today [13]**  6/12 6/24 6/25 7/3 16/7 26/19 35/9 63/25 72/2 84/16 84/17 85/1 89/21

**together [2]**  82/19 86/13

**told [16]**  21/6 22/6 37/6 39/13 64/6 64/17 64/17 64/22 64/22 66/21 74/20 74/25 83/7 83/9 84/9 92/21

**took [4]**  65/7 78/2 79/7 88/14

**top [2]**  6/7 24/4

**touch [6]**  43/4 43/6 43/6 43/7 43/15 79/22

**touched [2]**  53/12 55/5

**toward [1]**  51/13

**towards [5]**  15/21 16/1 16/4 50/5 51/12

**towel [4]**  78/13 78/16 79/3 79/5

**training [24]**  30/18 62/14 85/5 85/9 85/10 85/10 85/11 85/18 85/21 86/4 86/12 86/14 86/16 86/17 86/20 87/3 87/3 87/9 87/14 87/17 87/25 88/18 89/4 89/5

**trainings [2]**  88/3 89/7

**transcribed [1]**  95/10

**transcript [3]**  1/11 95/5 95/12

**transfer [1]**  30/9

**transferred [2]**  7/17 30/11

**transition [1]**  11/20

**translating [1]**  74/11

**Trauma [2]**  86/21 87/6

**trial [4]**  1/11 5/4 21/25 28/5

**tried [1]**  79/19

**trouble [2]**  22/9 24/22

**true [2]**  72/8 95/5

**trust [1]**  79/9

**truth [1]**  66/18

**truthfully [2]**  23/21 24/19

**try [17]**  12/1 29/9 39/23 51/20 51/24 51/25 52/3

52/5 52/14 52/14 52/15 59/3 55/12 55/14 56/18 80/21 84/20

**trying [11]**  20/8 26/14 26/15 27/10 31/2 32/22 51/22 54/15 54/15 55/10 77/11

**Tuesday [1]**  88/2

**turn [4]**  50/4 51/5 51/6 52/10

**turned [7]**  10/7 10/10 10/22 12/7 50/13 50/13 66/9

**turning [1]**  74/7

**two [20]**  12/4 13/6 26/6 26/21 26/22 32/14 39/19 40/14 40/16 49/24 53/18 53/20 53/21 53/23 65/1 66/6 76/17 76/22 77/7 79/16

**two-mile [1]**  32/14

**two-second [1]**  53/21

**type [6]**  11/9 14/10 58/18 58/18 58/19 58/22

**typical [2]**  33/16 33/18

**typically [8]**  31/17 41/23 42/13 44/10 45/3 48/5 49/22 49/24

**U**

**U.S [1]**  1/16

**Uh [13]**  6/9 7/23 15/5 16/21 19/5 19/7 20/13 22/10 23/10 24/12 25/13 26/4 27/4

**Uh-huh [13]**  6/9 7/23 15/5 16/21 19/5 19/7 20/13 22/10 23/10 24/12 25/13 26/4 27/4

**unable [1]**  9/7

**understand [4]**  13/23 25/14 31/3 38/10

**understanding [4]**  14/8

# U

**understanding...** **[3]** 20/25 21/12 57/8

**uniform** **[3]** 93/17 93/23 94/3

**union** **[5]** 62/12 92/9 92/19 92/20 92/21

**unique** **[1]** 58/20

**unit** **[46]** 8/5 8/6 8/7 8/16 8/24 9/6 9/7 9/10 9/11 9/13 10/16 10/25 12/20 12/25 13/2 13/8 14/11 14/19 14/20 14/23 14/25 15/1 16/24 17/1 17/4 17/8 19/4 19/9 22/19 22/19 22/22 22/24 32/1 32/7 33/14 33/22 33/25 34/7 35/19 35/19 39/10 43/19 44/5 44/25 48/23 56/4

**Unit 6** **[4]** 12/25 14/20 14/23 14/25

**UNITED** **[9]** 1/1 1/5 1/13 3/2 23/19 30/4 84/10 93/10 95/14

**units** **[2]** 32/9 35/19

**University** **[1]** 29/14

**unless** **[1]** 94/7

**until** **[4]** 23/16 43/6 56/2 63/20

**unzip** **[1]** 53/2

**unzipped** **[1]** 76/11

**up** **[55]** 6/14 7/12 8/21 9/16 10/16 10/25 11/5 12/6 12/7 14/18 17/14 30/25 32/4 33/10 35/13 35/14 36/16 42/14 43/15 47/6 47/7 48/20 51/4 52/6 52/8 52/9 52/12 53/1 53/3 55/16 56/4 58/19 58/23 58/23 60/22 62/6 69/5 73/14 73/21 73/23 73/24 75/1 75/10 78/14 78/16

78/17 78/18 78/19 82/22 92/4 75/21 82/15 51/25 93/9 93/11

**upset** **[1]** 27/3

**us** **[18]** 1/23 10/25 11/1 22/6 29/6 29/9 30/16 31/15 33/16 39/22 41/9 41/17 46/8 46/25 48/14 54/3 85/21 86/10

**use** **[3]** 33/6 47/24 83/18

**used** **[3]** 47/23 54/1 72/21

**using** **[3]** 36/24 52/20 52/22

# V

**valuable** **[1]** 71/6

**verbatim** **[1]** 90/11

**very** **[12]** 5/17 5/21 28/16 53/16 55/15 58/20 59/17 59/17 66/20 89/25 90/16 92/13

**vest** **[1]** 46/23

**via** **[1]** 95/9

**victim** **[3]** 64/1 64/2 64/11

**videoconferencing** **[1]** 95/10

**viewed** **[1]** 16/1

**violate** **[1]** 23/22

**violated** **[1]** 20/6

**violation** **[2]** 23/21 23/24

**visitors** **[1]** 41/15

**VOLUME** **[1]** 1/11

**voluntary** **[2]** 63/18 63/22

**volunteer** **[1]** 63/23

# W

**Wait** **[2]** 80/15 93/1

**walk** **[8]** 13/5 32/14 32/14 32/14 50/5 50/6 51/13 51/20

**Walker** **[1]** 46/11

**walkie** **[3]** 49/3 49/4 49/5

**walking** **[7]** 30/19 37/4

37/13 43/10 43/12 43/22 56/24

**Walmart** **[1]** 62/10

**want** **[26]** 6/11 7/5 17/20 20/7 21/8 22/8 22/13 24/10 25/2 25/4 25/11 26/13 33/15 41/3 41/9 43/7 44/2 51/16 59/1 63/2 64/16 72/17 74/13 75/22 81/4 82/4

**wanted** **[7]** 32/13 60/15 64/14 66/16 85/3 90/17 90/20

**wants** **[4]** 19/15 19/19 33/3 81/7

**warden** **[4]** 38/11 42/1 42/1 86/8

**warming** **[1]** 10/16

**was** **[259]**

**Waseca** **[1]** 25/8

**wasn't** **[12]** 10/20 15/7 15/19 25/3 26/14 31/25 47/25 60/13 68/8 79/24 80/24 91/1

**watched** **[2]** 87/5 87/8

**water** **[3]** 45/7 48/7 48/8

**Waterloo** **[1]** 27/18

**way** **[17]** 6/10 15/8 17/8 18/15 19/10 37/6 38/1 38/7 39/5 46/9 55/10 56/10 59/18 61/2 64/13 66/14 66/19

**we** **[70]** 5/7 6/14 6/24 7/7 9/7 10/25 14/2 17/7 17/8 17/17 17/18 17/18 17/25 18/21 18/23 18/24 18/24 19/10 19/10 19/10 19/11 19/12 23/16 32/3 32/4 32/4 32/13 33/7 34/3 34/7 36/1 36/16 39/10 39/19 39/24 39/25 40/1 41/9 42/18 42/19 43/4

# W

**we...** [29]  45/5 46/7 46/9 47/8 48/7 48/22 51/13 53/17 57/1 59/9 59/22 60/14 61/11 79/11 82/11 82/18 82/18 85/20 86/10 86/12 86/13 86/15 86/16 86/17 86/18 87/2 87/12 87/16 87/17

**we'll** [2]  34/6 36/5

**we're** [4]  33/6 41/18 51/10 84/15

**wear** [4]  7/3 47/13 47/14 93/17

**wearing** [7]  16/10 46/21 46/23 47/3 47/8 47/11 95/9

**web** [2]  88/7 88/13

**web-based** [2]  88/7 88/13

**Wednesday** [3]  36/15 39/21 40/2

**week** [7]  41/5 41/19 41/21 79/24 80/1 80/2 91/2

**week's** [1]  89/3

**weekend** [4]  41/22 42/3 48/18 48/19

**weeks** [2]  25/16 26/24

**weight** [1]  67/18

**well** [24]  29/19 30/17 32/11 35/20 60/14 62/8 62/22 64/13 70/5 72/21 73/5 77/4 77/20 77/25 78/11 78/11 78/23 80/13 81/3 81/15 82/14 88/2 89/1 93/24

**wellness** [3]  31/13 34/23 35/22

**went** [30]  11/4 11/15 13/9 17/18 25/6 25/8 27/16 27/17 45/19 52/15 53/24 54/11 54/13 55/18 55/25 56/5 60/14 70/17 78/25

84/8 84/11 85/9 85/22 86/4 86/13 87/2 87/11 90/15 91/24 93/9

**were** [83]  6/17 6/23 7/8 7/17 7/24 8/4 8/5 8/10 8/13 8/16 8/24 9/7 9/10 9/13 9/15 10/1 10/3 10/14 11/1 11/10 12/23 13/2 13/3 13/5 13/11 13/14 14/14 14/17 15/8 15/9 16/23 16/24 17/17 17/19 19/4 19/8 19/8 19/10 22/5 22/9 22/19 26/9 27/3 27/3 27/3 27/6 29/2 38/20 39/9 40/3 54/18 58/25 59/16 62/11 63/14 64/3 64/10 66/1 66/8 66/19 66/24 67/3 67/13 67/22 67/25 68/3 71/3 71/6 71/17 72/5 75/5 77/14 77/20 77/20 77/25 78/7 78/11 80/2 82/14 88/8 90/3 91/11 95/10

**weren't** [7]  6/24 13/3 21/16 22/9 53/22 66/18 71/4

**wet** [7]  73/15 73/22 73/25 74/4 74/5 74/6 74/8

**what** [152]

**what's** [11]  8/24 32/23 32/25 33/17 34/12 46/6 52/12 58/1 61/13 64/21 71/22

**whatever** [5]  33/20 34/23 35/8 36/16 85/3

**whatsoever** [1]  14/22

**wheelchairs** [1]  32/13

**when** [109]

**where** [35]  6/2 6/6 7/8 8/8 10/7 10/13 11/5 26/8 29/2 29/13 29/22 30/19 33/23 38/11 38/13 41/13

43/10 43/12 43/13 44/10 44/19 44/22 45/13 46/14 47/16 48/3 48/5 53/14 53/18 53/23 57/3 62/13 65/23 77/21 77/25

**whether** [1]  89/8

**which** [7]  25/17 26/25 41/12 41/17 41/18 43/23 44/9

**while** [5]  17/18 20/11 38/14 44/13 52/25

**who** [23]  8/8 17/1 17/10 17/22 32/18 35/9 36/9 37/4 41/19 46/10 55/21 57/5 57/7 57/14 61/4 64/6 67/25 70/20 72/9 84/19 90/7 90/8 90/9

**who's** [2]  35/9 35/9

**Whoa** [2]  52/5 52/6

**whole** [6]  23/14 30/25 35/18 45/6 56/14 59/9

**why** [11]  7/7 30/16 38/2 53/13 63/23 78/17 81/15 91/18 92/14 92/15 92/18

**will** [10]  12/7 21/5 33/20 34/6 35/8 37/15 37/16 43/5 69/15 82/18

**WILLIAMS** [4]  3/2 95/4 95/17 95/17

**wipe** [2]  78/16 78/17

**wiped** [1]  78/13

**wise** [1]  14/14

**without** [4]  41/24 44/6 60/16 64/20

**witness** [6]  16/15 21/20 23/25 27/25 63/7 89/15

**woman** [1]  72/9

**women** [1]  30/7

**wonder** [1]  18/22

**word** [4]  4/9 36/24 53/25 72/21

**words** [6]  20/23 74/8

**W**

**words…** **[4]** 74/10 90/23 90/23 90/24

**wore** **[1]** 93/18

**work** **[20]** 6/6 9/6 25/7 25/9 25/10 31/6 33/4 33/18 36/3 36/13 38/9 39/17 41/19 42/6 44/13 46/23 58/2 60/20 60/21 68/3

**worked** **[9]** 11/1 12/25 13/12 26/17 31/19 33/1 72/20 84/19 86/11

**worker** **[1]** 62/10

**Workers** **[2]** 87/14 87/21

**working** **[8]** 32/19 32/21 34/1 34/25 42/2 56/20 56/21 67/25

**workout** **[4]** 34/12 34/16 34/19 68/4

**works** **[1]** 72/16

**worth** **[10]** 1/3 1/6 1/18 3/3 30/10 30/11 62/6 89/4 95/19 95/20

**would** **[84]** 5/10 5/13 7/2 9/6 9/9 9/21 10/15 10/24 18/15 19/13 26/5 26/15 28/12 31/16 32/10 32/11 33/17 33/17 33/22 34/11 35/1 35/1 35/3 35/3 35/16 35/18 35/19 35/20 36/12 36/13 36/17 38/6 38/22 38/23 39/22 40/4 40/5 40/14 41/7 42/4 46/3 46/4 46/5 48/4 49/22 50/15 50/20 57/14 57/23 57/24 57/25 60/19 60/20 61/6 61/16 63/21 63/23 68/11 68/13 68/16 68/19 68/24 69/14 72/19 72/20 73/20 74/3 75/16 75/18 75/21 78/17 78/18 78/19 78/20

78/21 79/6 79/7 79/9 87/10 88/7 89/7 91/19 91/22 94/8

**wouldn't** **[3]** 32/6 46/4 63/22

**Wright** **[6]** 57/14 57/16 57/21 57/22 57/23 57/25

**write** **[2]** 39/6 83/9

**writing** **[2]** 38/3 38/3

**written** **[1]** 94/3

**wrong** **[2]** 91/14 91/15

**Y**

**y'all** **[5]** 36/24 56/21 60/10 79/10 89/13

**yard** **[7]** 35/25 36/1 42/16 48/15 55/20 55/21 74/2

**Yazoo** **[9]** 29/23 29/25 30/1 30/5 30/6 30/14 30/17 31/5 31/6

**yeah** **[46]** 6/5 6/22 7/1 7/16 8/1 8/3 8/15 9/15 9/23 10/2 10/9 10/21 11/11 11/13 11/25 12/15 13/16 14/4 15/16 15/22 16/2 16/8 17/11 18/17 19/17 20/6 20/15 21/4 21/9 23/1 23/12 24/9 24/17 26/11 27/8 33/8 37/12 47/5 49/9 52/21 69/11 71/13 72/15 76/18 82/17 83/22

**year** **[4]** 7/25 23/14 25/16 27/15

**years** **[8]** 7/22 27/11 31/11 62/13 67/8 84/18 84/20 86/11

**yes** **[131]**

**yesterday** **[6]** 6/17 6/21 6/24 36/21 37/5 37/12

**you** **[611]**

**you're** **[34]** 7/7 16/18 16/20 17/24 22/16 22/24 23/17 24/13 26/19 31/1

37/19 37/22 43/6 47/16 50/7 52/11 52/20 52/22 52/25 58/22 63/25 66/8 66/14 67/19 68/20 70/15 72/2 74/6 74/25 75/4 75/9 76/21 81/11 81/12

**you've** **[4]** 29/5 56/11 85/5 90/1

**you-all** **[3]** 5/8 28/7 84/20

**youngest** **[1]** 9/16

**your** **[109]**

**yours** **[1]** 72/6

**yourself** **[3]** 13/15 24/11 28/23

**Z**

**zipper** **[1]** 52/20

**ZOIE** **[4]** 3/2 95/4 95/17 95/17

**zwilliams.rmr** **[2]** 3/4 95/21